Exhibit 1

  

**FDA APPROVES XADAGO® (SAFINAMIDE)**

**FOR PARKINSON'S DISEASE (PD) PATIENTS**

*First New Chemical Entity (NCE) approved for PD patients with motor fluctuations in the U.S.A. in over a decade*

**Milan, Italy and Morristown, NJ, U.S.A., – March 21, 2017 –** Newron Pharmaceuticals S.p.A. ("Newron", SIX: NWRN), a biopharmaceutical company focused on the development of novel therapies for patients with diseases of the central nervous system (CNS) and pain, and its partners Zambon S.p.A. and US WorldMeds, LLC, announced today that the Food and Drug Administration (FDA) has approved the use of Xadago® (safinamide) for the treatment of Parkinson's disease as add-on therapy to levodopa/carbidopa. Parkinson's disease affects an estimated 7 to 10 million patients worldwide, of whom 1 million are in the U.S.A.

C. Warren Olanow, M.D. FRCPC, FRCP(HON), stated: "The approval of Xadago® as a treatment for patients with Parkinson's disease by the FDA represents an important milestone as it is the first New Chemical Entity approved for the treatment of Parkinson's disease in the USA in over a decade." Dr. Olanow, Professor and Chairman Emeritus of the Department of Neurology and Professor Emeritus of the Department of Neuroscience at the Mount Sinai School of Medicine in New York City continued, "Xadago® as an add-on to levodopa/carbidopa provided a significant reduction in OFF time and a significant increase in ON time without troublesome dyskinesia in PD patients experiencing motor fluctuations."

Ravi Anand, Newron's CMO, commented: "International, randomized, clinical trials have demonstrated that Xadago® significantly improves ON time, OFF time, and Parkinsonism compared to standard of care without increasing time spent with troublesome dyskinesia in patients experiencing motor fluctuations while on optimized levodopa/carbidopa therapy. Additionally, the onset of improvement of motor fluctuations occurred early in treatment."

P. Breckinridge ("Breck") Jones, CEO of US WorldMeds said: "We are thrilled by the FDA's approval of Xadago® and are excited to have a key role in the introduction of a new medicine for Parkinson's disease. We will now accelerate our US launch preparations to get Xadago® to Parkinson's patients in need of new treatment options."

Dr Charlotte Keywood, Global Head R&D, Zambon, said: "We are delighted with the approval of Xadago® in the USA. This first new treatment for a decade represents an important addition to the treatment choices for patients with PD and their doctors. In order to more fully characterize the clinical benefits of Xadago®, Zambon will continue to work with our partners on new clinical trials".

  

Marketing authorization in the EU for Xadago® was granted by the EU Commission in February 2015, and by Swissmedic in November 2015. Following the 2015 European approval and the launch in Germany, Xadago® has been launched by Zambon in 10 further European markets in 2016 including Italy, Spain, UK, Belgium, Denmark, Sweden, Luxembourg, the Netherlands, Norway, and Switzerland.

**About Xadago® (safinamide)**

Safinamide is a New Chemical Entity with a mode of action characterized by selective MAO-B-inhibition. Results from two double-blind, placebo-controlled, multinational, 6-month studies with over 1,100 patients revealed that safinamide provides statistically significant increases in on time without troublesome dyskinesia, as well as a decrease in off time. Safinamide is a once-daily dose and has no diet restrictions due to its high MAO-B versus MAO-A selectivity. Zambon has the rights to develop and commercialize XADAGO globally, excluding Japan and other key territories where Meiji Seika has the rights to develop and commercialize the compound. The rights to develop and commercialize Xadago® in the U.S.A. have been granted to US WorldMeds, by Zambon.

References:
Borgohain R, et al.(2014) Randomized trial of safinamide add-on to levodopa in Parkinson's disease with motor fluctuations. Mov Disord, 29: 229–237.

Schapira A, Fox S, Hauser R, et al. (2016) Assessment of safety and efficacy of safinamide as a levodopa adjunct in patients with Parkinson disease and motor fluctuations. A randomized clinical trial. JAMA Neurology 2017 Feb 1;74(2):216-224. doi: 10.1001/jamaneurol.2016.4467

**About Parkinson's disease**

Parkinson's disease (PD) is the second most common chronic progressive neurodegenerative disorder in the elderly after Alzheimer's disease, affecting 1-2% of individuals aged ≥ 65 years worldwide. The prevalence of the PD market is expected to grow in the next years due to the increase in the global population and advancements in healthcare that contribute to an aging population at increased risk for PD. The diagnosis of PD is mainly based on observational criteria of muscular rigidity, resting tremor, or postural instability in combination with bradykinesia. As the disease progresses, symptoms become more severe. L-dopa remains as the most effective treatment for PD, and over 75% of the patients with PD receive L-dopa. However, long-term treatment with L-dopa leads to seriously debilitating motor fluctuations, i.e. phases of normal functioning (ON-time) and decreased functioning (OFF-time). Therefore, as the disease progresses, additional medications are added on to L-dopa to help with management of these motor fluctuations.

References:
https://www.michaeljfox.org/page.html?what-is-parkinsons-infographic
BMC Oertel. European Handbook of Neurological Management, Vol1, Chapter 14 & 15, 2011.

**About Newron Pharmaceuticals**

Newron (SIX: NWRN) is a biopharmaceutical company focused on the development of novel therapies for patients with diseases of the central nervous system (CNS) and pain. The Company is headquartered in Bresso near Milan, Italy, with a subsidiary in Morristown, NJ, U.S.A. Xadago® (safinamide) has received marketing authorization for the treatment of Parkinson's disease in the European Union and Switzerland and is commercialized by Newron's partner Zambon. US WorldMeds holds the commercialization rights in the U.S.A. Meiji Seika has the rights to develop and commercialize the compound in Japan and other key Asian territories. In addition to Xadago® for Parkinson's disease, Newron has a strong pipeline of promising treatments for rare disease patients at various stages of clinical development, including sarizotan for patients with Rett syndrome and ralfinamide for patients with specific rare pain indications. Newron is also developing Evenamide as the potential first add-on therapy for the treatment of patients with positive symptoms of schizophrenia. www.newron.com.

**About US WorldMeds, LLC**

US WorldMeds is a specialty pharmaceutical company dedicated to developing, licensing and commercializing unique and significant specialty pharmaceuticals that address unmet medical needs or overcome limitations of existing products. Through sound science and targeted commercialization, the Kentucky-based company continually strives to identify specialty and orphan products for diseases with limited patient populations. For more information about US WorldMeds, visit www.usworldmeds.com.

  

**About Zambon**

Zambon is a leading Italian pharmaceutical and fine-chemical multinational company that has earned a strong reputation over the years for high quality products and services. Zambon is well-established in 3 therapeutic areas: respiratory, pain and women's care, and is very strongly committed to its entry into the CNS space. Zambon S.p.A produces high quality products thanks to the management of the whole production chain which involves Zach (Zambon chemical), a privileged partner for API, custom synthesis and generic products. Zambon is headquartered in Milan and was established in 1906 in Vicenza. Zambon is present in 15 countries with subsidiaries and more than 2,600 employees with manufacturing units in Italy, Switzerland, France, China and Brazil. Zambon products are commercialized in 73 countries.
For details on Zambon please see: www.zambongroup.com.

**Important Safety Information**

Do not take Xadago® if you are taking opioid medications including meperidine, tramadol, methadone, or prorpoxyphene as it could result in serious sometimes fatal reactions. Also, do not take Xadago® with amphetamine, cyclobenzaprine, dextromethorphan, methylphenidate, or St. John's wort. You also should not take AZILECT with other monoamine oxidase inhibitors (MAOIs), as it could result in an unsafe rise in blood pressure. During treatment with Xadago®, you may experience increases in blood pressure. Inform your physician if you have a history of high blood pressure. Possible symptoms of an unsafe rise in blood pressure include severe headache, blurred vision, confusion, seizures, shortness of breath, severe anxiety, and nausea/vomiting. Contact your doctor or seek immediate medical attention if you experience any of these symptoms. Restriction of foods and beverages containing tyramine is usually not required when treated with the recommended doses of Xadago®. However, it is recommended that you avoid foods containing high amounts of tyramine such as aged cheeses as some patients may have an increased sensitivity that could lead to an unsafe rise in blood pressure. Inform your physician if you are taking, or planning to take, any prescription or over-the-counter drugs, especially antidepressants. The combination of MAO-B inhibitors such as Xadago® and antidepressants has resulted in a serious and sometimes fatal condition called serotonin syndrome. Do not drive, operate heavy machinery, work in high places or do other dangerous activities until you know how Xadago® affects you. You should not take Xadago® if you have severe liver disease. Do not exceed a dose of 50 mg per day of Xadago® if you have moderate liver disease. The most common side effects seen with Xadago® are uncontrolled movements (dyskinesia), falls, nausea, and insomnia.

To report SUSPECTED ADVERSE REACTIONS or product complaints, contact US WorldMeds at 1-888-492-3246.
You may also report SUSPECTED ADVERSE REACTIONS to the FDA at 1-800-FDA-1088 or www.fda.gov/medwatch

  

**For more information**

| Media | Investors and Analysts |
|---|---|
| **Zambon**<br>Luca Primavera - CCO<br>Phone: +39 02 66524491<br>Mobile: +39 335 7247417<br>Email: luca.primavera@zambongroup.com | **Newron**<br>Stefan Weber - CEO<br>Phone: +39 02 6103 46 30<br>E-mail:  ir@newron.com |
| **Italy**<br>Milva Naguib<br>Phone: +39 02 66524095<br>Mobile: +39 3459215675<br>Email: milva.naguib@zambongroup.com | |
| **US WorldMeds**<br>P. Breckinridge Jones – CEO<br>Phone : +1 502.815.8101<br>Email : pbj@usworldmeds.com | |
| **Newron**<br>Stefan Weber - CEO<br>Phone: +39 02 6103 46 30<br>E-mail:  pr@newron.com | |
| **UK/Europe**<br>Julia Phillips<br>FTI Consulting<br>Phone: +44 (0)20 3727 1000 | **UK/Europe**<br>Julia Phillips<br>FTI Consulting<br>Phone: +44 (0)20 3727 1000 |
| **Switzerland**<br>Martin Meier-Pfister<br>IRF Communications<br>Phone: +41 43 244 81 40 | |
| **Germany**<br>Anne Hennecke<br>MC Services AG<br>Phone: +49 211 52925222 | **Germany/Continental Europe**<br>Anne Hennecke<br>MC Services AG<br>Phone: +49 211 52925222 |
| **U.S.**<br>Alison Chen<br>LaVoieHealthScience<br>Phone: +1 617 374 8800, Ext. 104 | **U.S.**<br>Beth Kurth<br>LaVoieHealthScience<br>Phone: +1 617 374 8800, Ext. 106 |

**Important Notices**

This document contains forward-looking statements, including (without limitation) about (1) Newron's ability to develop and expand its business, successfully complete development of its current product candidates and current and future collaborations for the development and commercialisation of its product candidates and reduce costs (including staff costs), (2) the market for drugs to treat CNS diseases and pain conditions, (3) Newron's anticipated future revenues, capital expenditures and financial resources, and (4) assumptions underlying any such statements. In some cases these statements and assumptions can be identified by the fact that they use words such as "will", "anticipate", "estimate", "expect", "project", "intend", "plan", "believe", "target", and other words and terms of similar meaning. All statements, other than historical facts, contained herein regarding Newron's strategy, goals, plans, future financial position, projected revenues and costs and prospects are forward-looking statements. By their very nature, such statements and assumptions involve inherent risks and uncertainties, both general and specific, and risks exist that predictions, forecasts, projections and other outcomes described, assumed or implied therein will not be achieved. Future events and actual results could

4

  

differ materially from those set out in, contemplated by or underlying the forward-looking statements due to a number of important factors. These factors include (without limitation) (1) uncertainties in the discovery, development or marketing of products, including without limitation negative results of clinical trials or research projects or unexpected side effects, (2) delay or inability in obtaining regulatory approvals or bringing products to market, (3) future market acceptance of products, (4) loss of or inability to obtain adequate protection for intellectual property rights, (5) inability to raise additional funds, (6) success of existing and entry into future collaborations and licensing agreements, (7) litigation, (8) loss of key executive or other employees, (9) adverse publicity and news coverage, and (10) competition, regulatory, legislative and judicial developments or changes in market and/or overall economic conditions. Newron may not actually achieve the plans, intentions or expectations disclosed in forward-looking statements and assumptions underlying any such statements may prove wrong. Investors should therefore not place undue reliance on them. There can be no assurance that actual results of Newron's research programmes, development activities, commercialisation plans, collaborations and operations will not differ materially from the expectations set out in such forward-looking statements or underlying assumptions. Newron does not undertake any obligation to publicly up-date or revise forward looking statements except as may be required by applicable regulations of the SIX Swiss Exchange where the shares of Newron are listed.This document does not contain or constitute an offer or invitation to purchase or subscribe for any securities of Newron and no part of it shall form the basis of or be relied upon in connection with any contract or commitment whatsoever.

# Exhibit 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 207145

**NDA APPROVAL**

Newron Pharmaceuticals US, Inc.
Attention: Richard Vogel, PhD
89 Headquarters Plaza North, Suite 1438
Morristown, NJ 07960

Dear Dr. Vogel:

Please refer to your New Drug Application (NDA) dated December 29, 2015, received December 29, 2015, and your amendments, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Xadago (safinamide) 50 mg and 100 mg Tablets.

We acknowledge receipt of your amendment dated September 21, 2016, which constituted a complete response to our March 28, 2016, action letter.

This new drug application provides for the use of Xadago (safinamide) Tablets for  adjunctive treatment to levodopa/carbidopa in patients with Parkinson's disease experiencing "off" episodes.

We have completed our review of this application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling text.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (text for the package insert and text for the patient package insert).  Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As*, available at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

Please submit in a labeling supplement modifications to Figures 1 through 4 to make the lines representing different treatment groups more identifiable when presented in black and white.

NDA 207145
Page 2

## CARTON AND IMMEDIATE CONTAINER LABELS

Submit final printed carton and immediate container labels that are identical to the carton and immediate container labels submitted on January 27, 2017, as soon as they are available, but no more than 30 days after they are printed.  Please submit these labels electronically according to the guidance for industry *Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (May 2015, Revision 3).*  Alternatively, you may submit 12 paper copies, with 6 of the copies individually mounted on heavy-weight paper or similar material.  For administrative purposes, designate this submission "**Final Printed Carton and Container Labels for approved NDA 207145**."  Approval of this submission by FDA is not required before the labeling is used.

## ADVISORY COMMITTEE

Your application for Xadago was not referred to an FDA advisory committee because outside expertise was not necessary; there were no controversial issues that would benefit from advisory committee discussion.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are waiving the pediatric study requirement for this application because necessary studies are impossible or highly impracticable, as Parkinson's disease is very rare in the pediatric population, and clinical studies are not practical.

## POSTMARKETING REQUIREMENTS UNDER 505(o)

Section 505(o)(3) of the FDCA authorizes FDA to require holders of approved drug and biological product applications to conduct postmarketing studies and clinical trials for certain purposes, if FDA makes certain findings required by the statute.

We have determined that an analysis of spontaneous postmarketing adverse events reported under subsection 505(k)(1) of the FDCA will not be sufficient to identify an unexpected serious risk of a drug interaction between Xadago (safinamide) and substrates of  the transporter Breast Cancer Resistance Protein (BCRP), leading to increased plasma concentrations of these substrates and resulting in toxicity.

Furthermore, the new pharmacovigilance system that FDA is required to establish under section 505(k)(3) of the FDCA will not be sufficient to assess this serious risk.

NDA 207145
Page 3

Finally, we have determined that only a clinical trial (rather than a nonclinical or observational study) will be sufficient to identify an unexpected serious risk of a drug interaction between Xadago (safinamide) and substrates of the transporter BCRP.

Therefore, based on appropriate scientific data, FDA has determined that you are required to conduct the following:

3184-1    A clinical trial in healthy volunteers to compare the single-dose pharmacokinetics of a Breast Cancer Resistance Protein (BCRP) substrate, either rosuvastatin or sulfasalazine, alone, and after administration of multiple doses of safinamide (100 mg/day).

The timetable you submitted on February 13, 2017, states that you will conduct this trial according to the following schedule:

Final Protocol Submission:    04/17
Trial Completion:             10/17
Final Report Submission:      02/18

Please allow for sufficient time for the Agency to review and come to agreement on your protocol prior to the final protocol submission date.

Submit the protocol(s) to your IND 63901, with a cross-reference letter to this NDA.

Submit all final report(s) to your NDA.  Prominently identify the submission with the following wording in bold capital letters at the top of the first page of the submission, as appropriate: **"Required Postmarketing Protocol Under 505(o)," "Required Postmarketing Final Report Under 505(o)," "Required Postmarketing Correspondence Under 505(o)."**

Section 505(o)(3)(E)(ii) of the FDCA requires you to report periodically on the status of any study or clinical trial required under this section.  This section also requires you to periodically report to FDA on the status of any study or clinical trial otherwise undertaken to investigate a safety issue.  Section 506B of the FDCA, as well as 21 CFR 314.81(b)(2)(vii) requires you to report annually on the status of any postmarketing commitments or required studies or clinical trials.

FDA will consider the submission of your annual report under section 506B and 21 CFR 314.81(b)(2)(vii) to satisfy the periodic reporting requirement under section 505(o)(3)(E)(ii) provided that you include the elements listed in 505(o) and 21 CFR 314.81(b)(2)(vii) .  We remind you that to comply with 505(o), your annual report must also include a report on the status of any study or clinical trial otherwise undertaken to investigate a safety issue.  Failure to submit an annual report for studies or clinical trials required under 505(o) on the date required will be considered a violation of FDCA section 505(o)(3)(E)(ii) and could result in enforcement action.

NDA 207145
Page 4

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling.  To do so, submit, in triplicate, a cover letter requesting advisory comments, the proposed materials in draft or mock-up form with annotated references, and the package insert, Medication Guide, and patient PI (as applicable) to:

> OPDP Regulatory Project Manager
> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

Alternatively, you may submit a request for advisory comments electronically in eCTD format. For more information about submitting promotional materials in eCTD format, see the draft Guidance for Industry (available at: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM443702.pdf ).

As required under 21 CFR 314.81(b)(3)(i), you must submit final promotional materials, and the package insert, at the time of initial dissemination or publication, accompanied by a Form FDA 2253. Form FDA 2253 is available at http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM083570.pdf. Information and Instructions for completing the form can be found at http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM375154.pdf. For more information about submission of promotional materials to the Office of Prescription Drug Promotion (OPDP), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

NDA 207145
Page 5

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA
(21 CFR 314.80 and 314.81).

## MEDWATCH-TO-MANUFACTURER PROGRAM

The MedWatch-to-Manufacturer Program provides manufacturers with copies of serious adverse
event reports that are received directly by the FDA.  New molecular entities and important new
biologics qualify for inclusion for three years after approval.  Your firm is eligible to receive
copies of reports for this product.  To participate in the program, please see the enrollment
instructions and program description details at
http://www.fda.gov/Safety/MedWatch/HowToReport/ucm166910.htm.

## POST APPROVAL FEEDBACK MEETING

New molecular entities and new biologics qualify for a post approval feedback meeting.  Such
meetings are used to discuss the quality of the application and to evaluate the communication
process during drug development and marketing application review.  The purpose is to learn
from successful aspects of the review process and to identify areas that could benefit from
improvement.  If you would like to have such a meeting with us, call the Regulatory Project
Manager for this application.

## FDA BENEFIT-RISK FRAMEWORK APPLICANT INTERVIEW

FDA has also contracted with Eastern Research Group, Inc. (ERG) to conduct an assessment of
FDA's initial phase implementation of the Benefit-Risk Framework (BRF) in human drug
review. A key element of this evaluation includes interviews with applicants following FDA
approval of New Molecular Entity (NME) New Drug Applications (NDAs) and original Biologic
License Applications (BLAs). The purpose of the interview is to assess the extent to which the
BRF provides applicants with a clear understanding of the reasoning behind FDA's regulatory
decisions for NME NDAs and original BLAs.

ERG will contact you to schedule a BRF applicant interview and provide specifics about the
interview process. Your responses during the interview will be confidential with respect to the
FDA review team. ERG has signed a non-disclosure agreement and will not disclose any
identifying information to anyone outside their project team. They will report only anonymized
results and findings in the interim and final reports. Members of the FDA review team will be
interviewed by ERG separately. While your participation in the interview is voluntary, your
feedback will be helpful to this evaluation.

NDA 207145
Page 6

If you have any questions, call Stacy Metz, PharmD, Senior Regulatory Project Manager, at (301) 796-2139.

Sincerely,

*{See appended electronic signature page}*

Robert Temple, MD
ODE I Acting Deputy Director
Division of Neurology Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure(s):
    Content of Labeling

----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

----------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ROBERT TEMPLE

03/21/2017

Exhibit 3

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XADAGO® safely and effectively. See full prescribing information for XADAGO®.**

**XADAGO® (safinamide) tablets, for oral use**
**Initial U.S. Approval: 2017**

-----------------------INDICATIONS AND USAGE--------------------------
XADAGO is a monoamine oxidase type B (MAO-B) inhibitor indicated as adjunctive treatment to levodopa/carbidopa in patients with Parkinson's disease (PD) experiencing "off" episodes (1)

-------------------DOSAGE AND ADMINISTRATION----------------------
- Start with 50 mg administered orally once daily at the same time of day; after two weeks, the dose may be increased to 100 mg once daily, based on individual need and tolerability (2.1)
- Hepatic Impairment: Do not exceed 50 mg once daily in patients with moderate hepatic impairment; contraindicated in patients with severe hepatic impairment (2.2, 4)

--------------------DOSAGE FORMS AND STRENGTHS---------------------
Tablets: 50 mg and 100 mg (3)

--------------------------CONTRAINDICATIONS----------------------------
XADAGO is contraindicated in patients with:
- Concomitant use of the following drugs:
  o Other monoamine oxidase inhibitors or other drugs that are potent inhibitors of monoamine oxidase (e.g., linezolid) (4, 7.1)
  o Opioid drugs (e.g., tramadol, meperidine and related derivatives); serotonin- norepinephrine reuptake inhibitors; tri-or tetra-cyclic or triazolopyridine antidepressants; cyclobenzaprine; methylphenidate, amphetamine, and their derivatives; St. John's wort (4, 7.2, 7.3, 7.5)
  o Dextromethorphan (4, 7.4)
- A history of a hypersensitivity to safinamide (4)
- Severe hepatic impairment (Child-Pugh C: 10-15) (4)

---------------------WARNINGS AND PRECAUTIONS-----------------------
- May cause or exacerbate hypertension (5.1)
- May cause serotonin syndrome when used with MAO inhibitors, antidepressants, or opioid drugs (5.2)
- May cause falling asleep during activities of daily living (5.3)
- May cause or exacerbate dyskinesia; consider levodopa dose reduction (5.4)
- May cause hallucinations and psychotic behavior (5.5)
- May cause problems with impulse control/compulsive behaviors (5.6)
- May cause withdrawal-emergent hyperpyrexia and confusion (5.7)

----------------------------ADVERSE REACTIONS------------------------------
Most common adverse reactions (incidence on XADAGO 100 mg/day at least 2% greater than placebo) were dyskinesia, fall, nausea, and insomnia (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact US WorldMeds, LLC at 1-888-492-3246 or FDA at 1-800-FDA-1088 or** *www.fda.gov/medwatch.*

----------------------------DRUG INTERACTIONS------------------------------
- Selective Serotonin Reuptake Inhibitors: Monitor patients for serotonin syndrome (7.3)
- Sympathomimetic Medications: Monitor patients for hypertension (7.5)
- Tyramine: Risk of severe hypertension (7.6)

-----------------------USE IN SPECIFIC POPULATIONS-----------------------
Pregnancy: Based on animal data, may cause fetal harm (8.1).

**See Section 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling**

                                                                                   **Revised: 11/2019**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
    2.1    Dosing Information
    2.2    Dosing in Patients with Hepatic Impairment
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1    Hypertension
    5.2    Serotonin Syndrome
    5.3    Falling Asleep During Activities of Daily Living
    5.4    Dyskinesia
    5.5    Hallucinations / Psychotic Behavior
    5.6    Impulse Control / Compulsive Behaviors
    5.7    Withdrawal Emergent Hyperpyrexia and Confusion
    5.8    Retinal Pathology
**6   ADVERSE REACTIONS**
    6.1    Clinical Trials Experience
**7   DRUG INTERACTIONS**
    7.1    MAO Inhibitors (MAOIs)
    7.2    Opioid Drugs
    7.3    Serotonergic Drugs
    7.4    Dextromethorphan
    7.5    Sympathomimetic Medications
    7.6    Tyramine
    7.7    Dopaminergic Antagonists

**8   USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.2    Lactation
    8.4    Pediatric Use
    8.5    Geriatric Use
    8.6    Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1    Mechanism of Action
    12.2    Pharmacodynamics
    12.3    Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
    13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2    Animal Toxicology and/or Pharmacology
**14   CLINICAL STUDIES**
    14.1    Adjunctive Treatment in Patients with Parkinson's Disease Experiencing OFF Time On a Stable Dose of Levodopa.
**16   HOW SUPPLIED/STORAGE AND HANDLING**
    16.1    How Supplied
    16.2    Storage and Handling
**17   PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

## 1  INDICATIONS AND USAGE

XADAGO is indicated as adjunctive treatment  to levodopa/carbidopa in patients with Parkinson's disease (PD) experiencing "off" episodes.

## 2  DOSAGE AND ADMINISTRATION

### 2.1    Dosing Information

The recommended starting dosage of XADAGO is 50 mg administered orally once daily (at the same time of day), without regard to meals.  After two weeks, the dosage may be increased to 100 mg once daily, based on individual need and tolerability.

Daily dosages of XADAGO above 100 mg have not been shown to provide additional benefit, and higher dosages increase the risk for adverse reactions. XADAGO has been shown to be effective only in combination with levodopa/carbidopa  *[see Indications and Usage (1)]*.

If a dose is missed, the next dose should be taken at the same time the next day.

XADAGO 100 mg should be tapered by decreasing the dose to 50 mg for one week before stopping *[see Warnings and Precautions (5.7)]*.

### 2.2    Dosing in Patients with Hepatic Impairment

In patients with moderate hepatic impairment (Child-Pugh B: 7-9), the maximum recommended dosage of XADAGO is 50 mg orally once daily. XADAGO is contraindicated in patients with severe  hepatic impairment (Child-Pugh C: 10-15) *[see Use in Specific Populations (8.6) and Clinical  Pharmacology (12.3)]*. If a patient taking 50 mg XADAGO progresses from moderate to severe  hepatic impairment, discontinue XADAGO.

## 3  DOSAGE FORMS AND STRENGTHS

- 50 mg tablets: Orange to copper with metallic gloss, round, biconcave shaped embossed with "50" on one side
- 100 mg tablets: Orange to copper with metallic gloss, round, biconcave shaped embossed with "100" on one side

## 4  CONTRAINDICATIONS

XADAGO is contraindicated in patients with:

- Concomitant use of other drugs in the monoamine oxidase inhibitor (MAOI) class or other drugs that are potent inhibitors of monoamine oxidase, including linezolid. The combination may result  in increased blood pressure, including hypertensive crisis *[see Warnings and Precautions (5.1)  and Drug Interactions (7.1)]*.

- Concomitant use of opioid drugs (e.g., meperidine and its derivatives, methadone, propoxyphene, or tramadol); serotonin-norepinephrine reuptake inhibitors (SNRIs), tricyclic, tetracyclic, or triazolopyridine  antidepressants; cyclobenzaprine; methylphenidate, amphetamine, and their derivatives; or St John's wort. Concomitant use could result in life-threatening serotonin  syndrome *[see Warnings and Precautions (5.2) and Drug Interactions (7.2, 7.3, 7.5)]*.

- Concomitant use of dextromethorphan. The combination of MAOIs and dextromethorphan has been reported to cause episodes of psychosis or abnormal behavior *[see Drug Interactions (7.4)]*.

- A history of a hypersensitivity to safinamide.  Reactions have included swelling of the tongue and oral mucosa, and dyspnea.

- Severe hepatic impairment (Child-Pugh C: 10-15) *[see Use in Specific Populations (8.6)]*.

## 5  WARNINGS AND PRECAUTIONS

### 5.1    Hypertension

XADAGO may cause hypertension or exacerbate existing hypertension. In clinical trials,  the incidence of hypertension was 7% for XADAGO 50 mg, 5% for XADAGO 100 mg, and 4%  for placebo. Monitor patients for new onset hypertension or hypertension that is not adequately controlled  after starting XADAGO. Medication adjustment may be necessary if elevation of blood pressure  is sustained.

Monitor for hypertension if XADAGO is prescribed concomitantly with sympathomimetic medications, including prescription or nonprescription nasal, oral, and ophthalmic decongestants and cold remedies *[see Drug Interactions (7.5)]*.

XADAGO is a selective inhibitor of MAO-B at the  recommended dosages of 50 mg or 100 mg daily. Selectivity for inhibiting MAO-B  decreases above the recommended daily dosages *[see Clinical Pharmacology (12.2)]*.  Therefore, XADAGO should not be used at daily dosages exceeding those recommended because of the risks of hypertension, exacerbation of existing hypertension, or hypertensive crisis.

Dietary tyramine restriction is not required during treatment with recommended doses of XADAGO. However, use with certain foods that contain very high amounts (i.e., more than 150 mg) of  tyramine could cause severe hypertension, resulting from an increased sensitivity to tyramine in  patients taking recommended dosages of XADAGO, and patients should be advised to avoid such foods.

Isoniazid has some monoamine oxidase inhibiting activity. Monitor for hypertension and reaction to dietary tyramine in patients treated concomitantly with isoniazid and XADAGO *[see Drug Interactions (7.1, 7.6)]*.

### 5.2    Serotonin Syndrome

The development of a potentially life-threatening serotonin syndrome has been reported in patients on concomitant treatment with MAOIs (including selective MAO-B inhibitors), serotonin-norepinephrine reuptake inhibitors (SNRIs), tricyclic antidepressants, tetracyclic antidepressants,   triazolopyridine antidepressants, cyclobenzaprine, opioid drugs (e.g., meperidine and meperidine derivatives,   propoxyphene, tramadol), and methylphenidate, amphetamine, and their derivatives . Concomitant use of XADAGO with these drugs is contraindicated.

In clinical trials, serotonin syndrome was reported in a patient treated with XADAGO and a selective serotonin reuptake inhibitor (SSRI).  Use the lowest effective dose of SSRIs in patients treated with concomitant XADAGO.

Serotonin syndrome symptoms may include mental status changes (e.g., agitation, hallucinations, delirium, and coma), autonomic instability (e.g., tachycardia, labile blood pressure, dizziness, diaphoresis, flushing, hyperthermia), neuromuscular symptoms (e.g., tremor, rigidity, myoclonus, hyperreflexia, incoordination), seizures, and/or gastrointestinal symptoms (e.g., nausea, vomiting, diarrhea).

### 5.3     Falling Asleep During Activities of Daily Living

Patients treated with dopaminergic medications have reported falling asleep while engaged in activities of daily living, including the operation of motor vehicles, which sometimes has resulted in accidents. Patients may not perceive warning signs, such as excessive  drowsiness, or they may report feeling alert immediately prior to the event.

In clinical studies, sleep attacks/sudden onset of sleep were reported in patients treated with XADAGO 100 mg/day.

If a patient develops  daytime sleepiness or episodes of falling asleep during activities that require full attention (e.g., driving a motor vehicle, conversations, eating), XADAGO should ordinarily  be discontinued.  If a decision is made to continue these patients on XADAGO, advise them to  avoid driving and other potentially dangerous activities.

### 5.4     Dyskinesia

XADAGO may cause dyskinesia or exacerbate pre-existing dyskinesia.

In clinical trials, the incidence of dyskinesia was 21% for XADAGO 50 mg, 18% for XADAGO 100 mg, and 9% for placebo.  There was a greater incidence of dyskinesia causing study discontinuation in patients treated with XADAGO 50 mg or 100 mg (1%),  compared to placebo (0%) *[see Adverse Reactions (6.1)]*.

Reducing the patient's daily levodopa dosage or the dosage of another dopaminergic drug may mitigate dyskinesia.

### 5.5     Hallucinations / Psychotic Behavior

Patients with a major psychotic disorder should ordinarily not be treated with XADAGO because of the risk of exacerbating the psychosis with an increase in central dopaminergic tone. In  addition, treatments for psychosis that antagonize the effects of dopaminergic medications may   exacerbate the symptoms of PD *[see Drug Interactions (7.7)]*.

Consider dosage reduction or stopping the medication if a patient develops hallucinations or psychotic-like behaviors while taking XADAGO.

### 5.6    Impulse Control / Compulsive Behaviors

Patients can experience intense urges to gamble, increased sexual urges, intense urges to spend money, binge eating, and/or other intense urges, and the inability to control these urges while taking one or more of the medications, including XADAGO, that increase central dopaminergic tone. In some cases, these urges were reported to have stopped when the dose was reduced or the medication was discontinued. Because patients may not recognize these behaviors as abnormal, it is important for prescribers to specifically ask patients or their caregivers about the development of new or increased gambling urges, sexual urges, uncontrolled spending or other urges while being treated with XADAGO. Consider dose reduction or stopping the medication if a patient develops such urges while taking XADAGO.

### 5.7    Withdrawal-Emergent Hyperpyrexia and Confusion

A symptom complex resembling neuroleptic malignant syndrome (characterized by elevated temperature, muscular rigidity, altered consciousness, and autonomic instability), with no other obvious etiology, has been reported in association with rapid dose reduction, withdrawal of, or changes in drugs that increase central dopaminergic tone.

### 5.8    Retinal Pathology

Retinal degeneration and loss of photoreceptor cells were observed in albino and pigmented rats administered safinamide orally in toxicity studies of up to 6 months duration. In albino rats administered safinamide orally for two years, retinal scarring and cataracts were observed at all doses tested *[see Nonclinical Toxicology (13.2)]*.

Periodically monitor patients for visual changes in patients with a history of retinal/macular degeneration, uveitis, inherited retinal conditions, family history of hereditary retinal disease, albinism, retinitis pigmentosa, or any active retinopathy (e.g., diabetic retinopathy).

## 6   ADVERSE REACTIONS

The following serious adverse reactions are discussed in greater detail in other sections of labeling:
- Hypertension *[see Warnings and Precautions (5.1 )]*
- Serotonin Syndrome *[see Warnings and Precautions (5.2)]*
- Falling Asleep During Activities of Daily Living *[see Warnings and  Precautions (5.3)]*
- Dyskinesia *[see Warnings and Precautions (5.4)]*
- Hallucinations / Psychotic Behavior *[see Warnings and Precautions (5.5)]*
- Impulse Control / Compulsive Behaviors *[see Warnings and Precautions (5.6)]*
- Withdrawal-Emergent Hyperpyrexia and Confusion *[see Warnings and Precautions (5.7)]*
- Retinal Pathology *[see Warnings and Precautions (5.8)]*

### 6.1    Clinical Trials Experience

Clinical trials are conducted under widely varying conditions; therefore, adverse reactions observed in the clinical trials of a drug cannot be directly compared to the incidence in the clinical trials of another drug and may not reflect the incidence observed in clinical practice.

Common Adverse Reactions in Placebo-Controlled PD Studies

Table 1 shows the incidence of adverse reactions with an incidence of at least 2% on XADAGO 100 mg/day and greater than placebo in controlled studies in PD (Study 1 and Study 2). The most common adverse reactions associated with XADAGO treatment in which the incidence for XADAGO 100 mg/day was at least 2% greater than the incidence for placebo were dyskinesia, fall, nausea, and insomnia.

Adverse Reactions Reported as Reason for Discontinuation from Study

In pooled placebo-controlled studies (Study 1 and Study 2) in patients with PD taking a stable dose of carbidopa/levodopa with or without other PD medications, there was an increase in the incidence of XADAGO-treated patients who discontinued from the study because of adverse reactions. The incidence of patients discontinuing from Study 1 and Study 2 for any adverse reaction was 5% for XADAGO 50 mg/day, 6% for XADAGO 100 mg/day, and 4% for placebo. The most frequently reported adverse reaction causing study discontinuation was dyskinesia (1% of patients treated with XADAGO 50 mg/day or XADAGO 100 mg/day vs. 0% for placebo).

**Table 1: Percentage of Patients with Adverse Reactions with an Incidence ≥ 2% in the XADAGO 100 mg/day Group and Greater than Placebo in Studies 1 and 2.**

| | XADAGO 50 mg/day (N = 223) | XADAGO 100 mg/day (N = 498) | Placebo (N = 497) |
|---|---|---|---|
| **Adverse Reaction** | % | % | % |
| Dyskinesia | 21 | 17 | 9 |
| Fall | 4 | 6 | 4 |
| Nausea | 3 | 6 | 4 |
| Insomnia | 1 | 4 | 2 |
| Orthostatic hypotension | 2 | 2 | 1 |
| Anxiety | 2 | 2 | 1 |
| Cough | 2 | 2 | 1 |
| Dyspepsia | 0 | 2 | 1 |

Abnormal Laboratory Changes

In Study 1 and Study 2, the proportion of patients who experienced a shift from normal to above the upper limit of normal for serum alanine aminotransferase (ALT) was 5% for XADAGO 50 mg, 7% for XADAGO 100 mg, and 3% for placebo. No patient treated with XADAGO experienced an increase in ALT that was 3 times the upper limit of normal or higher.

The proportion of patients with a shift from normal to above the upper limit of normal for serum aspartate aminotransferase (AST) was 7% for XADAGO 50 mg, 6% for XADAGO 100 mg, and 3% for placebo. The incidence of patients with an increase in AST to at least 3 times the upper

limit of normal was similar for XADAGO and placebo.

## 6.2    Postmarketing Experience

The following adverse reactions have been identified during post-approval use of safinamide outside of the United States. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

A postmarketing report describes a patient who developed a hypersensitivity reaction consisting of swelling of the tongue and gingiva, dyspnea and skin rash.  The symptoms resolved shortly after XADAGO was discontinued, but reappeared following rechallenge a month later.

## 7  DRUG INTERACTIONS

### 7.1    MAO Inhibitors (MAOIs)

XADAGO is contraindicated for use with other drugs in the MAOIs class or other drugs that are potent inhibitors of monoamine oxidase (e.g., linezolid, an oxazolidinone antibacterial, which also has reversible nonselective MAO inhibition activity). Co-administration increases the risk  of nonselective MAO inhibition, which may lead to hypertensive crisis *[see Contraindications (4) and Warnings and Precautions (5.1)]*. At least 14 days should elapse between  discontinuation of XADAGO and initiation of treatment with other MAOIs.

Isoniazid has some monoamine oxidase inhibiting activity.  Monitor for hypertension and reaction to dietary tyramine in patients treated concomitantly with isoniazid and XADAGO.

### 7.2    Opioid Drugs

Because serious, sometimes fatal reactions have been precipitated with concomitant use of opioid drugs  (e.g., meperidine and its derivatives, methadone, propoxyphene, or tramadol) and MAOIs, including selective MAO-B inhibitors, concomitant use of these drugs is contraindicated *[see Warnings and  Precautions (5.2)]*. At least 14 days should elapse between discontinuation of XADAGO and  initiation of treatment with these drugs.

### 7.3    Serotonergic Drugs

Concomitant use of XADAGO with SNRIs;  triazolopyridine, tricyclic or tetracyclic antidepressants; cyclobenzaprine (a skeletal muscle   relaxant that is a tricyclic antidepressant derivative); or St. John's wort is contraindicated *[see  Warnings and Precautions (5.2)]*. At least 14 days should elapse between discontinuation of XADAGO and initiation of treatment with these drugs.

Monitor patients for symptoms of serotonin   syndrome if SSRIs are used by  patients treated with XADAGO *[see Warnings and Precautions (5.2)]*.

### 7.4    Dextromethorphan

The combination of MAOIs and dextromethorphan has been reported to cause episodes of psychosis or bizarre behavior. Therefore, in view of XADAGO's MAO inhibitory  activity, dextromethorphan is contraindicated for use with XADAGO.

### 7.5    Sympathomimetic Medications

Severe hypertensive reactions have followed the administration of sympathomimetics and nonselective MAOIs. Hypertensive crisis has been reported in patients taking the recommended doses of selective MAO-B inhibitors and sympathomimetic medications. Concomitant use of XADAGO with methylphenidate, amphetamine, and their derivatives is contraindicated *[see Warnings and Precautions (5.1, 5.2)]*.

Monitor patients for hypertension if XADAGO is prescribed concomitantly with prescription or nonprescription sympathomimetic medications, including nasal, oral, or ophthalmic decongestants and cold remedies *[see Warnings and Precautions (5.1)]*.

### 7.6    Tyramine

MAO in the gastrointestinal tract and liver (primarily type A) provides protection from exogenous amines (e.g., tyramine).  If tyramine were absorbed intact, it could lead to severe hypertension, including hypertensive crisis.  Aged, fermented, cured, smoked, and pickled foods containing large amounts of exogenous amines (e.g., aged cheese, pickled herring) may cause release of norepinephrine resulting in a rise in blood pressure (Tyramine Reaction). Patients should be advised to avoid foods containing a large amount of tyramine while taking recommended doses of XADAGO *[see Warnings and Precautions (5.1)]*.

Selectivity for inhibiting MAO-B decreases in a dose-related manner above the  highest recommended daily dosage, which may increase the risk for hypertension *[see Clinical Pharmacology (12.2)]*.  In addition, isoniazid has some monoamine oxidase inhibiting activity. Monitor for hypertension and reaction to dietary tyramine in patients treated with isoniazid and XADAGO *[see Warnings and Precautions (5.1)]*.

### 7.7    Dopaminergic Antagonists

Dopamine antagonists, such as antipsychotics or metoclopramide, may  decrease the effectiveness of XADAGO and exacerbate the symptoms of PD.

## 8   USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy

Risk Summary

There are no adequate data on the developmental risk associated with the use of XADAGO in pregnant women.  In animals, developmental toxicity, including teratogenic effects, was observed when safinamide was administered during pregnancy at clinically relevant doses. Developmental toxicity was observed at doses lower than those used clinically when safinamide was administered during pregnancy in combination with levodopa/carbidopa.

The background risk of major birth defects and miscarriage for the indicated population is unknown. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

Data

*Animal Data*

In an embryofetal development study in rats, oral administration of safinamide (0, 50, 100, or 150 mg/kg/day) throughout organogenesis resulted in dose-related increases in fetal abnormalities (primarily urogenital malformations) at all doses.  A no-effect dose for adverse

effects on embryofetal development was not established. The lowest dose tested (50 mg/kg/day) is  approximately 5 times the maximum recommended human dose (MRHD) of 100 mg on a body  surface area (mg/m$^2$) basis.  In a combination embryofetal development study of safinamide and   levodopa (LD)/carbidopa (CD) in rats (80/20 mg/kg/day LD/CD in combination with 0, 25, 50,   or 100 mg/kg/day safinamide or 100 mg/kg/day safinamide alone), increased incidences of fetal   visceral and skeletal malformations and variations were observed at all doses of safinamide in   combination with CD/LD and with safinamide alone. The lowest dose of safinamide tested (25   mg/kg/day) is approximately 2 times the MRHD on a mg/m$^2$ basis.

In embryofetal development studies in rabbits, no developmental toxicity was observed at up to the highest oral dose of safinamide tested (100 mg/kg/day). However, when safinamide (0, 4, 12, or  40 mg/kg/day) was administered throughout organogenesis in a combination study of safinamide   with LD/CD (80/20 mg/kg/day LD/CD), there was an increased incidence of embryofetal death  and cardiac and skeletal malformations, compared to LD/CD alone.  A no-effect dose for  safinamide was not established; the lowest effect dose of safinamide tested (4 mg/kg/day) is less  than the MRHD on a mg/m$^2$ basis.

In a rat pre- and postnatal development study, oral administration of safinamide (0, 4, 12.5, or 37.5 mg/kg/day) throughout pregnancy and lactation resulted in skin discoloration of the offspring, presumed to be due to hepatobiliary toxicity, at the mid and high doses and decreased body weight and increased postnatal mortality in offspring at the highest dose tested. The no effect dose (4 mg/kg/day) for adverse developmental effects is less than the MRHD on a mg/m$^2$ basis.

## 8.2    Lactation

Risk Summary

There is no information regarding the presence of XADAGO or its metabolites in human milk, the effects on the breastfed infant, or the effects on milk production.

The developmental and health benefits of breastfeeding should be considered along with the mothers' clinical need for XADAGO and any potential adverse effects on the breastfed infant from XADAGO or from the underlying maternal condition.

Data

*Animal Data*

Skin discoloration, presumed to be caused by hyperbilirubinemia resulting from hepatobiliary toxicity, was observed in rat pups indirectly exposed to safinamide through the milk during the lactation period.

## 8.4    Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5    Geriatric Use

Of the 1516 subjects exposed to XADAGO in clinical studies, 38% were 65 and over, while 4% were 75 and over.  No overall differences in safety or effectiveness were observed between these patients and younger patients, and other reported clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of

some older individuals cannot be ruled out.

## 8.6    Hepatic Impairment

XADAGO plasma concentrations are increased in patients with hepatic impairment *[see Clinical Pharmacology (12.3)]*.

In patients with moderate hepatic impairment (Child-Pugh B: 7-9), the maximum recommended dosage of XADAGO is 50 mg once daily *[see Dosage and Administration (2.2)]*.  XADAGO has not been studied in patients with severe hepatic impairment (Child-Pugh C: 10-15), and is contraindicated in these patients.  If patients progress from moderate to severe  hepatic impairment, treatment with XADAGO should be stopped.

## 10  OVERDOSAGE

There is no human experience with XADAGO overdose.

There is no known antidote to XADAGO nor any specific treatment for XADAGO overdose.  If an overdose occurs, XADAGO treatment should be discontinued and supportive  treatment should be administered as clinically indicated.  In cases of overdose with XADAGO,  dietary tyramine restriction should be observed for several weeks.

The Poison Control Center should be called at 1-800-222-1222 for the most current treatment guidelines.

## 11  DESCRIPTION

XADAGO tablets contain safinamide, which is a MAO-B inhibitor, as the mesylate salt. Safinamide mesylate is (*S*)-2- [[4-[(3-fluorophenyl) methoxy]phenyl]methyl]aminopropanamide methanesulfonate (1:1) and its structural formula is below.



The molecular formula of safinamide mesylate is $C_{17}H_{19}FN_2O_2 \bullet CH_4O_3S$ and its molecular weight is 398.45.

Safinamide mesylate is a white to off-white crystalline powder.  Safinamide mesylate is freely  soluble in water, methanol and dimethyl sulfoxide.  Safinamide mesylate is sparingly soluble in  ethanol and is practically insoluble in ethyl acetate.  In aqueous buffers that span a pH range of 1.2 to 7.5, safinamide mesylate is highly soluble at pH 1.2 and 4.5, but shows low solubility (<0.4 mg/mL) at pH 6.8 and 7.5.

XADAGO is available as 50 mg and 100 mg film-coated tablets for oral administration.  Each XADAGO tablet contains 65.88 mg or 131.76 mg of safinamide mesylate, equivalent to 50 mg  or 100 mg, respectively, of safinamide free base.  The tablets also contain the following inactive ingredients: colloidal silicon dioxide, crospovidone, hypromellose, iron oxide (red), magnesium stearate, microcrystalline cellulose, polyethylene glycol 6000, potassium aluminum silicate,  and titanium dioxide.

## 12 CLINICAL PHARMACOLOGY

### 12.1    Mechanism of Action

The precise mechanism by which XADAGO exerts its therapeutic effects in PD is unknown.  XADAGO is an inhibitor of monoamine oxidase B (MAO-B). Inhibition of MAO-B activity, by blocking the catabolism of dopamine, is thought to result in an increase in  dopamine levels and a subsequent increase in dopaminergic activity in the brain.

### 12.2    Pharmacodynamics

XADAGO inhibits monoamine oxidase B (MAO-B), with more than 1000-fold selectivity over MAO-A. In clinical studies, complete inhibition (>90%) of MAO-B was measured at doses >  20 mg.

Tyramine Challenge Test

In an oral tyramine challenge study, XADAGO produced a distinct but relatively small increase  in tyramine sensitivity to increase blood pressure. The results suggest that XADAGO at a dose  of 50 mg or 100 mg is relatively selective for inhibiting MAO-B and can be used without  dietary tyramine restriction. Relative selectivity of XADAGO for inhibiting MAO-B decreases above the highest recommended daily dosage (100 mg) *[see  Warnings and Precautions (5.1) and Drug Interactions (7.6)]*.

Cardiac Electrophysiology

The effect of XADAGO on the QTc interval was evaluated in a randomized placebo and positive controlled double-blind, multiple-dose parallel thorough QTc study in 240 healthy subjects. At a dose of 350 mg (3.5 times the maximum recommended dosage), XADAGO did not prolong the QTc interval.

### 12.3    Pharmacokinetics

Pharmacokinetics of safinamide is linear over a range of 50 mg to 300 mg (3 times the maximum recommended daily dose). Steady state is reached within 5 to 6 days.

Absorption

After single and multiple oral dosing under fasting conditions, $T_{max}$ of safinamide ranges from 2  to 3 hours.  Absolute bioavailability of safinamide is 95% after oral administration, and first pass metabolism is negligible. A slight delay in Tmax was observed in the fed state relative to the  fasted condition, but there was no effect on safinamide $AUC_{0-\infty}$ and $C_{max}$ *[see Dosage and  Administration (2.1)]*.

Distribution

The volume of distribution (Vss) is approximately 165 L, indicating extensive extravascular distribution. Safinamide is not highly protein bound (unbound fraction is 11 to 12%).

Metabolism and Excretion

In humans, safinamide is almost exclusively eliminated via metabolism (~5% of the drug is eliminated unchanged, mainly in urine), through three main metabolic pathways.  One pathway involves hydrolytic oxidation of the amide moiety leading to the primary metabolite 'safinamide acid' (NW-1153).  Another pathway is oxidative cleavage of the ether bond forming 'O-debenzylated safinamide' (NW-1199).  Finally, the 'N-dealkylated acid' (NW-1689) is formed  by oxidative cleavage of the amine bond of either safinamide or the primary safinamide acid  metabolite (NW-1153).  The 'N-dealkylated acid' (NW-1689) undergoes further conjugation  with glucuronic acid yielding its acyl glucuronide. NW-1689 is the main circulating metabolite  in human plasma, exceeding the exposure of the parent (161% of parent). NW-1689 AG and NW-1153 account for about 18% and 11% of the parent drug exposure, respectively. None of the  metabolites has pharmacological activity.

Safinamide is predominantly metabolized by non-microsomal enzymes (cytosolic  amidases/MAO-A); CYP3A4 and other CYP iso-enzymes play only a minor role in its overall  biotransformation.

The total clearance of safinamide was determined to be 4.6 L/h. Terminal half-life is 20-26 h.  The primary route of excretion is through the kidney (76% of safinamide dose recovered in the  urine, primarily in the form of inactive metabolites).

Specific Populations

*Age:* Geriatric Population:  There are limited clinical data on the use of XADAGO in the elderly  (>75 years). These data suggest that the pharmacokinetics of safinamide is not affected by age  *[see Use in Specific Populations (8.5)].*

*Race***:** The pharmacokinetics of safinamide is not influenced by race.

*Sex:* The pharmacokinetics of safinamide is not influenced by sex.

*Hepatic Impairment:* The disposition of XADAGO was assessed in subjects with mild and  moderate hepatic impairment and compared with subjects with normal hepatic function.  A marginal increase in the exposure of safinamide (approximately 30% increase in AUC) was  observed in subjects with mild hepatic impairment (Child-Pugh A). In subjects with moderate   hepatic impairment (Child-Pugh B), exposure to safinamide was increased by about 80% (CI:  154-215%) *[see Dosage and Administration (2.2) and Use in Specific Populations (8.6)].*  XADAGO has not been studied in patients with severe hepatic impairment (Child-Pugh C) *[see Contraindications (4)].*

*Renal Impairment:* The effect of renal impairment on safinamide pharmacokinetics was  investigated in an open-label, parallel-group, single oral dose study in subjects with moderate  renal impairment, severe renal impairment, or normal renal function. The pharmacokinetics of  safinamide was not affected by impaired renal function.

Drug Interaction Studies

*In Vitro Studies: In vitro* metabolism studies indicate no meaningful inhibition or induction of Cytochrome P450 (CYP) based enzymes by safinamide and its major metabolites at  concentrations that are relevant for dosing. Safinamide or its major metabolites at clinically   relevant concentrations

are not inhibitors of MAO-A, levodopa decarboxylase or aldehyde dehydrogenase enzymes.

Safinamide is not a substrate of P-gp. Safinamide and its metabolites did not inhibit P-gp or other transporters OCT2, OATP1B1, OATP1B3, BSEP, OAT1/3/4.

*In Vivo Studies:*  Dedicated drug-drug interactions studies conducted with ketoconazole, levodopa (LD), BCRP substrate (rosuvastatin), and CYP1A2 and CYP3A4 substrates (caffeine and midazolam, respectively) did not demonstrate any clinically significant effects on the pharmacokinetic profile of XADAGO, or on the pharmacokinetic profile of co-administered levodopa, rosuvastatin, or CYP1A2 and CYP3A4 substrates.

## 13 NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

In carcinogenicity studies in mice and rats, safinamide was administered at oral doses of 0, 50,  100 and 200 mg/kg/day, and 0, 25, 50 and 100 mg/kg/day, respectively, for 2 years.  The highest  doses tested in both species were approximately 10 times the maximum recommended human  dose (MRHD) of 100 mg/day on a body surface area ($mg/m^2$) basis.  No evidence of tumorigenic  potential was observed in either species.

Mutagenesis

Safinamide was negative for genotoxicity in *in vitro* (Ames, mouse lymphoma) and *in vivo*  (mouse micronucleus) assays.

Impairment of Fertility

In a rat fertility study in which males and females were orally administered safinamide (0, 50, 100, 150 mg/kg/day) prior to and during mating and continuing through early pregnancy in  females, adverse effects on reproductive function were observed in both males (sperm  abnormalities) and females (decreased corpora lutea, increased pre-implantation loss). The no-effect dose for reproductive toxicity (50 mg/kg/day) is approximately 5 times the MRHD on a  $mg/m^2$ basis.

### 13.2   Animal Toxicology and /or Pharmacology

Retinal Pathology in Rats

Degeneration and loss of photoreceptor cells were observed in the retina of both albino and pigmented rats at plasma exposures lower than that in humans at the maximum recommended human dose of 100 mg/kg/day.  The findings were dose- and time-dependent and progressed from minimal loss to severe outer nuclear cell layer loss after one year of oral dosing with safinamide.  In a two  year study, total retinal atrophy and scarring and lens opacities (cataracts) were seen at all oral doses  tested (0, 25, 50, and 100 mg/kg/day).

In a study in rats dosed orally with safinamide alone or in combination with pramipexole, pramipexole, at a dose (25 mg/kg/day) that did not cause retinal changes, exacerbated the retinal pathology caused by safinamide alone (50 mg/kg/day) in both pigmented and albino rats.

Investigative studies were not able to identify a mechanism underlying the retinal toxicity; the relevance to humans is unknown.

**14 CLINICAL STUDIES**

**14.1     Adjunctive Treatment in Patients with PD Experiencing OFF Time  on a Stable Dose of Levodopa.**

Two double-blind, placebo-controlled, multi-national, 24-week studies (Study 1 and Study 2)   were conducted in PD patients experiencing "OFF" Time during treatment with  carbidopa/levodopa and other PD medications, e.g., dopamine agonists, catechol-O-methyl   transferase (COMT) inhibitors, anticholinergics, and/or amantadine. In both studies, the primary  measure of effectiveness was the change from baseline in total daily "ON" Time without  troublesome dyskinesia (i.e., "ON" Time without dyskinesia plus "ON" Time with non-  troublesome dyskinesia), based on 18-hour diaries completed by patients for at least 3 days  before each of the scheduled visits.  Secondary endpoints included "OFF" Time during the diary  period and reduction in Unified PD Rating Scale (UPDRS) Part III (motor   examination).

In Study 1**,** patients (n=645) were randomized equally to treatment with XADAGO 50 mg/day (n=217 patients), XADAGO 100 mg/day (n=216 patients), or placebo (n=212 patients), and had at least one post-baseline   assessment of "ON" Time.

The percentages of patients taking stable doses of other classes of PD medications, in addition to levodopa/decarboxylase inhibitor, were: dopamine agonists (61%), COMT inhibitors (24%), anticholinergics (37%), and amantadine (14%). Use of MAOIs was prohibited. The average daily dosage of levodopa was 630 mg.  The mean duration of PD was  approximately 8 years.

In Study 1, XADAGO 50 mg/day and 100 mg/day significantly increased "ON" Time compared to placebo (Table 2). The increase in "ON" Time without  troublesome dyskinesia was accompanied by a similar significant reduction in "OFF" Time and a  reduction in Unified PD Rating Scale Part III (UPDRS III) scores assessed  during "ON" Time (Table 3). Improvement in "ON" Time occurred without an increase in troublesome  dyskinesia.

**Table 2: Change in Mean Total Daily "ON" Time[†] in Study 1**

|  | N | Baseline (hours) (mean ± SD) | Change from Baseline to Endpoint (LSD* vs. placebo) (95% CI)** p-value |
|---|---|---|---|
| Placebo | 212 | 9.3 ± 2.2 | -- |
| XADAGO 50 mg once daily | 217 | 9.4 ± 2.2 | 0.50 (0.03, 0.96) p=0.0356 |
| XADAGO 100 mg once daily | 216 | 9.6 ± 2.5 | 0.53 (0.07, 1.00) p=0.0238 |

† "ON" Time = "ON" Time without dyskinesia plus "ON" Time with non-troublesome dyskinesia

*LSD: Least squares difference; a positive value indicates improvement

**95% CI: 95% Confidence Interval

**Table 3: Secondary Measures of Effectiveness in Study 1**

|  | N | Baseline (hours)  (mean ± SD) | Change from Baseline to Endpoint  (LSD* vs. placebo) (95% CI)**p-value |
|---|---|---|---|
|  |  |  |  |
| **Change in mean daily "OFF" Time** | | | |
| Placebo | 212 | 5.3 ± 2.1 | -- |

Reference ID: 4525002

|  | N | Baseline (hours) (mean ± SD) | Change from Baseline to Endpoint (LSD* vs. placebo) (95% CI)**p-value |
|---|---|---|---|
| XADAGO 50 mg once daily | 217 | 5.2 ± 2.0 | -0.55 (-0.93, -0.17) p=0.0049 |
| XADAGO 100 mg once daily | 216 | 5.2 ± 2.2 | -0.57 (-0.95, -0.19) p=0.0037 |
| **Change in UPDRS Part III (Motor subscale)** | | | |
| Placebo | 212 | 28.6 ± 12.0 | -- |
| XADAGO 50 mg once daily | 217 | 27.3 ± 12.8 | -1.75 (-3.24, -0.36) p=0.0212 |
| XADAGO 100 mg once daily | 216 | 28.4 ± 13.5 | -2.48 (-3.97, -1.00) p=0.0011 |

*LSD: Least squares difference; a negative value indicates improvement
**95% CI: 95% Confidence Interval

The effect of XADAGO 100 mg on "ON" Time was only slightly numerically greater than the effect of XADAGO 50 mg. In addition, the time course of improvement in total daily "ON" Time was similar between both doses (Figure 1). The time course of improvement in total daily "ON" Time showed numerically greater improvement with both XADAGO 50 mg and 100 mg compared to placebo, at all post-baseline timepoints (Figure 1).

**Figure 1: Mean Change from Baseline in Total Daily "ON" Time by Week and Treatment in Study 1**



Figure 2 shows the empirical cumulative distribution functions (CDF) for the change from baseline to Week 24 in total daily "ON" Time in Study 1. The cumulative percentage of patients with a change in "ON" Time was similar for the XADAGO 50 mg and 100 mg groups. The cumulative percentage of patients with an increase in "ON" Time is higher for both XADAGO 50 mg and 100 mg treated patients than for placebo patients.

**Figure 2: Study 1 Empirical Cumulative Distribution Functions (CDF) for the Change from Baseline to Week 24 in Total Daily "ON" Time**



Patients who dropped out of the study because of an adverse reaction, lack of efficacy, non-compliance, or withdrawal of consent were treated as treatment failures and assumed to have the smallest change from baseline among all patients. The failure rates are 6.1%, 5.6%, and 6.9% for the placebo group, XADAGO 50 mg/day group, and XADAGO 100 mg/day group, respectively.

In Study 2, patients (n=549) were randomized to treatment with XADAGO 100 mg daily (n=274 patients) or placebo (n=275 patients) for up to 24 weeks. The percentages of patients taking stable doses of other classes of PD medication, in addition to levodopa/decarboxylase inhibitor, were: dopamine agonists (74%), COMT inhibitors (18%), anticholinergics (17%), and amantadine  (30%). Use of MAOIs was prohibited. The average daily dosage of levodopa was 777 mg.  The mean duration of PD was approximately 9 years.

In Study 2, XADAGO was significantly better than placebo for increasing "ON" Time (Table 4).  The observed increase in "ON" Time without troublesome dyskinesia was accompanied by a  reduction in "OFF" Time of similar magnitude and a reduction in UPDRS III score (assessed  during "ON" Time). The time course of effect was similar to that showed in the above figure for  Study 1. As in Study 1, the increase in "ON" Time without troublesome dyskinesia was accompanied by a similar significant reduction in "OFF" Time and a reduction in Unified PD Rating Scale Part III (UPDRS III) scores assessed during "ON" Time (Table 5).

**Table 4: Change in Mean Total Daily "ON" Time[†] in Study 2**

|  | N | Baseline (hours) (mean ± SD) | Change from Baseline to Endpoint (LSD* vs. placebo) (95% CI)** | p-value |
|---|---|---|---|---|
| Placebo | 273 | 9.1 ± 2.5 | -- | -- |
| XADAGO 100 mg once daily | 270 | 9.3 ± 2.4 | 0.99 (0.58, 1.39) | < 0.001 |

† "ON" Time = "ON" Time without dyskinesia plus "ON" Time with non-troublesome dyskinesia
*LSD: Least squares difference; a positive value indicates improvement;
**95% CI: 95% Confidence Interval

**Table 5: Secondary Measures of Effectiveness in Study 2**

|  | N | Baseline (hours) (mean ± SD) | Change from Baseline to Endpoint (LSD* vs. placebo) (95% CI)**p-value |
|---|---|---|---|
| **Change in mean daily "OFF" time** | | | |
| Placebo | 273 | 5.36 ± 2.00 | -- |
| XADAGO 100 mg once daily | 270 | 5.35 ± 1.98 | -1.06 (-1.43, -0.69) <0.001 |
| **Change in UPDRS Part III (Motor subscale)** | | | |
| Placebo | 273 | 23.03 ± 12.75 | -- |
| XADAGO 100 mg once daily | 270 | 22.33 ± 11.79 | -1.70 (-2.89, -0.50) 0.005 |

*LSD: Least squares difference; a negative value indicates improvement
**95% CI: 95% Confidence Interval

The time course of improvement in total daily "ON" Time showed numerically greater improvement with XADAGO 100 mg compared to placebo at all post-baseline timepoints (Figure 3).

**Figure 3: Mean Change from Baseline in Total Daily "ON" Time by Week and Treatment in Study 2**



Figure 4 shows the empirical cumulative distribution functions (CDF) for the change from baseline to Week 24 in total daily "ON" Time in Study 2. The cumulative percentage of patients with an increase in "ON" Time treated with XADAGO 50 mg to 100 mg is higher than for placebo patients.

**Figure 4: Study 2 Empirical Cumulative Distribution Functions (CDF) for the Change from Baseline to Week 24 in Total Daily "ON" Time**



## 16 HOW SUPPLIED/STORAGE AND HANDLING

### 16.1 How Supplied

50 mg (orange to copper colored with metallic gloss, round film-coated, biconcave shaped tablet embossed with "50" on one side; approximately 7 mm in diameter).

    Bottles of 30 tablets…………………………………………NDC 27505-110-30
    Bottles of 90 tablets…………………………………………NDC 27505-110-90


100 mg (orange to copper colored with metallic gloss, round film-coated, biconcave shaped  tablet embossed with "100" on one side; approximately 9 mm in diameter).

    Bottles of 30 tablets…………………………………………NDC 27505-111-30
    Bottles of 90 tablets…………………………………………NDC 27505-111-90


### 16.2 Storage and Handling

Store at 25°C (77°F); excursions permitted between 15°C to 30°C (59°F to 86°F) [see USP  controlled room temperature].


## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information).

<u>Hypertension</u>

Advise patients that treatment with recommended doses of XADAGO may be associated with elevations of blood pressure or onset of hypertension. Tell patients who experience elevation of  blood pressure while taking XADAGO to contact their healthcare provider.

Explain the risk of using higher than recommended daily doses of XADAGO, and provide a brief

description of the tyramine associated hypertensive reaction.

Advise patients to avoid certain foods (e.g., aged cheese) containing a very large amount of tyramine while taking recommended doses of XADAGO because of the potential for large increases in blood pressure. If patients eat foods very rich in tyramine and do not feel well soon after eating, they should contact their healthcare provider *[see Warnings and Precautions (5.1)]*.

Serotonin Syndrome

Tell patients to inform their physician if they are taking, or planning to take, any prescription or over-the-counter drugs, especially antidepressants and over-the-counter cold medications, because there is a potential for interaction with XADAGO. Because patients should not use meperidine or certain other analgesics with XADAGO, they should contact their healthcare provider before taking new medications including antidepressants, analgesics, and prescription or nonprescription decongestants *[see Contraindications (4) and Warnings and Precautions (5.2)]*.

Falling Asleep During Activities of Daily Living and Somnolence

Inform patients about the potential for sedating effects associated with XADAGO and other dopaminergic medications, including somnolence and particularly to the possibility of falling asleep while engaged in activities of daily living. Because somnolence can be a frequent adverse reaction with potentially serious consequences, patients should not operate a motor vehicle or engage in other potentially dangerous activities until they have gained sufficient experience with XADAGO.

Advise patients that if increased somnolence or new episodes of falling asleep during activities of daily living (e.g., watching television, passenger in a car, etc.) are experienced at any time during treatment, they should not drive or participate in potentially dangerous activities until they have contacted their physician. Patients should not drive, operate machinery, or work at heights during treatment if they have previously experienced somnolence and/or have fallen asleep without warning prior to use of XADAGO.

Because of possible additive effects, advise patients about the potential for increased somnolence when patients are taking other sedating medications, alcohol, or other central nervous system depressants (e.g., benzodiazepines, antipsychotics, antidepressants) in combination with XADAGO *[see Warnings and Precautions (5.3)]*.

Dyskinesia

Advise patients taking XADAGO as adjunct to levodopa that there is a possibility of dyskinesia or increased dyskinesia *[see Warnings and Precautions (5.4)]*.

Hallucinations / Psychotic Behavior

Inform patients that hallucinations or other manifestations of psychotic behavior can occur when taking XADAGO. Advise patients that, if they have a major psychotic disorder, that XADAGO should not ordinarily be used because of the risk of exacerbating the psychosis. Patients with a major psychotic disorder should also be aware that many treatments for psychosis may decrease the effectiveness of XADAGO *[see Warnings and Precautions (5.5) and Drug Interactions (7.7)]*.

Impulse Control/Compulsive Behaviors

Advise patients that they may experience intense urges to gamble, increased sexual urges, other intense urges, and the inability to control these urges while taking XADAGO. Although it is not proven that the medications caused these events, these urges were reported to have stopped in some cases when the dose was reduced or the medication was stopped. Prescribers should ask patients about the development of new or increased gambling urges, sexual urges, or other urges while being treated with XADAGO. Patients should inform their physician if they experience these urges while taking XADAGO *[see Warnings and Precautions 5.6]*.

Reference ID: 4525002

<u>Withdrawal-Emergent Hyperpyrexia and Confusion</u>

Tell patients to contact their healthcare provider if they wish to discontinue XADAGO and seek guidance for tapering XADAGO instead of abruptly discontinuing XADAGO *[see Warnings and Precautions (5.7)].*

<u>Missing Dose</u>

Instruct patients to take XADAGO as prescribed. If a dose is missed, instruct patients to take the next dose at the usual time on the following day.

<u>Concomitant Medications</u>

Advise patients to inform their physicians if they are taking, or plan to take, any prescription or over-the-counter medications because of a potential for interactions *[see Contraindications (4), and Drug Interactions (7.3, 7.4, and 7.5)].*

For more information go to www.usworldmeds.com.



Distributed by:

US WorldMeds, LLC

4441 Springdale Road

Louisville, KY  40241

Under License from Newron Pharmaceuticals SpA.

US WorldMeds, LLC is the exclusive licensee and distributor of XADAGO in the United States and Its territories.

©2019. Zambon SpA.  XADAGO is a registered trademark of Zambon SpA.

465635

| PATIENT INFORMATION |
| --- |
| **PATIENT INFORMATION**<br>XADAGO (ZA-da-go)<br>(safinamide) Tablets |

**What is XADAGO?**

XADAGO is a type of prescription medicine known as a monoamine oxidase type B (MAO-B) inhibitor used with levodopa and carbidopa to treat adults with Parkinson's disease (PD) who are having "off" episodes.

It is not known if XADAGO is safe and effective in children.

**Do not take XADAGO if you:**

- take another medicine called a Monoamine Oxidase Inhibitor (MAOI) because it may cause a sudden severe increase in your blood pressure (hypertensive crisis).
  - o Do not take an MAOI within 14 days after you stop taking XADAGO.
  - o Do not start XADAGO if you stopped taking an MAOI in the last 14 days.
- take an opioid drug, St. John's wort, serotonin-norepinephrine reuptake inhibitors (SNRIs), tricyclic antidepressants, tetracyclic antidepressants, triazolopyridine antidepressants, cyclobenzaprine, methylphenidate (or similar drugs), or amphetamine (or similar drugs) because it could be life-threatening. Ask your healthcare provider if you are not sure if you are taking any of these medicines.
  - o Do not take XADAGO within 14 days after you stop taking any of these medicines.
  - o Do not start taking XADAGO if you stopped taking any of these medicines in the last 14 days.
- take a medicine used to treat a cough or cold called dextromethorphan because it may cause psychosis or abnormal behavior.
- have a history of an allergic reaction to safinamide. Signs of an allergic reaction to safinamide could include swelling of your tongue, mouth or trouble breathing. Ask your healthcare provider if you are not sure if you have had an allergic reaction to safinamide in the past.
- have severe liver problems.

**Before taking XADAGO, tell your healthcare provider about all of your medical conditions, including if you:**

- have high or low blood pressure
- have a sleep disorder, have unexpected or unpredictable daytime sleepiness or take a medicine to help you sleep
- drink alcoholic beverages. This may increase your chances of becoming drowsy or sleepy while taking XADAGO.
- have a history of abnormal movement (dyskinesia)
- have or have had a mental health problem such as schizophrenia, bipolar disorder or psychosis
- have or have had unusual urges
- have or have had problems with the retina in your eye or have a family history of problems with the retina
- are pregnant or plan to become pregnant.  It is not known if XADAGO will harm your unborn baby.
- are breastfeeding or plan to breastfeed.  It is not known if XADAGO passes into breast milk or if it can cause side effects in a breastfed baby.  Talk to your healthcare provider about the best way to feed your baby if you take XADAGO.

**Tell your healthcare provider about all the medicines that you take or plan to take**, including prescription and over-the-counter medicines, vitamins, and herbal supplements.

XADAGO and other medicines may affect each other causing side effects. XADAGO may affect the way other medicines work, and other medicines may affect how XADAGO works.

**Especially tell your healthcare provider if you take:**

- selective serotonin reuptake inhibitors (SSRIs)
- meperidine, methadone, propoxyphene, tramadol
- metoclopramide

Ask your healthcare provider if you are not sure if you are taking any of these medicines.

Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I take XADAGO?**
- Take XADAGO exactly as your healthcare provider tells you to take it.
- Take XADAGO at the same time each day.
- Take XADAGO with or without food.
- If you miss a dose, take your next dose of XADAGO at the same time the next day.
- Your healthcare provider may need to change the dose of XADAGO until the dose is right for you.
- Do not start or stop taking XADAGO without talking to your healthcare provider first.
- If you take too much XADAGO, call the Poison Control Center at 1-800-222-1222 or go to the nearest hospital emergency room right away.

**What should I avoid while taking XADAGO?**
- Avoid certain foods and beverages that are high in tyramine such as aged, fermented, cured, smoked and pickled foods.
- Do not drive, operate heavy machinery, work in high places or do other dangerous activities until you know how XADAGO affects you.

**What are the possible side effects of XADAGO?**
**XADAGO may cause serious side effects, including:**
- **high blood pressure (hypertension). XADAGO may raise your blood pressure or make your high blood pressure worse.**  Your healthcare provider will check your blood pressure while you take XADAGO.
- **serotonin syndrome.**  A potentially life-threatening problem called serotonin syndrome can happen when medicines such as XADAGO are taken with certain other medicines.  Symptoms of serotonin syndrome may include:

| | | |
|---|---|---|
| o agitation, hallucinations, coma, or other changes in mental status | o problems controlling your movements or muscle twitching | o fast heartbeat |
| o high or low blood pressure | o sweating or fever | o muscle stiffness or tightness |
| o seizures | o nausea or vomiting | o diarrhea |

- **falling asleep during normal activities**. You may fall asleep while doing normal activities such as driving a car, doing physical tasks, or using hazardous machinery while taking XADAGO. You may suddenly fall asleep without being drowsy or without warning. This may result in having accidents. Your chances of falling asleep while doing normal activities while taking XADAGO are greater if you take other medicines that cause drowsiness. Tell your healthcare provider right away if this happens. Before starting XADAGO, be sure to tell your healthcare provider if you take any medicines that make you drowsy.
    - o   Do not drive or operate machinery until you know how XADAGO affects you.
- **uncontrolled, sudden movements (dyskinesia).** XADAGO may cause uncontrolled sudden movements or make such movements you already have worse or more frequent. Tell your healthcare provider if this happens. The doses of your anti-Parkinson's medicine may need to be changed.
- **hallucinations and other psychosis.** XADAGO can cause or worsen psychotic symptoms including hallucinations (seeing or hearing things that are not real), confusion, agitation, delusional beliefs (believing things that are not real), and disorganized thinking. If you have hallucinations or any of these other psychotic-like changes, talk with your healthcare provider.
- **unusual urges.** Some patients taking XADAGO get urges to behave in a way unusual for them. Examples of this are unusual urge to gamble, increased sexual urges, strong urges to spend money, binge eating and the inability to control these urges. If you notice or your family notices that you are developing any unusual behaviors, talk to your healthcare provider.
- **problems with the retina in your eye (retinal changes).** Tell your healthcare provider if your eye sight changes.

**The most common side effects of XADAGO include** uncontrolled, sudden movements (dyskinesia), falls, nausea, trouble sleeping or falling asleep (insomnia). These are not all the possible side effects of XADAGO.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-

FDA-1088.

**How should I store XADAGO?**

Store XADAGO at room temperature, about 68°F to 77°F (20°C to 25°C).

Keep XADAGO and all medicines out of the reach of children.

**General information about the safe and effective use of XADAGO.**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use XADAGO for a condition for which it was not prescribed. Do not give XADAGO to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about XADAGO that is written for health professionals.

**What are the ingredients in XADAGO?**

**Active ingredient:** safinamide mesylate

**Inactive ingredients:** microcrystalline cellulose, crospovidone, colloidal silicon dioxide, magnesium stearate, hypromellose, polyethylene glycol 6000, iron oxide (red), potassium aluminum silicate, and titanium dioxide



Distributed by:
**US WorldMeds, LLC**
4441 Springdale Road
Louisville, KY 40241
Under License from Newron Pharmaceuticals SpA.
US WorldMeds, LLC is the exclusive licensee and distributor of XADAGO in the United States and Its territories.
©2019. Zambon  SpA.  XADAGO is a registered trademark of Zambon SpA.
For more information, go to www.xadago.com or call 1-888-492-3246.

This Patient Information has been approved by the U.S. Food and Drug Administration                    Revised: 11/2019

Exhibit 4



US008076515B2

(12) **United States Patent**
Barbanti et al.

(10) Patent No.: **US 8,076,515 B2**
(45) Date of Patent: **Dec. 13, 2011**

(54) **PROCESS FOR THE PRODUCTION OF 2-[4-(3- AND 2-FLUOROBENZYLOXY) BENZYLAMINO] PROPANAMIDES**

(75) Inventors: **Elena Barbanti**, Cologno Monzese (IT); **Carla Caccia**, Cardano Al Campo (IT); **Patricia Salvati**, Arese (IT); **Francesco Velardi**, Cameri (IT); **Tiziano Ruffilli**, Vigliano Biellese (IT); **Luigi Bogogna**, Vaprio D'Agogna (IT)

(73) Assignee: **Newron Pharmaceuticals S.p.A.**, Bresso (IT)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 551 days.

(21) Appl. No.: **12/338,825**

(22) Filed: **Dec. 18, 2008**

(65) **Prior Publication Data**

US 2009/0156678 A1      Jun. 18, 2009

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/EP2007/005105, filed on Jun. 8, 2007.

(30) **Foreign Application Priority Data**

Jun. 19, 2006     (EP) ..................................... 06012565

(51) **Int. Cl.**
*C07C 231/12*      (2006.01)
*C07C 233/09*      (2006.01)
*A61K 31/165*      (2006.01)

(52) **U.S. Cl.** ......................... **564/165**; 564/167; 514/620

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,391,577 | A | 2/1995 | Dostert et al. |
| 6,306,903 | B1 | 10/2001 | Pevarello et al. |
| 2004/0248978 | A1 | 12/2004 | Salvati |
| 2006/0079570 | A1 | 4/2006 | Salvati et al. |

| | | | |
|---|---|---|---|
| 2007/0093495 | A1 | 4/2007 | Ruggero et al. |
| 2007/0203182 | A1 | 8/2007 | Besana et al. |
| 2007/0276046 | A1 | 11/2007 | Salvati et al. |
| 2008/0096965 | A1 | 4/2008 | Barbanti et al. |
| 2008/0132567 | A1 | 6/2008 | Barbanti et al. |
| 2010/0016437 | A1 | 1/2010 | Salvati et al. |
| 2010/0324141 | A1 | 12/2010 | Barbanti et al. |
| 2011/0014304 | A1 | 1/2011 | Izzo et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0400495 A1 | 12/1990 |
| EP | 1655029 A | 5/2006 |
| WO | WO 2004/066987 A2 | 8/2004 |
| WO | WO 2005/040138 A1 | 5/2005 |
| WO | WO 2005/102300 A1 | 11/2005 |
| WO | WO 2006/027052 A2 | 3/2006 |

OTHER PUBLICATIONS

Stummann et al., 2005, "The anti-nociceptive agent ralfinamide inhibits tetrodotoxin-resistant and tetrodotoxin-sensitive Na+ currents in dorsal root ganglion neurons," *European Journal of Pharmacology*, 510:197-208.
Cattabeni, 2004, "Ralfinamide," *Idrugs, Current Drugs Ltd.*, pp. 935-939.
Mealy et al., 2002, "Neurologic Drugs," *Drugs of the Future*, 27(9):879-915.
PCT International Search Report from PCT/EP2007/005105 dated Aug. 23, 2007.
Pevarello et al., 1998, "Synthesis and anticonvulsant activity of a new class of 2-[(arylakIyl)amino]alkanamide derivatives," *J. Med. Chem.* 41:579-590.
Pevarello et al., 1996, "Reductive alkylation of alpha-aminoamides," *Org. Prep. Proc. Int.* 28:179-183.

*Primary Examiner* — Brian J Davis
(74) *Attorney, Agent, or Firm* — Dechert LLP

(57) **ABSTRACT**

A process for obtaining therapeutically active 2-[4-(3- and 2-(fluorobenzyloxy)benzylamino]propanamides and their salts with pharmaceutically acceptable acids with high purity degree, in particular, with a content of dibenzyl derivatives impurities lower than 0.03%, preferably lower than 0.01% by weight.
The process is carried out by submitting the Schiff bases intermediates 2-[4-(3- and 2-fluorobenzyloxy)benzylidene-amino]propanamides to catalytic hydrogenation in the presence of a heterogeneous catalyst in a protic organic solvent.

**58 Claims, 1 Drawing Sheet**



Fig. 1

US 8,076,515 B2

**1**

## PROCESS FOR THE PRODUCTION OF 2-[4-(3- AND 2-FLUOROBENZYLOXY) BENZYLAMINO] PROPANAMIDES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This is Continuation-In-Part application of International Application No. PCT/EP2007/005105, filed Jun. 8, 2007, designating the U.S., which claims the benefit of European patent application no. 06012565.5, filed Jun. 19, 2006, the disclosures of which are incorporated herein by reference in their entirety.

### FIELD OF THE INVENTION

The present invention relates to a new process for the production of (S)-2-[4-(3-fluorobenzyloxy)-benzylamino] propanamide, i.e. safinamide (Ia) and (S)-2-[4-(2-fluorobenzyloxy)-benzylamino]propanamide, i.e. ralfinamide (Ib) and their salts, in high yields and very high enantiomeric and chemical purity.

This method is also very useful for their production in large quantities.

### BACKGROUND

Safinamide (NW-1015, FCE-26743A, PNU-151774E) is a sodium channel blocker, a calcium channel modulator, a monoamino oxidase B (MAO-B) inhibitor, a glutamate releasing inhibitor and a dopamine metabolism modulator.

Safinamide is useful in the treatment of CNS disorders, in particular of epilepsy, Parkinson's disease, Alzheimer's disease, depression, restless legs syndrome and migraine (WO 90/14334, WO 04/089353, WO 05/102300, WO 04/062655).

Ralfinamide (NW-1029, FCE-26742A, PNU-0154339E) is a sodium channel blocker useful in the treatment of pain conditions, including chronic pain and neuropathic pain, migraine, bipolar disorders, depressions, cardiovascular, inflammatory, urogenital, metabolic and gastrointestinal disorders (WO 99/35125, WO 03/020273, WO 04/062655, WO 05/018627, WO 05/070405, WO05/102300, WO06/027052)



safinamide (Ia) : 3-F
ralfinamide (Ib) : 2-F

### SUMMARY

It has now been discovered that the large scale preparations of safinamide and ralfinamide according to the methods described in the prior art, contain two undesired impurities, i.e., respectively, (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) and (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb), and their salt, in particular the respective methanesulfonates (IIc) and (IId)



This fact is of particular relevance because of the very high toxicity of the two impurities named above.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** provides total locomotor activity over 30 min. Mice were treated with ralfinamide (10; 30 and 60 mg/kg, po); or saline and returned to their home cage. After 30 min they received an injection of Amph (2.5 mg/kg; ip); Amph/CDP mixture (2.5 and 3.125 mg/kg; ip) or saline immediately prior to be placed in the test cage. Locomotor activity was recorded for 30 min. Two-way ANOVA shows a main effect of Amph treatment (p<0.0001) and of ralfinamide treatment (p=0.0002) but not an interaction of the two (p=0,202). Bonferroni's multiple comparison tests shows a statistical difference of ralfinamide 30 and 60 versus Amph/CDP mixture; and for ralfinamide 60 versus Amph alone **P<0.01; ***P<0.001. n=12 mice per group.

### DETAILED DESCRIPTION

Many of the drug candidates fail in clinical trials because of unforeseen effects on human metabolism, or toxicity, due to unwanted impurities and, therefore, the elimination of such impurities in early pre-clinical phase is important and strongly desirable.

At preclinical level, the "drugability" of new compounds can be assessed using a very well established battery of in vitro assays, such as interaction with drug-metabolizing enzymes, cytotoxicity, metabolic stability and profiling, membrane permeability, intrinsic clearance and membrane ether-a-go-go related gene (HERG) channel blockade etc.

The Cytochrome P450 (CYP 450) system is the principal enzyme system for the metabolism of lipophilic xenobiotics, including drugs, carcinogens, and environmental pollutants. CYP 450 is a heme-containing, membrane bound, multienzyme system that is present in many tissues but is present at the highest level in liver. In human liver, it is estimated that there are 15 to 20 different xenobiotic-metabolizing CYP 450 forms. So far, more than fourteen CYP gene families have been identified in mammals. Despite the existing high homology, extensive studies have revealed that each CYP family

US 8,076,515 B2

**3**

and subfamily has distinct roles in xenobiotic metabolism. Three CYP families CYP1, CYP2 and CYP3 account for about 70% of human hepatic microsomes CYPs with CYP3 accounting for approximately 30%. These CYPs are the major responsible for the metabolism of most marketed drugs.

The CYP1 family contains several members that include CYP1A1, CYP1A2 and CYP1B1 and they are involved in the metabolism of acetaminophen, clomipramine and imipramine.

The CYP2 family contains several subfamilies including CYP2A, CYP2B, CYP2C, CYP2D and CYP2E. The CYP2C subfamily contains at least seven members. CYP2C9 is responsible for the metabolism of ibuprofen, diclofenac, tolbutamide and torsemide. CYP2C19 is the major isoenzyme metabolizing diazepam and omeprazole. CYP2D6 has been shown to be responsible for metabolizing over 30% of the drugs on the market, including, antidepressants and cardiovascular and anti-psychotic drugs.

In the CYP3 family, three isoforms have been identified in human liver. Human CYP3A4 has been recognized to be the most important isoform in drug metabolism. To date, metabolism catalyzed by CYP3A4 is the major elimination route for nearly 50% of marketed drugs.

Because of their importance in drug metabolism, both CYP3A4 and CYP2D6 are often involved in drug-drug interactions and several clinically used compounds have been identified as potent inhibitor of these CYP 450 isoforms such as ketoconazole, terfenadine, erythromycin, miconazole propanolol and quinidine, respectively. This imposes a clear limitation on the use of these drugs.

A further problem, consisting in sudden death as a side effect of the action of non antiarrhytmic drugs, is a major pharmacological safety concern facing the pharmaceutical industry and the health regulatory authorities. In recent years, at least five blockbusters drugs (astemizole, sertindole, terfenadine, cisapride, grepafloxacin) have been withdrawn from the market due to reports of sudden death. In all cases, long QT Syndrome (LQTS), an abnormality of cardiac muscle repolarization, that is characterized by the prolongation of the QT interval in the electrocardiogram, was implicated as a predisposing factor for "torsades de pointes", a polymorphic ventricular tachycardia that can spontaneously degenerate to ventricular fibrillation and cause sudden death. Congenital LQTS can be traced back to several possible mutations resulting in defects in sodium channels, and two different potassium channels: the rapidly activating delayed rectifier ($I_{Kr}$) and the slowly activating delayed rectifier ($I_{Ks}$). Importantly, virtually every case of a prolonged duration of cardiac action potential related to drug exposure (acquired LQTS) can be traced to one specific mechanism: blockade of $I_{Kr}$ current in the heart. This current, a major contributor to phase 3 repolarization at the end of QT interval, is conducted by tetrameric pores, with the individual subunits encoded by

**4**

HERG. With blockade of HERG $K^+$ channels widely regarded as the predominant cause of drug-induced QT prolongation, early detection of compounds with this undesirable side effect has become an important objective in the pharmaceutical industry.

Compounds with strong inhibition of drug-metabolizing enzymes, in particular CYP 450 enzymes, and HERG channel blocking properties have a high probability to be toxic and that their development has to be stopped at an early-stage.

As shown in the Table 1 the impurities (IIa and IIb), as the methanesulfonate salt (IIc and IId), strongly inhibit in the micro- and submicro-molar range CYP3A4, CYP2D6, CYP2C19, CYP2C9 and HERG currents and are highly cytotoxic, compared with safinamide methanesulfonate (Ic) and ralfinamide methanesulfonate (Id) with high purity degrees, synthesized using the process of this invention.

TABLE 1

| Compound | HERG $IC_{50}$, μM | Cytotoxicity $IC_{50}$, μM | CYP3A4 $IC_{50}$, μM | CYP2D6 $IC_{50}$, μM | CYP2C19 $IC_{50}$, μM | CYP2C9 $IC_{50}$, μM | CYP1A2 $IC_{50}$, μM |
|---|---|---|---|---|---|---|---|
| Impurity IIc | 1.20 | 6.70 | 0.05 | 0.77 | 0.42 | 7.29 | >40 |
| Safinamide methanesulfonate | 27.0 | 248.0 | >40 | >40 | 23.85 | >40 | >40 |
| Impurity IId | 2.66 | 15.00 | 0.05 | 0.92 | 1.89 | 8.01 | >40 |
| Ralfinamide methanesulfonate | 18.0 | >300 | >40 | >40 | >40 | >40 | >40 |

Table 2 shows comparative results ($IC_{50}$) about the inhibition of the cytocrome CYP3A4 using highly pure safinamide and ralfinamide methanesulfonate, synthesized using the new process of this invention, with safinamide and ralfinamide obtained with the same process in the presence of 0.3% of the impurity IIc and IId, respectively.

When 0.3% of the impurities IIc and IId are added to highly pure safinamide and ralfinamide methanesulfonate, a significant decrease in $IC_{50}$ on CYP3A4 is observed in both cases meaning that the impurities contribute to a strong inhibition of the enzyme activity.

TABLE 2

| Compound | CYP3A4 $IC_{50}$, μM |
|---|---|
| Safinamide methanesulfonate | >40 |
| Safinamide methanesulfonate plus 0.3% IIc impurity | 18 |
| Ralfinamide methanesulfonate | >40 |
| Ralfinamide methanesulfonate plus 0.3% IId impurity | 7.76 |

As shown in Table 3 the impurity (IIc) increases, starting from 3 mg/kg ip, the mortality in the mice Maximal Electroshock (MES) test without any pharmacological activity, i.e. protection from convulsions.

TABLE 3

| | MES | | | | | |
|---|---|---|---|---|---|---|
| | 3 mg/kg ip | | 10 mg/kg ip | | 30 mg/kg ip | |
| Compound | % protection | dead/live | % protection | dead/live | % protection | dead/live |
| Safinamide methanesulfonate | 50 | 0/10 | 100 | 0/10 | 100 | 0/10 |
| Impurity IIc | 0 | 5/10 | 0 | 4/10 | 0 | 4/10 |

US 8,076,515 B2

5

Table 4 reports that the impurity IId, when given p.o. at 10 and 20 mg/kg, in the Maximal Electroshock test (MES) doesn't protect mice from convulsions if compared with the same doses of ralfinamide methanesulfonate.

TABLE 4

| | MES | | | |
|---|---|---|---|---|
| | 10 mg/kg p.o. | | 20 mg/kg p.o. | |
| Compound | Protection % | Dead/live | | Dead/live |
| Ralfinamide methanesulfonate | 60% | 0/10 | 90% | 0/10 |
| Impurity IId | 0% | 0/10 | 0% | 0/10 |

Based on all these data, the impurities IIc and IId, present in safinamide and ralfinamide, respectively, synthesized with the process described in WO 90/14334 and by Pevarello et al in J. Med. Chem., 1998, 41, 579-590 show in vitro some undesirable features, such as cellular toxicity, strong inhibition of some isoform of CYP 450, HERG channel blockade and no protective activity in an "in vivo" model of epilepsy.

One of the important aspects of CYP is the variation among different population groups. Variations in drug metabolism are of great importance in clinical studies. Considerable variation in the enzymatic activity of CYP3A4 and CYP2D6 has been demonstrated between different ethnic groups and even among different individuals in the same ethnic group. The difference in the CYP activity among individuals varies significantly, depending upon different isoenzymes. Changes in the CYP expression level of different individuals can cause variations in drug metabolism. More importantly, polymorphism can also result in CYP enzyme variants with lower or higher enymatic activity that leads to variations in drug metabolism. CYP2D6 polymorphism is a well-studied topic in drug metabolism. In clinical studies, pronounced variations between individuals was first found in the metabolism of antihypertensive and antiepileptic drugs. Elimination of CYP2D6 metabolized drugs is slower in those individuals who carry defective CYP2D6 alleles. Individuals with slow metabolism are classified as poor metabolizers (PM), while catalytically competent individuals are called extensive metabolizers (EM): The incidence of the PM phenotype in population of different racial origin varies: approximately 5 to 10% of Caucasians are of the PM phenotype, but only 1% in Asian population. CYP2C19 is another important polymorphic isoform that has clinical implications.

Taken into account these observations, a compound that does not interfere with CYP450 isoforms (neither inhibition nor induction) has a very low risk for drug-drug interactions in clinical practice and can be simply and safely prescribed by physicians.

In particular, drugs that not interfere with the cytochromes of the CYP450 system are particularly indicated for the therapeutical treatment of individuals that are classified as poor metabolizers (PM) or for the therapeutical treatment of patients who are concomitantly consuming other drugs which are known to interact with said cytochromes, such as ketoconazole, terfenadine, erythromycin, miconazole, propanolol and quinidine, and/or are known to have HERG channel blocking properties.

Bipolar disorders are debilitating psychiatric illnesses characterised by episodes of depression and mania, which often alternate and increase in severity and frequency over time. Bipolar disorders are not easy to recognize because many symptoms overlap with other psychiatric disorders.

6

Exact cause is unknown, but changes in the level of brain neurotransmitters, and psychosocial factors may be involved.

The pharmacology treatments so far available are various and with different mechanisms of action. The drugs currently used in clinical practice range from lithium to other substances such as valproate, carbamazepine and lamotrigine.

For most of these drugs the mechanisms of action at the molecular levels are not completely understood, and current knowledge indicates that most of these drugs have more than one mechanism of action, each of which may contribute to therapeutic efficacy to a variable extent depending on the condition being treated. It would seem likely that the clinical efficacy of these drugs in the treatment of psychiatric disorders is related to multifactorial mechanisms. It is known that not all anticonvulsants are active in bipolar disorders as for example gabapentin (Frye et al, J. Clinical. Pharmacol.; 2000 20: 607-614; Pande et al, Bipolar Disord.; 2000 2: 249-55), levetiracetam (Grunze et al, J. Clin. Psychiatry.; 2003 64: 781-4) and tiagabine (Yatham et al, J. Clin. Psychiatry.; 2004 65(suppl. 10): 28-35). Therefore, the fact that compounds of the present invention show antiepileptic activity in some models (WO90/14334) does not necessarily imply activity in bipolar disorders. According to the common clinical practice, safinamide and ralfinamide methanesulfonates (Ic and Id) are usually administered to the patient in need thereof for a long period of time, subdivided in several daily dose. This is particularly the case of therapeutical applications wherein the disease to be treated is: Parkinson's disease, Alzheimer's disease and restless legs syndrome (for the use of Safinamide) or chronic or neuropathic pain, cardiovascular or inflammatory disorders (for the use of Ralfinamide). Although the daily dosage may vary according to the specific conditions and needs of the patients, the safinamide methanesulfonate daily dosage may usually range from 10 mg/day to 800 mg/day, while ralfinamide methanesulfonates daily dosage may usually range from 10 mg/day to 1 g/day. Under these conditions, and in consideration of the data reported above, it is highly advisable to keep the level of the impurities (IIa) and (IIb) or the salts thereof, in particular the methanesulfonate salts (IIc) and (IId) in the pharmaceutical dosage forms of safinamide and ralfinamide or the salts thereof as low as possible, in any case lower than 0.03%, preferably lower than 0.01% by weight with respect to the amount of, respectively, safinamide and ralfinamide or the salts thereof, in particular the methanesulfonate salts.

Investigations and experimental studies carried out by the inventors have shown that safinamide and ralfinamide and the respective salts with pharmaceutically acceptable acids prepared according to the prior art methods contain an amount of the respective impurities (IIa) and (IIb) or the respective salts with pharmaceutically acceptable acids, such as (IIc) and (IId), that are higher than 0.03% by weight. Therefore, the above said products are less suitable than the highly pure compounds of the invention. In particular, pharmaceutical preparations containing safinamide or ralfinamide or the salt thereof with pharmaceutically acceptable acids, wherein the content of impurities (IIa), (IIb), and the respective salts with pharmaceutically acceptable acids is not lower than 0.03%, preferably than 0.01% by weight with respect to the above said active substances, are less suitable as medicaments.

In this specification and claims the values of the above indicated limits, unless as otherwise specified, are to be intended as expressing the percent ratio by weight of the "active substances", i.e., the effective content of the biologically active impurity (IIa, IIb) with respect to the effective content of the therapeutically active substance (Ia, Ib).

US 8,076,515 B2

7

The process described in this invention by strongly reducing the impurities leads to products with high chemical purity and safer biological profile.

Other impurities, barely detectable, derive from the very small quantities of 2- and 4-fluorobenzyl chloride and of 3- and 4-fluorobenzyl chloride which are contained in the commercially available 3-fluorobenzyl chloride and 2-fluorobenzyl chloride respectively, used for the synthesis of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) and 4-(2-fluorobenzyloxy)benzaldehyde (IVb) intermediates for the preparation of, respectively, compounds (Ia) and (Ib). According to the process described in the present invention safinamide and ralfinamide are obtained with high yields and high purity where the content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]-propanamide (IIa) and (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]-propanamide (IIb), and their salt, in particular with methanesulfonic acid (generically named "dibenzyl derivatives") in safinamide and ralfinamide and the salt thereof, in particular with methanesulfonic acid, is lower than or equal to 0.03%, preferably 0.01% (by weight).

The process object of the present invention starts from 4-hydroxy-benzaldehyde and comprises the three following steps:

a) O-benzylation of 4-hydroxybenzaldehyde with derivatives of the following general formula 3- or 2-F—C₆H₄—CH₂—Y, where Y is a leaving group (Cl, Br, I, OSO₂CH₃ etc.); this O-benzylation is carried out under conditions which are highly selective for O-alkylation and gives 4-(3-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde of high purity;

b) reductive alkylation of L-alaninamide, base or salt, with 4-(3-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde, where the reducing system is hydrogen gas and a heterogeneous catalyst, for obtaining, after crystallization, safinamide and ralfinamide respectively in very high enantiomeric and chemical purity;

c) preparation of safinamide and ralfinamide salts with a pharmaceutically acceptable acid by salification of safinamide and ralfinamide respectively, obtained in the preceding step. Pharmaceutically acceptable acids are, for instance, selected from nitric, hydrochloric, hydrobromic, sulphuric, perchloric, phosphoric, methanesulfonic, p-toluensulfonic, acetic, trifluoroacetic, proprionic, glycolic, lactic, oxalic, malonic, malic, maleic, tartaric, citric, benzoic, cinnamic, mandelic and salicylic acid.

A further object of this invention is to provide safinamide and ralfinamide or their salts with a pharmaceutically acceptable acid, preferably methanesulfonic acid, with a high purity degree, in particular with a content of the respective dibenzyl derivatives of the formula (IIa) or (IIb) or the salts thereof with a pharmaceutically by acceptable acid, e.g. the methanesulfonic acid, lower than 0.03%, preferably lower than 0.01% by weight (referred to the "active substances"), which is suitable for their use as medicaments.

Moreover, another object of this invention is to provide pharmaceutical formulations comprising safinamide or ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, as the active agents wherein the content of the respective dibenzyl derivatives (IIa) and (IIb) or the salt thereof with a pharmaceutically acceptable acid, e.g. methanesulfonic acid, is lower than 0.03%, preferably lower than 0.01% (by weight) with respect to the above said active agents. These new pharmaceutical formulations were neither suggested nor achievable by applying the pharmaco-toxicological knowledge regarding safinamide and ralfinamide nor by using these active agents prepared according to the methods available in the state of the art.

8

Therefore, said pharmaceutical formulations comprising safinamide or ralfinamide or the salts thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above said high purity degree constitute a further object of this invention.

The above said pharmaceutical formulations may optionally comprise one or more additional active agents, besides safinamide or ralfinamide or the salts thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above described high purity degree.

For instance, a new pharmaceutical formulation useful for the adjunctive treatment of Parkinson's disease or restless legs syndrome may comprise one or more adjunctive Parkinson's disease active agent(s) such as those described in WO 04/089353 and WO 05/102300, preferably a dopamine agonist and/or levodopa and/or a catechol-O-methyltransferase (COMT) inhibitor, in addition to safinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above said high purity degree.

As a further example, a new pharmaceutical formulation according to this invention useful for the treatment of pain conditions, including chronic pain and neuropathic pain, and migraine may contain a further active agent such as gabapentin and pregabalin or a pharmaceutically acceptable salt thereof as described in EP 1423168, in addition to ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above said high purity degree.

The pharmaceutical compositions containing high purity safinamide or ralfinamide according this invention can be prepared by conventional procedures known in the art, for instance by mixing the active compounds with pharmaceutically, therapeutically inert organic and/or inorganic carrier materials. The compositions of the invention can be in liquid form, e.g. in the form of a solution, suspension, emulsion; or in solid form, e.g. tablets, troches, capsules, patches.

Suitable pharmaceutically, therapeutically inert organic and/or inorganic carrier materials useful in the preparation of the composition of the present invention include, for example, water, gelatine, arabic gum, lactose, starch, cellulose, magnesium steareate, talc, vegetable oils, polyalkyleneglycols, cyclodextrins and the like. The pharmaceutical compositions of the invention can be sterilized and may contain, besides the active ingredient(s), further components well known to the skilled in the art, such as, for example, preservatives, stabilizers, wetting or emulsifying agents, e.g. paraffin oil, mannide monooleate, salts to adjust osmotic pressure, buffers and the like. A further object of this invention is to provide a method for treating CNS disorders, in particular epilepsy, Parkinson's disease, Alzheimer's disease and restless legs syndrome, comprising administering to a patient in need thereof an effective amount of high purity safinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having a content of dibenzyl derivative (IIa) or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, lower than 0.03%, preferably lower than 0.01% by weight (referred to the "active substances"). Said method includes treating Parkinson's disease or restless legs syndrome by administering to a patient in need thereof an effective amount of the high purity safinamide described above, optionally in conjunction with one or more Parkinson's disease active agent(s) as described in WO 2004/089353, such as, for instance, a dopamine agonist and/or levodopa and/or a catechol-O-methyltransferase (COMT) inhibitor.

US 8,076,515 B2

**9**

Moreover, a further object of this invention is to provide a method for treating pain conditions including chronic pain and neuropathic pain, migraine, bipolar disorders, depressions, cardiovascular, inflammatory, urogenital, metabolic and gastrointestinal disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having a content of dibenzyl derivative (IIb) or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, lower than 0.03%, preferably lower than 0.01% by weight (referred to the "active substances").

The above said method includes treatment of pain conditions, including chronic pain and neuropathic pain, and migraine with high purity degree ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, optionally in conjunction with gabapentin or pregabalin.

In WO 90/14334, and in the paper by Pevarello et al. in J. Med. Chem., 1998, 41, 579-590, a three steps process for the preparation of benzyloxy-benzylamino-alkanamides is described:

a) synthesis of the intermediate 4-benzyloxybenzaldehydes by O-benzylation of the corresponding 4-hydroxybenzaldehydes with the suitable benzyl chlorides

b) reductive alkylation of α-amino-amides with 4-benzyloxy-benzaldehydes using sodium cyanoborohydride as a reducing agent as schematically shown here below

where R represents, among other substituents, 3-F and 2-F; $R^1$ represents, among other substituents, hydrogen; $R^2$ represents, among other substituents, hydrogen; $R^3$ represents, among other substituents, CH₃; both $R^4$ and $R^5$ represent, among other substituents, hydrogen.

In particular, as far as safinamide and ralfinamide preparation is concerned, the reductive alkylation is the reductive alkylation of L-alaninamide with 4-(3-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde respectively as shown here below

R = 3-F-benzyloxy = safinamide (Ia)
R = 2-F-benzyloxy = ralfinamide (Ib)

In J. Med. Chem. (Pevarello et al.), 1998, 41, 579-590 yields of 45% and 60% for the preparation of safinamide and

**10**

ralfinamide methanesulfonate respectively, are reported, starting from the corresponding (fluorobenzyloxy)benzaldehydes.

The process described in WO 90/14334 and in the above cited paper is the same and provides a one-pot system where the iminoalkylation and the reduction are made in the same reactor. The suitable aldehyde is added all at once to a mixture of L-alaninamide hydrochloride, sodium cyanoborohydride, methanol and powdered molecular sieves.

According to Pevarello et al., in Org. Prep. Proc. Int. 1996, 28, 179-183 (where the synthesis of some α-benzylaminoamide derivatives by reductive alkylation is described), use of an α-aminoamide as hydrochloride is important for the formation of the iminium ion in place of the corresponding imine, as the iminium ion reacts more easily with sodium cyanoborohydride than with the aldehyde carbonyl group.

According to above authors, the one-pot procedure seems to avoid Schiff-base racemization problems and the molecular sieves speed up the reaction (although the yields are poor).

The cyanoborohydride is the only reducing agent utilized, and it seems that this choice is due to its low reactivity and its selectivity (see Review "Sodium Cyanoborohydride—A Highly Selective Reducing Agent for Organic Functional Groups"—C. F. Lane, Synthesis 1975, 132-146), which makes it able to distinguish between the protonated Schiff base and the starting aldehyde.

The synthesis described in the paper by Pevarello et al. provides the isolation of the products by column chromatography, followed by conversion into the corresponding salts by treatment with acids. No information is provided about the enantiomeric and/or chemical purity of both safinamide and ralfinamide and/or their salts.

The method described above suffers from many drawbacks, that limit its use on large scale; herebelow some examples of said drawbacks are listed:

formation of cyanides;

formation of boron derivatives, difficult to remove from the active principles;

use of powdered molecular sieves which are physically changeable and expensive;

low yields;

low final product concentration in the reductive alkylation reaction mixture (about 2-3% weight/volume);

isolation of the products by column chromatography, which is considered a troublesome and expensive purification method when large scale preparations of active agents through chemical synthesis are involved.

Moreover, as shown in the examples which follow this description, the products obtained according to the methods described above contain an amount of impurities (IIa), (IIb), (IIc) or (IId) which is higher than 0.03% by weight with respect to the respective active substance (Ia), (Ib), (Ic) or (Id). In addition, it has been shown that it is difficult to eliminate said impurities from the final product safinamide and ralfinamide or their salts, by using commonly known purification methods such as crystallization from solvents or chromatography, which in any case imply a reduction of yields.

Synthesis of the 4-(Fluorobenzyloxy)-Benzaldehyde Intermediates

According to the known methods, the fluorobenzyloxybenzaldehydes intermediates for the synthesis of safinamide and ralfinamide are obtained by benzylation of 4-hydroxybenzaldehyde in a basic medium, that is by benzylation of phenol salts which, being ambident nucleophiles, give two

US 8,076,515 B2

**11**

different products, i.e. the desired O-alkylated derivatives and the undesired C-alkylated derivatives.

It has been effectively found that the fluorobenzylation of 4-hydroxybenzaldehyde with 3-fluorobenzyl chloride, performed according to the known methods, gives the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) as the main product together with 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) that derives from the alkylation of both the hydroxy group in position 4 and carbon atom in position 3 of the 4-hydroxybenzaldehyde. The same happens in the fluorobenzylation of 4-hydroxybenzaldehyde with 2-fluorobenzyl chloride according to the following scheme:



(IIIa₁): 3-F
(IIIb₁): 2-F

(Va): 3-F
(Vb): 2-F

The reductive alkylation of L-alaninamide with an aldehyde which contains the di-alkylated impurity gives a safinamide or ralfinamide end product which is also impure of the respective di-alkylated compound, the di-benzyl derivative, whether as a free base (IIa) or (IIb) or a salified compounds, preferably with methanesulfonic acid (IIc) or (IId), as shown in the following scheme:



(Va): 3-F
(Vb): 2-F

1) H₂N—  
2) CH₃SO₃H

(IIc): 3-F
(IId): 2-F

**12**

Other pharmaceutically acceptable acids, e.g. nitric, hydrochloric, hydrobromic, sulphuric, perchloric, phosphoric, methanesulfonic, p-toluensulfonic, acetic, trifluoroacetic, proprionic, glycolic, lactic, oxalic, malonic, malic, maleic, tartaric, citric, benzoic, cinnamic, mandelic and salicylic acid can be used in the place of the preferred methanesulfonic acid. The mono-alkylated derivative (safinamide or ralfinamide) and the corresponding di-alkylated impurities have similar chemical-physical properties and this makes difficult the purification of safinamide and ralfinamide with traditional methods.

Furthermore the known methods suffer from these additional drawbacks:

1) the use of a lower alcohol as a solvent; in basic conditions, the solvent, for example methanol, can act itself as a nucleophilic reagent and gives, with 3- or 2-fluorobenzyl chloride, a certain amount of methyl-fluorobenzyl-ether;

2) the extraction of the final product with a water-immiscible organic solvent is possible only after the alcoholic reaction solvent has been eliminated from the reaction mixture.

It has now been found that by using the above methods, in order to obtain a final product of formula (Ia) or (Ib) wherein the content of the respective impurity of (IIa) or (IIb) is lower than 0.03% (by weight), it is necessary to drastically purify the intermediate 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb) to reduce content of the respective impurities of formula (Va) and (Vb).

Said purification is preferably carried out by submitting the reaction products to crystallization, more preferably by adding to a solution of the crude compound (IVa) or (IVb) in an inert organic solvent a miscible inert organic non-solvent. The organic inert solvent is preferably selected from the aromatic hydrocarbons and, more preferably, is toluene. The miscible inert organic non-solvent is preferably selected from the lower aliphatic hydrocarbons, more preferably is n-hexane. A further crystallization procedure may consist in dissolving the above said compounds (IVa) or (IVb) into a hot solvent, e.g. cyclohexane or a di(C₃-C₄)alkyl ether, such as diisopropyl ether at reflux, and then cooling the solution at room temperature, preferably at 10-15° C., most preferably, with inducing crystallization by addition of pure crystals of the pure compound (IVa) or (IVb).

According to one aspect of this invention, it has now surprisingly been found that when the reaction between an alkylating agent of formula (IIIa) or (IIIb) (see the scheme below where the F atom is in position 2 or 3 and Y is a leaving group such as, for example, Cl, Br, I, OSO₂CH₃, OSO₂C₆H₄-pCH₃, etc.) and 4-hydroxybenzaldehyde, is carried out under phase-transfer conditions, the corresponding 4-(fluorobenzyloxy)benzaldehydes are obtained in high yields and with very low level of C,O-bis-alkylated impurities.



(IIIa): 3-F
(IIIb): 2-F

Solvent/Base
Catalyst

US 8,076,515 B2

**13**

-continued



(IVa): 3-F
(IVb): 2-F

This new fluorobenzylation of 4-hydroxybenzaldehyde under phase-transfer conditions can be made both in a solid/liquid system, where in the liquid organic phase the reagents and the phase-transfer catalyst are dissolved and the solid phase is constituted by the inorganic base or the 4-hydroxybenzaldehyde salt (possibly generated in situ from 4-hydroxy-benzaldehyde and the inorganic base itself), and in a liquid/liquid organic/aqueous system where the inorganic base is dissolved in the aqueous phase.

A preferred system is the solid/liquid system wherein the inorganic base is preferably selected from $Na_2CO_3$, $K_2CO_3$, KOH, NaOH.

The organic solvents used in the reaction, both in the case of the liquid/liquid system and of the solid/liquid system, can be dialkyl ethers such as, for example, di-tert-butyl ether, ethyl-tert-butyl ether, or aromatic hydrocarbons such as, for example, toluene, ethylbenzene, isopropylbenzene and xylenes. All these solvents can be easily recovered by distillation.

The phase-transfer catalysts employed can be quaternary ammonium or phosphonium salts such as, for example, tetrabutyl ammonium bromide, tetradecyltrimethyl ammonium bromide, hexadecyltributyl phosphonium bromide, tricaprilylmethyl ammonium chloride (Aliquat), methyltrialkyl ($C_8$-$C_{10}$)ammonium chloride (Adogen), the tetradecyltrimethyl ammonium bromide being the preferred one.

Also polyethyleneglycols of low molecular weight can be used as phase-transfer catalysts such as, for example, PEG-200 (CAS 25322-68-3) or PEG-400 (CAS 25322-68-3).

The quantity of phase-transfer catalyst used is between 0.02-1 mol per mole of 4-hydroxybenzaldehyde, preferably between 0.1-1 mol per mole of 4-hydroxybenzaldehyde as, in these conditions, the quantity of the C,O-bis-fluorobenzylated impurities may result to be less than 0.03%, preferably equal to 0.01% or less by weight.

The ratio between the alkylating agents of formula (IIIa) or (IIIb) and 4-hydroxybenzaldehyde is between 0.6 and 1.5, preferably between 0.9 and 1.1. The reaction temperature is between 60° C. and 160° C., the preferred interval being between 80° C. and 120° C.

The reaction time is generally between 4 and 8 hours.

The reaction yields are very high, as a rule more than 90%.

The reaction productivity, i.e. the concentration of the reaction products in the reaction mixture is very high in the reaction condition described, normally is more or equal to 25% (weight/volume).

### Synthesis of Safinamide and Ralfinamide by Reductive Alkylation of α-Aminoamides

The state of the art would suggest to the expert in the field that the reductive alkylation of α-amino-amides with 4-(3- or 2-fluorobenzyloxy)benzaldehydes using hydrogen and a heterogeneous catalyst as a reducing agent, should not be suitable for the preparation of safinamide and ralfinamide

**14**

because of the incompatibility among the reagents and the final products and the reduction conditions.

In fact, it is well known how easily benzaldehydes are reduced to benzyl alcohols or even to the corresponding hydrocarbons, as well as it is known that the conditions which should be used to perform a reductive alkylation with hydrogen and a heterogeneous catalyst, are normally the same conditions used to break the bonds between a benzylic carbon atom and heteroatoms like nitrogen or oxygen, the kind of bonds that are present both in safinamide and ralfinamide and in their precursors.

In fact, the benzylic group is normally employed as a protecting group of phenols or amines (see "*Protective Groups in Organic Synthesis*", T. W. Greene and P. G. M. Wuts, 3rd Edition, 1999, John Wiley & Sons, Inc.) because of the easiness of its introduction and successive removal by catalytic reduction.

In the reductive alkylation for obtaining safinamide and ralfinamide, one could expect the formation of many by-products, some of which are reported here below:



The fact that safinamide and ralfinamide have been obtained in very high yields and purity by reductive alkylation of L-alaninamide, with 4-(3- or 2-fluorobenzyloxy)benzaldehyde, using hydrogen and a heterogeneous catalyst as a reducing system, is a surprising and innovative aspect of this synthetic procedure.

Moreover, the reaction conditions which are used according to this procedure are easily applicable to the production in bulk.

The reductive alkylation, object of the present invention, is performed in two steps:
a) formation of the Schiff base
b) catalytic reduction of the Schiff base

The two steps can be performed in succession in the same reactor (one pot reaction) either with, or without, isolation of the Schiff base, in both cases with high yields.

In the case of isolation of the Schiff base, the experimental conditions applied for its formation allow to obtain the isolated Schiff base in the form of a precipitate in high yields and very pure form.

US 8,076,515 B2

15

The Schiff base preparation is suitably performed in an organic protic solvent, that must be inert vs. the reagents and the products and also inert vs. the reduction conditions of the iminic double bond, such as for example, a $(C_1-C_5)$ lower alkanol, preferably methanol, ethanol and isopropanol.

The formation of Schiff base must be complete and this is a relevant factor for having high yields in the subsequent catalytic reduction step. It is therefore preferable to isolate the Schiff bases (VIa) and (VIb) before performing the reduction of the iminic double bond.



(VIa) : 3-F
(VIb) : 2-F

The isolated imino compounds (VIa) and (VIb) are useful intermediates for the preparation of safinamide and ralfinamide, respectively, according to this invention.

Alternatively one can favour the iminoalkylation reaction completion, by operating under such conditions as to cause the precipitation of the imino compounds (VIa) and (VIb) and to submit to the catalytic reduction the suspension containing the intermediate imino derivative.

The ratio between L-alaninamide (base or salt) and 4-(3- or 2-fluorobenzyloxy)benzaldehyde can be 1:1 but also a 10% excess of L-alaninamide can be advantageously used.

The L-alaninamide may be introduced either as a free base or as an acid addition salt thereof. Preferably, it is introduced in the reaction mixture as a salt, most preferably as hydrochloride salt, together with the stoichiometric amount of a base, preferably a tertiary amine such as, for example triethylamine or diisopropylethylamine.

The reaction temperature in the preparation of the Schiff base is comprised between 0° C. and 60° C., preferably between 20° C. and 30° C.

The reaction times are between 1 hour and 15 hours, preferably between 4 hours and 6 hours.

The reduction of the Schiff base with hydrogen and a heterogeneous catalyst is started only when the Schiff's base formation is completed: if it is started before, secondary reactions become important, sometimes prevalent, with loss in yields and purity. One of these secondary reactions, the more important, causes the formation of benzylic alcohols by reduction of the carbonyl group of the (fluorobenzyloxy) benzaldehyde of choice.

The preferred heterogeneous catalysts are nickel, rhodium, palladium or platinum catalysts, on an inert support such as, for example, carbon, alumina and silica, preferably carbon and alumina, and are used in a quantity comprised between 2% and 20% of the 4-(3- or 2-fluorobenzyloxy)benzaldehyde, preferably between 5% and 10%.

Platinum and palladium catalysts are the most preferred.

Platinum on active carbon, in particular, gives excellent results both in terms of yields, which are nearly quantitative, and selectivity, as only the iminic double bond is reduced while the bond between the benzylic carbon atom and the heteroatoms remain unchanged. It was found that safinamide and ralfinamide are surprisingly stable in the reduction reaction conditions and this is an important element in industrial

16

production of large quantities of safinamide or ralfinamide, as an incidental reaction time prolongation wouldn't damage the final products.

The best results were obtained with wet 5% Pt/C (50% $H_2O$) and in particular with 5% Pt on carbon powder by Engelhard S.r.l., Rome, Italy.

The hydrogenation reaction is normally performed under a hydrogen pressure comprised between 1 bar and 10 bars, preferably between 3 bars and 6 bars and at temperature comprised between 10° C. and 70° C., preferably between 25° C. and 40° C.

The reduction times can vary from 1 hour to 20 hours, according to temperature, pressure, concentration, turbulence, etc., all factors well known to those skilled in the art.

The best results were obtained with reaction times of 4-6 hours.

At the end of the reaction the catalyst is recovered by filtration and reutilized or regenerated: the reaction solvent is distilled under reduced pressure, the residue is dissolved in water-immiscible organic solvent and the inorganic salts are removed by washing with water.

The final raw safinamide or ralfinamide are recovered by removing by distillation the organic solvent wherein they are dissolved.

The raw safinamide or ralfinamide are then purified by crystallization. The crystallization is preferably carried out by adding to a solution of the respective crude compound of formula (Ia) or (Ib) in an inert organic solvent a miscible inert organic non-solvent. The organic inert solvent is preferably selected from aromatic hydrocarbons such as benzene, toluene, dimethyl benzene and ethylbenzene and lower alkyl acetates and, more preferably, is ethyl acetate. The miscible inert organic non-solvent is preferably selected from the lower aliphatic hydrocarbons, such as hexane and heptane, and cyclohexane, more preferably is n-hexane

The bases, are then transformed into the desired salts according to known methods, in particular they are transformed into methanesulfonate salt, which has the physical/chemical properties (stability, granulometry, flowability etc.) suitable for the subsequent formulation into a pharmaceutical preparation for use as medicament.

EXAMPLE 1

Preparation of Purified
4-(2-fluorobenzyloxy)benzaldehyde (IVb) by Phase
Transfer Catalysis

A mixture of 2-fluorobenzyl chloride (5 kg, 34.58 mol), 4-hydroxy-benzaldehyde (3.9 kg, 31.94 mol), potassium carbonate (4.3 kg, 31.11 mol) and tetradecyl trimethylammonium bromide (0.41 kg, 1.22 mol) in toluene (9.5 kg) is slowly brought, under stirring and under nitrogen, to reflux temperature and refluxed for 6 h.

The solution is then concentrated at room pressure, 3 kg of toluene are added and distilled off and this procedure is repeated once again.

The heterogeneous mixture is then cooled to room temperature and the solid is eliminated by filtration. The residual solvent is then eliminated under reduced pressure and to the oily residue 1.2 kg of toluene are added. The mixture is heated to about 40° C. and seeded with a few grams of pure 4-(2-fluorobenzyloxy)benzaldehyde.

The heterogeneous mixture is stirred for 15 minutes at 35-40° C. and then additioned of n-hexane (9 kg) at this temperature, in 30 minutes. After cooling to 0-5° C. and stirring for a further hour at this temperature the solid is

US 8,076,515 B2

17

collected by filtration and dried under reduced pressure to give 6.5 kg (87.6% yield) of 4-(2-fluorobenzyloxy)benzaldehyde; m.p. 56.7° C. (DSC, 5°/min).

The above reaction is repeated on a 1:100 scale by using 39 g (0.319 mol) of 4-hydroxybenzaldehyde as the starting material and following the above described procedure, with the exception that, after elimination of the reaction solvent and addition of toluene to the oily residue, the obtained mixture is heated to about 30-35 (instead of 40° C.) and, after seeding with a small amount of pure 4-(2-fluorobenzyloxy)benzaldehyde, the heterogeneous mixture is stirred for 15 minutes at 30° C. (instead of 35-40° C.) before adding n-hexane. The yield is 66.8 g (90%) of 4-(2-fluorobenzyloxy)benzaldehyde, m.p. 56.7° C. (DSC, 5° C./min), having a GC purity of 92.2 (area %, see Example 16A) and a 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde content 0.01% by weight determined by GC (see Example 16B)

(*) The yields reported in this and in the following Examples, when no otherwise specified, are intended as molar yields.

### 1.1 Further Purification of 4-(2-fluorobenzyloxy)benzaldehyde by Crystallization

One kilogram of the product prepared according to the procedure described in Example 1 is dissolved in 2 kg of diisopropyl ether at reflux under stirring.

The solution is cooled to 50-55° C. in 10-15 minutes and seeded with a few grams of pure 4-(2-fluorobenzyloxy)benzaldehyde.

The suspension is cooled to 10-15° C. during 45-60 minutes and stirred for an additional hour.

The precipitate is finally collected by filtration, washed with cool diisopropyl ether (0.2Kg) and dried under reduced pressure to give 0.93 kg of 4-(2-fluorobenzyloxy)benzaldehyde with GC purity of 99.8 (area %, see Example 16A) and a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb) of 0.005% by weight determined by GC according to Example 16B.

### 1.2 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb) by Phase Transfer Catalysis (PTC) using Different Catalysts

4-(2-Fluorobenzyloxy)benzaldehyde is prepared by alkylation of 4-hydroxybenzaldehyde (0.39 g) with 2-fluorobenzyl chloride by following the same procedure of Example 1, but using three different phase transfer catalysts.

The results are reported in the following Table 4

TABLE 4

| Experiment | Phase Transfer Catalyst PCT | % Vb** | % Yield |
|---|---|---|---|
| 1.2 (a) | Tetrabutyl fosphonium bromide | 0.03 | 85.0 |
| 1.2 (b) | Aliquat 336* | 0.03 | 88.8 |
| 1.2 (c) | PEG 400 | 0.14 | 96.0 |

*Aliquat 336: tricaprylylmethylammonium chloride
**% Vb: content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (% by weight)

The content of Vb is determined by GC according to Example 16B.

18

### 1.3 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb) by Phase Transfer Catalysis (PTC) in Xylene

4-(2-Fluorobenzyloxy)benzaldehyde is prepared in 86.6% yield with a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.02% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (0.39 g) with 2-fluorobenzyl chloride according to the same procedure of Example 1, but replacing toluene with xylene as the solvent.

### 1.4 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb) by Phase Transfer Catalysis using Potassium Hydroxyde as a Base

4-(2-Fluorobenzyloxy)benzaldehyde is prepared in 86.7% yield with a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.51% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (0.39 g) with 2-fluorobenzyl chloride, according to the same procedure of Example 1, but using potassium hydroxyde (0.35 mol) instead of potassium carbonate.

This product may be further purified by crystallization according to Example 1.1.

### 1.5 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb) by Phase Transfer Catalysis using 2-fluorobenzyl Bromide

4-(2-Fluorobenzyloxy)benzaldehyde is prepared in 88.6% yield with a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.07% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (15.6 g) with 2-fluorobenzyl bromide instead of 2-fluorobenzyl chloride according to the same procedure of Example 1.

### EXAMPLE 2

Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide, Ib) of High Purity Degree (One Pot Reaction)

An autoclave is loaded with 4-(2-fluorobenzyloxy)benzaldehyde (2.0 kg, 8.69 mol) prepared according to Example 1, and then a solution prepared apart of L-alaninamide hydrochloride (1.2 kg, 9.63 mol) and triethylamine (0.97 kg, 9.63 mol) in methanol (9.5 kg) is added thereto.

The mixture is stirred at 20-25° C. for about 1 hour and then, after seeding it with a few grams of (S)-2-[4-(2-fluorobenzyloxy)benzylideneamino]propanamide, the stirring is continued for additional 15 minutes. To the stirred heterogeneous mixture, methanol (1.6 kg) and wet (50% H$_2$O) Pt/C 5% (Engelhard cod.Escat 22, Engelhard S.r.l., Rome, Italy) (0.28 kg) are then added at 20-25° C.

The air is purged from the autoclave with nitrogen and then hydrogen is introduced at 5.0 bar and the pressure is maintained at this value during the hydrogenation course.

After 5 hours at 30-35° C. the reaction mixture is cooled to 15° C. and, after addition of methanol (4.8 kg) and heating to 40-45° C. the suspension is filtered and the solid is washed with methanol (1.6 kg).

The solvent is eliminated under reduced pressure at about 30° C. and the residue is additioned of water (5 L) at 20-25° C. on cooling and under stirring, as the water addition is an exothermic process. The heterogeneous mixture is further

US 8,076,515 B2

19

cooled to 15-20° C., kept at this temperature for 1 hour and then filtered. The collected solid is washed with cool water (4 L) and dried under reduced pressure to give 2.23 kg (85.0% yield) of ralfinamide with a HPLC purity of 98.8 (area %) determined according to the method of Example 17A and a C,O-dialkylated (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide content of 0.01% by weight determined by HPLC, according to the method of Example 17B.

### 2.1 Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) of High Purity Degree by Using a Palladium Catalyst

A mixture of 5 g of 4-(2-fluorobenzyloxy)benzaldehyde, prepared according to the Ex. 1 and the corresponding amount L-alaninamide hydrochloride and triethylamine is hydrogenated according to the same procedure of Example 2, but using wet (50% $H_2O$) Pd/C 10% instead of wet (50% $H_2O$) Pt/C 5% to obtain (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) in a 70% yield.

### EXAMPLE 3

#### Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide Methanesulfonate (Ralfinamide Methanesulfonate, Id) of High Purity Degree

Ralfinamide (2.8 kg, 9.26 mol), prepared as described in Example 2, is dissolved in iso-propanol (19.5 kg) and kept at 65-70° C. and under stirring under inert atmosphere.

After treatment with charcoal (150 g) and filtration, the solution is seeded with pure ralfinamide methanesulfonate and, methanesulfonic acid (900 g, 9.36 mol) is added in 30 minutes, under stirring and at a temperature of 50-55° C. The suspension is then cooled to 15-20° C. in 2 hours and the stirring is continued for an additional hour. The solid is finally collected by filtration and dried under reduced pressure to give 3.59 kg (97.3% yield) of ralfinamide methanesulfonate.

The HPLC purity of the obtained product is 99.8 (area %, see Example 17A) and the content of C,O-dialkylated (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate is 0.005% by weight (see Example 17B); m.p. 240.6° C. by DSC (5° C./min).

The enantiomeric purity of ralfinamide methanesulfonate determined with a chiral HPLC column is higher than 99.8 (area %, see Example 18).

### EXAMPLE 4

#### Preparation of Purified 4-(3-fluorobenzyloxy)benzaldehyde (IVa) in Ethanol Solution

To a mixture of 4-hydroxybenzaldehyde (1.52 kg, 12.45 mol), potassium carbonate, (1.72 kg, 12.45 mol), potassium iodide (0.2 kg, 1.20 mol) in ethanol (13.0 kg), 1.8 kg, of 3-fluorobenzyl chloride (1.80 kg, 12.45 mol) are added under stirring, at room temperature.

The mixture is gradually heated to reflux and then kept at that temperature for 6 hours.

The reaction mixture is then allowed to cool to 25° C., the suspension is filtered and the solid is washed with ethanol (1.0 kg); the ethanol solutions are combined and then concentrated at reduced pressure until a residue of approximately 3.5 kg is obtained.

20

To this residue, toluene (5.0 kg) and water (1.7 kg) are added, the solvent mixture is stirred vigorously for 30 minutes and, after separation of the aqueous phase, the organic layer is evaporated to dryness under reduced pressure to provide crude 4-(3-fluorobenzyloxy)benzaldehyde.

To this product dissolved in 2 kg of toluene a seed of 4-(3-fluorobenzyloxy)benzaldehyde is added under stirring at 20-25° C., then n-hexane (3.8 kg) is added in 30 minutes and the mixture is cooled to 0° C. under stirring.

After 2 hours the solid is filtered and washed with n-hexane (1.3 kg). After drying, 2.6 kg (90.7% yield) of the desired product are obtained, with a gas-cromathographic purity of 99.9 (area %, see Example 16A) and a 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde content of 0.005% by weight determined by G. C. (area %, see Example 16B); m.p. 43.1° C. by DSC 5° C./min.

### EXAMPLE 5

#### Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by Phase Transfer Catalysis

A mixture of 3-fluorobenzyl chloride (5 kg, 34.58 mol), 4-hydroxy-benzaldehyde (3.9 kg, 31.94 mol), potassium carbonate (4.3 kg, 31.11 mol) and tetradecyl trimethylammonium bromide (0.41 kg, 1.22 mol) in toluene (13.5 kg) is slowly brought to reflux temperature under stirring and under nitrogen atmosphere, and then refluxed for 6 hours.

The solution is concentrated at room pressure and then 3 kg of toluene are added and distilled off. This procedure is repeated once again.

The heterogeneous mixture is then cooled to room temperature and the solid is eliminated by filtration. The residual solvent is eliminated under reduced pressure and then 1.2 kg of toluene are added to the oily residue.

The mixture is stirred at 20-25° C. and seeded with a few grams of pure 4-(3-fluorobenzyloxy)benzaldehyde, and then additioned of n-hexane (9 kg) at this temperature, in 30 minutes.

After cooling to 0-5° C. and stirring for a further hour at this temperature the solid is collected by filtration and dried under reduced pressure to give 6.5 kg (85% yield, GC purity 99.9 (area %, see Example 16A) and a 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde content of 0.008% by weight (see Example 16B).

### 5.1 Further Purification of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by Crystallization

One kilogram of 4-(3-fluorobenzyloxy)benzaldehyde, prepared according to Example 5, is dissolved in 2 kg of diisopropyl ether at reflux under stirring. The solution is cooled to 50-55° C. in 10-15 minutes and seeded with a few grams of pure 4-(3-fluorobenzyloxy)benzaldehyde.

The suspension is cooled to 10-15° C. during 45-60 minutes and stirred for an additional hour.

The precipitate is finally collected by filtration, washed with cool diisopropyl ether (0.2 kg) and dried under reduced pressure to give 0.95 kg of 4-(3-fluorobenzyloxy)benzaldehyde with GC purity of 99.9 (area %, see Example 16A) and a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde lower than 0.005% by weight determined by GC (see Example 16B).

US 8,076,515 B2

21

### 5.2 Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by Phase Transfer Catalysis Using 3-fluorobenzyl Bromide

4-(3-Fluorobenzyloxy)benzaldehyde is prepared in 86.1% yield with a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde of 0.07% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (15.6 g) with 3-fluorobenzyl bromide according to the same procedure of Example 5 but using 3-fluorobenzyl bromide instead of 3-fluorobenzyl chloride.

The so obtained 4-(3-fluorobenzyloxy)benzaldehyde is purified according to Example 5.1 to yield the title product in 97.3% yield with a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde of 0.07% by weight determined by GC (see Example 16B).

### 5.3 Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by Phase Transfer Catalysis Using 3-Fluorobenzyl Methanesulfonate

4-(3-Fluorobenzyloxy)benzaldehyde is prepared in 97.5% yield with a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde of 0.45% by weight, determined by GC (see Example 16B), by reacting 4-hydroxybenzaldehyde (15.6 g) with 3-fluorobenzyl methanesulfonate instead of 3-fluorobenzyl chloride according to the same procedure of Example 5. This product is further purified according to the procedure of the Example 5.1.

### EXAMPLE 6

### Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Safinamide, Ia) of High Purity Degree (One Pot Reaction)

An autoclave is loaded with, 4-(3-fluorobenzyloxy)benzaldehyde (2.0 kg, 8.69 mol) prepared as in Example 4, and then a solution, prepared apart, of L-alaninamide hydrochloride (1.2 kg, 9.63 mol) and triethylamine (0.97 kg, 9.63 mol) in methanol (7.1 kg) is added thereto.

The mixture is stirred at 20-25° C. for 1 hour and, after seeding with few grams of (S)-2-[4-(3-fluorobenzyloxy)benzylideneamino]propanamide, stirring is continued for additional 15 minutes. To the stirred heterogeneous mixture, methanol (1.8 kg) and, wet (50% $H_2O$) Pt/C 5% (Engelhard cod. Escat 22) (0.3 kg) are then added, at 20-25° C.

The air is purged from the autoclave with nitrogen and then hydrogen is introduced at 5.0 bars.

After 5 hours at 30-35° C., the mixture is cooled to 15° C., methanol (4.8 kg) is added and the mixture is heated to 40-45° C.; finally the solid is filtered out and washed with methanol (1.6 kg).

The solvent is eliminated under reduced pressure approximately at 30° C. and then a mixture of ethyl acetate (23.0 kg) and water (18.0 kg) is added to the residue. After stirring for 15 minutes, the aqueous phase is separated and extracted with ethyl acetate (7.0 kg). The collected organic phases are concentrated until a residue of approximately 6.0 kg is obtained. To this residue n-heptane (10.8 kg) is added and the mixture is stirred at 20° C. for about 2 hours. The solid is then collected by filtration and washed with n-heptane.

After drying the solid under reduced pressure, 2.41 kg (91.8% yield) of the title compound are obtained with a HPLC purity of 98.4 (area %, see Example 17A), and a

22

content of C,O-dibenzylated (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of 0.005% by weight (see Example 17B).

### 6.1 Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) of High Purity Degree by Using a Pd Catalyst

(S)-2-[4-(3-Fluorobenzyloxy)benzaldehyde (5 g) in the presence of the corresponding amounts of L-alaninamide hydrochloride and triethylamine is hydrogenated according to the same procedure of Example 6, by using wet (50% $H_2O$) Pd/C 10%, instead of wet (50% $H_2O$) Pt/C$_5$%, to produce Ia in a 72% yield.

### 6.2 Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) of High Purity Degree by Hydrogenation at 1 Bar

A mixture of (S)-2-[4-(3-fluorobenzyloxy)benzaldehyde, L-alaninamide hydrochloride and triethylamine is hydrogenated according to the same procedure of Example 6, but at 1 bar/$H_2$ instead of 5 bar/$H_2$.

The yield of (S)-2-[4-(3-fluorobenzyloxy)benzylamino] propanamide is 90% with a HPLC purity of 98.7 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide of 0.005% by weight determined by HPLC (see Example 17B).

### 6.3 Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]Propanamide (Ia) of High Purity Degree (One Pot Reaction) by Using L-Alaninamide Base

(S)-2-[4-(3-fluorobenzyloxy)benzaldehyde (10 g) is reacted according to the same procedure of Example 6, but using L-alaninamide base, instead of its hydrochloride and triethylamine. The yield of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide is 92% with a HPLC purity of 99.7 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide lower than 0.005% by weight determined by HPLC (see Example 17B).

### EXAMPLE 7

### Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide Methanesulfonate (Safinamide Methanesulfonate, Ic) of High Purity Degree

Safinamide (2.41 kg, 7.97 mol), prepared as described in Example 6, is dissolved in ethyl acetate (56.5 kg) at 65° C. and decoloured with charcoal (100 g).

After filtration, the solution is stirred and seeded with a few grams of safinamide methanesulfonate and, after 15 minutes, methanesulfonic acid (850 g, 8.84 mol) is added in 30 minutes, at a temperature of 50-55° C. The suspension is cooled under stirring to 20-25° C. during 2 hours and stirred for an additional hour. The precipitate is finally collected by filtration and dried under reduced pressure to give 2.83 kg (89.1% yield) of safinamide methanesulfonate.

The content of impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc) measured by HPLC (see Example 17B) is of 0.005% by weight. The title compound has m.p. 216.8° C. by DSC (5° C./min).

The enantiomeric purity, measured with a chiral HPLC column, is over 99.9 (area %, see Example 19).

US 8,076,515 B2

23

$^1$H-NMR (D$_2$O) (Bruker A V300) δ (ppm, with respect to H$_2$O at 4.7 ppm): 1.43 (3H, d, J=7 Hz, CH$_3$); 2.66 (3H, s, CH$_3$SO$_3$H); 3.87 (1H, q, J=7 Hz, H-2); 3.97 (2H, s, CH$_2$NR); 4.89 (2H, s, CH$_2$OR); 6.88 and 7.23 (4H, AA'XX' aromatic p-disubstituted system; 6.90+7.22 (4H, aromatic H)

$^{13}$C-NMR (D$_2$O) (Bruker AV300) δ ppm: 15.68 (CH$_3$); 38.27 (CH$_3$SO$_3$H); 48.99 (CH$_2$NR); 54.81 (CH); 69.00 (OCH$_2$); 114.15 (d, J$_{C-F}$=21 Hz, aromatic CH); 114.76 (d, J$_{C-F}$=20 Hz, aromatic CH); 115.38 (aromatic CH); 123.06 (d, J$_{C-F}$=24 Hz, aromatic CH); 123.24; 130.29 (d, J$_{C-F}$=6 Hz, aromatic CH); 131.54 (aromatic CH); 138.76 (d, J$_{C-F}$=7 Hz, aromatic CH); 158.52; 162.89 (d, J$_{C-F}$=245 Hz, C—F); 171.92 (CO)

### EXAMPLE 8

Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide, Ia) of High Purity Degree, with Isolation of the Intermediate Schiff Base (S)-2-[4-(3-fluorobenzyloxy)benzylidene-amino]propanamide (VI a)

#### a) (S)-2-[4-(3-fluorobenzyloxy)benzylideneamino] propanamide (VIa)

To a suspension of 4-(3-fluorobenzyloxy)benzaldehyde (60.0 g 0.26 mol), prepared as in the Example 5 and L-alaninamide hydrochloride (35.7 g 0.29 mol) in methanol (280 mL), triethylamine (29.1 g, 0.29 mol) is added at room temperature with stirring under nitrogen atmosphere. Stirring is maintained for one additional hour.

The solution is then seeded with a few mg of (S)-2-[4-(3-fluorobenzyloxy)benzylideneamino]propanamide, the temperature is lowered to 5-10° C. and the stirring continued for 2 hours.

The solid is collected by filtration and washed with methanol at 0° C.

After drying at reduced pressure, 57.3 g (73.2% yield) of the title compound is obtained with m.p. 112.0° C. by DSC (5° C./min).

$^1$H-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm, with respect to TMS at 2.55 ppm; DMSO solvent at 3.35 ppm): 1.31 (3H, d, J=7 Hz, CH$_3$); 3.86 (1H, q, J=7 Hz, H-2); 5.18 (2H, s, CH$_2$OR); 7.08 and 7.79 (4H, AA'XX' p-disubstituted aromatic system); 7.10-7.50 (4H, m, aromatic H); 8.27 (1H, s, CH—NR).

$^{13}$C-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm): 20.5 (CH$_3$); 67.6 (CH); 68.4 (OCH$_2$); 114.1e 114.4 (d, J$_{C-F}$=21 Hz, aromatic) CH; 114.5 e 114.8 (d, J$_{C-F}$=21 Hz; aromatic CH; 114.8 (aromatic CH); 123.5 (d, J$_{C-F}$=2 Hz, aromatic CH); 129.0 and 129.9 (aromatic CH); 130.4 and 130.5 (d, J$_{CF}$=7 Hz, aromatic CH); 139.6 and 139.7 (d, J$_{C-F}$=6 Hz aromatic quaternary C); 160.2; 160.5 and 163.8 (d, J$_{C-F}$=245 Hz C—F); 160.6 (CH=N); 174.8 (CO)

#### b) (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia)

An autoclave is loaded with (S)-2-[4-(3-fluorobenzyloxy) benzylidene-amino]propanamide (16.0 g; 0.053 mol), prepared as described above, and wet (50% H$_2$O) Pt/C5% (1.7 kg: Engelhard S.r.l., Rome, Italy) and methanol (90 mL) is added thereto. The autoclave is purged from air with nitrogen and then hydrogen is introduced at 5.0 bars. The reaction is kept at 5.0 bar and at 35° C. for 1 hour. After cooling to room temperature and elimination of the catalyst by filtration, the solvent is distilled off under reduced pressure until a residue

24

of approximately 30 g is obtained. To this residue a mixture of ethyl acetate (150 mL) and H$_2$O (110 mL) is added and the heterogeneous mixture is heated to 40° C., until two clear phases are obtained. These two phases are separated and the aqueous layer is extracted with 50 mL of ethyl acetate at 40° C. The organic phases are collected and evaporated to dryness. The procedure is repeated twice by adding every time 90 mL of ethyl acetate to make the product anhydrous. 95 mL of n-heptane are then added slowly and under stirring to the residue. The mixture is then maintained under stirring for 3 hours at 20° C. The solid formed is collected by filtration, washed with n-heptane (15 mL) and dried under reduced pressure to give 15.2 g (94.8% yield) of safinamide with a HPLC purity of 99.8 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide lower than 0.005% by weight measured by HPLC see Example 17B).

### EXAMPLE 9

Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide, Ib) of High Purity Degree, with Isolation of the Intermediate Schiff Base (S)-2-[4-(2-fluorobenzyloxy)benzylidene-amino]propanamide (VIb)

#### a) (S)-2-[4-(2-fluorobenzyloxy)benzylideneamino] propanamide (VIb)

(S)-2-[4-(2-Fluorobenzyloxy)benzylideneamino]propanamide is prepared in a 88% yield, m.p. 121° C. (capillary), by following the same procedure of Example 8, step a) but using 4-(2-fluorobenzyloxy)benzaldehyde instead of 4-(3-fluorobenzyloxy)benzaldehyde.

$^1$H-NMR: (CDCl$_3$, 300 MHz, 298K) δ (ppm, with respect to TMS): 1.46 (3H, d, J=7.0 Hz, CH$_3$); 3.91 (1H, q, J=7.0 Hz, CH—CO); 5.17 (2H, s, O—CH$_2$); 7.02 (2H, d, J=8.9 Hz aromatic H ortho to O—CH$_2$); 7.09 (1H, ddd, J$_{H-F}$=9.78 Hz J$_{orto}$=8.55 Hz J$_{meta}$=1.23 Hz aromatic H ortho to F); 7.15 (1H, dt, J$_{orto}$=7.35 Hz J$_{meta}$=1.23 Hz aromatic H para to F); 7.27-7.40 (1H, m, aromatic H para to CH$_2$); 7.48 (1H, dt, J$_{orto}$=J$_{H-F}$=7.35 Hz J$_{meta}$=1.53 Hz aromatic H ortho to CH$_2$); 7.71 (2H, d, J=8.9 Hz aromatic H ortho to CH=N); 8.17 (1H, s, C=N)

$^{13}$C-NMR: (CDCl$_3$, 75.4 MHz, 298K) δ (ppm): 21.4 (CH$_3$); 63.8 (OCH$_2$); 68.4 (H$_2$NCOCH); 115.0 (d, J$_{C-F}$=22.4 Hz, aromatic CH); 115.5 (d, J$_{C-F}$=20.7 Hz, aromatic CH); 123.7 (d, J$_{C-F}$=14.4 Hz, quaternary aromatic C); 124.5 (bd, aromatic CH); 129.0 (quaternary aromatic C); 129.8 (bd, aromatic CH); 130.1 (bd, 2 aromatic CH); 160.5 (d, J$_{C-F}$=246.4 Hz, quaternary aromatic C); 161.1 (aromatic C-0); 161.1 (C=N); 176.9 (CONH$_2$)

#### b) (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib)

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide is prepared in a 93% yield from (S)-2-[4-(2-fluorobenzyloxy)benzylideneamino]propanamide by following the same procedure of Example 8, step b). The content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide is 0.02% by weight determined by HPLC (see Example 17B).

## EXAMPLE 10

Preparation of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluo-
robenzyloxy)-benzylamino]propanamide Methane-
sulfonate (IIc)

a) 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzal-
dehyde (Va)

In a 4 L round bottomed flask kept under nitrogen atmo-
sphere, 4-hydroxy-benzaldehyde (400 g, 3.28 mol), potas-
sium carbonate (453 g, 3.28 mol), toluene (2 L) and 3-fluo-
robenzylchloride (1400 g, 9.68 mol) are added in sequence
and the mixture is refluxed under stirring for 5 days. At this
point a GC analysis reveals that the reaction mixture contains
4-(3-fluorobenzyloxy)benzaldehyde and 3-(3-fluorobenzyl)-
4-(3-fluorobenzyloxy)-benzaldehyde in a ratio of 91.4:8.6
(area/area, see Example 16A).

The reaction mixture is cooled to room temperature and
then 2 L of water are added under stirring. The organic phase
is separated and the solvent is distilled under reduced pressure
(20 mmHg) at 35° C. until no more solvent passes over. The
pressure is then lowered to 3 mmHg and the external
temperature is raised up to 300° C. and the fraction that distils
between 255° C. and 265° C., (40.6 g), is collected.

A GC analysis shows a area/area ratio of C,O-dibenzylated
derivative (Va) of the title compound vs. the monoalkylated
one (IVa) of 99.6:0.4. (area/area, see Example 16A).

$^1$H-NMR (CDCl$_3$) (Bruker AV300) δ (ppm, with respect to
TMS): 4.05 (2H, s, CH$_2$); 5.13 (2H, s, OCH$_2$); 6.85-7.40 (9H,
m, aromatic H); 7.73-7.79 (2H, m, aromatic H ortho to
C═O); 9.88 (s, CHO).

$^{13}$C-NMR (CDCl$_3$) (Bruker AV300) δ (ppm): 36.1 (CH$_2$);
69.4 (CH$_2$O); 111.4 (aromatic CH);112.9 and 113.2 (d,
$J_{C\text{-}F}$=20 Hz, aromatic CH); 113.9 and 114.2 (d, $J_{C\text{-}F}$=22 Hz,
aromatic CH); 114.9 and 115.0 (d, $J_{C\text{-}F}$=21 Hz, aromatic CH;
115.7 e 115.9 (d, $J_{C\text{-}F}$=25 Hz aromatic CH); 122.6 (d, $J_{C\text{-}F}$=3
Hz, aromatic CH); 124.4 (d, $J_{C\text{-}F}$=3 Hz, aromatic CH); 129.6
and 129.8 (d, $J_{C\text{-}F}$=8 Hz, aromatic CH); (d, $J_{C\text{-}F}$=6 Hz, qua-
ternary aromatic C); 129.9 (C quaternary aromatic C); 130.0
(quaternary aromatic C); 130.1 and 130.2 (d, $J_{C\text{-}F}$ 7 Hz, CH
aromatic); 131.2 (aromatic CH); 131.5 (aromatic CH); 138.3
(d, $J_{C\text{-}F}$=7 Hz, quaternary aromatic C); 142.3 (d, $J_{C\text{-}F}$=7 Hz,
quaternary aromatic C); 161.0, 161.2 and 164.4 (d, $J_{C\text{-}F}$=240,
2 C—F overlapping); 190.8 (CHO).

b) (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-
benzylamino]propanamide (IIa)

To 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzalde-
hyde (35.6 g, 0.105 mol) in a 500 mL flask, a solution previ-
ously prepared by cautiously adding under stirring triethy-
lamine (12 g, 0.119 mol) to a 170 mL methanol solution of
L-alaninamide hydrochloride (14.8 g, 0.119 mol), is added at
room temperature. This reaction mixture is stirred for 1 hour
at room temperature and then it is transferred to a 1.8 L
autoclave and additioned of 3.4 g of wet (50% H$_2$O) Pt/C 5%.

The air is purged from the autoclave with nitrogen and then
hydrogen is introduced at 5.0 bar.

The reaction is performed at a temperature of 35° C. for 3-5
hours.

After cooling to room temperature and eliminating the
catalyst by filtration, the solvent is distilled off under reduced
pressure until a residue of approximately 65 g is obtained. To
this residue a mixture of ethylacetate (340 mL) and water
(250 mL) is added and the heterogeneous mixture is warmed
to 40° C. and kept at this temperature without stirring, until
two clear phases are obtained. The two phases are separated
and the organic one is distilled under reduced pressure, until
a residue of approximately 50 g is obtained.

This residue is dissolved in 220 mL of ethyl acetate and the
solvent distilled off under reduced pressure with an external
temperature of 40° C. This operation is repeated twice and the
title compound is obtained as solid residue.

c) (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-
benzylamino]propanamide Methanesulfonate (IIc)

In a 2 L glass reactor 42.4 g (0.103 mol) of (S)-3-(3-
fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]pro-
panamide base are dissolved in 950 mL of ethyl acetate.

The solution is heated under stirring at 50-55° C. and kept
at this temperature for one hour. To this solution, 14.5 g (0.15
mol) of methanesulfonic acid are added in 20 minutes, and the
temperature is lowered to 20° C. in 90 minutes. After 30
minutes the solid is collected by filtration, dried at 50° C.
under reduced pressure and then crystallized from methanol
(methanol:product 1:5 by weight) to obtain 25.1 g of (S)-2-
[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]
propanamide methanesulfonate, m.p. 181° C. (capillary).

$^1$H-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm, with
respect to TMS): 1.44 (3H, d, J=7 Hz, CH$_3$); 2.35 (3H, s,
CH$_3$SO$_3$); 3.81 (1H, q, J=7 Hz, H-2), 3.99 (2H, bs, CH$_2$
benzylic); 4.02 (2H, AB system, CH$_2$N—); 5.17 (2H, s,
CH$_2$OR); 6.98-7.63 (11H, m, aromatic H); 7.62 and 7.75 (2H,
bs, NH$_2$ amide); 9.02 (2H, broad, NH2$^+$).

$^{13}$C-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm): 15.9
(CH$_3$); 35.5 (CH$_2$); 39.7 (CH$_3$SO$_3$H); 48.1 (CH$_2$NR); 54.4
(CH); 68.4 (OCH$_2$); 112.2 (aromatic CH); 112.7 (d, $J_{C\text{-}F}$=22
Hz, aromatic CH); 113.8 (d, $J_{C\text{-}F}$=22 Hz, aromatic CH); 114.5
(d, $J_{C\text{-}F}$=22 Hz, aromatic CH); 115.2 (d, $J_{C\text{-}F}$=22 Hz, aro-
matic CH); 123.2 (aromatic CH); 123.8; 124.6 (aromatic
CH); 128.7 and 130.0 (d, JH$_{C\text{-}F}$=6 Hz, aromatic CH); 130.04
(aromatic CH); 130.3 (d, $J_{C\text{-}F}$=6 Hz, aromatic CH); 132.6
(aromatic CH); 139.8 (d, $J_{C\text{-}F}$=7 Hz); 143.4 (d, $J_{C\text{-}F}$=7 Hz);
158.1, 160.5 and 163.7 (d, $J_{C\text{-}F}$=240, C—F); 160.6 and 163.8
(d, $J_{C\text{-}F}$=240, C—F); 170.5 (CON).

A sample (90 mg) of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluo-
robenzyloxy)-benzylamino]propanamide (IIa) is isolated
also by preparative HPLC from a 200 g of safinamide meth-
anesulfonate (Ic) prepared according to J. Med. Chem., 1998,
41, 579, method A, that contains it, as methanesulfonate (IIc),
in 0.12% by weight.

The separation is performed, in two stages (Stage1 and
Stage2), according to the following scheme:

US 8,076,515 B2

27

Isolation of IIa by preparative HPLC of safinamide methanesulfonate (Ic) contaminated by 0.12% by weight of IIc



Stage 1

The scope of the first stage is to isolate a crude product enriched in IIa/TFA (Trifluoroacetic acid).

Preparative HPLC conditions are reported below:
Preparative HPLC Conditions:

| Instrument: | Waters Delta Prep 4000 (reciprocating pump, gradient controller with low pressure mixer) Radial Compression Module Prep LC Base (Waters) Jasco 7125 UV-Variable detector, o.p. 0.2 mm Merk D2000 printer-plotter |
|---|---|
| Column: | Delta Pak C18, 15 μm, 40 × 100 mm (Waters) |
| Eluent A: | 70/30, Water/Acetonitrile + 0.1% TFA |
| Eluent B: | 30/70, Water/Acetonitrile + 0.1% TFA |
| Flow rate: | 27.0 ml/min |
| Gradient: | 40 min, isocratic 100% A, then to 100% B in 1 minute |
| Detection: | UV 227 nm |
| Injection: | 5 g in 50 ml of Water (by pump inlet line D) |

Stage 2

This stage is needed to eliminate TFA from IIa/TFA and to further purify IIa. IIa/TFA is chromatographed using the preparative HPLC conditions given below.

The fraction 4 and 5 are combined together and evaporated at 40° C. under vacuum until complete removal of acetonitrile. The residual water solution is kept in a refrigerator at 4° C. The insoluble is isolated by filtration and dried under vacuum at room temperature to provide IIa (90 mg; HPLC purity 100%).

Preparative HPLC Conditions:

| Instrument: | Waters Delta Prep 4000 (reciprocating pump, gradient controller with low pressure mixer) |
|---|---|

28

-continued

| | Jasco 7125 UV-Variable detector, o.p. 0.2 mm Merk D2000 printer-plotter |
|---|---|
| Column: | Symmetry C18, 7 μm, 20 × 250 mm (Waters) |
| Eluent A: | 70/30, Water/Acetonitrile |
| Eluent B: | 30/70, Water/Acetonitrile |
| Flow rate: | 15.0 ml/min |
| Gradient: | 20 min, isocratic 100% A, then to 100% B in 10 minutes |
| Detection: | UV 227 nm |
| Injection: | 50 ml of impurity "IIa/TFA" solution (by pump inlet line D) |

EXAMPLE 11

Preparation of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide Methanesulfonate (IId)

a) 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy) Benzaldehyde (Vb)

3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde is prepared by following the same procedure of Example 10, step a) in a 1:10 scale, but using 2-fluorobenzyl chloride instead of 3-fluorobenzyl chloride. The molar yield is 3% with a 98.1 purity determined by GC analysis (area %, see Example 16A). The product has m.p. 71° C. (capillary).

$^1$H-NMR: (CDCl$_3$, 300 MHz, 298K) δ (ppm, with respect to TMS): 4.06 (2H, s, CH$_2$); 5.23 (2H, s, OCH$_2$); 6.95-7.40 (9H, m, aromatic H); 7.67 (1H, bd, J=0.9 Hz, aromatic H ortho to C═O and CH$_2$); 7.76 (1H, dd, J$_1$=2.1 Hz, J$_2$=8.3 Hz, aromatic H ortho to C═O and aromatic CH); 9.84 (1H, s, CHO).

$^{13}$C-NMR: (CDCl$_3$, 75.4 MHz, 298K) δ (ppm): 29.2 (CH$_2$); 64.1 (OCH$_2$); 111.4 (aromatic CH); 115.4 (d, J$_{C\text{-}F}$=22.0 Hz, aromatic CH), 115.5 (d, J$_{C\text{-}F}$=21.1 Hz, aromatic CH); 123.3 (d, J$_{C\text{-}F}$=14.2 Hz, quaternary aromatic C); 124.1 (d, J$_{C\text{-}F}$=2.6 Hz, aromatic CH); 124.5 (d, J$_{C\text{-}F}$=3.2 Hz, aromatic CH); 126.6 (d, J$_{C\text{-}F}$=15.5 Hz, quaternary aromatic C); 128.2 (d, J$_{C\text{-}F}$=8.1 Hz, aromatic CH); 129.6 (d, J$_{C\text{-}F}$=6.2 Hz, aromatic CH); 129.6 (quaternary aromatic C); 130.0 (quaternary aromatic C); 130.2 (d, J$_{C\text{-}F}$=8.3 Hz, aromatic CH); 131.1 (aromatic CH); 131.3 (d, J$_{C\text{-}F}$=4.1 Hz, aromatic CH); 131.8 (aromatic CH); 160.5 (d, J$_{C\text{-}F}$=246.8 Hz, quaternary aromatic C); 161.2 (d, J$_{C\text{-}F}$=245.1 Hz, quaternary aromatic C); 161.3 (quaternary aromatic C); 191.1 (CHO).

b) (S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb)

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]-propanamide is prepared by following the same procedure of Example 10, step b) by using 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde instead of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde. The yield is 83%; m.p. 161° C. (capillary).

$^1$H-NMR: (CDCl$_3$, 300 MHz, 298K) δ (ppm, with respect to TMS): 1.32 (3H, d, J=6.7 Hz, CH$_3$); 1.97 (1H, bs, NH); 3.22 (1H, q, J=6.7 Hz, CH—CO); 3.67 (2H, ABq, J=12.8 Hz, diastereotopic H of NCH$_2$); 4.03 (2H, s, CH$_2$); 5.12 (2H, s, OCH$_2$); 5.98 (1H, bs, NH$_2$); 6.89 (1H, d, J$_{orto}$=8.3 Hz, aromatic H ortho to CH$_2$NH and aromatic CH); 6.95-7.40 (10H, m, aromatic H).

$^{13}$C-NMR: (CDCl$_3$, 75.4 MHz, 298K) δ (ppm): 19.6 (CH$_3$); 29.2 (CH$_2$); 52.0 (NHCH$_2$); 57.7 (H$_2$NCOCH); 63.8 (OCH$_2$); 111.7 (aromatic CH); 115.2 (d, J$_{C\text{-}F}$=21.9 Hz, aro-

US 8,076,515 B2

29

matic CH), 115.3 (d, $J_{C-F}$=21.3 Hz, aromatic CH); 124.0 (d, $J_{C-F}$=3.5 Hz, aromatic CH); 124.3 (d, $J_{C-F}$=2.9 Hz, aromatic CH); 124.3 (d, $J_{C-F}$=14.4 Hz, quaternary aromatic C); 127.5 (aromatic CH); 127.6 (d, $J_{C-F}$=15.0 Hz, quaternary aromatic C); 127.8 (d, $J_{C-F}$=7.5 Hz, aromatic CH); 128.8 (quaternary aromatic C); 129.0-130.0 (m, 2 aromatic CH); 130.5 (aromatic CH); 131.3 (d, $J_{C-F}$=4.6 Hz, aromatic CH); 131.8 (quaternary aromatic C); 155.6 (quaternary aromatic C); 160.4 (d, $J_{C-F}$=245.8 Hz, quaternary aromatic C); 161.2 (d, $J_{C-F}$=244.6 Hz, quaternary aromatic C); 178.2 (CONH$_2$).

c) (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide Methanesulfonate (IId)

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate is prepared by following the same procedure of Example 10, step c) but using (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide as the starting material. The yield is 89%; m.p. 190° C. (capillary).

$^1$H-NMR: (DMSO-d$_6$, 300 MHz, 298K) δ (ppm, with respect to TMS): 1.42 (3H, d, J=6.8 Hz, CH$_3$CH); 2.33 (3H, s, CH$_3$SO$_3$); 3.50-4.20 (5H, m, CH—CO, CH$_2$, diastereotopic H of NCH$_2$$^+$); 5.19 (2H, s, OCH$_2$); 6.95-8.00 (11H, m, aromatic H); 9.02 (2H, bs, NH$_2$$^+$).

$^{13}$C-NMR: (DMSO-d$_6$, 75.4 MHz, 298K) δ (ppm): 16.5 (CH$_3$); 28.8 (CH$_2$); 48.6 (NHCH$_3$); 54.9 (H$_2$NCOCH); 64.3 (OCH$_2$); 112.8 (aromatic CH); 115.0-117.0 (2 aromatic CH); 124.2 (d, $J_{C-F}$=14.4 Hz, quaternary aromatic C); 124.4 (quaternary aromatic C); 124.8 (aromatic CH); 125.0 (aromatic CH); 127.3 (d, $J_{C-F}$=16.1 Hz, quaternary aromatic C); 128.6 (quaternary aromatic C); 128.8 (aromatic CH); 129.0-133.0 (m, 5 aromatic CH); 156.9 (quaternary aromatic C); 160.8 (d, $J_{C-F}$=245.2 Hz, quaternary aromatic C); 160.9 (d, $J_{C-F}$=243.5 Hz, quaternary aromatic C); 171.1 (CONH$_2$).

EXAMPLE 12

Preparation of (S)-2-[4-3-fluorobenzyloxy)benzylamino]propanamide (safinamide) Methanesulfonate (Ic) From 4-(3-fluorobenzyloxy)benzaldehyde (IVa) Contaminated by 1% by Weight of Impurity 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va)

To 4-(3-fluorobenzyloxy)benzaldehyde (10 g; GC purity 98.8, area %), 1% of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde is added and the mixture is converted into (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide safinamide base by following the same procedure of Example 6. The yield is 84% with a content of impurity (IIa) of 0.84% (see Example 17B). The free base (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) is converted into the corresponding methanesulphonate by following the same procedure of Example 7 to provide the methanesulphonate (Ic) in 98% yield with a content of impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc) of 0.62% by weight determined by HPLC (see Example 17B).

EXAMPLE 13

Crystallization of Safinamide Methanesulfonate (Ic) Contaminated by Impurity (IIc)

The safinamide methanesulfonate contaminated by (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]

30

propanamide methanesulfonate (IIc) of 0.62% by weight determined by HPLC (see Example 17B) obtained according to Example 12, is crystallized by using five different(s) solvent systems by dissolving at reflux temperature and cooling at room temperature.

The result are reported in the following Table 5

TABLE 5

| TEST No. | SOLVENT SYSTEM AND AMOUNT (mL/g) | % w/w of IIc in Ic after crystallization (*) | % Molar Yield |
|---|---|---|---|
| 13a | 2-PrOH/MeOH 2:1, 45 | 0.28 | 44.9 |
| 13b | EtOAc/MeOH 4:1, 50 | 0.15 | 29.6 |
| 13c | EtOH, 10 | 0.30 | 73.2 |
| 13d | Acetone/H$_2$O ~27:1, 40.5 | 0.08 | 20.6 |
| 13e | Acetonitrile/H$_2$O 60:1, 30.5 | 0.09 | 69.3 |

(*) the % (w/w) is evaluated according to Example 17B.

EXAMPLE 14

Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide, Ia) Methanesulfonate (Ic) According to Known Methods

14.1 Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa)

14.1.a) Procedure of Example 1a of U.S. Pat. No. 6,335,354 B2

4-(3-Fluorobenzyloxy)benzaldehyde (IVa) is prepared by the procedure described in Example 1a of U.S. Pat. No. 6,335, 354 B2.

Accordingly, a mixture of 3-fluorobenzyl chloride (2.86 g, 19.80 mmol) 4-hydroxybenzaldehyde (3.03 g, 24.80 mmol), K$_2$CO$_3$ (10.30 g, 74.50 mmol), NaI (137.1 mg, 0.91 mmol), and ethanol, (40 mL) is heated to reflux in 70 minutes and kept at reflux temperature for 4 hours and 15 minutes.

After working up the reaction mixture, 4-(3-fluorobenzyloxy)benzaldehyde, is isolated as a yellow oil in 95% yield.

The product has GC purity of 97.6 (area %, see Example 16A) and a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) of 0.14% by weight determined by GC (see Example 16B)

14.1.b) Procedure of J. Agric. Food Chem, 27, 4, 1979

4-(3-Fluorobenzyloxy)benzaldehyde (IVa) is prepared by the procedure reported in J. Agric. Food Chem, 27, 4, 1979.

Accordingly, 3-fluorobenzyl chloride (14.5 g, 100 mmol) is added under stirring and under nitrogen atmosphere to a solution of 4-hydroxybenzaldehyde (12.2 g, 100 mmol) and of NaOH (4.0 g, 100 mmol) in ethanol (100 mL). The mixture is gradually heated in 25 minutes to reflux and stirred at reflux temperature for 6 hours and 20 minutes. The reaction mixture is filtrated and then concentrated at reduced pressure to obtain 4-(3-fluoro-benzyloxy)benzaldehyde (23.43 g) as a yellow solid residue. Dichloromethane (250 mL) is added to the residue, the insoluble is filtered and the resulting solution is concentrated under reduced pressure to provide 4-(3-fluorobenzyloxy)benzaldehyde as a yellow solid, in 80.4% yield.

The product has GC purity of 91.6 (area %, see Example 16A) and a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) of 0.13% by weight determined by GC (see Example 16B)

US 8,076,515 B2

31

## 14.2 Preparation of (S)-2-[4-(3-fluorobenzyloxy) benzylamino]propanamide (Ia) and its Methanesulfonate Salt (Ic).

14.2.a) Procedure of J. Med. Chem., 1998, 41, 579, Method A

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (Ia) is prepared by reacting 4-(3-fluorobenzyloxy)benzaldehyde (10 mmol), prepared as described in Example 14.1.a., and L-alaninamide hydrochloride (1.37 g, 11 mmol) followed by reduction with NaBH$_3$CN (0.50 g, 8 mmol). After working up the reaction mixture and purification by flash-chromatography, (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide is isolated as white solid in 68.7% yield. The product has HPLC purity of 96.2 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) of 0.15% by weight (see Example 17B).

A mixture of (S)-2[4-(3-fluorobenzyloxy)benzylamino] propanamide (1.50 g, 4.96 mmol) and ethyl acetate (40.2 mL) is heated to 50° C. until a clear solution is obtained. Methanesulfonic acid (0.53 g, 5.51 mmol) is added under stirring in 15 minutes to the solution and the resulting heterogeneous mixture is cooled under stirring to 20° C. in 90 minutes. After 30 minutes at 20° C. the solid is collected by filtration, washed with ethyl acetate (6 mL) and dried at 50° C. at reduced pressure for 15 hrs to provide (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate (Ic) as a white solid in a 96.1% yield. The product has HPLC purity 98.6 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc) of 0.10% by weight determined by HPLC (see Example 17B).

14.2.b) Procedure of J. Med. Chem., 1998, 41, 579, Method A

(S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) is prepared according to example 14.2.a from 4-(3-fluorobenzyloxy)benzaldehyde (10 mmol), prepared as described in example 14.1.b., and L-alaninamide hydrochloride (1.37 g, 11 mmol) followed by reduction with NaBH$_3$CN (0.50 g, 8 mmol).

(S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia), is obtained as white solid in 66.5% yield. The product has HPLC purity of 88.5 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) of 0.064% by weight determined by HPLC (see Example 17B). (S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (Ia) is converted into the corresponding methanesulfonate (Ic) in a 88.9% yield by treatment with methanesulfonic acid according to Example 14.2.a. The product has a HPLC purity of 97.7 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc) of 0.05% by weight determined by HPLC (see Example 17B).

### EXAMPLE 15

Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide, Ib) Methanesulfonate (Id) According to Known Methods

#### 15.1 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb)

15.1.a) Procedure of Example 1a of U.S. Pat. No. 6,335,354 B2

4-(2-Fluorobenzyloxy)benzaldehyde (IVb) is prepared according to the Example

32

14.1.a) from 2-fluorobenzyl chloride (14.3 g, 98 mmol), 4-hydroxybenzaldehyde (15.1 g, 123 mmol), K$_2$CO$_3$ (51 g, 369 mmol), NaI (500 mg, 3.3 mmol.) ethanol, 75 mL.

The mixture is kept at reflux for 12 hrs. After working up the reaction mixture, 4-(2-fluorobenzyloxy)benzaldehyde is obtained in 75% yield as a yellow oil. The product has GC purity of 92.1 (area %, see Example 16A) and a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.25% by weight determined by G.C. (see Example 16B).

15.1.b) Procedure of J. Agric. Food Chem, 27, 4, 1979

4-(2-Fluorobenzyloxy)benzaldehyde (IVb) is prepared according to Example 14.1.b from 2-fluorobenzyl chloride (18.0 g, 123 mmol), 4-hydroxy-benzaldehyde (15.3 g, 125 mmol), NaOH (5.0 g, 12 mmol) and ethanol (125 mL).

The mixture is heated in 25 minutes to reflux and kept at reflux temperature under stirring for 12 hours.

After working up the reaction mixture according to Example 14.1.b 4-(2-fluorobenzyloxy)benzaldehyde is obtained as a yellow solid, in 90.0% yield. The product has GC purity of 90.4 (area %, see Example 16A) and a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb) of 0.14% by weight determined by G. C. (see Example 16B).

#### 15.2 Preparation of (S)-2-[4-(2-fluorobenzyloxy) benzylamino]propanamide (Ib) and Its Methanesulfonate Salt (Id)

15.2.a) Procedure of J. Med. Chem., 1998, 41, 579, Method A

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide (Ib) is prepared following the procedure of Example 14.2.a by using 4-(2-fluorobenzyloxy)benzaldehyde (10 mmol, prepared as in Example 15.1 a) instead of 4-(3-fluorobenzyloxy) benzaldehyde.

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide is obtained in 67.3% yield as a white solid. The product has a HPLC purity of 86.7 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb) of 0.22% by weight determined by HPLC (see Example 17B).

A mixture of (S)-2[4-(2-fluorobenzyloxy)benzylamino] propanamide (1.50 g, 4.96 mmol) and propan-2-ol (10.5 mL) is heated to 50° C. and kept at this temperature until a clear solution is obtained. Methanesulfonic acid, (0.48 g, 5.01 mmol) is added under stirring in 15 minutes.

The heterogeneous mixture is then cooled under stirring to 20° C. in 2 hours. After 1 hour at 20° C. the solid is collected by filtration, dried at reduced pressure to provide (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate as white solid in 89.1% yield. The product has a HPLC purity of 96.9 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate (IId) of 0.14% by weight determined by HPLC (see Example 17B).

15.2.b) Procedure of J. Med. Chem. 1998, 41, 579, Method A

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide (Ib) is prepared according to Example 14.2.b by using 4-(2-fluorobenzyloxy)benzaldehyde (10 mmol, prepared according to Example 15.1.b) instead of 4-(3-fluorobenzyloxy)benzaldehyde.

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide is obtained as a white solid in 58.8% yield. The product has a HPLC purity 83.8 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb) of 0.15% by weight determined by HPLC (see Example 17B).

US 8,076,515 B2

**33**

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) is converted into the corresponding methanesulfonate (Id) in a 89.4% yield as a white solid. The product has a HPLC purity of 95.2 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyloxy)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate of 0.11% by weight determined by HPLC (see Example 17B).

EXAMPLE 16A

GC Determination of
4-(3-fluorobenzyloxy)benzaldehyde and
4-(2-fluorobenzyloxy)benzaldehyde Purity

Test Preparation

Dissolve about 100 mg of the sample in 10 ml of methylene chloride.

Chromatographic Conditions

The chromatographic procedure is carried out by using:
a fused silica capillary column 60 m long and 0.32 mm internal diameter. RTX 35 (35% Diphenyl-65% Dimethyl polysiloxane) Film thickness=0.25 µm;
helium as carrier gas at a pressure of 150 kPa;
a split flow of 25 ml/min;
injector temp. 290° C.;
detector (FID) temp. 290° C.;
with the following temperature program:

| Time (min) | Temperature (° C.) | Rate (° C./min) | Comment |
|---|---|---|---|
| 0–5 | 150 | — | isothermal |
| 5–11 | 150→240 | 15 | linear gradient |
| 11–19 | 240 | — | isothermal |
| 19–20.7 | 240→290 | 30 | linear gradient |
| 20.7–40 | 290 | — | isothermal |

Procedure

Inject 1 µl of the Test Preparation. Record the chromatogram and calculate the product purity by area percent calculation.

Impurities Identification

4-(3-Fluorobenzyloxy)benzaldehyde (IVa):
Retention Times:
4-(3-Fluorobenzyloxy)benzaldehyde retention time is about 17.
4-Hydroxybenzaldehyde relative retention time is about 0.52.
4-(2-Fluorobenzyloxy)benzaldehyde relative retention time is about 0.98.
4-(4-Fluorobenzyloxy)benzaldehyde relative retention time is about 1.01.
4-Benzyloxybenzaldehyde relative retention time is about 1.02.
3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde relative retention time is about 1.78.
4-(2-Fluorobenzyloxy)benzaldehyde (IVb):
Retention Times:
4-(2-Fluorobenzyloxy)benzaldehyde retention time is about 17.
4-Hydroxybenzaldehyde relative retention time is about 0.53.
4-(3-Fluorobenzyloxy)benzaldehyde relative retention time is about 1.02.
4-(4-Fluorobenzyloxy)benzaldehyde relative retention time is about 1.03.
4-Benzyloxybenzaldehyde relative retention time is about 1.04.

**34**

3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde relative retention time is about 1.81.

EXAMPLE 16B

GC Determination of the Content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb) in 4-(2-fluorobenzyloxy)benzaldehyde (IVb) and of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) in 4-(3-fluorobenzyloxy)benzaldehyde (IVa)

The known related substance taken into consideration for 4-(2-fluorobenzyloxy)benzaldehyde is the 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde and for 4-(3-fluorobenzyloxy)benzaldehyde is the 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde. The determination is carried out according to the following conditions:

Internal Standard Solution

Prepare a 3,4,5-trimethoxybenzaldehyde solution with concentration 1.5 mg/ml in methylene chloride (IS).

Reference Solution for the 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde Determination in the 4-(2-fluorobenzyloxy)benzaldehyde

Accurately weigh about 20 mg of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde reference standard and 20 mg of 4-(2-fluorobenzyloxy)benzaldehyde reference standard in a 20 mL volumetric flask, dissolve and dilute to volume with diluent; transfer 500 µL of this solution in a 5 mL volumetric flask, add 500 µL of IS solution and dilute to volume with diluent to obtain a solution containing 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde at about 100 µg/mL (corresponding to about 0.10%).

Reference Solution for the 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde Determination in the 4-(3-fluorobenzyloxy)benzaldehyde

Accurately weigh about 20 mg of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde reference standard and 20 mg of 4-(3-fluorobenzyloxy)benzaldehyde reference standard in a 20 mL volumetric flask, dissolve and dilute to volume with diluent; transfer 500 µL of this solution in a 5 mL volumetric flask, add 500 µL of IS solution and dilute to volume with diluent to obtain a solution containing 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde and 4-(3-fluorobenzyloxy)benzaldehyde at about 100 µg/mL (corresponding to about 0.10%).

Test Solution:

Accurately weigh about 500 mg of test product in a 5 mL volumetric flask, add 500 µL of IS solution, dissolve and dilute to volume with diluent to obtain a solution having known concentration of about 100 mg/mL.

Chromatographic Conditions:

The chromatographic procedure is carried out by using:
Column: a fused silica capillary column RTX 35 (35% Diphenyl-65% Dimethyl polysiloxane) 60 m long, 0.32 mm I.D., film thickness 0.25 µm;
Carrier (helium) at pressure of 150 kPa;
Split flow 25 mL/min;
Injector temp. 290° C.;
Detector (FID) temp. 290° C.;
Temperature program: 0-5 min isothermal at 150° C., 5-11 min linear from 150° C. to 240° C. at a rate of 15°

US 8,076,515 B2

35

C./min, 11-19 min isothermal at 240° C., 19-21 min linear from 240° C. to 290° C. at a rate of 30° C./min, 21-40 min isothermal at 290° C.;

diluent: methylene chloride

injection volume 1 μL..

Procedure:

Inject blank (diluent), reference solution, test solution and record the chromatograms.

In the reference chromatogram verify that:

4-(2-Fluorobenzyloxy)benzaldehyde retention time is about 18 min;

3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde relative retention time is about 1.7

or

4-(3-Fluorobenzyloxy)benzaldehyde retention time is about 18 min;

3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde relative retention time is about 1.7

3,4,5-Trimethoxybenzaldehyde (IS) relative retention time is about 0.7

Calculate the percent content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde in the 4-(2-fluorobenzyloxy)benzaldehyde examined or of the 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde in the 4-(3-fluorobenzyloxy)benzaldehyde examined by internal standard calculation. The value of the limit of quantitation (LOQ) for (3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde and of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde is 0.005% by weight. The value of the limit of detection (LOD) for both considered impurities is 0.0025% by weight.

EXAMPLE 17A

HPLC Determination of Purity of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide (Ia)), its Methanesulfonate (Ic), (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide (Ib)) and its Methanesulfonate (Id)

The following chromatographic procedure is suitable for both the free base form (Ia, Ib) and the methanesulfonate salt (Ic, Id) of the products.

Diluent

Mobile phase.

Test Solution

Accurately weigh about 25 mg of product in a 25 ml volumetric flask, dissolve in and dilute to volume with diluent to obtain a solution having known concentration of about 1.0 mg/ml.

Chromatographic Condition

The chromatographic procedure is carried out by using:

Column: Waters Symmetry C8, 150×4.6 mm, 5μ

detection: UV 220 nm;

column temperature: 30° C.

mobile phase: 40% solvent A+10% solvent B+50% solvent C, containing 1.0 g/l sodium octansulphonate;

solvent A: Buffer solution=KH$_2$PO$_4$ 0.05M;

solvent B: Acetonitrile;

solvent C: Methanol;

isocratic elution, run time: 60 minutes;

flow rate: 1.0 ml/min;

injection volume: 10 μl.

Procedure

Inject the test solution, record the chromatogram and calculate the product purity by area percent calculation.

36

(S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide) and Related Impurities Identification

Retention Time:

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.5 min.

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propionic acid relative retention time is about 0.73.

(S)-2-[3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide relative retention time is about 4.08.

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide (ralfinamide) and related impurity identification

Retention Time:

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.5 min.

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propionic acid relative retention time is about 0.73.

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide relative retention time is about 4.08.

EXAMPLE 17B

HPLC Determination of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (Free Base, IIb and Methanesulfonate, IId) in (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Free Base, Ib and Methanesulfonate, Id) and of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (Free Base, Ia and Methanesulfonate, IIc) in (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Free Base, Ia and Methanesulfonate, Ic)

The determination of the (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples and of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples is carried out according to the following conditions:

Reference Solution for the (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide Determination in the (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide

Accurately weigh about 30 mg of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard and 20 mg of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-(3-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (about 0.12%) at about 1.20 μg/mL and (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 μg/mL (about 0.10%).

Reference Solution for the (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide Methanesulfonate Determination in the (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide Methanesulfonate

Accurately weigh about 30 mg of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide meth-

US 8,076,515 B2

**37**

anesulfonate reference standard and 20 mg of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (about 0.15% as methanesulfonic salt) at about 1.20 µg/mL and (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Reference Solution for the (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide in the (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide

Accurately weigh about 24 mg of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide reference standard and 20 mg of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (about 0.12%) at about 1.20 µg/mL and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Reference Solution for the (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide Methanesulfonate in the (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide Methanesulfonate

Accurately weigh about 24 mg of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide reference standard and 20 mg of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (about 0.15% as methanesulfonic salt) at about 1.20 µg/mL and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Test Solution:

Accurately weigh about 25 mg of test product in a 25 mL volumetric flask, dissolve and dilute to volume with diluent to obtain a solution having known concentration of about 1.0 mg/mL.

Chromatographic Conditions:

The chromatographic procedure is carried out by using:
Column: Waters Symmetry C8 150×4.6 mm, 5µ, or equivalent
column temperature: 30° C.
mobile phase: mixture of 40% solvent A: 10% solvent B: 50% solvent C, containing 1 g/lt of sodium octanesulfonate
solvent A: buffer solution 0.05M $KH_2PO_4$;
solvent B: acetonitrile;
solvent C: methanol;
isocratic elution;
run time: 60 min;
flow rate: 1.0 mL/min;

**38**

detection: UV 220 nm;
injection volume: 100 µl;
diluent: mobile phase
Procedure:

Inject blank (diluent), reference solution, test solution and record the chromatograms.

In the reference chromatogram verify the following system suitability parameters:

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.2 minutes;
The USP tailing for (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide peak is in the range between 0.8 and 1.5;
(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide relative retention time is about 5.1.
or
(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.5 minutes;
The USP tailing for (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide peak is in the range between 0.8 and 1.5;
(S)-2-[3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide relative retention time is about 4.1.
Adjust the mobile phase in order to obtain the system suitability.

Calculate the percent content (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in the examined (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples and of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in the examined (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples by external standard calculation.

The value of the limit of quantitation (LOQ) for (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide and for (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide in the corresponding (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide is 0.004% by weight.

The value of the limit of quantitation (LOQ) for (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate and for (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate in the corresponding (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate is 0.005% by weight. The value of the limit of detection for all the considered impurities is 0.001% by weight.

EXAMPLE 18

HPLC Determination of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ralfinamide) Methanesulfonate (Id) Enantiomeric Purity

The enantiomeric purity of the sample is evaluated by HPLC. The determination is carried out according to the following:

Standard Solution 1:

Dissolve about 5.3 mg of (R)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard in 25 mL of mobile phase.

US 8,076,515 B2

39

Standard Solution 2:

Dissolve about 8.0 mg of (S)-2-[4-(2-fluorobenzyloxy)ben-zylamino]propanamide methanesulfonate reference standard and 0.2 mL of standard solution 1 in 50 mL of mobile phase.

The concentration of (R)-2-[4-(2-fluorobenzyloxy)benzy-lamino]propanamide methanesulfonate is about 0.5% calcu-lated with respect to the concentration of (S)-2-[4-(2-fluo-robenzyloxy)benzylamino]propanamide methanesulfonate.

Test Solutions 1 and 2:

In duplicate, dissolve about 8.0 mg of the test product in 50 mL of mobile phase.

Chromatographic Conditions:

Column: Chiralpak WH 250 mm×4.6 mm, I.D. 5 μm; column temperature: 45° C.;

mobile phase: 0.25 mM CuSO$_4$ (accurately weigh about 40 mg of CuSO$_4$ in 1000 mL of water)/MeOH 60/40; isocratic elution;

flow rate: 1.0 mL/min;

detection: UV 230 nm;

injection volume: 10 μl;

run time: 15 minutes.

Procedure:

Analyse blank (mobile phase) once, standard solution 2 twice, test solutions 1 and 2 once and verify that:

for the standard injections, the RSD % for (R)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methane-sulfonate percent area is less than 2.0%;

both for standard and sample solutions, for each injection the main peak percent area is included between the aver-age value±0.1%.

Calculate the (R)-2-[4-(2-fluorobenzyloxy)benzylamino] propanamide methanesulfonate content (percent area) as mean of the two determination.

Retention Times:

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.7 min.

(R)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide relative retention time is about 1.7.

EXAMPLE 19

HPLC Determination of (S)-2-[4-(3-fluorobenzy-loxy)benzylamino]propanamide (Safinamide) Meth-anesulfonate (Ic) Enantiomeric Purity

The enantiomeric purity of the sample is evaluated by HPLC. The determination takes place according to the fol-lowing conditions:

Test Solution:

Dissolve about 10 mg of test sample in 10 mL of mobile phase.

Chromatographic Conditions:

Column: Chiralpak WH 250 mm×4.6 mm, I.D. 10 μm; column temperature: 50° C.;

mobile phase: 0.25 mM CuSO$_4$

isocratic elution;

flow rate: 1.0 mL/min;

detection: UV 200 nm;

injection volume: 10 μl;

run time: 30 minutes.

Procedure:

Inject the test solution and calculate the enantiomers peak response as area percent.

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide retention time is about 9.2 min.

40

(R)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide relative retention time is about 1.9.

EXAMPLE 20

Cytochrome P450 Assay

Inhibition of the five most important Cytochrome P450 isoforms (CYP1A2, CYP2C9, CYP2C19, CYP2D6 and CYP3A4), involved in drug metabolism, was measured using specific substrates that become fluorescent upon CYP metabolism (Gentest Kit assay).

Compounds were tested in a 96-well plate containing incu-bation/NADPH regenerating buffer. Specific human recom-binant isoenzymes and substrates were added and incubated at 37° C. for 15 minutes for CYP1A2/CEC, 40 minutes for CYP2E1/MFC, 45 minutes for CYP2C9/MFC and 30 min-utes for the others CYP450.

The specific substrates were the following: 3-cyano-7-ethoxycoumarin (CYP2C19 and CYP1A2),

7-methoxy-4-trifluoromethylcoumarin (CYP2C9),

3 [2(N,N-diethyl-N-methylamino)ethyl]-7-methoxy-4-me-thylcoumarin (CYP2D6) benzylphenylcoumarin (CYP3A4)

The plates were read on a Victor plate reader (Perkin Elmer) at the appropriate emission/excitation wavelengths, and the IC$_{50}$ (concentration inhibiting by 50% the enzyme activity) determined. The results are reported in Tables 1 and 2.

EXAMPLE 21

Cytotoxicity Assay in Human Neuroblastoma Cell Line SH-SY-5Y

At time zero, the cells were seeded at $1.10^4/cm^2$ in 96 well plates in DMEM growth medium+10% heat inactivated FBS+2 mM 1-Glutamine+100 U/mL-100 μg/mL Penicillin/ Streptomycin.

After 72 hours at subconfluent phase of growth, the medium was removed and cells were incubated for 24 hours at 37° C. in 180 μl of neurobasal medium+2 mM 1-Glutamine (Life Technologies) with or without test compounds (20 μl, at least 5 concentrations in triplicate).

At the end of incubation, 20 μl of Alamar Blue dye (AlamarBlue™ Assay Kit, Promega) were directly added to the cell medium.

Four hours after, the cytotoxicity was assessed by measur-ing the fluorescence at 530 nm excitation and 595 nm emis-sion using Tecan Spectrafluor plate reader.

Before and at the end of the treatment, the cultures were monitored microscopically by an Olympus IX70 inverted light microscope matched to an Image Analyzer (Image Pro Plus, 5.1) to evaluate the cellular morphology.

Results are expressed in Table 1 as concentration inducing 50% of mortality.

EXAMPLE 22

HERG Current in Transfected CHO Cell Lines

The inhibition of HERG current was tested in CHO cells stably expressing recombinant HERG channel.

To evaluate the effect of the test compounds on HERG currents, cells were clamped at −80 Mv, depolarised to 0 mV for 5 seconds allowing activation of HERG current and repo-larised to −50 mV during 5 seconds allowing HERG tail current to deactivate. This procedure was repeated at a fre-

US 8,076,515 B2

**41**

quency of 0.06 Hz. The current amplitude upon repolarisation (HERG tail current) was measured before and after exposure to the test compound.

Inhibition of current was calculated as the difference between the amplitude of HERG tail current amplitude measured at the end of external bath perfusion period and HERG tail current measured at the end of test compound perfusion period (when steady-state effect is reached) divided by control HERG tail current.

Drug concentration-inhibition curves were obtained by plotting tonic blocks versus drug concentrations. Dose-response curves were fitted to the tonic block data, according to the logistic equation: $y=A2+(A1-A2)/[1+(x/IC_{50})^p]$. A1 and A2 are fixed values of 0 and 1 corresponding to 0 and 100% current inhibition, x is the drug concentration, $IC_{50}$ is the drug concentration resulting in 50% current inhibition and p is the corresponding slope factor. The results are reported in Table 1.

### EXAMPLE 23

#### Maximal Electroshock Test (MES) in Mice

The maximal electroshock test (MES) is used commonly in the screening of anti-epileptic drugs in rodent models.

Animals and Apparatus: Male CD1 mice weighing 25 g were used. The procedure described by White et al. (White H. S., Woodhead J. H., Franklin M. R., Swinyard E. A., and Wolf H. H. Antiepileptic Drugs (1995) 4th ed.: 99-110, Raven Press, Ltd., New York) was followed. An Ugo Basile electroconvulsive generator (Model ECT UNIT 7801) was used to deliver an electrical stimulus sufficient to produce a hindlimb tonic extensor response in at least 97% of control animals. The stimulus was delivered intra-aurally through clip electrodes in mice (0.7 seconds of a 40 mA shock, with a pulse train of 80 Hz having a pulse duration of 0.4 ms). The acute effect of compounds administered intraperitoneally or orally 15-60 minutes before MES induction were examined and compared with a vehicle control group. Ten mice were studied per group. Complete suppression of the hindlimb tonic extensor component of seizures was taken as evidence of anticonvulsant activity.

The compounds of the invention were administered orally or intraperitoneally at the doses of 3-30 mg/kg.

The results are expressed in Tables 3 and 4 as % of protection.

### EXAMPLE 24

#### Amphetamine Plus Chlordiazepoxide-Induced Hyperlocomotion in Mice

The anti mania activity, predictive of efficacy in bipolar disorders, was measured using the "Amphetamine plus chlordiazepoxide-induced hyperlocomotion in mice" model according to the following procedure.

In this model, mice are treated with a mixture of d-amphetamine plus an anxiolytic dose of the benzodiazepine, chlordiazepoxide (Rushton R and Steinberg H. Nature 1966; 211: 1312-3; R. Arban, et al., Behavioural Brain Research, 158: 123-132). The model has been claimed to mimic some aspects of mania in bipolar disorder. Importantly, the hyperactivity induced by the mixture of d-amphetamine and chlordiazepoxide could be prevented by prior administration of the established mood stabilizer, lithium, as well as other mood stabilizers drugs (e.g. magnesium valproate and carbamazepine). Therefore, this model has face and predictive

**42**

validity as a model of bipolar disorders and represents a valuable tool to determine, if a test compound could be a potential mood stabilizer drug candidate.

D-amphetamine (Amph) (2.5 mg/kg ip) plus chlordiazepoxide hydrochloride (CDP) (3 mg/kg ip) were administered to male Albino Swiss mice (25-32 g) in a volume of 10 ml/kg. The locomotor activity was recorded using an automated Activity Cage LE 881 (Panlab) (45×45 cm). This system detects animal movements from 2 levels of 4 side infrared sensors placed all around the square cage. Mice were pretreated with the test compound (0.5-60 mg/kg po) and 30 min later, with Amph (2.5 mg/kg ip) or Amph jointly with CDP (3 mg/kg ip) and were placed individually in the motor activity cages. The locomotor activity was measured in terms of total distance traveled (cm) over a period of 30 min. Each group consisted of 8-10 mice.

Statistical analysis: a two-way analysis of variance (ANOVA) with Amph treatment factor and drug treatment factor was performed. Bonferroni's procedure was used for multiple comparison post hoc analysis.

D-amphetamine-chlordiazepoxide administration induced a significant increase in locomotor activity.

Orally administered a ralfinamide (Ralf), manufactured according to the process of this invention, was found active in this experimental model significantly decreasing the hyperactivity induced by Amph/CDP mixture (FIG. **1**).

We claim:

**1**. A process for producing high purity (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide) or (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide) of formula (Ia) or (Ib)



safinamide (Ia) : 3-F
ralfinamide (Ib) : 2-F

and pharmaceutically acceptable acid salts thereof, comprising:
submitting a Schiff base intermediate respectively of formula (VIa) or (VIb)



(VIa) : 3-F
(VIb) : 2-F

to catalytic hydrogenation with hydrogen gas in the presence of a heterogeneous catalyst in a protic organic solvent and, when safinamide or ralfinamide are obtained in a free base form, optionally converting said free base form to a salt thereof with a pharmaceutically acceptable acid.

**2**. The process as in claim **1** wherein the catalytic hydrogenation is carried out by using an heterogeneous catalyst

US 8,076,515 B2

43

selected from nickel, rhodium, platinum and palladium catalysts on an inert support in the presence of a solvent selected from lower aliphatic ($C_1$-$C_5$) alkanols.

**3.** The process as in claim **1** wherein the catalyst is a palladium or platinum catalyst.

**4.** The process as in claim **1** wherein the catalyst is wet 5% Pt/C (50% $H_2O$) or wet 10% Pd/C (50% $H_2O$).

**5.** The process as in claim **1** wherein the pharmaceutically acceptable acid is methanesulfonic acid.

**6.** The process as in claim **1** wherein the hydrogen pressure is between 1 and 10 bars and the temperature is between 10° C. and 70° C.

**7.** The process as in claim **6** wherein the hydrogen pressure is between 3 and 6 bars and the temperature is between 25° C. and 40° C.

**8.** The process as in claim **1** wherein the catalytic hydrogenation is carried out on a Schiff base intermediate (VIa) or (VIb) which has been prepared through iminoalkylation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb)



(IVa) : 3-F
(IVb) : 2-F

with L-alaninamide in the presence of a protic organic solvent.

**9.** The process as in claim **8** wherein the L-alaninamide is employed as an acid addition salt thereof in the presence of a base in an amount sufficient to set free L-alaninamide from its salt.

**10.** The process as in claim **8** where the catalytic hydrogenation of the Schiff base intermediate is performed on the same reaction mixture resulting from the completion of the iminoalkylation reaction under conditions which provoke the precipitation of said Schiff base intermediate to obtain a suspension of said intermediate in the same reaction solvent.

**11.** The process as in claim **8** wherein the Schiff base intermediate resulting from the completion of the iminoalkylation reaction is isolated before undergoing the catalytic hydrogenation step.

**12.** The process as in claim **8** wherein the 4-(3-fluorobenzyloxy)benzaldehyde or 4-(2-fluorobenzyloxy)benzaldehyde of formula (IVa) or (IVb) employed as the starting material to obtain the Schiff base intermediate of formula (VIa) or (VIb) contains less than 0.03% (by weight), of the respective impurities 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) or 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb)



(Va) : 3-F
(Vb) : 2-F

44

**13.** The process according to claim **12** wherein the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobezyloxy)benzaldehyde (IVb) is obtained by alkylation of 4-hydroxybenzaldehyde with, respectively, a 3-fluorobenzyl or 2-fluorobenzyl derivative of (IIIa) or (IIIb)



(IIIa) : 3-F
(IIIb) : 2-F

where Y is a leaving group selected from Cl, Br, I, $OSO_2CH_3$ and $OSO_2$—$C_6H_4$-p$CH_3$, in the presence of a base, and is submitted to crystallization before the use in the successive reaction step.

**14.** The process as in claim **13** wherein Y is Cl.

**15.** The process as in claim **13** or **14** wherein the crystallization is carried out by adding an inert organic non-solvent to a solution of the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb) in an inert organic solvent.

**16.** The process as in claim **15** wherein the inert organic non-solvent is selected from lower aliphatic hydrocarbons and the inert organic solvent is selected from aromatic hydrocarbons.

**17.** The process as in claim **16** wherein the lower aliphatic hydrocarbon is n-hexane and the aromatic hydrocarbon is toluene.

**18.** The process as in any of claims **13** and **14** wherein the crystallization is carried out by dissolving the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb) in a hot solvent selected from cyclohexane, and a di($C3$-$C4$)alkyl ether at reflux, and then cooling the solution to a temperature at or below room temperature.

**19.** The process as in any of claims **13** and **14** wherein the alkylation reaction is carried out under phase transfer conditions.

**20.** The process as in claim **19** wherein the alkylation under phase transfer condition is performed in a solid/liquid system wherein the reagents and the phase transfer catalyst are dissolved in a liquid organic phase and the solid phase is constituted by an inorganic base or a salt of 4-hydroxy benzaldehyde with said inorganic base.

**21.** The process as in claim **19** wherein the alkylation under phase transfer conditions is performed in a liquid/liquid system wherein the alkylating reagent 3-fluorobenzyl or 2-fluorobenzyl derivative of formula (IIIa) or (IIIb) is dissolved in a liquid organic phase and the 4-hydroxybenzaldehyde is dissolved in an aqueous phase as a salt with an inorganic base.

**22.** The process as in claim **19** wherein the phase transfer catalyst is selected from quaternary ammonium or phosphonium salts or polyethyleneglycols of low molecular weight.

**23.** The process of claim **22** wherein the amount of phase transfer catalyst employed is between 0.02 to 1 mole per mole of 4-hydroxybenzaldheyde.

**24.** The process as in claim **23** wherein the amount of phase-transfer catalyst is 0.1 to 1 mole per mole of 4-hydroxybenzaldehyde.

**25.** The process as in claim **20** wherein the organic solvent of the liquid organic phase is selected from dialkyl ethers and aromatic hydrocarbons.

**26.** The process as in claim **21** wherein the molar ratio between the alkylating reagent of formula (IIIa) or (IIIb), and 4-hydroxybenzaldehyde is between 0.6 and 1.5.

US 8,076,515 B2

**45**

**46**

27. The process as in claim **20** wherein the temperature is between 60° C. and 160° C.

28. The process as in claim **20** wherein the inorganic base is selected from Na₂CO₃, K₂CO₃, NaOH and KOH, the temperature is between 80° C. and 120° C., and the ratio between the alkylating reagent of formula (IIIa) or (IIIb), and 4-hydroxybenzaldehyde is between 0.9 and 1.1.

29. The process as in claim **12** wherein safinamide or ralfinamide or their pharmaceutically acceptable acid salts, have a content of the respective impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) or (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanarnide (IIb)



(IIa)



(IIb)

or their pharmaceutically acceptable acid salts, which is lower than 0.03% (by weight).

30. The process as in claim **29** wherein the pharmaceutically acceptable acid is methanesulfonic acid and the content of the respective impurity of formula (IIa) or (IIb) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

31. An isolated Schiff base of formula (VIa) or (VIb)



(VIa)  (VIb)
3-F    2-F

32. High purity safinamide or ralfinamide or a pharmaceutically acceptable acid salt thereof with a content of the respective impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) or (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb)



(IIa)



(IIb)

or their pharmaceutically acceptable acid salts, which is lower than 0.03% (by weight).

33. High purity safinamide or ralfinamide salt with a pharmaceutically acceptable acid as in claim **32** wherein the pharmaceutically acceptable acid is methanesulfonic acid and the content of the respective impurity of formula (IIa) or (IIb) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

34. A pharmaceutical formulation containing high purity safinamide or ralfinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the respective impurity of formula (IIa) or (IIb) of claim **32** or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

35. The pharmaceutical formulation of claim **34** wherein the pharmaceutically acceptable acid is methanesulfonic acid and the content of the respective impurity of formula (IIa) or (IIb) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

36. The pharmaceutical formulation of claim **34**, further comprising one or more additional active agent(s) in addition to high purity degree safinamide or ralfinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the respective impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) or (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb) or a salt thereof is lower than 0.03% (by weight).

37. The pharmaceutical formulation of claim **36** wherein the pharmaceutically acceptable acid is methanesulfonic acid and the content of the respective impurity of formula (IIa) or (IIb) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

38. The pharmaceutical formulation containing high purity safinamide or a salt thereof with a pharmaceutically acceptable acid according to any of claims **36** and **37** wherein the additional active agent is at least one of a dopamine agonist, levodopa, or a catechol-O-methyltransferase (COMT) inhibitor.

39. The pharmaceutical formulation containing high purity ralfinamide or a pharmaceutically acceptable acid salt thereof according to any of claims **36** and **37** wherein the additional

US 8,076,515 B2

47

active agent is gabapentin or pregabalin, or a pharmaceutically acceptable acid addition salt thereof.

**40**. A method for treating CNS disorders, selected from the group consisting of epilepsy, Parkinson disease, Alzheimer disease, depression, restless legs syndrome and migraine comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyloxy)-4-(3-fluorobenzyl)-benzylamino]propanamide of formula (IIa)

(IIa)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**41**. The method of claim **40**, wherein the disorder is Parkinson's disease or restless legs syndrome which comprises administering to a patient in need of said treatment an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity of formula (IIa) or a salt thereof with a pharmaceutically acceptable acid is lower than 0.03% (by weight), optionally in conjunction with one or more Parkinson's disease active agent(s).

**42**. The method of claim **41** wherein the Parkinson's disease active agent is at least one of a dopamine agonist, levodopa, or a catechol-O-methyltransferase (COMT) inhibitor.

**43**. The method as in any of claims **40** to **42** wherein the pharmaceutically acceptable acid is methanesulfonic acid and the content of the respective impurity of formula (IIa) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

**44**. The method as in claim **40** wherein the patient in need of the treatment is classified as poor metabolizer (PM) or is concomitantly consuming other drugs which are known to interact with the cytochromes of the CYP450 system or are known to have HERG channel blocking properties.

**45**. A method for treating pain conditions, migraine, bipolar disorders, depressions, cardiovascular, inflammatory, urogenital, metabolic and gastrointestinal disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity 2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

48

(IIb)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**46**. The method as in claim **45** for treating pain conditions and migraine, optionally in conjunction with gabapentin or pregabalin, or a pharmaceutically acceptable acid addition salt thereof.

**47**. The method as in any of claims **45** and **46** wherein the salt of ralfinamide with a pharmaceutically acceptable acid is a salt with methanesulfonic acid and the content of the respective impurity of formula (IIb) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

**48**. The method as in claim **45** wherein the patient in need of the treatment is classified as poor metabolizer (PM) or is concomitantly consuming other drugs which are known to interact with the cytochromes of the CYP450 system or are known to have HERG channel blocking properties.

**49**. The method as in any of claims **45** and **48** wherein the patient is affected by a bipolar disorder.

**50**. The method as in claim **49** wherein the salt of ralfinamide with a pharmaceutically acceptable acid which is administered to the patent affected by a bipolar disorder is the salt with methanesulfonic acid.

**51**. The process as in claim **2** wherein the lower aliphatic ($C_1$-$C_5$) alkanol is methanol, ethanol, or isopropanol.

**52**. The process as in claim **3** wherein the catalyst is platinum.

**53**. The process as in claim **4** wherein the catalyst is wet 5% Pt/C (50% $H_2O$).

**54**. The process as in claim **12** wherein the 4-(3-fluorobenzyloxy)benzaldehyde or 4-(2-fluorobenzyloxy)benzaldehyde of formula (IVa) or (IVb) employed as the starting material to obtain the Schiff base intermediate of formula (VIa) or (VIb) contains less than 0.01% (by weight), of the respective impurities 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) or 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb).

**55**. The process as in claim **18** wherein the hot solvent is diisopropylether.

**56**. The process as in claim **18** wherein the temperature is about 10-15° C.

**57**. The method as in claim **45** wherein the content of the impurity 2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb) or a pharmaceutically acceptable acid salt thereof is lower than 0.01% (by weight).

**58**. The method as in claim **45** or **46** wherein the pain condition is chronic pain or neuropathic pain.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,076,515 B2                                    Page 1 of 2
APPLICATION NO.     : 12/338825
DATED               : December 13, 2011
INVENTOR(S)         : Elena Barbanti et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 9, line 32,



"

should read



--

Signed and Sealed this
Fifteenth Day of January, 2013

David J. Kappos
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                              Page 2 of 2
**U.S. Pat. No. 8,076,515 B2**

In column 27, line 30



"

should read



--                                                                              --

In column 36, line 29
[ lamino]propanamide (Free Base, Ia and Methane- ]
Should read
-- lamino]propanamide (Free Base, **IIa** and Methane --

# Exhibit 5



US008278485B2

(12) **United States Patent**
Barbanti et al.

(10) Patent No.: **US 8,278,485 B2**
(45) Date of Patent: *Oct. 2, 2012

(54) **PROCESS FOR THE PRODUCTION OF 2-[4-(3- AND 2-FLUOROBENZYLOXY) BENZYLAMINO] PROPANAMIDES**

(75) Inventors: **Elena Barbanti**, Cologno Monzese (IT); **Carla Caccia**, Gallarate (IT); **Patricia Salvati**, Arese (IT); **Francesco Velardi**, Cameri (IT); **Tiziano Ruffilli**, Vigliano Biellese (IT); **Luigi Bogogna**, Vaprio d'Agogna (IT)

(73) Assignee: **Newron Pharmaceuticals S.p.A.**, Bresso (IT)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/288,891**

(22) Filed: **Nov. 3, 2011**

(65) **Prior Publication Data**

US 2012/0157712 A1     Jun. 21, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/338,825, filed on Dec. 18, 2008, now Pat. No. 8,076,515, which is a continuation-in-part of application No. PCT/EP2007/005105, filed on Jun. 8, 2007.

(30) **Foreign Application Priority Data**

Jun. 19, 2006     (EP) .................................... 06012565

(51) **Int. Cl.**
*C07C 231/12*     (2006.01)
*C07C 233/09*     (2006.01)
*A61K 31/165*     (2006.01)

(52) **U.S. Cl.** ........................ **564/165**; 564/167; 514/620

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,391,577 A      2/1995   Dostert et al.
6,306,903 B1    10/2001   Pevarello et al.

8,076,515 B2 *  12/2011   Barbanti et al. .............. 564/165
2004/0248978 A1  12/2004  Salvati
2006/0079570 A1   4/2006  Salvati et al.
2007/0093495 A1   4/2007  Ruggero et al.
2007/0203182 A1   8/2007  Besana et al.
2007/0276046 A1  11/2007  Salvati et al.
2008/0096965 A1   4/2008  Barbanti et al.
2008/0132567 A1   6/2008  Barbanti et al.
2010/0016437 A1   1/2010  Salvati et al.
2010/0324141 A1  12/2010  Barbanti et al.
2011/0014304 A1   1/2011  Izzo et al.

FOREIGN PATENT DOCUMENTS

EP          0 400 495 A1    12/1990
EP          1 655 029 A     5/2006
WO      WO 2004/066987 A2    8/2004
WO      WO 2005/040138 A1    5/2005
WO      WO 2005/102300 A1   11/2005
WO      WO 2006/027052 A2    3/2006

OTHER PUBLICATIONS

Cattabeni, 2004, "Ralfinamide," *Idrugs, Current Drugs Ltd.* 935-939.
Mealy et al., 2002, "Neurologic Drugs," *Drugs of the Future* 27(9):879-915.
PCT International Search Report from PCT/EP2007/005105 dated Aug. 23, 2007.
Pevarello et al., 1998, "Synthesis and anticonvulsant activity of a new class of 2-[(arylaklyl)amino]alkanamide derivatives," *J. Med. Chem.* 41:579-590.
Pevarello et al., 1996, "Reductive alkylation of alpha-aminoamides," *Org. Prep. Proc. Int.* 28:179-183.
Stummann et al., 2005, "The anti-nociceptive agent ralfinamide inhibits tetrodotoxin-resistant and tetrodotoxin-sensitive Na+ currents in dorsal root ganglion neurons," *European Journal of Pharmacology* 510:197-208.

* cited by examiner

*Primary Examiner* — Brian J Davis
(74) *Attorney, Agent, or Firm* — Dechert LLP

(57) **ABSTRACT**

A process for obtaining therapeutically active 2-[4-(3- and 2-(fluorobenzyloxy)benzylamino]propanamides and their salts with pharmaceutically acceptable acids with high purity degree, in particular, with a content of dibenzyl derivatives impurities lower than 0.03%, preferably lower than 0.01% by weight.
The process is carried out by submitting the Schiff bases intermediates 2-[4-(3- and 2-fluorobenzyloxy)benzylideneamino]propanamides to catalytic hydrogenation in the presence of a heterogeneous catalyst in a protic organic solvent.

**50 Claims, 1 Drawing Sheet**

**U.S. Patent**                    Oct. 2, 2012                    US 8,278,485 B2



US 8,278,485 B2

1

## PROCESS FOR THE PRODUCTION OF 2-[4-(3- AND 2-FLUOROBENZYLOXY) BENZYLAMINO] PROPANAMIDES

### CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 12/338,825, filed Dec. 18, 2008 now U.S. Pat. No. 8,076,515 B2, which is a Continuation-In-Part application of International Application No. PCT/EP2007/005105, filed Jun. 8, 2007, designating the U.S., which claims the benefit of European patent application no. 06012565.5, filed Jun. 19, 2006, the disclosures of which are incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates to a new process for the production of (S)-2-[4-(3-fluorobenzyloxy)-benzylamino] propanamide, i.e. safinamide (Ia) and (S)-2-[4-(2-fluorobenzyloxy)-benzylamino]propanamide, i.e. ralfinamide (Ib) and their salts, in high yields and very high enantiomeric and chemical purity. This method is also very useful for their production in large quantites.

### BACKGROUND

Safinamide (NW-1015, FCE-26743A, PNU-151774E) is a sodium channel blocker, a calcium channel modulator, a monoamino oxidase B (MAO-B) inhibitor, a glutamate releasing inhibitor and a dopamine metabolism modulator.

Safinamide is useful in the treatment of CNS disorders, in particular of epilepsy, Parkinson's disease, Alzheimer's disease, depression, restless legs syndrome and migraine (WO 90/14334, WO 04/089353, WO 05/102300, WO 04/062655).

Ralfinamide (NW-1029, FCE-26742A, PNU-0154339E) is a sodium channel blocker useful in the treatment of pain conditions, including chronic pain and neuropathic pain, migraine, bipolar disorders, depressions, cardiovascular, inflammatory, urogenital, metabolic and gastrointestinal disorders (WO 99/35125, WO 03/020273, WO 04/062655, WO 05/018627, WO 05/070405, WO05/102300, WO 06/027052).



safinamide (Ia): 3-F
ralfinamide (Ib): 2-F

### SUMMARY

It has now been discovered that the large scale preparations of safinamide and ralfinamide according to the methods described in the prior art, contain two undesired impurities, i.e., respectively, (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) and (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]pro-

2

panamide (IIb), and their salt, in particular the respective methanesulfonates (IIc) and (IId).



This fact is of particular relevance because of the very high toxicity of the two impurities named above.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** provides total locomotor activity over 30 min. Mice were treated with ralfinamide (10; 30 and 60 mg/kg, po); or saline and returned to their home cage. After 30 min they received an injection of Amph (2.5 mg/kg; ip); Amph/CDP mixture (2.5 and 3.125 mg/kg; ip) or saline immediately prior to be placed in the test cage. Locomotor activity was recorded for 30 min. Two-way ANOVA shows a main effect of Amph treatment (p<0.0001) and of ralfinamide treatment (p=0.0002) but not an interaction of the two (p=0.202). Bonferroni's multiple comparison tests shows a statistical difference of ralfinamide 30 and 60 versus Amph/CDP mixture; and for ralfinamide 60 versus Amph alone ** P<0.01; ***P<0.001. n=12 mice per group.

### DETAILED DESCRIPTION

Many of the drug candidates fail in clinical trials because of unforeseen effects on human metabolism, or toxicity, due to unwanted impurities and, therefore, the elimination of such impurities in early pre-clinical phase is important and strongly desirable.

At preclinical level, the "drugability" of new compounds can be assessed using a very well established battery of in vitro assays, such as interaction with drug-metabolizing enzymes, cytotoxicity, metabolic stability and profiling, membrane permeability, intrinsic clearance and human ether-a-go-go related gene (HERG) channel blockade etc.

The Cytochrome P450 (CYP 450) system is the principal enzyme system for the metabolism of lipophilic xenobiotics, including drugs, carcinogens, and environmental pollutants. CYP 450 is a heme-containing, membrane bound, multienzyme system that is present in many tissues but is present at the highest level in liver. In human liver, it is estimated that there are 15 to 20 different xenobiotic-metabolizing CYP 450 forms. So far, more than fourteen CYP gene families have

US 8,278,485 B2

3

been identified in mammals. Despite the existing high homology, extensive studies have revealed that each CYP family and subfamily has distinct roles in xenobiotic metabolism. Three CYP families CYP1, CYP2 and CYP3 account for about 70% of human hepatic microsomes CYPs with CYP3 accounting for approximately 30%. These CYPs are the major responsible for the metabolism of most marketed drugs.

The CYP1 family contains several members that include CYP1A1, CYP1A2 and CYP1B1 and they are involved in the metabolism of acetaminophen, clomipramine and imipramine.

The CYP2 family contains several subfamilies including CYP2A, CYP2B, CYP2C, CYP2D and CYP2E. The CYP2C subfamily contains at least seven members. CYP2C9 is responsible for the metabolism of ibuprofen, diclofenac, tolbutamide and torsemide. CYP2C19 is the major isoenzyme metabolizing diazepam and omeprazole. CYP2D6 has been shown to be responsible for metabolizing over 30% of the drugs on the market, including, antidepressants and cardiovascular and anti-psychotic drugs.

4

LQTS) can be traced to one specific mechanism: blockade of $I_{Kr}$, current in the heart. This current, a major contributor to phase 3 repolarization at the end of QT interval, is conducted by tetrameric pores, with the individual subunits encoded by HERG. With blockade of HERG K$^+$ channels widely regarded as the predominant cause of drug-induced QT prolongation, early detection of compounds with this undesirable side effect has become an important objective in the pharmaceutical industry.

Compounds with strong inhibition of drug-metabolizing enzymes, in particular CYP 450 enzymes, and HERG channel blocking properties have a high probability to be toxic and that their development has to be stopped at an early-stage.

As shown in the Table 1 the impurities (IIa and IIb), as the methanesulfonate salt (IIc and IId), strongly inhibit in the micro- and submicro-molar range CYP3A4, CYP2D6, CYP2C19, CYP2C9 and HERG currents and are highly cytotoxic, compared with safinamide methanesulfonate (Ic) and ralfinamide methanesulfonate (Id) with high purity degrees, synthetized using the process of this invention.

TABLE 1

| Compound | HERG $IC_{50}$, μM | Cytotoxicity $IC_{50}$, μM | CYP3A4 $IC_{50}$, μM | CYP2D6 $IC_{50}$, μM | CYP2C19 $IC_{50}$, μM | CYP2C9 $IC_{50}$, μM | CYP1A2 $IC_{50}$, μM |
|---|---|---|---|---|---|---|---|
| Impurity IIc | 1.20 | 6.70 | 0.05 | 0.77 | 0.42 | 7.29 | >40 |
| Safinamide methanesulfonate | 27.0 | 248.0 | >40 | >40 | 23.85 | >40 | >40 |
| Impurity IId | 2.66 | 15.00 | 0.05 | 0.92 | 1.89 | 8.01 | >40 |
| Ralfinamide methanesulfonate | 18.0 | >300 | >40 | >40 | >40 | >40 | >40 |

In the CYP3 family, three isoforms have been identified in human liver. Human CYP3A4 has been recognized to be the most important isoform in drug metabolism. To date, metabolism catalyzed by CYP3A4 is the major elimination route for nearly 50% of marketed drugs.

Because of their importance in drug metabolism, both CYP3A4 and CYP2D6 are often involved in drug-drug interactions and several clinically used compounds have been identified as potent inhibitor of these CYP 450 isoforms such as ketoconazole, terfenadine, erythromycin, miconazole propanolol and quinidine, respectively. This imposes a clear limitation on the use of these drugs.

A further problem, consisting in sudden death as a side effect of the action of non antiarrhythmic drugs, is a major pharmacological safety concern facing the pharmaceutical industry and the health regulatory authorities. In recent years, at least five blockbusters drugs (astemizole, sertindole, terfenadine, cisapride, grepafloxacin) have been withdrawn from the market due to reports of sudden death. In all cases, long QT Syndrome (LQTS), an abnormality of cardiac muscle repolarization, that is characterized by the prolongation of the QT interval in the electrocardiogram, was implicated as a predisposing factor for "torsades de pointes", a polymorphic ventricular tachycardia that can spontaneously degenerate to ventricular fibrillation and cause sudden death. Congenital LQTS can be traced back to several possible mutations resulting in defects in sodium channels, and two different potassium channels: the rapidly activating delayed rectifier ($I_{Kr}$) and the slowly activating delayed rectifier ($I_{Ks}$). Importantly, virtually every case of a prolonged duration of cardiac action potential related to drug exposure (acquired

Table 2 shows comparative results ($IC_{50}$) about the inhibition of the cytocrome CYP3A4 using highly pure safinamide and ralfinamide methanesulfonate, synthesized using the new process of this invention, with safinamide and ralfinamide obtained with the same process in the presence of 0.3% of the impurity IIc and IId, respectively.

When 0.3% of the impurities IIc and IId are added to highly pure safinamide and ralfinamide methanesulfonate, a significant decrease in $IC_{50}$ on CYP3A4 is observed in both cases meaning that the impurities contribute to a strong inhibition of the enzyme activity.

TABLE 2

| Compound | CYP3A4 $IC_{50}$, μM |
|---|---|
| Safinamide methanesulfonate | >40 |
| Safinamide methanesulfonate plus 0.3% IIc impurity | 18 |
| Ralfinamide methanesulfonate | >40 |
| Ralfinamide methanesulfonate plus 0.3% IId impurity | 7.76 |

As shown in Table 3 the impurity (IIc) increases, starting from 3 mg/kg ip, the mortality in the mice Maximal Electroshock (MES) test without any pharmacological activity, i.e. protection from convulsions.

US 8,278,485 B2

5

TABLE 3

| | MES | | | | | |
|---|---|---|---|---|---|---|
| | 3 mg/kg ip | | 10 mg/kg ip | | 30 mg/kg ip | |
| Compound | % protection | dead/live | % protection | dead/live | % protection | dead/live |
| Safinamide methanesulfonate | 50 | 0/10 | 100 | 0/10 | 100 | 0/10 |
| Impurity IIc | 0 | 5/10 | 0 | 4/10 | 0 | 4/10 |

Table 4 reports that the impurity IId, when given p.o. at 10 and 20 mg/kg, in the Maximal Electroshock test (MES) doesn't protect mice from convulsions if compared with the same doses of ralfinamide methanesulfonate.

TABLE 4

| | MES | | | |
|---|---|---|---|---|
| | 10 mg/kg p.o. | | 20 mg/kg p.o. | |
| Compound | Protection % | Dead/live | | Dead/live |
| Ralfinamide methanesulfonate | 60% | 0/10 | 90% | 0/10 |
| Impurity IId | 0% | 0/10 | 0% | 0/10 |

Based on all these data, the impurities IIc and IId, present in safinamide and ralfinamide, respectively, synthesized with the process described in WO 90/14334 and by Pevarello et al in J. Med. Chem, 1998, 41, 579-590 show in vitro some undesirable features, such as cellular toxicity, strong inhibition of some isoform of CYP 450, HERG channel blockade and no protective activity in an "in vivo" model of epilepsy.

One of the important aspects of CYP is the variation among different population groups. Variations in drug metabolism are of great importance in clinical studies. Considerable variation in the enzymatic activity of CYP3A4 and CYP2D6 has been demonstrated between different ethnic groups and even among different individuals in the same ethnic group. The difference in the CYP activity among individuals varies significantly, depending upon different isoenzymes. Changes in the CYP expression level of different individuals can cause variations in drug metabolism. More importantly, polymorphism can also result in CYP enzyme variants with lower or higher enymatic activity that leads to variations in drug metabolism. CYP2D6 polymorphism is a well-studied topic in drug metabolism. In clinical studies, pronounced variations between individuals was first found in the metabolism of antihypertensive and antiepileptic drugs. Elimination of CYP2D6 metabolized drugs is slower in those individuals who carry defective CYP2D6 alleles. Individuals with slow metabolism are classified as poor metabolizers (PM), while catalytically competent individuals are called extensive metabolizers (EM): The incidence of the PM phenotype in population of different racial origin varies: approximately 5 to 10% of Caucasians are of the PM phenotype, but only 1% in Asian population. CYP2C19 is another important polymorphic isoform that has clinical implications.

Taken into account these observations, a compound that does not interfere with CYP450 isoforms (neither inhibition nor induction) has a very low risk for drug-drug interactions in clinical practice and can be simply and safely prescribed by physicians.

In particular, drugs that not interfere with the cytochromes of the CYP450 system are particularly indicated for the thera-

6

peutical treatment of individuals that are classified as poor metabolizers (PM) or for the therapeutical treatment of patients who are concomitantly consuming other drugs which are known to interact with said cytochromes, such as ketoconazole, terfenadine, erythromycin, miconazole, propanolol and quinidine, and/or are known to have HERG channel blocking properties.

Bipolar disorders are debilitating psychiatric illnesses characterised by episodes of depression and mania, which often alternate and increase in severity and frequency over time. Bipolar disorders are not easy to recognize because many symptoms overlap with other psychiatric disorders. Exact cause is unknown, but changes in the level of brain neurotransmitters, and psychosocial factors may be involved.

The pharmacology treatments so far available are various and with different mechanisms of action. The drugs currently used in clinical practice range from lithium to other substances such as valproate, carbamazepine and lamotrigine.

For most of these drugs the mechanisms of action at the molecular levels are not completely understood, and current knowledge indicates that most of these drugs have more than one mechanism of action, each of which may contribute to therapeutic efficacy to a variable extent depending on the condition being treated. It would seem likely that the clinical efficacy of these drugs in the treatment of psychiatric disorders is related to multifactorial mechanisms. It is known that not all anticonvulsants are active in bipolar disorders as for example gabapentin (Frye et al, J. Clinical. Pharmacol.; 2000 20: 607-614; Pande et al, Bipolar Disord.; 2000 2: 249-55), levetiracetam (Grunze et al, J. Clin. Psychiatry; 2003 64: 781-4) and tiagabine (Yatham et al, J. Clin. Psychiatry; 2004 65(suppl.10): 28-35). Therefore, the fact that compounds of the present invention show antiepileptic activity in some models (WO90/14334) does not necessarily imply activity in bipolar disorders.

According to the common clinical practice, safinamide and ralfinamide methanesulfonates (Ic and Id) are usually administered to the patient in need thereof for a long period of time, subdivided in several daily dose. This is particularly the case of therapeutical applications wherein the disease to be treated is: Parkinson's disease, Alzheimer's disease and restless legs syndrome (for the use of Safinamide) or chronic or neuropathic pain, cardiovascular or inflammatory disorders (for the use of Ralfinamide). Although the daily dosage may vary according to the specific conditions and needs of the patients, the safinamide methanesulfonate daily dosage may usually range from 10 mg/day to 800 mg/day, while ralfinamide methanesulfonates daily dosage may usually range from 10 mg/day to 1 g/day. Under these conditions, and in consideration of the data reported above, it is highly advisable to keep the level of the impurities (IIa) and (IIb) or the salts thereof, in particular the methanesulfonate salts (IIc) and (IId) in the pharmaceutical dosage forms of safinamide and ralfinamide or the salts thereof as low as possible, in any case lower than 0.03%, preferably lower than 0.01% by weight with respect to the amount of, respectively, safinamide and ralfinamide or the salts thereof, in particular the methanesulfonate salts.

Investigations and experimental studies carried out by the inventors have shown that safinamide and ralfinamide and the respective salts with pharmaceutically acceptable acids prepared according to the prior art methods contain an amount of the respective impurities (IIa) and (IIb) or the respective salts with pharmaceutically acceptable acids, such as (IIc) and (IId), that are higher than 0.03% by weight. Therefore, the above said products are less suitable than the highly pure compounds of the invention. In particular, pharmaceutical preparations containing safinamide or ralfinamide or the salt

thereof with pharmaceutically acceptable acids, wherein the content of impurities (IIa), (IIb), and the respective salts with pharmaceutically acceptable acids is not lower than 0.03%, preferably than 0.01% by weight with respect to the above said active substances, are less suitable as medicaments.

In this specification and claims the values of the above indicated limits, unless as otherwise specified, are to be intended as expressing the per cent ratio by weight of the "active substances", i.e., the effective content of the biologically active impurity (IIa, IIb) with respect to the effective content of the therapeutically active substance (Ia, Ib).

The process described in this invention by strongly reducing the impurities leads to products with high chemical purity and safer biological profile. Other impurities, barely detectable, derive from the very small quantities of 2- and 4-fluorobenzyl chloride and of 3- and 4-fluorobenzyl chloride which are contained in the commercially available 3-fluorobenzyl chloride and 2-fluorobenzyl chloride respectively, used for the synthesis of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) and 4-(2-fluorobenzyloxy)benzaldehyde (IVb) intermediates for the preparation of, respectively, compounds (Ia) and (Ib). According to the process described in the present invention safinamide and ralfinamide are obtained with high yields and high purity where the content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]-propanamide (IIa) and (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]-propanamide (IIb), and their salt, in particular with methanesulfonic acid (generically named "dibenzyl derivatives") in safinamide and ralfinamide or the salt thereof, in particular with methanesulfonic acid, is lower than or equal to 0.03%, preferably 0.01% (by weight).

The process object of the present invention starts from 4-hydroxy-benzaldehyde and comprises the three following steps:

a) O-benzylation of 4-hydroxybenzaldehyde with derivatives of the following general formula 3- or 2-F—$C_6H_4$—$CH_2$—Y, where Y is a leaving group (Cl, Br, I, $OSO_2CH_3$ etc.); this O-benzylation is carried out under conditions which are highly selective for O-alkylation and gives 4-(3-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde of high purity;

b) reductive alkylation of L-alaninamide, base or salt, with 4-(3-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde, where the reducing system is hydrogen gas and a heterogeneous catalyst, for obtaining, after crystallization, safinamide and ralfinamide respectively in very high enantiomeric and chemical purity;

c) preparation of safinamide and ralfinamide salts with a pharmaceutically acceptable acid by salification of safinamide and ralfinamide respectively, obtained in the preceding step. Pharmaceutically acceptable acids are, for instance, selected from nitric, hydrochloric, hydrobromic, sulphuric, perchloric, phosphoric, methanesulfonic, p-toluensulfonic, acetic, trifluoroacetic, proprionic, glycolic, lactic, oxalic, malonic, malic, maleic, tartaric, citric, benzoic, cinnamic, mandelic and salicylic acid.

A further object of this invention is to provide safinamide and ralfinamide or their salts with a pharmaceutically acceptable acid, preferably methanesulfonic acid, with a high purity degree, in particular with a content of the respective dibenzyl derivatives of the formula (IIa) or (IIb) or the salts thereof with a pharmaceutically acceptable acid, e.g. the methanesulfonic acid, lower than 0.03%, preferably lower than 0.01% by weight (referred to the "active substances"), which is suitable for their use as medicaments.

Moreover, another object of this invention is to provide pharmaceutical formulations comprising safinamide or ralfi-

namide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, as the active agents wherein the content of the respective dibenzyl derivatives (IIa) and (IIb) or the salt thereof with a pharmaceutically acceptable acid, e.g. methanesulfonic acid, is lower than 0.03%, preferably lower than 0.01% (by weight) with respect to the above said active agents. These new pharmaceutical formulations were neither suggested nor achievable by applying the pharmaco-toxicological knowledge regarding safinamide and ralfinamide nor by using these active agents prepared according to the methods available in the state of the art.

Therefore, said pharmaceutical formulations comprising safinamide or ralfinamide or the salts thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above said high purity degree constitute a further object of this invention.

The above said pharmaceutical formulations may optionally comprise one or more additional active agents, besides safinamide or ralfinamide or the salts thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above described high purity degree.

For instance, a new pharmaceutical formulation useful for the adjunctive treatment of Parkinson's disease or restless legs syndrome may comprise one or more adjunctive Parkinson's disease active agent(s) such as those described in WO 04/089353 and WO 05/102300, preferably a dopamine agonist and/or levodopa and/or a catechol-O-methyltransferase (COMT) inhibitor, in addition to safinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above said high purity degree.

As a further example, a new pharmaceutical formulation according to this invention useful for the treatment of pain conditions, including chronic pain and neuropathic pain, and migraine may contain a further active agent such as gabapentin and pregabalin or a pharmaceutically acceptable salt thereof as described in EP 1423168, in addition to ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having the above said high purity degree.

The pharmaceutical compositions containing high purity safinamide or ralfinamide according this invention can be prepared by conventional procedures known in the art, for instance by mixing the active compounds with pharmaceutically, therapeutically inert organic and/or inorganic carrier materials. The compositions of the invention can be in liquid form, e.g. in the form of a solution, suspension, emulsion; or in solid form, e.g. tablets, troches, capsules, patches.

Suitable pharmaceutically, therapeutically inert organic and/or inorganic carrier materials useful in the preparation of the composition of the present invention include, for example, water, gelatine, arabic gum, lactose, starch, cellulose, magnesium steareate, talc, vegetable oils, polyalkyleneglycols, cyclodextrins and the like. The pharmaceutical compositions of the invention can be sterilized and may contain, besides the active ingredient(s), further components well known to the skilled in the art, such as, for example, preservatives, stabilizers, wetting or emulsifying agents, e.g. paraffin oil, mannide monooleate, salts to adjust osmotic pressure, buffers and the like.

A further object of this invention is to provide a method for treating CNS disorders, in particular epilepsy, Parkinson's disease, Alzheimer's disease and restless legs syndrome, comprising administering to a patient in need thereof an effective amount of high purity safinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having a content of dibenzyl derivative (IIa) or a salt thereof with a pharmaceutically acceptable acid, pref-

US 8,278,485 B2

9

erably methanesulfonic acid, lower than 0.03%, preferably lower than 0.01% by weight (referred to the "active substances"). Said method includes treating Parkinson's disease or restless legs syndrome by administering to a patient in need thereof an effective amount of the high purity safinamide described above, optionally in conjunction with one or more Parkinson's disease active agent(s) as described in WO 2004/089353, such as, for instance, a dopamine agonist and/or levodopa and/or a catechol-O-methyltransferase (COMT) inhibitor.

Moreover, a further object of this invention is to provide a method for treating pain conditions including chronic pain and neuropathic pain, migraine, bipolar disorders, depressions, cardiovascular, inflammatory, urogenital, metabolic and gastrointestinal disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, having a content of dibenzyl derivative (IIb) or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, lower than 0.03%, preferably lower than 0.01% by weight (referred to the "active substances").

The above said method includes treatment of pain conditions, including chronic pain and neuropathic pain, and migraine with high purity degree ralfinamide or a salt thereof with a pharmaceutically acceptable acid, preferably methanesulfonic acid, optionally in conjunction with gabapentin or pregabalin.

In WO 90/14334, and in the paper by Pevarello et al. in J. Med. Chem., 1998, 41, 579-590, a three steps process for the preparation of benzyloxy-benzylamino-alkanamides is described:

a) synthesis of the intermediate 4-benzyloxybenzaldehydes by O-benzylation of the corresponding 4-hydroxybenzaldehydes with the suitable benzyl chlorides

b) reductive alkylation of α-amino-amides with 4-benzyloxy-benzaldehydes using sodium cyanoborohydride as a reducing agent as schematically shown here below



where R represents, among other substituents, 3-F and 2-F; R$^1$ represents, among other substituents, hydrogen; R$^2$ represents, among other substituents, hydrogen; R$^3$ represents, among other substituents, CH$_3$; both R$^4$ and R$^5$ represent, among other substituents, hydrogen.

In particular, as far as safinamide and ralfinamide preparation is concerned, the reductive alkylation is the reductive alkylation of L-alaninamide with 4-(3-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde respectively as shown here below

10



R = 3-F-benzyloxy = safinamide (Ia)
R = 2-F-benzyloxy = ralfinamide (Ib)

In J. Med. Chem. (Pevarello et al.), 1998, 41, 579-590 yields of 45% and 60% for the preparation of safinamide and ralfinamide methanesulfonate respectively, are reported, starting from the corresponding (fluorobenzyloxy)benzaldehydes.

The process described in WO 90/14334 and in the above cited paper is the same and provides a one-pot system where the iminoalkylation and the reduction are made in the same reactor. The suitable aldehyde is added all at once to a mixture of L-alaninamide hydrochloride, sodium cyanoborohydride, methanol and powdered molecular sieves.

According to Pevarello et al., in Org. Prep. Proc. Int. 1996, 28, 179-183 (where the synthesis of some α-benzylaminoamide derivatives by reductive alkylation is described), use of an α-aminoamide as hydrochloride is important for the formation of the iminium ion in place of the corresponding imine, as the iminium ion reacts more easily with sodium cyanoborohydride than with the aldehyde carbonyl group.

According to above authors, the one-pot procedure seems to avoid Schiff-base racemization problems and the molecular sieves speed up the reaction (although the yields are poor).

The cyanoborohydride is the only reducing agent utilized, and it seems that this choice is due to its low reactivity and its selectivity (see Review "Sodium Cyanoborohydride—A Highly Selective Reducing Agent for Organic Functional Groups" —C. F. Lane, Synthesis 1975, 132-146), which makes it able to distinguish between the protonated Schiff base and the starting aldehyde. The synthesis described in the paper by Pevarello et al. provides the isolation of the products by column chromatography, followed by conversion into the corresponding salts by treatment with acids. No information is provided about the enantiomeric and/or chemical purity of both safinamide and ralfinamide and/or their salts.

The method described above suffers from many drawbacks, that limit its use on large scale; herebelow some examples of said drawbacks are listed:

formation of cyanides;

formation of boron derivatives, difficult to remove from the active principles;

use of powdered molecular sieves which are physically changeable and expensive;

low yields;

low final product concentration in the reductive alkylation reaction mixture (about 2-3% weight/volume);

isolation of the products by column chromatography, which is considered a troublesome and expensive purification method when large scale preparations of active agents through chemical synthesis are involved.

Moreover, as shown in the examples which follow this description, the products obtained according to the methods described above contain an amount of impurities (IIa), (IIb), (IIc) or (IId) which is higher than 0.03% by weight with

US 8,278,485 B2

**11**

respect to the respective active substance (Ia), (Ib), (Ic) or (Id). In addition, it has been shown that it is difficult to eliminate said impurities from the final product safinamide and ralfinamide or their salts, by using commonly known purification methods such as crystallization from solvents or chromatography, which in any case imply a reduction of yields.

<div align="center">

Synthesis of the 4-(fluorobenzyloxy)-benzaldehyde intermediates

</div>

According to the known methods, the fluorobenzyloxy-benzaldehydes intermediates for the synthesis of safinamide and ralfinamide are obtained by benzylation of 4-hydroxy-benzaldehyde in a basic medium, that is by benzylation of phenol salts which, being ambident nucleophiles, give two different products, i.e. the desired O-alkylated derivatives and the undesired C-alkylated derivatives.

It has been effectively found that the fluorobenzylation of 4-hydroxybenzaldehyde with 3-fluorobenzyl chloride, performed according to the known methods, gives the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) as the main product together with 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)ben-zaldehyde (Va) that derives from the alkylation of both the hydroxy group in position 4 and carbon atom in position 3 of the 4-hydroxybenzaldehyde. The same happens in the fluorobenzylation of 4-hydroxybenzaldehyde with 2-fluorobenzyl chloride according to the following scheme:



(IIIa$_1$): 3-F
(IIIb$_1$): 2-F



(Va): 3-F
(Vb): 2-F

The reductive alkylation of L-alaninamide with an aldehyde which contains the di-alkylated impurity gives a safinamide or ralfinamide end product which is also impure of the respective di-alkylated compound, the di-benzyl derivative, whether as a free base (IIa) or (IIb) or a salified compounds, preferably with methanesulfonic acid (IIc) or (IId), as shown in the following scheme:

**12**



(Va): 3-F
(Vb): 2-F

1) H$_2$N—alaninamide

2) CH$_3$SO$_3$H



CH$_3$SO$_3$H

(IIc): 3-F
(IId): 2-F

Other pharmaceutically acceptable acids, e.g. nitric, hydrochloric, hydrobromic, sulphuric, perchloric, phosphoric, methanesulfonic, p-toluensulfonic, acetic, trifluoroacetic, proprionic, glycolic, lactic, oxalic, malonic, malic, maleic, tartaric, citric, benzoic, cinnamic, mandelic and salicylic acid can be used in the place of the preferred methanesulfonic acid. The mono-alkylated derivative (safinamide or ralfinamide) and the corresponding di-alkylated impurities have similar chemical-physical properties and this makes difficult the purification of safinamide and ralfinamide with traditional methods.

Furthermore the known methods suffer from these additional drawbacks:

1) the use of a lower alcohol as a solvent; in basic conditions, the solvent, for example methanol, can act itself as a nucleophilic reagent and gives, with 3- or 2-fluorobenzyl chloride, a certain amount of methyl-fluorobenzyl-ether;

2) the extraction of the final product with a water-immiscible organic solvent is possible only after the alcoholic reaction solvent has been eliminated from the reaction mixture.

It has now been found that by using the above methods, in order to obtain a final product of formula (Ia) or (Ib) wherein the content of the respective impurity (Ia) or (IIb) is lower than 0.03% (by weight), it is necessary to drastically purify the intermediate 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb) to reduce content of the respective impurities of formula (Va) and (Vb).

Said purification is preferably carried out by submitting the reaction products to crystallization, more preferably by adding to a solution of the crude compound (IVa) or (IVb) in an inert organic solvent a miscible inert organic non-solvent. The organic inert solvent is preferably selected from the aromatic hydrocarbons and, more preferably, is toluene. The miscible inert organic non-solvent is preferably selected from the lower aliphatic hydrocarbons, more preferably is n-hexane. A further crystallization procedure may consist in dissolving the above said compounds (IVa) or (IVb) into a hot solvent, e.g. cyclohexane or a di(C$_3$-C$_4$)alkyl ether, such as diisopropyl ether at reflux, and then cooling the solution at room temperature, preferably at 10-15° C., most preferably,

13

with inducing crystallization by addition of pure crystals of the pure compound (IVa) or (IVb).

According to one aspect of this invention, it has now surprisingly been found that when the reaction between an alkylating agent of formula (IIIa) or (IIIb) (see the scheme below where the F atom is in position 2 or 3 and Y is a leaving group such as, for example, Cl, Br, I, $OSO_2CH_3$, $OSO_2C_6H_4$-p$CH_3$, etc.) and 4-hydroxybenzaldehyde, is carried out under phase-transfer conditions, the corresponding 4-(fluorobenzyloxy) benzaldehydes are obtained in high yields and with very low level of C,O-bis-alkylated impurities.



(IIIa): 3-F
(IIIb): 2-F

(IVa): 3-F
(IVb): 2-F

This new fluorobenzylation of 4-hydroxybenzaldehyde under phase-transfer conditions can be made both in a solid/liquid system, where in the liquid organic phase the reagents and the phase-transfer catalyst are dissolved and the solid phase is constituted by the inorganic base or the 4-hydroxybenzaldehyde salt (possibly generated in situ from 4-hydroxy-benzaldehyde and the inorganic base itself), and in a liquid/liquid organic/aqueous system where the inorganic base is dissolved in the aqueous phase.

A preferred system is the solid/liquid system wherein the inorganic base is preferably selected from $Na_2CO_3$, $K_2CO_3$, KOH, NaOH.

The organic solvents used in the reaction, both in the case of the liquid/liquid system and of the solid/liquid system, can be dialkyl ethers such as, for example, di-tert-butyl ether, ethyl-tert-butyl ether, or aromatic hydrocarbons such as, for example, toluene, ethylbenzene, isopropylbenzene and xylenes. All these solvents can be easily recovered by distillation.

The phase-transfer catalysts employed can be quaternary ammonium or phosphonium salts such as, for example, tetrabutyl ammonium bromide, tetradecyltrimethyl ammonium bromide, hexadecyltributyl phosphonium bromide, tricaprilylmethyl ammonium chloride (Aliquat), methyltrialkyl ($C_8$-$C_{10}$)ammonium chloride (Adogen), the tetradecyltrimethyl ammonium bromide being the preferred one.

Also polyethyleneglycols of low molecular weight can be used as phase-transfer catalysts such as, for example, PEG-200 (CAS 25322-68-3) or PEG-400 (CAS 25322-68-3).

The quantity of phase-transfer catalyst used is between 0.02-1 mol per mole of 4-hydroxybenzaldehyde, preferably between 0.1-1 mol per mole of 4-hydroxybenzaldehyde, in these conditions, the quantity of the C,O-bis-fluorobenzylated impurities may result to be less than 0.03%, preferably equal to 0.01% or less by weight.

The ratio between the alkylating agents of formula (IIIa) or (IIIb) and 4-hydroxybenzaldehyde is between 0.6 and 1.5, preferably between 0.9 and 1.1.

14

The reaction temperature is between 60° C. and 160° C., the preferred interval being between 80° C. and 120° C.

The reaction time is generally between 4 and 8 hours.

The reaction yields are very high, as a rule more than 90%.

The reaction productivity, i.e. the concentration of the reaction products in the reaction mixture is very high in the reaction condition described, normally is more or equal to 25% (weight/volume).

Synthesis of Safinamide and Ralfinamide by Reductive Alkylation of α-Aminoamides

The state of the art would suggest to the expert in the field that the reductive alkylation of α-amino-amides with 4-(3- or 2-fluorobenzyloxy)benzaldehydes using hydrogen and a heterogeneous catalyst as a reducing agent, should not be suitable for the preparation of safinamide and ralfinamide because of the incompatibility among the reagents and the final products and the reduction conditions.

In fact, it is well known how easily benzaldehydes are reduced to benzyl alcohols or even to the corresponding hydrocarbons, as well as it is known that the conditions which should be used to perform a reductive alkylation with hydrogen and a heterogeneous catalyst, are normally the same conditions used to break the bonds between a benzylic carbon atom and heteroatoms like nitrogen or oxygen, the kind of bonds that are present both in safinamide and ralfinamide and in their precursors.

In fact, the benzylic group is normally employed as a protecting group of phenols or amines (see "*Protective Groups in Organic Synthesis*", T. W. Greene and P. G. M. Wuts, 3rd Edition, 1999, John Wiley & Sons, Inc.) because of the easiness of its introduction and successive removal by catalytic reduction. In the reductive alkylation for obtaining safinamide and ralfinamide, one could expect the formation of many by-products, some of which are reported here below:



The fact that safinamide and ralfinamide have been obtained in very high yields and purity by reductive alkylation of L-alaninamide, with 4-(3- or 2-fluorobenzyloxy)benzaldehyde, using hydrogen and a heterogeneous catalyst as a reducing system, is a surprising and innovative aspect of this synthetic procedure.

US 8,278,485 B2

15

Moreover, the reaction conditions which are used according to this procedure are easily applicable to the production in bulk.

The reductive alkylation, object of the present invention, is performed in two steps:

a) formation of the Schiff base

b) catalytic reduction of the Schiff base

The two steps can be performed in succession in the same reactor (one pot reaction) either with, or without, isolation of the Schiff base, in both cases with high yields.

In the case of isolation of the Schiff base, the experimental conditions applied for its formation allow to obtain the isolated Schiff base in the form of a precipitate in high yields and very pure form.

The Schiff base preparation is suitably performed in an organic protic solvent, that must be inert vs. the reagents and the products and also inert vs. the reduction conditions of the iminic double bond, such as for example, a $(C_1-C_5)$ lower alkanol, preferably methanol, ethanol and isopropanol.

The formation of Schiff base must be complete and this is a relevant factor for having high yields in the subsequent catalytic reduction step. It is therefore preferable to isolate the Schiff bases (VIa) and (VIb) before performing the reduction of the iminic double bond.



(VIa): 3-F
(VIb): 2-F

The isolated imino compounds (VIa) and (VIb) are useful intermediates for the preparation of safinamide and ralfinamide, respectively, according to this invention.

Alternatively one can favour the iminoalkylation reaction completion, by operating under such conditions as to cause the precipitation of the imino compounds (VIa) and (VIb) and to submit to the catalytic reduction the suspension containing the intermediate imino derivative.

The ratio between L-alaninamide (base or salt) and 4-(3- or 2-fluorobenzyloxy)benzaldehyde can be 1:1 but also a 10% excess of L-alaninamide can be advantageously used.

The L-alaninamide can be introduced either as a free base or as an acid addition salt thereof. Preferably, it is introduced in the reaction mixture as a salt, most preferably as hydrochloride salt, together with the stoichiometric amount of a base, preferably a tertiary amine such as, for example triethylamine or diisopropylethylamine.

The reaction temperature in the preparation of the Schiff base is comprised between 0° C. and 60° C., preferably between 20° C. and 30° C.

The reaction times are between 1 hour and 15 hours, preferably between 4 hours and 6 hours.

The reduction of the Schiff base with hydrogen and a heterogeneous catalyst is started only when the Schiff's base formation is completed: if it is started before, secondary reactions become important, sometimes prevalent, with loss in yields and purity. One of these secondary reactions, the more important, causes the formation of benzylic alcohols by reduction of the carbonyl group of the (fluorobenzyloxy) benzaldehyde of choice.

The preferred heterogeneous catalysts are nickel, rhodium, palladium or platinum catalysts, on an inert support such as,

16

for example, carbon, alumina and silica, preferably carbon and alumina, and are used in a quantity comprised between 2% and 20% of the 4-(3- or 2-benzyloxy)benzaldehyde, preferably between 5% and 10%.

Platinum and palladium catalysts are the most preferred.

Platinum on active carbon, in particular, gives excellent results both in terms of yields, which are nearly quantitative, and selectivity, as only the iminic double bond is reduced while the bond between the benzylic carbon atom and the heteroatoms remain unchanged. It was found that safinamide and ralfinamide are surprisingly stable in the reduction reaction conditions and this is an important element in industrial production of large quantities of safinamide or ralfinamide, as an incidental reaction time prolongation wouldn't damage the final products.

The best results were obtained with wet 5% Pt/C (50% $H_2O$) and in particular with 5% Pt on carbon powder by Engelhard S.r.l., Rome, Italy.

The hydrogenation reaction is normally performed under a hydrogen pressure comprised between 1 bar and 10 bars, preferably between 3 bars and 6 bars and at temperature comprised between 10° C. and 70° C., preferably between 25° C. and 40° C.

The reduction times can vary from 1 hour to 20 hours, according to temperature, pressure, concentration, turbulence, etc., all factors well known to those skilled in the art.

The best results were obtained with reaction times of 4-6 hours.

At the end of the reaction the catalyst is recovered by filtration and reutilized or regenerated: the reaction solvent is distilled under reduced pressure, the residue is dissolved in water-immiscible organic solvent and the inorganic salts are removed by washing with water.

The final raw safinamide or ralfinamide are recovered by removing by distillation the organic solvent wherein they are dissolved.

The raw safinamide or ralfinamide are then purified by crystallization. The crystallization is preferably carried out by adding to a solution of the respective crude compound of formula (Ia) or (Ib) in an inert organic solvent a miscible inert organic non-solvent. The organic inert solvent is preferably selected from aromatic hydrocarbons such as benzene, toluene, dimethyl benzene and ethylbenzene and lower alkyl acetates and, more preferably, is ethyl acetate. The miscible inert organic non-solvent is preferably selected from the lower aliphatic hydrocarbons, such as hexane and heptane, and cyclohexane, more preferably is n-hexane

The bases, are then transformed into the desired salts according to known methods, in particular they are transformed into methanesulfonate salt, which has the physical/chemical properties (stability, granulometry, flowability etc.) suitable for the subsequent formulation into a pharmaceutical preparation for use as medicament.

Example 1

Preparation of purified
4-(2-fluorobenzyloxy)benzaldehyde (IVb) by phase
transfer catalysis

A mixture of 2-fluorobenzyl chloride (5 kg, 34.58 mol), 4-hydroxy-benzaldehyde (3.9 kg, 31.94 mol), potassium carbonate (4.3 kg, 31.11 mol) and tetradecyl trimethylammonium bromide (0.41 kg, 1.22 mol) in toluene (9.5 kg) is slowly brought, under stirring and under nitrogen, to reflux temperature and refluxed for 6 h.

US 8,278,485 B2

17

The solution is then concentrated at room pressure, 3 kg of toluene are added and distilled off and this procedure is repeated once again.

The heterogeneous mixture is then cooled to room temperature and the solid is eliminated by filtration. The residual solvent is then eliminated under reduced pressure and to the oily residue 1.2 kg of toluene are added. The mixture is heated to about 40° C. and seeded with a few grams of pure 4-(2-fluorobenzyloxy)benzaldehyde.

The heterogeneous mixture is stirred for 15 minutes at 35-40° C. and then additioned of n-hexane (9 kg) at this temperature, in 30 minutes. After cooling to 0-5° C. and stirring for a further hour at this temperature the solid is collected by filtration and dried under reduced pressure to give 6.5 kg (87.6% yield) of 4-(2-fluorobenzyloxy)benzaldehyde; m.p. 56.7° C. (DSC, 5° C./min).

The above reaction is repeated on a 1:100 scale by using 39 g (0.319 mol) of 4-hydroxybenzaldehyde as the starting material and following the above described procedure, with the exception that, after elimination of the reaction solvent and addition of toluene to the oily residue, the obtained mixture is heated to about 30-35 (instead of 40° C.) and, after seeding with a small amount of pure 4-(2-fluorobenzyloxy)benzaldehyde, the heterogeneous mixture is stirred for 15 minutes at 30° C. (instead of 35-40° C.) before adding n-hexane. The yield is 66.8 g (90%) of 4-(2-fluorobenzyloxy)benzaldehyde, m.p. 56.7° C. (DSC, 5° C./min), having a GC purity of 92.2 (area %, see Example 16A) and a 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde content 0.01% by weight determined by GC (see Example 16B)

(*) The yields reported in this and in the following Examples, when no otherwise specified, are intended as molar yields.

### 1.1 Further purification of 4-(2-fluorobenzyloxy)benzaldehyde by crystallization

One kilogram of the product prepared according to the procedure described in Example 1 is dissolved in 2 kg of diisopropyl ether at reflux under stirring.

The solution is cooled to 50-55° C. in 10-15 minutes and seeded with a few grams of pure 4-(2-fluorobenzyloxy)benzaldehyde.

The suspension is cooled to 10-15° C. during 45-60 minutes and stirred for an additional hour.

The precipitate is finally collected by filtration, washed with cool diisopropyl ether (0.2 Kg) and dried under reduced pressure to give 0.93 kg of 4-(2-fluorobenzyloxy)benzaldehyde with GC purity of 99.8 (area %, see Example 16A) and a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb) of 0.005% by weight determined by GC according to Example 16B.

### 1.2 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb) by phase transfer catalysis (PTC) using different catalysts

4-(2-Fluorobenzyloxy)benzaldehyde is prepared by alkylation of 4-hydroxybenzaldehyde (0.39 g) with 2-fluorobenzyl chloride by following the same procedure of Example 1, but using three different phase transfer catalysts.

18

The results are reported in the following Table 4

#### TABLE 4

| Experiment | Phase Transfer Catalyst PCT | % Vb ** | % Yield |
|---|---|---|---|
| 1.2 (a) | Tetrabutyl fosphonium bromide | 0.03 | 85.0 |
| 1.2 (b) | Aliquat 336* | 0.03 | 88.8 |
| 1.2 (c) | PEG 400 | 0.14 | 96.0 |

*Aliquat 336: tricaprylylmethylammonium chloride
** % Vb: content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (% by weight)
The content of Vb is determined by GC according to Example 16B.

### 1.3 Preparation of 4-(fluorobenzyloxy)benzaldehyde (IVb) by phase transfer catalysis (PTC) in xylene

4-(2-Fluorobenzyloxy)benzaldehyde is prepared in 86.6% yield with a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.02% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (0.39 g) with 2-fluorobenzyl chloride according to the same procedure of Example 1, but replacing toluene with xylene as the solvent.

### 1.4 Preparation of 4-(fluorobenzyloxy)benzaldehyde (IVb) by phase transfer catalysis using potassium hydroxide as a base

4-(2-Fluorobenzyloxy)benzaldehyde is prepared in 86.7% yield with a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.51% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (0.39 g) with 2-fluorobenzyl chloride, according to the same procedure of Example 1, but using potassium hydroxide (0.35 mol) instead of potassium carbonate.

This product may be further purified by crystallization according to Example 1.1.

### 1.5 Preparation of 4-(fluorobenzyloxy)benzaldehyde (IVb) by phase transfer catalysis using 2-fluorobenzyl bromide

4-(2-Fluorobenzyloxy)benzaldehyde is prepared in 88.6% yield with a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde of 0.07% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (15.6 g) with 2-fluorobenzyl bromide instead of 2-fluorobenzyl chloride according to the same procedure of Example 1.

### Example 2

Preparation of (S)-2-[4-(4-fluorobenzyloxy)benzylamino]propanamide (ralfinamide, Ib) of high purity degree (one pot reaction)

An autoclave is loaded with 4-(2-fluorobenzyloxy)benzaldehyde (2.0 kg, 8.69 mol) prepared according to Example 1, and then a solution prepared apart of L-alaninamide hydrochloride (1.2 kg, 9.63 mol) and triethylamine (0.97 kg, 9.63 mol) in methanol (9.5 kg) is added thereto.

US 8,278,485 B2

**19**

The mixture is stirred at 20-25° C. for about 1 hour and then, after seeding it with a few grams of (S)-2-[4-(2-fluorobenzyloxy)benzylideneamino]propanamide, the stirring is continued for additional 15 minutes. To the stirred heterogeneous mixture, methanol (1.6 kg) and wet (50% H₂O) Pt/C 5% (Engelhard cod.Escat 22, Engelhard S.r.l., Rome, Italy) (0.28 kg) are then added at 20-25° C.

The air is purged from the autoclave with nitrogen and then hydrogen is introduced at 5.0 bar and the pressure is maintained at this value during the hydrogenation course.

After 5 hours at 30-35° C. the reaction mixture is cooled to 15° C. and, after addition of methanol (4.8 kg) and heating to 40-45° C. the suspension is filtered and the solid is washed with methanol (1.6 kg).

The solvent is eliminated under reduced pressure at about 30° C. and the residue is additioned of water (5 L) at 20-25° C. on cooling and under stirring, as the water addition is an exothermic process. The heterogeneous mixture is further cooled to 15-20° C., kept at this temperature for 1 hour and then filtered. The collected solid is washed with cool water (4 L) and dried under reduced pressure to give 2.23 kg (85.0% yield) of ralfinamide with a HPLC purity of 98.8 (area %) determined according to the method of Example 17A and a C,O-dialkylated (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide content of 0.01% by weight determined by HPLC, according to the method of Example 17B.

### 2.1 Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) of high purity degree by using a palladium catalyst

A mixture of 5 g of 4-(2-fluorobenzyloxy)benzaldehyde, prepared according to the Ex. 1 and the corresponding amount L-alaninamide hydrochloride and triethylamine is hydrogenated according to the same procedure of Example 2, but using wet (50% H₂O) Pd/C 10% instead of wet (50% H₂O) Pt/C 5% to obtain (S)-2-[4-(2-fluorobenzyloxy) benzylamino]propanamide (Ib) in a 70% yield.

### Example 3

#### Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate (ralfinamide methanesulfonate, Id) of high purity degree

Ralfinamide (2.8 kg, 9.26 mol), prepared as described in Example 2, is dissolved in iso-propanol (19.5 kg) and kept at 65-70° C. and under stirring under inert atmosphere.

After treatment with charcoal (150 g) and filtration, the solution is seeded with pure ralfinamide methanesulfonate and, methanesulfonic acid (900 g, 9.36 mol) is added in 30 minutes, under stirring and at a temperature of 50-55° C. The suspension is then cooled to 15-20° C. in 2 hours and the stirring is continued for an additional hour. The solid is finally collected by filtration and dried under reduced pressure to give 3.59 kg (97.3% yield) of ralfinamide methanesulfonate.

The HPLC purity of the obtained product is 99.8 (area %, see Example 17A) and the content of C,O-dialkylated (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino] propanamide methanesulfonate is 0.005% by weight (see Example 17B); m.p. 240.6° C. by DSC (5° C./min).

The enantiomeric purity of ralfinamide methanesulfonate determined with a chiral HPLC column is higher than 99.8 (area %, see Example 18).

**20**

### Example 4

#### Preparation of purified 4-(3-fluorobenzyloxy)benzaldehyde (IVa) in ethanol solution

To a mixture of 4-hydroxybenzaldehyde (1.52 kg, 12.45 mol), potassium carbonate, (1.72 kg, 12.45 mol), potassium iodide (0.2 kg, 1.20 mol) in ethanol (13.0 kg), 1.8 kg, of 3-fluorobenzyl chloride (1.80 kg, 12.45 mol) are added under stirring, at room temperature.

The mixture is gradually heated to reflux and then kept at that temperature for 6 hours.

The reaction mixture is then allowed to cool to 25° C., the suspension is filtered and the solid is washed with ethanol (1.0 kg); the ethanol solutions are combined and then concentrated at reduced pressure until a residue of approximately 3.5 kg is obtained.

To this residue, toluene (5.0 kg) and water (1.7 kg) are added, the solvent mixture is stirred vigorously for 30 minutes and, after separation of the aqueous phase, the organic layer is evaporated to dryness under reduced pressure to provide crude 4-(3-fluorobenzyloxy)benzaldehyde.

To this product dissolved in 2 kg of toluene a seed of 4-(3-fluorobenzyloxy)benzaldehyde is added under stirring at 20-25° C., then n-hexane (3.8 kg) is added in 30 minutes and the mixture is cooled to 0° C. under stirring.

After 2 hours the solid is filtered and washed with n-hexane (1.3 kg). After drying, 2.6 kg (90.7% yield) of the desired product are obtained, with a gas-cromathographic purity of 99.9 (area %, see Example 16A) and a 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde content of 0.005% by weight determined by G.C. (area %, see Example 16B); m.p. 43.1° C. by DSC 5° C./min.

### Example 5

#### Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by phase transfer catalysis

A mixture of 3-fluorobenzyl chloride (5 kg, 34.58 mol), 4-hydroxy-benzaldehyde (3.9 kg, 31.94 mol), potassium carbonate (4.3 kg, 31.11 mol) and tetradecyl trimethylammonium bromide (0.41 kg, 1.22 mol) in toluene (13.5 kg) is slowly brought to reflux temperature under stirring and under nitrogen atmosphere, and then refluxed for 6 hours.

The solution is concentrated at room pressure and then 3 kg of toluene are added and distilled off. This procedure is repeated once again.

The heterogeneous mixture is then cooled to room temperature and the solid is eliminated by filtration. The residual solvent is eliminated under reduced pressure and then 1.2 kg of toluene are added to the oily residue.

The mixture is stirred at 20-25° C. and seeded with a few grams of pure 4-(3-fluorobenzyloxy) benzaldehyde, and then additioned of n-hexane (9 kg) at this temperature, in 30 minutes.

After cooling to 0-5° C. and stirring for a further hour at this temperature the solid is collected by filtration and dried under reduced pressure to give 6.5 kg (85% yield, GC purity 99.9 (area %, see Example 16A) and a 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde content of 0.008% by weight (see Example 16B).

21

## 5.1 Further purification of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by crystallization

One kilogram of 4-(3-fluorobenzyloxy)benzaldehyde, prepared according to Example 5, is dissolved in 2 kg of diisopropyl ether at reflux under stirring.

The solution is cooled to 50-55° C. in 10-15 minutes and seeded with a few grams of pure 4-(3-fluorobenzyloxy)benzaldehyde.

The suspension is cooled to 10-15° C. during 45-60 minutes and stirred for an additional hour.

The precipitate is finally collected by filtration, washed with cool diisopropyl ether (0.2 kg) and dried under reduced pressure to give 0.95 kg of 4-(3-fluorobenzyloxy)benzaldehyde with GC purity of 99.9 (area %, see Example 16A) and a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde lower than 0.005% by weight determined by GC (see Example 16B).

## 5.2 Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by phase transfer catalysis using 3-fluorobenzyl bromide

4-(3-Fluorobenzyloxy)benzaldehyde is prepared in 86.1% yield with a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde of 0.07% by weight determined by GC (see Example 16B) by reacting 4-hydroxybenzaldehyde (15.6 g) with 3-fluorobenzyl bromide according to the same procedure of Example 5 but using 3-fluorobenzyl bromide instead of 3-fluorobenzyl chloride.

The so obtained 4-(3-fluorobenzyloxy)benzaldehyde is purified according to Example 5.1 to yield the title product in 97.3% yield with a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde of 0.07% by weight determined by GC (see Example 16B).

## 5.3 Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) by phase transfer catalysis using 3-fluorobenzyl methanesulfonate

4-(3-Fluorobenzyloxy)benzaldehyde is prepared in 97.5% yield with a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde of 0.45% by weight, determined by GC (see Example 16B), by reacting 4-hydroxybenzaldehyde (15.6 g) with 3-fluorobenzyl methanesulfonate instead of 3-fluorobenzyl chloride according to the same procedure of Example 5. This product is further purified according to the procedure of the Example 5.1.

## Example 6

### Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide, Ia) of high purity degree (one pot reaction)

An autoclave is loaded with, 4-(3-fluorobenzyloxy) benzaldehyde (2.0 kg, 8.69 mol) prepared as in Example 4, and then a solution, prepared apart, of L-alaninamide hydrochloride (1.2 kg, 9.63 mol) and triethylamine (0.97 kg, 9.63 mol) in methanol (7.1 kg) is added thereto.

The mixture is stirred at 20-25° C. for 1 hour and, after seeding with few grams of (S)-2-[4-(3-fluorobenzyloxy)benzylideneamino]propanamide, stirring is continued for additional 15 minutes. To the stirred heterogeneous mixture,

22

methanol (1.8 kg) and, wet (50% $H_2O$) Pt/C 5% (Engelhard cod. Escat 22)(0.3 kg) are then added, at 20-25° C.

The air is purged from the autoclave with nitrogen and then hydrogen is introduced at 5.0 bars.

After 5 hours at 30-35° C., the mixture is cooled to 15° C., methanol (4.8 kg) is added and the mixture is heated to 40-45° C.; finally the solid is filtered out and washed with methanol (1.6 kg).

The solvent is eliminated under reduced pressure approximately at 30° C. and then a mixture of ethyl acetate (23.0 kg) and water (18.0 kg) is added to the residue. After stirring for 15 minutes, the aqueous phase is separated and extracted with ethyl acetate (7.0 kg). The collected organic phases are concentrated until a residue of approximately 6.0 kg is obtained. To this residue n-heptane (10.8 kg) is added and the mixture is stirred at 20° C. for about 2 hours. The solid is then collected by filtration and washed with n-heptane.

After drying the solid under reduced pressure, 2.41 kg (91.8% yield) of the title compound are obtained with a HPLC purity of 98.4 (area %, see Example 17A), and a content of C,O-dibenzylated (S)-2-[3-(3-fluorobenzyloxy)-4-(3-fluorobenzyloxy)-benzylamino]propanamide) of 0.005% by weight (see Example 17B).

### 6.1 Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) of high purity degree by using a Pd catalyst

(S)-2-[4-(3-Fluorobenzyloxy)benzaldehyde (5 g) in the presence of the corresponding amounts of L-alaninamide hydrochloride and triethylamine is hydrogenated according to the same procedure of Example 6, by using wet (50% $H_2O$) Pd/C 10%, instead of wet (50% $H_2O$) Pt/C 5%, to produce Ia in a 72% yield.

### 6.2 Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) of high purity degree by hydrogenation at 1 bar

A mixture of (S)-2-[4-(3-fluorobenzyloxy)benzaldehyde, L-alaninamide hydrochloride and triethylamine is hydrogenated according to the same procedure of Example 6, but at 1 bar/$H_2$ instead of 5 bar/$H_2$.

The yield of (S)-2-[4-(3-fluorobenzyloxy)benzylamino] propanamide is 90% with a HPLC purity of 98.7 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide of 0.005% by weight determined by HPLC (see Example 17B).

### 6.3 Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) of high purity degree (one pot reaction) by using L-alaninamide base

(S)-2-[4-(3-fluorobenzyloxy]benzaldehyde (10 g) is reacted according to the same procedure of Example 6, but using L-alaninamide base, instead of its hydrochloride and triethylamine. The yield of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide is 92% with a HPLC purity of 99.7 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide lower than 0.005% by weight determined by HPLC (see Example 17B).

## Example 7

### Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate (safinamide methanesulfonate, Ic) of high purity degree

Safinamide (2.41 kg, 7.97 mol), prepared as described in Example 6, is dissolved in ethyl acetate (56.5 kg) at 65° C. and decoloured with charcoal (100 g).

US 8,278,485 B2

23 | 24

After filtration, the solution is stirred and seeded with a few grams of safinamide methanesulfonate and, after 15 minutes, methanesulfonic acid (850 g, 8.84 mol) is added in 30 minutes, at a temperature of 50-55° C. The suspension is cooled under stirring to 20-25° C. during 2 hours and stirred for an additional hour. The precipitate is finally collected by filtration and dried under reduced pressure to give 2.83 kg (89.1% yield) of safinamide methanesulfonate.

The content of impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc) measured by HPLC (see Example 17B) is of 0.005% by weight. The title compound has m.p. 216.8° C. by DSC (5° C./min).

The enantiomeric purity, measured with a chiral HPLC column, is over 99.9 (area %, see Example 19).

$^1$H-NMR (D$_2$O) (Bruker A V300) δ (ppm, with respect to H$_2$O at 4.7 ppm): 1.43 (3H, d, J=7 Hz, CH$_3$); 2.66 (3H, s, CH$_3$SO$_3$H); 3.87 (1H, q, J=7 Hz, H-2); 3.97 (2H, bs, CH$_2$NR); 4.89 (2H, s, CH$_2$OR); 6.88 and 7.23 (4H, AA'XX' aromatic p-disubstituted system; 6.90+7.22 (4H, aromatic H)

$^{13}$C-NMR (D$_2$O) (Bruker AV300) δ ppm: 15.68 (CH$_3$); 38.27 (CH$_3$SO$_3$H); 48.99 (CH2NR); 54.81 (CH); 69.00 (OCH$_2$); 114.15 (d, J$_{C-F}$=21 Hz, aromatic CH); 114.76 (d, J$_{C-F}$=20 Hz, aromatic CH); 115.38 (aromatic CH); 123.06 (d, J$_{C-F}$=24 Hz, aromatic CH); 123.24; 130.29 (d, J$_{C-F}$=6 Hz, aromatic CH); 131.54 (aromatic CH); 138.76 (d, J$_{C-F}$=7 Hz, aromatic CH); 158.52; 162.89 (d, J$_{C-F}$=245 Hz, C-F); 171.92 (CO)

### Example 8

Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide, Ia) of high purity degree, with isolation of the intermediate Schiff base (S)-2-[4-(3-fluorobenzyloxy)benzylideneamino]propanamide (VIa)

#### a) (S)-2-[4-(3-Fluorobenzyloxy)benzylideneamino] propanamide (VIa)

To a suspension of 4-(3-fluorobenzyloxy)benzaldehyde (60.0 g 0.26 mol), prepared as in the Example 5 and L-alaninamide hydrochloride (35.7 g 0.29 mol) in methanol (280 mL), triethylamine (29.1 g, 0.29 mol) is added at room temperature with stirring under nitrogen atmosphere. Stirring is maintained for one additional hour.

The solution is then seeded with a few mg of (S)-2-[4-(3-fluorobenzyloxy)benzylideneamino]propanamide, the temperature is lowered to 5-10° C. and the stirring continued for 2 hours.

The solid is collected by filtration and washed with methanol at 0° C.

After drying it at reduced pressure, 57.3 g (73.2% yield) of the title compound is obtained with m.p. 112.0° C. by DSC (5° C./min).

$^1$H-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm, with respect to TMS at 2.55 ppm; DMSO solvent at 3.35 ppm): 1.31 (3H, d, J=7 Hz, CH$_3$); 3.86 (1H, q, J=7 Hz, H-2); 5.18 (2H, s, CH$_2$OR); 7.08 and 7.79 (4H, AA'XX' p-disubstituted aromatic system); 7.10-7.50 (4H, aromatic H); 8.27 (1H, s, CH=NR).

$^{13}$C-NMR (DMSO-d$_6$) (Bruken AV300) δ (ppm): 20.5 (CH3); 67.6 (CH); 68.4 (OCH2); 114.1 e 114.4 (d, J$_{C-F}$=21 Hz, aromatic)CH; 114.5 e 114.8 (d, J$_{C-F}$=21 Hz; aromatic CH; 114.8 (aromatic CH); 123.5 (d, J$_{C-F}$-2 Hz, aromatic CH); 129.0 and 129.9 (aromatic CH); 130.4 and 130.5 (d, J$_{CF}$=7

Hz, aromatic CH); 139.6 and 139.7 (d, J$_{C-F}$=6 Hz aromatic quaternary C); 160.2; 160.5 and 163.8 (d, J$_{C-F}$=245 Hz C-F); 160.6 (CH=N); 174.8 (CO)

#### b) (S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (Ia)

An autoclave is loaded with (S)-2-[4-(3-fluorobenzyloxy)benzylidene-amino]propanamide (16.0 g; 0.053 mol), prepared as described above, and wet (50% H$_2$O) Pt/C 5% (1.7 kg: Engelhard S.r.l., Rome, Italy) and methanol (90 mL) is added thereto. The autoclave is purged from air with nitrogen and then hydrogen is introduced at 5.0 bars. The reaction is kept at 5.0 bar and at 35° C. for 1 hour. After cooling to room temperature and elimination of the catalyst by filtration, the solvent is distilled off under reduced pressure until a residue of approximately 30 g is obtained. To this residue a mixture of ethyl acetate (150 mL) and H$_2$O (110 mL) is added and the heterogeneous mixture is heated to 40° C., until two clear phases are obtained. These two phases are separated and the aqueous layer is extracted with 50 mL of ethyl acetate at 40° C. The organic phases are collected and evaporated to dryness. The procedure is repeated twice by adding every time 90 mL of ethyl acetate to make the product anhydrous. 95 mL of n-heptane are then added slowly and under stirring to the residue. The mixture is then maintained under stirring for 3 hours at 20° C. The solid formed is collected by filtration, washed with n-hetpane (15 mL) and dried under reduced pressure to give 15.2 g (94.8% yield) of safinamide with a HPLC purity of 99.8 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide lower than 0.005% by weight measured by HPLC (see Example 17B).

### Example 9

Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide, Ib) of high purity degree, with isolation of the intermediate Schiff Base (S)-2-[4-(2-fluorobenzyloxy)benzylideneamino]propanamide (VIb)

#### a) (S)-2-[4-(2-Fluorobenzyloxy)benzylideneamino] propanamide (VIb)

(S)-2-[4-(2-Fluorobenzyloxy)benzylideneamino]propanamide is prepared in a 88% yield, m.p. 121° C. (capillary), by following the same procedure of Example 8, step a) but using 4-(2-fluorobenzyloxy)benzaldehyde instead of 4-(3-fluorobenzyloxy)benzaldehyde.

$^1$H-NMR: (CDCl$_3$, 300 MHz, 298K) δ (ppm, with respect to TMS): 1.46 (3H, d, J=7.0 Hz, CH$_3$); 3.91 (1H, q, J=7.0 Hz, CH—CO); 5.17 (2H, s, O—CH$_2$); 7.02 (2H, d, J=8.9 Hz aromatic H ortho to O—CH$_2$); 7.09 (1H, ddd, J$_{H-F}$=9.78 Hz J$_{orto}$=8.55 Hz J$_{meta}$=1.23 Hz aromatic H ortho to F); 7.15 (1H, dt, J$_{orto}$=7.35 Hz J$_{meta}$=1.23 Hz aromatic H para to F); 7.27-7.40 (1H, m, aromatic H para to CH$_2$); 7.48 (1H, dt, J$_{orto}$=J$_{H-F}$=7.35 Hz J$_{meta}$=1.53 Hz aromatic H ortho to CH$_2$); 7.71 (2H, d, J=8.9 Hz aromatic H ortho to CH=N); 8.17 (1H, s, C=N)

$^{13}$C-NMR: (CDCl$_3$, 75.4 MHz, 298K) δ (ppm): 21.4 (CH$_3$); 63.8 (OCH$_2$); 68.4 (H$_2$NCOCH); 115.0 (d, J$_{C-F}$=22.4 Hz, aromatic CH), 115.5 (d, J$_{C-F}$=20.7 Hz, aromatic CH); 123.7 (d, J$_{C-F}$=14.4 Hz, quaternary aromatic C); 124.5 (bd, aromatic CH); 129.0 (quaternary aromatic C); 129.8 (bd, aromatic CH); 130.1 (bd, 2 aromatic CH); 160.5 (d,

US 8,278,485 B2

25

$J_{C-F}$=246.4 Hz, quaternary aromatic C); 161.1 (aromatic C-0); 161.1 (C==N); 176.9 (CONH$_2$)

b) (S)-2-[4-(2-Fluorobenzyloxy)benzylamino]pro- panamide (Ib)

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide is prepared in a 93% yield from (S)-2-[4-(2-fluorobenzyloxy) benzylideneamino]propanamide by following the same procedure of Example 8, step b). The content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino] propanamide is 0.02% by weight determined by HPLC (see Example 17B).

Example 10

Preparation of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc)

a) 3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va)

In a 4 L round bottomed flask kept under nitrogen atmosphere, 4-hydroxy-benzaldehyde (400 g, 3.28 mol), potassium carbonate (453 g, 3.28 mol), toluene (2 L) and 3-fluorobenzylchloride (1400 g, 9.68 mol) are added in sequence and the mixture is refluxed under stirring for 5 days. At this point a GC analysis reveals that the reaction mixture contains 4-(3-fluorobenzyloxy)benzaldehyde and 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde in a ratio of 91.4:8.6 (area/area, see Example 16A).

The reaction mixture is cooled to room temperature and then 2 L of water are added under stirring. The organic phase is separated and the solvent is distilled under reduced pressure (20 mmHg) at 35° C. until no more solvent passes over. The pressure is then lowered to 3 mmHg and the external temperature is raised up to 300° C. and the fraction that distils between 255° C. and 265° C., (40.6 g), is collected.

A GC analysis shows a area/area ratio of C,O-dibenzylated derivative (Va) of the title compound vs. the monoalkylated one (IVa) of 99.6:0.4. (area/area, see Example 16A).

$^1$H-NMR (CDCl$_3$) (Bruker AV300) δ (ppm, with respect to TMS): 4.05 (2H, s, CH$_2$); 5.13 (2H, s, OCH$_2$); 6.85-7.40 (9H, m, aromatic H); 7.73-7.79 (2H, m, aromatic H ortho to C==O); 9.88 (s, CHO).

$^{13}$C-NMR (CDCl$_3$) (Bruker AV300) δ (ppm): 36.1 (CH2); 69.4 (CH2O); 111.4 (aromatic CH); 112.9 and 113.2 (d, $J_{C-F}$=20 Hz, aromatic CH); 113.9 and 114.2 (d, $J_{C-F}$=22 Hz, aromatic CH); 114.9 and 115.0 (d, $J_{C-F}$=21 Hz, aromatic CH; 115.7 e 115.9 (d, $J_{C-F}$=25 Hz aromatic CH); 122.6 (d, $J_{C-F}$=3 Hz, aromatic CH); 124.4 (d, $J_{C-F}$=3 Hz, aromatic CH); 129.6 and 129.8 (d, $J_{C-F}$=8 Hz, aromatic CH); (d, $J_{C-F}$=7 Hz, quaternary aromatic C); 129.9 (C quaternary aromatic C); 130.0 (quaternary aromatic C); 130.1 and 130.2 (d, $J_{C-F}$ 7 Hz, CH aromatic); 131.2 (aromatic CH); 131.5 (aromatic CH); 138.3 (d, $J_{C-F}$=7 Hz, quaternary aromatic C); 142.3 (d, $J_{C-F}$=7 Hz, quaternary aromatic C); 161.0, 161.2 and 164.4 (d, $J_{C-F}$=240, 2 C-F overlapping); 190.8 (CHO).

b) (S)-2-[3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa)

To 3-(fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (35.6 g, 0.105 mol) in a 500 mL flask, a solution previ-

26

ously prepared by cautiously adding under stirring triethylamine (12 g, 0.119 mol) to a 170 mL methanol solution of L-alaninamide hydrochloride (14.8 g, 0.119 mol), is added at room temperature. This reaction mixture is stirred for 1 hour at room temperature and then it is transferred to a 1.8 L autoclave and additioned of 3.4 g of wet (50% H$_2$O) Pt/C 5%.

The air is purged from the autoclave with nitrogen and then hydrogen is introduced at 5.0 bar.

The reaction is performed at a temperature of 35° C. for 3-5 hours.

After cooling to room temperature and eliminating the catalyst by filtration, the solvent is distilled off under reduced pressure until a residue of approximately 65 g is obtained. To this residue a mixture of ethylacetate (340 mL) and water (250 mL) is added and the heterogeneous mixture is warmed to 40° C. and kept at this temperature without stirring, until two clear phase are obtained. The two phases are separated and the organic one is distilled under reduced pressure, until a residue of approximately 50 g is obtained. This residue is dissolved in 220 mL of ethyl acetate and the solvent distilled off under reduced pressure with an external temperature of 40° C. This operation is repeated twice and the title compound is obtained as solid residue.

c) (S)-2-[3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc)

In a 2 L glass reactor 42.4 g (0.103 mol) of (S)-3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide base are dissolved in 950 mL of ethyl acetate.

The solution is heated under stirring to 50-55° C. and kept at this temperature for one hour. To this solution, 14.5 g (0.15 mol) of methanesulfonic acid are added in 20 minutes, and the temperature is lowered to 20° C. in 90 minutes. After 30 minutes the solid is collected by filtration, dried at 50° C. under reduced pressure and then crystallized from methanol (methanol: product 1:5 by weight) to obtain 25.1 g of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino] propanamide methanesulfonate, m. p. 181° C. (capillary).

$^1$H-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm, with respect to TMS): 1.44 (3H, d, J=7 Hz, CH$_3$); 2,35 (3H, s, CH3SO$_3$); 3,81 (1H, q, J=7 Hz, H-2), 3.99 (2H, bs, CH$_2$ benzylic); 4.02 (2H, AB system, CH$_2$N—); 5.17 (2H, s, CH$_2$OR); 6.98-7.63 (11H, m, aromatic H); 7.62 and 7.75 (2H, bs, NH$_2$ amide); 9.02 (2H, broad, NH2$^+$).

$^{13}$C-NMR (DMSO-d$_6$) (Bruker AV300) δ (ppm): 15.9 (CH$_3$); 35.5 (CH$_2$); 39.7 (CH$_3$SO$_3$H); 48.1 (CH$_2$NR); 54.4 (CH); 68.4 (OCH$_2$); 112.2 (aromatic CH); 112.7 (d, $J_{C-F}$=22 Hz, aromatic CH); 113.8 (d, $J_{C-F}$=22 Hz, aromatic CH); 114.5 (d, $J_{C-F}$=22 Hz, aromatic CH); 115.2 (d, $J_{C-F}$=22 Hz, aromatic CH); 123.2 (aromatic CH); 123.8; 124.6 (aromatic CH); 128.7 and 130.0 (d, $J_{C-F}$=6 Hz, aromatic CH); 130.04 (aromatic CH); 130.3 (d, $J_{C-F}$=6 Hz, aromatic CH); 132.6 (aromatic CH); 139.8 (d, $J_{C-F}$=7 Hz); 143.4 (d, $J_{C-F}$=7 Hz); 158.1, 160.5 and 163.7 (d, $J_{C-F}$=240, C—F); 160.6 and 163.8 (d, $J_{C-F}$=240, C—F); 170.5 (CON). A sample (90 mg) of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) is isolated also by preparative HPLC from a 200 g of safinamide methanesulfonate (Ic) prepared according to J. Med. Chem., 1998, 41, 579, method A, that contains it, as methanesulfonate (IIc), in 0.12% by weight.

The separation is performed, in two stages (Stage 1 and Stage2), according to the following scheme:

US 8,278,485 B2

27                                                          28

**Isolation of IIa by preparative HPLC of safinamide methanesulfonate (Ic)
contaminated by 0.12% by weight of IIc**



Stage 1

The scope of the first stage is to isolate a crude product enriched in IIa/TFA (Trifluoroacetic acid).

Preparative HPLC conditions are reported below:

Preparative HPLC Conditions:

- Instrument: Waters Delta Prep 4000 (reciprocating pump, gradient controller with low pressure mixer)
  - Radial Compression Module Prep LC Base (Waters)
  - Jasco 7125 UV-Variable detector, o.p. 0.2 mm
  - Merk D2000 printer-plotter
- Column: Delta Pak C18, 15 µm, 40×100 mm (Waters)
- Eluent A: 70/30, Water/Acetonitrile+0.1% TFA
- Eluent B: 30/70, Water/Acetonitrile+0.1% TFA
- Flow rate: 27.0 ml/min
- Gradient: 40 min, isocratic 100% A, then to 100% B in 1 minute
- Detection: UV 227 nm
- Injection: 5 g in 50 ml of Water (by pump inlet line D)

Stage 2

This stage is needed to eliminate TFA from IIa/TFA and to further purify IIa. IIa/TFA is chromatographed using the preparative HPLC conditions given below.

The fraction 4 and 5 are combined together and evaporated at 40° C. under vacuum until complete removal of acetonitrile. The residual water solution is kept in a refrigerator at 4° C. The insoluble is isolated by filtration and dried under vacuum at room temperature to provide IIa (90 mg; HPLC purity 100%).

Preparative HPLC Conditions:

- Instrument: Waters Delta Prep 4000 (reciprocating pump, gradient controller with low pressure mixer)
  - Jasco 7125 UV-Variable detector, o.p. 0.2 mm
  - Merk D2000 printer-plotter
- Column: Symmetry C18, 7 µm, 20×250 mm (Waters)
- Eluent A: 70/30, Water/Acetonitrile
- Eluent B: 30/70, Water/Acetonitrile
- Flow rate: 15.0 ml/min
- Gradient: 20 min, isocratic 100% A, then to 100% B in 10 minutes
- Detection: UV 227 nm
- Injection: 50 ml of impurity "IIa/TFA" solution (by pump inlet line D)

### Example 11

### Preparation of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IId)

#### a) 3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb)

3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde is prepared by following the same procedure of Example 10, step a) in a 1:10 scale, but using 2-fluorobenzyl chloride instead of 3-fluorobenzyl chloride. The molar yield is 3% with a 98.1 purity determined by GC analysis (area %, see Example 16A). The product has m.p. 71° C. (capillary).

$^{1}$H-NMR: ($CDCl_3$, 300 MHz, 298K) δ (ppm, with respect to TMS): 4.06 (2H, s, $CH_2$); 5.23 (2H, s, $OCH_2$); 6.95-7.40 (9H, m, aromatic H); 7.67 (1H, bd, J=0.9 Hz, aromatic H ortho to C═O and $CH_2$); 7.76 (1H, dd, $J_1$=2.1 Hz, $J_2$=8.3 Hz, aromatic H ortho to C═O and aromatic CH); 9.84 (1H, s, CHO).

$^{13}$C-NMR: ($CDCl_3$, 75.4 MHz, 298K) δ (ppm): 29.2 ($CH_2$); 64.1 ($OCH_2$); 111.4 (aromatic CH); 115.4 (d, $J_{C-F}$=22.0 Hz, aromatic CH), 115.5 (d, $J_{C-F}$=21.1 Hz, aromatic CH); 123.3 (d, $J_{C-F}$=14.2 Hz, quaternary aromatic C); 124.1 (d, $J_{C-F}$=2.6 Hz, aromatic CH); 124.5 (d, $J_{C-F}$=3.2 Hz, aromatic CH); 126.6 (d, $J_{C-F}$=15.5 Hz, quaternary aromatic C); 128.2 (d, $J_{C-F}$=8.1 Hz, aromatic CH); 129.6 (d, $J_{C-F}$=6.2 Hz, aromatic CH); 129.6 (quaternary aromatic C); 130.0 (quaternary aromatic C); 130.2 (d, $J_{C-F}$=8.3 Hz, aromatic CH); 131.1 (aromatic CH); 131.3 (d, $J_{C-F}$=4.1 Hz, aromatic CH); 131.8 (aromatic CH); 160.5 (d, $J_{C-F}$=246.8 Hz, quaternary aromatic C); 161.2 (d, $J_{C-F}$=245.1 Hz, quaternary aromatic C); 161.3 (quaternary aromatic C); 191.1 (CHO).

#### b) (S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb)

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]-propanamide is prepared by following the same procedure of Example 10, step b) by using 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde instead of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde. The yield is 83%; m.p. 161° C. (capillary).

$^{1}$H-NMR: ($CDCl_3$, 300 MHz, 298K) δ (ppm, with respect to TMS): 1.32 (3H, d, J=6.7 Hz, $CH_3$); 1.97 (1H, bs, NH); 3.22 (1H, q, J=6.7 Hz, CH—CO); 3.67 (2H, ABq, J=12.8 Hz, diastereotopic H of $NCH_2$); 4.03 (2H, s, $CH_2$); 5.12 (2H, s, $OCH_2$); 5.98 (1H, bs, $NH_2$); 6.89 (1H, d, $J_{orto}$=8.3 Hz, aromatic H ortho to $CH_2NH$ and aromatic CH); 6.95-7.40 (10H, m, aromatic H).

$^{13}$C-NMR: ($CDCl_3$, 75.4 MHz, 298K) δ (ppm): 19.6 ($CH_3$); 29.2 ($CH_2$); 52.0 ($NHCH_2$); 57.7 ($H_2NCOCH$); 63.8 ($OCH_2$); 111.7 (aromatic CH); 115.2 (d, $J_{C-F}$=21.9 Hz, aromatic CH), 115.3 (d, $J_{C-F}$=21.3 Hz, aromatic CH); 124.0 (d, $J_{C-F}$=3.5 Hz, aromatic CH); 124.3 (d, $J_{C-F}$=2.9 Hz, aromatic CH); 124.3 (d, $J_{C-F}$=14.4 Hz, quaternary aromatic C); 127.5 (aromatic CH); 127.6 (d, $J_{C-F}$=15.0 Hz, quaternary aromatic C); 127.8 (d, $J_{C-F}$=7.5 Hz, aromatic CH); 128.8 (quaternary aromatic C); 129.0-130.0 (m, 2 aromatic CH); 130.5 (aromatic CH); 131.3 (d, $J_{C-F}$=4.6 Hz, aromatic CH); 131.8 (quaternary aromatic C); 155.6 (quaternary aromatic C); 160.4 (d, $J_{C-F}$=245.8 Hz, quaternary aromatic C); 161.2 (d, $J_{C-F}$=244.6 Hz, quaternary aromatic C); 178.2 ($CONH_2$).

#### c) (S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IId)

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate is prepared by following the same procedure of Example 10, step c) but using (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide as the starting material. The yield is 89%; m.p. 190° C. (capillary).

$^{1}$H-NMR: (DMSO-$d_6$, 300 MHz, 298K) δ (ppm, with respect to TMS): 1.42 (3H, d, J=6.8 Hz, $CH_3CH$); 2.33 (3H, s, $CH_3SO_3$); 3.50-4.20 (5H, m, CH—CO, $CH_2$, diastereotopic H of $NCH_2$,); 5.19 (2H, s, $OCH_2$); 6.95-8.00 (11H, m, aromatic H); 9.02 (2H, bs, $NH_2$+).

$^{13}$C-NMR: (DMSO-$d_6$, 75.4 MHz, 298K) δ (ppm): 16.5 (CH3); 28.8 ($CH_2$); 48.6 ($NHCH_2$); 54.9 ($H_2NCOCH$); 64.3 ($OCH_2$); 112.8 (aromatic CH); 115.0-117.0 (2 aromatic CH); 124.2 (d, $J_{C-F}$=14.4 Hz, quaternary aromatic C); 124.4 (quaternary aromatic C); 124.8 (aromatic CH); 125.0 (aromatic CH); 127.3 (d, $J_{C-F}$=16.1 Hz, quaternary aromatic C); 128.6 (quaternary aromatic C); 128.8 (aromatic CH); 129.0-133.0 (m, 5 aromatic CH); 156.9 (quaternary aromatic C); 160.8 (d, $J_{C-F}$=245.2 Hz, quaternary aromatic C); 160.9 (d, $J_{C-F}$=243.5 Hz, quaternary aromatic C); 171.1 ($CONH_2$).

US 8,278,485 B2

31

## Example 12

Preparation of (S)-2-[4-3-fluorobenzyloxy)benzy-lamino]propanamide (safinamide) methanesulfonate (Ic) from 4-(3-fluorobenzyloxy)benzaldehyde (IVa) contaminated by 1% by weight of impurity 3-(3-fluorobenzyl)-4-(4-fluorobenzyloxy)benzaldehyde (Va)

To 4-(3-fluorobenzyloxy)benzaldehyde (10 g; GC purity 98.8, area %), 1% of 3-(3-fluorobenzyl)-4-(3-fluorobenzy-loxy)benzaldehyde is added and the mixture is converted into (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide safinamide base by following the same procedure of Example 6. The yield is 84% with a content of impurity (IIa) of 0.84% (see Example 17B) by weight. The free base (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia) is converted into the corresponding methanesulphonate by following the same procedure of Example 7 to provide the methanesulphonate (Ic) in 98% yield with a content of impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-ben-zylamino]propanamide methanesulfonate (IIc) of 0.62% by weight determined by HPLC (see Example 17B).

## Example 13

Crystallization of Safinamide Methanesulfonate (Ic) Contaminated by Impurity (IIc)

The safinamide methanesulfonate contaminated by (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino] propanamide methanesulfonate (IIc) of 0.62% by weight determined by HPLC (see Example 17B) obtained according to Example 12, is crystallized by using five different(s) solvent systems by dissolving at reflux temperature and cooling at room temperature.

The result are reported in the following Table 5

TABLE 5

| TEST No. | SOLVENT SYSTEM AND AMOUNT (mL/g) | % w/w of IIc in Ic after crystallization (*) | % Molar Yield |
|---|---|---|---|
| 13a | 2-PrOH/MeOH 2:1, 45 | 0.28 | 44.9 |
| 13b | EtOAc/MeOH 4:1, 50 | 0.15 | 29.6 |
| 13c | EtOH, 10 | 0.30 | 73.2 |
| 13d | Acetone/H$_2$O ~27:1, 40.5 | 0.08 | 20.6 |
| 13e | Acetonitrile/H$_2$O 60:1, 30.5 | 0.09 | 69.3 |

(*) the % (w/w) is evaluated according to Example 17B.

## Example 14

Preparation of (S)-2-[4-(3-fluorobenzyloxy)benzy-lamino]propanamide (safinamide, Ia) methane-sulfonate (Ic) according to known methods

### 14.1 Preparation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa)

#### 14.1.a) Procedure of Example 1a of U.S. Pat. No. 6,335,354 B2

4-(3-Fluorobenzyloxy)benzaldehyde (IVa) is prepared by the procedure described in Example 1a of U.S. Pat. No. 6,335,354 B2.

Accordingly, a mixture of 3-fluorobenzyl chloride (2.86 g, 19.80 mmol) 4-hydroxybenzaldehyde (3.03 g, 24.80 mmol),

32

K$_2$CO$_3$ (10.30 g, 74.50 mmol), NaI (137.1 mg, 0.91 mmol), and ethanol, (40 mL) is heated to reflux in 70 minutes and kept at reflux temperature for 4 hours and 15 minutes.

After working up the reaction mixture, 4-(3-fluorobenzy-loxy)benzaldehyde, is isolated as a yellow oil in 95% yield.

The product has GC purity of 97.6 (area %, see Example 16A) and a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzy-loxy)benzaldehyde (Va) of 0.14% by weight determined by GC (see Example 16B)

#### 14.1.b) Procedure of J. Agric. Food Chem, 27, 4, 1979

4-(3-Fluorobenzyloxy)benzaldehyde (IVa) is prepared by the procedure reported in J. Agric. Food Chem, 27, 4, 1979.

Accordingly, 3-fluorobenzyl chloride (14.5 g, 100 mmol) is added under stirring and under nitrogen atmosphere to a solution of 4-hydroxybenzaldehyde (12.2 g, 100 mmol) and of NaOH (4.0 g, 100 mmol) in ethanol (100 mL).

The mixture is gradually heated in 25 minutes to reflux and stirred at reflux temperature for 6 hours and 20 minutes. The reaction mixture is filtrated and then concentrated at reduced pressure to obtain 4-(4-fluoro-benzyloxy)benzaldehyde (23.43 g) as a yellow solid residue. Dichloromethane (250 mL) is added to the residue, the insoluble is filtered and the resulting solution is concentrated under reduced pressure to provide 4-(3-fluorobenzyloxy)benzaldehyde as a yellow solid, in 80.4% yield.

The product has GC purity of 91.6 (area %, see Example 16A) and a content of 3-(3-fluorobenzyl)-4-(3-fluorobenzy-loxy)benzaldehyde (Va) of 0.13% by weight determined by GC(see Example 16B)

### 14.2 Preparation of (S)-2-[4-(3-fluorobenzyloxy) benzylamino]propanamide (Ia) and its methane-sulfonate salt (Ic)

#### 14.2.a) Procedure of J. Med. Chem., 1998, 41, 579, Method A

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (Ia) is prepared by reacting 4-(3-fluorobenzyloxy)benzalde-hyde (10 mmol), prepared as described in Example 14.1.a., and L-alaninamide hydrochloride (1.37 g, 11 mmol) followed by reduction with NaBH$_3$CN (0.50 g, 8 mmol). After working up the reaction mixture and purification by flash-chromatog-raphy, (S)-2[4-(3-fluorobenzyloxy)benzylamino]propana-mide is isolated as white solid in 68.7% yield. The product has HPLC purity of 96.2 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzy-lamino]propanamide (IIa) of 0.15% by weight (see Example 17B).

A mixture of (S)-2[4-(3-fluorobenzyloxy)benzylamino] propanamide (1.50 g, 4.96 mmol) and ethyl acetate (40.2 mL) is heated to 50° C. until a clear solution is obtained. Meth-anesulfonic acid (0.53 g, 5.51 mmol) is added under stirring in 15 minutes to the solution and the resulting heterogeneous mixture is cooled under stirring to 20° C. in 90 minutes. After 30 minutes at 20° C. the solid is collected by filtration, washed with ethyl acetate (6 mL) and dried at 50° C. at reduced pressure for 15 hrs to provide (S)-2[4-(3-fluorobenzyloxy) benzylamino]propanamide methanesulfonate (Ic) as a white solid in a 96.1% yield. The product has HPLC purity 98.6 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]pro-

US 8,278,485 B2

33

panamide methanesulfonate (IIc) of 0.10% by weight determined by HPLC (see Example 17B).

### 14.2.b) Procedure of J. Med. Chem., 1998, 41, 579, Method A

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (Ia) is prepared according to example 14.2.a from 4-(3-fluorobenzyloxy)benzaldehyde (10 mmol), prepared as described in example 14.1.b., and L-alaninamide hydrochloride (1.37 g, 11 mmol) followed by reduction with NaBH$_3$CN (0.50 g, 8 mmol).

(S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (Ia), is obtained as white solid in 66.5% yield. The product has HPLC purity of 88.5 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) of 0.064% by weight determined by HPLC (see Example 17B). (S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (Ia) is converted into the corresponding methanesulfonate (Ic) in a 88.9% yield by treatment with methanesulfonic acid according to Example 14.2.a. The product has a HPLC purity of 97.7 (area %, see Example 17A) and a content of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate (IIc) of 0.05% by weight determined by HPLC (see Example 17B).

### Example 15

Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide, Ib) methanesulfonate (Id) according to known methods

#### 15.1 Preparation of 4-(2-fluorobenzyloxy)benzaldehyde (IVb)

##### 15.1.a) Procedure of Example 1a of U.S. Pat. No. 6,335,354 B2

4-(2-Fluorobenzyloxy)benzaldehyde (IVb) is prepared according to the Example 14.1.a) from 2-fluorobenzyl chloride (14.3 g, 98 mmol), 4-hydroxybenzaldehyde (15.1 g, 123 mmol), K$_2$CO$_3$ (51 g, 369 mmol), NaI (500 mg, 3.3 mmol.) ethanol, 75 mL.

The mixture is kept at reflux for 12 hrs. After working up the reaction mixture, 4-(2-fluorobenzyloxy)benzaldehyde is obtained in 75% yield as a yellow oil. The product has GC purity of 92.1 (area %, see Example 16A) and a content of 3-(2-fluorobenzyl)4-(2-fluorobenzyloxy)benzaldehyde of 0.25% by weight determined by G.C. (see Example 16B).

##### 15.1.b) Procedure of J. Agric. Food Chem, 27, 4, 1979

4-(2-Fluorobenzyloxy)benzaldehyde (IVb) is prepared according to Example 14.1.b from 2-fluorobenzyl chloride (18.0 g, 123 mmol), 4-hydroxy-benzaldehyde (15.3 g, 125 mmol), NaOH (5.0 g, 12 mmol) and ethanol (125 mL).

The mixture is heated in 25 minutes to reflux and kept at reflux temperature under stirring for 12 hours.

After working up the reaction mixture according to Example 14.1.b 4-(2-fluorobenzyloxy)benzaldehyde is obtained as a yellow solid, in 90.0% yield. The product has GC purity of 90.4 (area %, see Example 16A) and a content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb) of 0.14% by weight determined by G.C. (see Example 16B).

34

### 15.2 Preparation of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) and its methanesulfonate salt (Id)

#### 15.2.a) Procedure of J. Med. Chem, 1998, 41, 579, Method A

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide (Ib) is prepared following the procedure of Example 14.2.a by using 4-(2-fluorobenzyloxy)benzaldehyde (10 mmol, prepared as in Example 15.1 a) instead of 4-(3-fluorobenzyloxy) benzaldehyde.

(S)-2-[4-(2-fluorobenzyloxy)benzalamino]propanamide is obtained in 67.3% yield as a white solid. The product has a HPLC purity of 86.7 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (IIb) of 0.22% by weight determined by HPLC (see Example 17B).

A mixture of (S)-2-[4-(2-fluorobenzyloxy)benzylamino] propanamide (1.50 g, 4.96 mmol) and propan-2-ol (10.5 mL) is heated to 50° C. and kept at this temperature until a clear solution is obtained. Methanesulfonic acid, (0.48 g, 5.01 mmol) is added under stirring in 15 minutes.

The heterogeneous mixture is then cooled under stirring to 20° C. in 2 hours. After 1 hour at 20° C. the solid is collected by filtration, dried at reduced pressure to provide (S)-2[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate as white solid in 89.1% yield. The product has a HPLC purity of 96.9 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate (IId) of 0.14% by weight determined by HPLC (see Example 17B).

#### 15.2.b) Procedure of J. Med. Chem. 1998, 41, 579, Method A

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) is prepared according to Example 14.2.b by using 4-(2-fluorobenzyloxy)benzaldehyde (10 mmol, prepared according to Example 15.1.b) instead of 4-(3-fluorobenzyloxy)benzaldehyde.

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide is obtained as a white solid in 58.8% yield. The product has a HPLC purity 83.8 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIb) of 0.15% by weight determined by HPLC (see Example 17B).

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (Ib) is converted into the corresponding methanesulfonate (Id) in a 89.4% yield as a white solid. The product has a HPLC purity of 95.2 (area %, see Example 17A) and a content of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide methanesulfonate of 0.11% by weight determined by HPLC (see Example 17B).

US 8,278,485 B2

35

Example 16A

GC determination of
4-(3-fluorobenzyloxy)benzaldehyde and
4-(2-fluorobenzyloxy)benzaldehyde purity

Test Preparation

Dissolve about 100 mg of the sample in 10 ml of methylene chloride. Chromatographic conditions

The chromatographic procedure is carried out by using:

a fused silica capillary column 60 m long and 0.32 mm internal diameter. RTX 35 (35% Diphenyl-65% Dimethyl polysiloxane) Film thickness=0.25 μm;

helium as carrier gas at a pressure of 150 kPa;

a split flow of 25 ml/min;

injector temp. 290° C.;

detector (FID) temp. 290° C.;

with the following temperature program:

| Time (min) | Temperature (° C.) | Rate (° C./min) | Comment |
|---|---|---|---|
| 0-5 | 150 | — | isothermal |
| 5-11 | 150→240 | 15 | linear gradient |
| 11-19 | 240 | — | isothermal |
| 19-20.7 | 240→290 | 30 | linear gradient |
| 20,7-40 | 290 | — | isothermal |

Procedure

Inject 1 μl of the Test Preparation. Record the chromatogram and calculate the product purity by area percent calculation.

Impurities Identification

4-(3-Fluorobenzyloxy)benzaldehyde (IVa):

Retention Times:

4-(3-Fluorobenzyloxy)benzaldehyde retention time is about 17.

4-Hydroxybenzaldehyde relative retention time is about 0.52.

4-(2-Fluorobenzyloxy)benzaldehyde relative retention time is about 0.98.

4-(4-Fluorobenzyloxy)benzaldehyde relative retention time is about 1.01.

4-Benzyloxybenzaldehyde relative retention time is about 1.02.

3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde relative retention time is about 1.78.

4-(2-Fluorobenzyloxy)benzaldehyde (IVb):

Retention Times:

4-(2-Fluorobenzyloxy)benzaldehyde retention time is about 17.

4-Hydroxybenzaldehyde relative retention time is about 0.53.

4-(3-Fluorobenzyloxy)benzaldehyde relative retention time is about 1.02.

4-(4-Fluorobenzyloxy)benzaldehyde relative retention time is about 1.03.

4-Benzyloxybenzaldehyde relative retention time is about 1.04.

3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde relative retention time is about 1.81.

36

Example 16B

GC determination of the content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb) in 4-(2-fluorobenzyloxy) benzaldehyde (IVb) and of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy) benzaldehyde (Va) in 4-(3-fluorobenzyloxy)benzaldehyde (IVa)

The known related substance taken into consideration for 4-(2-fluorobenzyloxy)benzaldehyde is the 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde and for 4-(3-fluorobenzyloxy)benzaldehyde is the 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde. The determination is carried out according to the following conditions:

Internal Standard Solution

Prepare a 3,4,5-trimethoxybenzaldehyde solution with concentration 1.5 mg/ml in methylene chloride (IS).

Reference solution for the 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy) benzaldehyde determination in the 4-(2-fluorobenzyloxy)benzaldehyde

Accurately weigh about 20 mg of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde reference standard and 20 mg of 4-(2-fluorobenzyloxy)benzaldehyde reference standard in a 20 mL volumetric flask, dissolve and dilute to volume with diluent; transfer 500 μL of this solution in a 5 mL volumetric flask, add 500 μL of IS solution and dilute to volume with diluent to obtain a solution containing 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde and 4-(2-fluorobenzyloxy)benzaldehyde at about 100 μg/mL (corresponding to about 0.10%).

Reference solution for the 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy) benzaldehyde determination in the 4-(3-fluorobenzyloxy)benzaldehyde

Accurately weigh about 20 mg of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde reference standard and 20 mg of 4-(3-fluorobenzyloxy)benzaldehyde reference standard in a 20 mL volumetric flask, dissolve and dilute to volume with diluent; transfer 500 μL of this solution in a 5 mL volumetric flask, add 500 μL of IS solution and dilute to volume with diluent to obtain a solution containing 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde and 4-(3-fluorobenzyloxy)benzaldehyde at about 100 μg/mL (corresponding to about 0.10%).

Test Solution:

Accurately weigh about 500 mg of test product in a 5 mL volumetric flask, add 500 μL of IS solution, dissolve and dilute to volume with diluent to obtain a solution having known concentration of about 100 mg/mL.

Chromatographic Conditions:

The chromatographic procedure is carried out by using:

Column: a fused silica capillary column RTX 35 (35% Diphenyl-65% Dimethyl polysiloxane) 60 m long, 0.32 mm I.D., film thickness 0.25 μm;

Carrier (helium) at pressure of 150 kPa;

Split flow 25 mL/min;

Injector temp. 290° C.;

Detector (FID) temp. 290° C.;

Temperature program: 0-5 min isothermal at 150° C., 5-11 min linear from 150° C. to 240° C. at a rate of 15° C./min, 11-19 min isothermal at 240° C., 19-21 min linear from 240° C. to 290° C. at a rate of 30° C./min, 21-40 min isothermal at 290° C.;

US 8,278,485 B2

37

diluent: methylene chloride

injection volume 1 µL.

Procedure:

Inject blank (diluent), reference solution, test solution and record the chromatograms.

In the reference chromatogram verify that:

4-(2-Fluorobenzyloxy)benzaldehyde retention time is about 18 min;

3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde relative retention time is about 1.7

or

4-(3-Fluorobenzyloxy)benzaldehyde retention time is about 18 min;

3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde relative retention time is about 1.7

3,4,5-Trimethoxybenzaldehyde (IS) relative retention time is about 0.7

Calculate the percent content of 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde in the 4-(2-fluorobenzyloxy) benzaldehyde examined or of the 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde in the 4-(3-fluorobenzyloxy) benzaldehyde examined by internal standard calculation. The value of the limit of quantitation (LOQ) for (3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde and of 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde is 0.005% by weight. The value of the limit of detection (LOD) for both considered impurities is 0.0025% by weight.

Example 17A

HPLC determination of purity of (S)-2-[4-(3-fluorobenzyloxy) benzylamino] propanamide (safinamide (Ia)), its methanesulfonate (Ic), (S)-2-[4-(2-fluorobenzyloxy) benzylamino]propanamide (ralfinamide (Ib)) and its methanesulfonate (Id)

The following chromatographic procedure is suitable for both the free base form (Ia, Ib) and the methanesulfonate salt (Ic, Id) of the products.

Diluent

Mobile phase.

Test Solution

Accurately weigh about 25 mg of product in a 25 ml volumetric flask, dissolve in and dilute to volume with diluent to obtain a solution having known concentration of about 1.0 mg/ml.

Chromatographic Condition

The chromatographic procedure is carried out by using:

Column: Waters Symmetry C8, 150×4.6 mm, 5µ;

detection: UV 220 nm;

column temperature: 30° C.

mobile phase: 40% solvent A+10% solvent B+50% solvent C, containing 1.0 g/l sodium octansulphonate;

solvent A: Buffer solution=$KH_2PO_4$ 0.05M;

solvent B: Acetonitrile;

sovent C: Methanol;

isocratic elution, run time: 60 minutes;

flow rate: 1.0 ml/min;

injection volume: 10 µl.

Procedure

Inject the test solution, record the chromatogram and calculate the product purity by area percent calculation.

38

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide (safinamide) and related impurities identification

Retention Time:

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.5 min.

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propionic acid relative retention time is about 0.73.

(S)-2-[3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide relative retention time is about 4.08.

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide (ralfinamide) and related impurity identification

Retention Time:

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.5 min.

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propionic acid relative retention time is about 0.73.

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide relative retention time is about 4.08.

Example 17B

HPLC determination of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (free base, IIb and methanesulfonate, IId) in (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (free base, Ib and methanesulfonate, Id) and of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (free base, IIa and methanesulfonate, IIc) in (S)-2-[4-(3-fluorobenzyloxy) benzylamino]propanamide (free base, Ia and methanesulfonate, Ic)

The determination of the (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples and of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples is carried out according to the following conditions:

Reference solution for the (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide determination in the (S)-2-[4-(2-fluorobenzyloxy) benzylamino]propanamide

Accurately weigh about 30 mg of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard and 20 mg of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-(3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (about 0.12%) at about 1.20 µg/mL and (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Reference solution for the (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate determination in the (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate

Accurately weigh about 30 mg of (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide meth-

US 8,278,485 B2

**39**

anesulfonate reference standard and 20 mg of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (about 0.15% as methanesulfonic salt) at about 1.20 µg/mL and (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Reference solution for the (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide in the (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide

Accurately weigh about 24 mg of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide reference standard and 20 mg of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (about 0.12%) at about 1.20 µg/mL and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Reference solution for the (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate in the (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate

Accurately weigh about 24 mg of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide reference standard and 20 mg of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard in a 50 mL volumetric flask, dissolve and dilute to volume with diluent; dilute 1.0 mL of this solution to 20 mL with diluent (1st dilution); dilute 1.0 mL of the last solution to 20 mL with diluent (2nd dilution) to obtain a solution containing 2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (about 0.15% as methanesulfonic salt) at about 1.20 µg/mL and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate at about 1.00 µg/mL (about 0.10%).

Test Solution:

Accurately weigh about 25 mg of test product in a 25 mL volumetric flask, dissolve and dilute to volume with diluent to obtain a solution having known concentration of about 1.0 mg/mL.

Chromatographic Conditions:

The chromatographic procedure is carried out by using:

Column: Waters Simmetry C8 150×4.6 mm, 5µ, or equivalent

column temperature: 30° C.

mobile phase: mixture of 40% solvent A: 10% solvent B: 50% solvent C, containing 1 g/lt of sodium octane-sulfonate

solvent A: buffer solution 0.05M $KH_2PO_4$;

solvent B: acetonitrile;

solvent C: methanol;

isocratic elution;

run time: 60 min;

flow rate: 1.0 mL/min;

**40**

detection: UV 220 nm;

injection volume: 100 µl;

diluent: mobile phase

Procedure:

Inject blank (diluent), reference solution, test solution and record the chromatograms.

In the reference chromatogram verify the following system suitability parameters:

(S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide retention time is about 5.2 minutes;

The USP tailing for (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide peak is in the range between 0.8 and 1.5;

(S)-2-[3-(2-Fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide relative retention time is about 5.1.

or

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.5 minutes;

The USP tailing for (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide peak is in the range between 0.8 and 1.5;

(S)-2-[3-(3-Fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide relative retention time is about 4.1.

Adjust the mobile phase in order to obtain the system suitability.

Calculate the percent content (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in the examined (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples and of (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) in the examined (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (free base and methanesulfonate) samples by external standard calculation.

The value of the limit of quantitation (LOQ) for (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide and for (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide in the corresponding (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide is 0.004% by weight.

The value of the limit of quantitation (LOQ) for (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate and for (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate in the corresponding (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate and (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide methanesulfonate is 0.005% by weight. The value of the limit of detection for all the considered impurities is 0.001% by weight.

Example 18

HPLC determination of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide) methanesulfonate (Id) enantiomeric purity

The enantiomeric purity of the sample is evaluated by HPLC. The determination is carried out according to the following:

Standard Solution 1:

Dissolve about 5.3 mg of (R)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate reference standard in 25 mL of mobile phase.

US 8,278,485 B2

41

Standard Solution 2:

Dissolve about 8.0 mg of (S)-2-[4-(2-fluorobenzyloxy) benzylamino]propanamide methanesulfonate reference standard and 0.2 mL of standard solution 1 in 50 mL of mobile phase.

The concentration of (R)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate is about 0.5% calculated with respect to the concentration of (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate.

Test Solutions 1 and 2:

In duplicate, dissolve about 8.0 mg of the test product in 50 mL of mobile phase.

Chromatographic Conditions:

Column: Chiralpak WH 250 mm×4.6 mm, I.D. 5 µm; column temperature: 45° C.;

mobile phase: 0.25 mM CuSO$_4$ (accurately weigh about 40 mg of CuSO$_4$ in 1000 mL of water)/MeOH 60/40;

isocratic elution;

flow rate: 1.0 mL/min;

detection: UV 230 nm;

injection volume: 10 µl;

run time: 15 minutes.

Procedure:

Analyse blank (mobile phase) once, standard solution 2 twice, test solutions 1 and 2 once and verify that:

for the standard injections, the RSD % for (R)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide methanesulfonate percent area is less than 2.0%;

both for standard and sample solutions, for each injection the main peak percent area is included between the average value ±0.1%.

Calculate the (R)-2-[4-(2-fluorobenzyloxy)benzylamino] propanamide methanesulfonate content (percent area) as mean of the two determination.

Retention Times:

(S)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide retention time is about 5.7 min.

(R)-2-[4-(2-Fluorobenzyloxy)benzylamino]propanamide relative retention time is about 1.7.

Example 19

HPLC determination of (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide) methanesulfonate (Ic) enantiomeric purity

The enantiomeric purity of the sample is evaluated by HPLC. The determination takes place according to the following conditions:

Test Solution:

Dissolve about 10 mg of test sample in 10 mL of mobile phase.

Chromatographic Conditions:

Column: Chiralpak WH 250 mm×4.6 mm, I.D. 10 µm; column temperature: 50° C.;

mobile phase: 0.25 mM CuSO$_4$

isocratic elution;

flow rate: 1.0 mL/min;

detection: UV 200 nm;

injection volume: 10 µl;

run time: 30 minutes.

Procedure:

Inject the test solution and calculate the enantiomers peak response as area percent.

(S)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide retention time is about 9.2 min.

42

(R)-2-[4-(3-Fluorobenzyloxy)benzylamino]propanamide relative retention time is about 1.9.

Example 20

Cytochrome P450 Assay

Inhibition of the five most important Cytochrome P450 isoforms (CYP1A2, CYP2C9, CYP2C19, CYP2D6 and CYP3A4), involved in drug metabolism, was measured using specific substrates that become fluorescent upon CYP metabolism (Gentest Kit assay).

Compounds were tested in a 96-well plate containing incubation/NADPH regenerating buffer. Specific human recombinant isoenzymes and substrates were added and incubated at 37° C. for 15 minutes for CYP1A2/CEC, 40 minutes for CYP2E1/MFC, 45 minutes for CYP2C9/MFC and 30 minutes for the others CYP450.

The specific substrates were the following: 3-cyano-7-ethoxycoumarin (CYP2C19 and CYP1A2),

7-methoxy-4-trifluoromethylcoumarin (CYP2C9),

3[2(N,N-diethyl-N-mwthylamino) ethyl]-7-methoxy-4-benzylcoumarin (CYP2D6)

benzylphenylcoumarin (CYP3A4)

The plates were read on a Victor plate reader (Perkin Elmer) at the appropriate emission/excitation wavelengths, and the IC$_{50}$ (concentration inhibiting by 50% the enzyme activity) determined. The results are reported in Tables 1 and 2.

Example 21

Cytotoxicity Assay in Human Neuroblastoma Cell Line SH-SY-5Y

At time zero, the cells were seeded at 1.10$^4$/cm$^2$ in 96 well plates in DMEM growth medium+10% heat inactivated FBS+2 mM 1-Glutamine+100 U/mL-100 µg/mL Penicillin/Streptomycin.

After 72 hours at subconfluent phase of growth, the medium was removed and cells were incubated for 24 hours at 37° C. in 180 µl of neurobasal medium+2 mM 1-Glutamine (Life Technologies) with or without test compounds (20 µl, at least 5 concentrations in triplicate).

At the end of incubation, 20 µl of Alamar Blue dye (AlamarBlue™ Assay Kit, Promega) were directly added to the cell medium.

Four hours after, the cytotoxicity was assessed by measuring the fluorescence at 530 nm excitation and 595 nm emission using Tecan Spectraflour plate reader.

Before and at the end of the treatment, the cultures were monitored microscopically by an Olympus IX70 inverted light microscope matched to an Image Analyzer (Image Pro Plus, 5.1) to evaluate the cellular morphology.

Results are expressed in Table 1 as concentration inducing 50% of mortality.

Example 22

HERG Current in Transfected CHO Cell Lines

The inhibition of HERG current was tested in CHO cells stably expressing recombinant HERG channel.

To evaluate the effect of the test compounds on HERG currents, cells were clamped at −80 Mv, depolarised to 0 mV for 5 seconds allowing activation of HERG current and repolarised to −50 mV during 5 seconds allowing HERG tail current to deactivate. This procedure was repeated at a fre-

quency of 0.06 Hz. The current amplitude upon repolarisation (HERG tail current) was measured before and after exposure to the test compound.

Inhibition of current was calculated as the difference between the amplitude of HERG tail current amplitude measured at the end of external bath perfusion period and HERG tail current measured at the end of test compound perfusion period (when steady-state effect is reached) divided by control HERG tail current.

Drug concentration-inhibition curves were obtained by plotting tonic blocks versus drug concentrations. Dose-response curves were fitted to the tonic block data, according to the logistic equation: $y=A2+(A1-A2)/[1+(x/IC_{50})^p]$. A1 and A2 are fixed values of 0 and 1 corresponding to 0 and 100% current inhibition, x is the drug concentration, $IC_{50}$ is the drug concentration resulting in 50% current inhibition and p is the corresponding slope factor.

The results are reported in Table 1.

Example 23

Maximal Electroshock Test (MES) in Mice

The maximal electroshock test (MES) is used commonly in the screening of anti-epileptic drugs in rodent models.

Animals and Apparatus: Male CD1 mice weighing 25 g were used. The procedure described by White et al. (White H. S., Woodhead J. H., Franklin M. R., Swinyard E. A., and Wolf H. H. Antiepileptic Drugs (1995) 4th ed.: 99-110, Raven Press, Ltd., New York) was followed. An Ugo Basile electroconvulsive generator (Model ECT UNIT 7801) was used to deliver an electrical stimulus sufficient to produce a hindlimb tonic extensor response in at least 97% of control animals. The stimulus was delivered intra-aurally through clip electrodes in mice (0.7 seconds of a 40 mA shock, with a pulse train of 80 Hz having a pulse duration of 0.4 ms). The acute effect of compounds administered intraperitoneally or orally 15-60 minutes before MES induction were examined and compared with a vehicle control group. Ten mice were studied per group. Complete suppression of the hindlimb tonic extensor component of seizures was taken as evidence of anticonvulsant activity.

The compounds of the invention were administered orally or intraperitoneally at the doses of 3-30 mg/kg.

The results are expressed in Tables 3 and 4 as % of protection.

Example 24

Amphetamine Plus Chlordiazepoxide-Induced Hyperlocomotion in Mice

The anti mania activity, predictive of efficacy in bipolar disorders, was measured using the “Amphetamine plus chlordiazepoxide-induced hyperlocomotion in mice” model according to the following procedure.

In this model, mice are treated with a mixture of d-amphetamine plus an anxiolytic dose of the benzodiazepine, chlordiazepoxide (Rushton R and Steinberg H. Nature 1966; 211: 1312-3; R. Arban, et al. Behavioural Brain Research, 158: 123-132). The model has been claimed to mimic some aspects of mania in bipolar disorder. Importantly, the hyperactivity induced by the mixture of d-amphetamine and chlordiazepoxide could be prevented by prior administration of the established mood stabilizer, lithium, as well as other mood stabilizers drugs (e.g. magnesium valproate and carbamazepine). Therefore, this model has face and predictive validity as a model of bipolar disorders and represents a valuable tool to determine, if a test compound could be a potential mood stabilizer drug candidate.

D-amphetamine (Amph) (2.5 mg/kg ip) plus chlordiazepoxide hydrochloride (CDP) (3 mg/kg ip) were administered to male Albino Swiss mice (25-32 g) in a volume of 10 ml/kg. The locomotor activity was recorded using an automated Activity Cage LE 881 (Panlab) (45×45 cm). This system detects animal movements from 2 levels of 4 side infrared sensors placed all around the square cage. Mice were pretreated with the test compound (0.5-60 mg/kg po) and 30 min later, with Amph (2.5 mg/kg ip) or Amph jointly with CDP (3 mg/kg ip) and were placed individually in the motor activity cages. The locomotor activity was measured in terms of total distance travelled (cm) over a period of 30 min. Each group consisted of 8-10 mice.

Statistical analysis: a two-way analysis of variance (ANOVA) with Amph treatment factor and drug treatment factor was performed. Bonferroni’s procedure was used for multiple comparison post hoc analysis.

D-amphetamine-chlordiazepoxide administration induced a significant increase in locomotor activity.

Orally administered a ralfinamide (Ralf), manufactured according to the process of this invention, was found active in this experimental model significantly decreasing the hyperactivity induced by Amph/CDP mixture (FIG. **1**).

We claim:

**1**. High purity (S)-2-[4-(3-fluorobenzyloxy)benzylamino]propanamide (safinamide) or (S)-2-[4-(2-fluorobenzyloxy)benzylamino]propanamide (ralfinamide) of formula (Ia) or (Ib)

safinamide (Ia): 3-F
ralfinamide (Ib): 2-F

and pharmaceutically acceptable acid salts thereof, produced by the process of:

submitting a Schiff base intermediate respectively of formula (VIa) or (VIb)

(VIa): 3-F
(VIb): 2-F

to catalytic hydrogenation with hydrogen gas in the presence of a heterogeneous catalyst in a protic organic solvent and, when safinamide or ralfinamide are obtained in a free base form,

optionally converting said free base form to a salt thereof with a pharmaceutically acceptable acid.

US 8,278,485 B2

45

**2**. The product as in claim **1** wherein the catalytic hydrogenation is carried out by using an heterogeneous catalyst selected from nickel, rhodium, platinum and palladium catalysts on an inert support in the presence of a solvent selected from lower aliphatic ($C_1$-$C_5$) alkanols.

**3**. The product as in claim **1** wherein the catalyst is a palladium or platinum catalyst.

**4**. The product as in claim **1** wherein the catalyst is wet 5% Pt/C (50% $H_2O$) or wet 10% Pd/C (50% $H_2O$).

**5**. The product as in claim **1** wherein the pharmaceutically acceptable acid is methanesulfonic acid.

**6**. The product as in claim **1** wherein the hydrogen pressure is between 1 and 10 bars and the temperature is between 10° C. and 70° C.

**7**. The product as in claim **6** wherein the hydrogen pressure is between 3 and 6 bars and the temperature is between 25° C. and 40° C.

**8**. The product as in claim **1** wherein the catalytic hydrogenation is carried out on a Schiff base intermediate (VIa) or (VIb) which has been prepared through iminoalkylation of 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb)



(IVa): 3-F
(IVb): 2-F

with L-alaninamide in the presence of a protic organic solvent.

**9**. The product as in claim **8** wherein the L-alaninamide is employed as an acid addition salt thereof in the presence of a base in an amount sufficient to set free L-alaninamide from its salt.

**10**. The product as in claim **8** where the catalytic hydrogenation of the Schiff base intermediate is performed on the same reaction mixture resulting from the completion of the iminoalkylation reaction under conditions which provoke the precipitation of said Schiff base intermediate to obtain a suspension of said intermediate in the same reaction solvent.

**11**. The product as in claim **8** wherein the Schiff base intermediate resulting from the completion of the iminoalkylation reaction is isolated before undergoing the catalytic hydrogenation step.

**12**. The product as in claim **8** wherein the 4-(3-fluorobenzyloxy)benzaldehyde or 4-(2-fluorobenzyloxy)benzaldehyde of formula (IVa) or (IVb) employed as the starting material to obtain the Schiff base intermediate of formula (VIa) or (VIb) contains less than 0.03% (by weight), of the respective impurities 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) or 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb)

46



(Va): 3-F
(Vb): 2-F

**13**. The product according to claim **12** wherein the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobezyloxy)benzaldehyde (IVb) is obtained by alkylation of 4-hydroxybenzaldehyde with, respectively, a 3-fluorobenzyl or 2-fluorobenzyl derivative of (IIIa) or (IIIb)



(IIIa): 3-F
(IIIb): 2-F

where Y is a leaving group selected from Cl, Br, I, $OSO_2CH_3$ and $OSO_2$—$C_6H_4$-$pCH_3$, in the presence of a base, and is submitted to crystallization before the use in the successive reaction step.

**14**. The product as in claim **13** wherein Y is Cl.

**15**. The product as in claim **13** or **14** wherein the crystallization is carried out by adding an inert organic non-solvent to a solution of the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb) in an inert organic solvent.

**16**. The product as in claim **15** wherein the inert organic non-solvent is selected from lower aliphatic hydrocarbons and the inert organic solvent is selected from aromatic hydrocarbons.

**17**. The product as in claim **16** wherein the lower aliphatic hydrocarbon is n-hexane and the aromatic hydrocarbon is toluene.

**18**. The product as in any of claims **13** and **14** wherein the crystallization is carried out by dissolving the 4-(3-fluorobenzyloxy)benzaldehyde (IVa) or 4-(2-fluorobenzyloxy)benzaldehyde (IVb) in a hot solvent selected from cyclohexane, and a di(C3-C4)alkyl ether at reflux, and then cooling the solution to a temperature at or below room temperature.

**19**. The product as in any of claims **13** and **14** wherein the alkylation reaction is carried out under phase transfer conditions.

**20**. The product as in claim **19** wherein the alkylation under phase transfer condition is performed in a solid/liquid system wherein the reagents and the phase transfer catalyst are dissolved in a liquid organic phase and the solid phase is constituted by an inorganic base or a salt of 4-hydroxy benzaldehyde with said inorganic base.

**21**. The product as in claim **19** wherein the alkylation under phase transfer conditions is performed in a liquid/liquid system wherein the alkylating reagent 3-fluorobenzyl or 2-fluorobenzyl derivative of formula (IIIa) or (IIIb) is dissolved in a

47

liquid organic phase and the 4-hydroxybenzaldehyde is dissolved in an aqueous phase as a salt with an inorganic base.

**22**. The product as in claim **19** wherein the phase transfer catalyst is selected from quaternary ammonium or phosphonium salts or polyethyleneglycols of low molecular weight.

**23**. The product of claim **22** wherein the amount of phase transfer catalyst employed is between 0.02 to 1 mole per mole of 4-hydroxybenzaldheyde.

**24**. The product as in claim **23** wherein the amount of phase-transfer catalyst is 0.1 to 1 mole per mole of 4-hydroxybenzaldehyde.

**25**. The product as in claim **20** wherein the organic solvent of the liquid organic phase is selected from dialkyl ethers and aromatic hydrocarbons.

**26**. The product as in claim **21** wherein the molar ratio between the alkylating reagent of formula (IIIa) or (IIIb), and 4-hydroxybenzaldehyde is between 0.6 and 1.5.

**27**. The product as in claim **20** wherein the temperature is between 60° C. and 160° C.

**28**. The product as in claim **20** wherein the inorganic base is selected from $Na_2CO_3$, $K_2CO_3$, NaOH and KOH, the temperature is between 80° C. and 120° C., and the ratio between the alkylating reagent of formula (IIIa) or (IIIb), and 4-hydroxybenzaldehyde is between 0.9 and 1.1.

**29**. The product as in claim **12** wherein safinamide or ralfinamide or their pharmaceutically acceptable acid salts, have a content of the respective impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide (IIa) or (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide (IIIb)

(IIa)

(IIb)

or their pharmaceutically acceptable acid salts, which is lower than 0.03% (by weight).

**30**. The product as in claim **29** wherein the pharmaceutically acceptable acid is methanesulfonic acid and the content of the respective impurity of formula (IIa) or (IIb) as the salt with methanesulfonic acid is lower than 0.01% (by weight).

**31**. The product as in claim **3** wherein the catalyst is platinum.

**32**. The product as in claim **4** wherein the catalyst is wet 5% Pt/C (50% $H_2O$).

**33**. The product as in claim **12** wherein the 4-(3-fluorobenzyloxy)benzaldehyde or 4-(2-fluorobenzyloxy)benzaldehyde of formula (IVa) or (IVb) employed as the starting material to obtain the Schiff base intermediate of formula (VIa) or (VIb) contains less than 0.01% (by weight), of the respective impurities 3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)benzaldehyde (Va) or 3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)benzaldehyde (Vb).

48

**34**. The product as in claim **18** wherein the hot solvent is diisopropylether.

**35**. The product as in claim **18** wherein the temperature is about 10-15° C.

**36**. A method for treating epilepsy comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of formula (IIa)

(IIa)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**37**. A method for treating Parkinson's disease comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of formula (IIa)

(IIa)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**38**. A method for treating Alzheimer's disease comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of formula (IIa)

(IIa)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

US 8,278,485 B2

49

50

**39**. A method for treating depression comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of formula (IIa)

(IIa)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**40**. A method for treating restless legs syndrome comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of formula (IIa)

(IIa)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**41**. A method for treating migraine comprising administering to a patient in need thereof an effective amount of high purity safinamide or a pharmaceutically acceptable acid salt thereof wherein the content of the impurity (S)-2-[3-(3-fluorobenzyl)-4-(3-fluorobenzyloxy)-benzylamino]propanamide of formula (IIa)

(IIa)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**42**. A method for treating pain conditions comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

(IIb)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**43**. A method for treating migraine comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

(IIb)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**44**. A method for treating bipolar disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

(IIb)



or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**45**. A method for treating depressions comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

US 8,278,485 B2

**51**

**52**



(IIb)



(IIb)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**46**. A method for treating cardiovascular disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**49**. A method for treating metabolic disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)



(IIb)



(IIb)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**47**. A method for treating inflammatory disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**50**. A method for treating gastrointestinal disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)



(IIb)



(IIb)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

**48**. A method for treating urogenital disorders comprising administering to a patient in need thereof an effective amount of high purity ralfinamide or a salt thereof with a pharmaceutically acceptable acid wherein the content of the impurity (S)-2-[3-(2-fluorobenzyl)-4-(2-fluorobenzyloxy)-benzylamino]propanamide of formula (IIb)

or a pharmaceutically acceptable acid salt thereof is lower than 0.03% (by weight).

*    *    *    *    *

Exhibit 6



US008283380B2

(12) **United States Patent**
Fariello et al.

(10) Patent No.: **US 8,283,380 B2**
(45) Date of Patent: **\*Oct. 9, 2012**

(54) **METHODS FOR TREATMENT OF PARKINSON'S DISEASE**

(75) Inventors: **Ruggero Fariello**, Luino (IT); **Carlo Cattaneo**, Milan (IT); **Patricia Salvati**, Arese (IT); **Luca Benatti**, S. Maurizio al Lambro (IT)

(73) Assignee: **Newron Pharmaceuticals S.p.A.**, Bresso (IT)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1241 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/559,982**

(22) PCT Filed: **Apr. 8, 2004**

(86) PCT No.: **PCT/IB2004/001408**
§ 371 (c)(1),
(2), (4) Date: **Feb. 2, 2006**

(87) PCT Pub. No.: **WO2004/089353**
PCT Pub. Date: **Oct. 21, 2004**

(65) **Prior Publication Data**
US 2007/0093495 A1      Apr. 26, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/462,205, filed on Apr. 11, 2003.

(51) **Int. Cl.**
*A61K 31/137* (2006.01)
*A61K 31/165* (2006.01)
*A61K 31/192* (2006.01)
*A61K 31/195* (2006.01)
*A61P 25/16* (2006.01)

(52) **U.S. Cl.** ......................... 514/649; 514/567; 514/616

(58) **Field of Classification Search** .................. 514/649, 514/616, 567, 250, 284, 662, 290, 630
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,795,739 A * | 3/1974 | Birkmayer et al. | |
| 4,049,663 A | 9/1977 | Harper et al. | |
| 4,513,009 A | 4/1985 | Roques et al. | |
| 4,935,429 A | 6/1990 | Dackis et al. | |
| 4,970,200 A | 11/1990 | Birkmayer et al. | |
| 5,017,607 A * | 5/1991 | Chiesi ........................... | 514/649 |
| 5,236,957 A | 8/1993 | Dostert et al. | |
| 5,391,577 A | 2/1995 | Dostert et al. | |
| 5,502,079 A | 3/1996 | Dostert et al. | |
| 5,945,454 A | 8/1999 | Pevarello et al. | |
| 6,217,905 B1 * | 4/2001 | Edgren et al. ................. | 424/473 |
| 6,258,827 B1 * | 7/2001 | Chenard et al. ............... | 514/327 |
| 6,306,903 B1 | 10/2001 | Pevarello et al. | |
| 6,500,867 B1 | 12/2002 | Virkki et al. | |
| 2002/0019421 A1* | 2/2002 | Biberman ..................... | 514/343 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0400495 A1 | 5/1990 |
| GB | 1140748 | 1/1969 |
| WO | WO 90/14334 A1 | 11/1990 |
| WO | WO 94/22808 A1 | 10/1994 |
| WO | WO 97/05102 A1 | 2/1997 |

OTHER PUBLICATIONS

Fredriksson et al, "Effects of co-administration of anticonvulsant and putative anticonvulsive agents and sub-suprathreshold doses of L-Dopa upon motor behaviour of MPTP-treated mice", Journal of Neural Transmission, vol. 106, Nos. 9-10, Oct. 1999, pp. 889-909.*
Bailey et al., 1975, "The Mechanism of Action of Amantadine in Parkinsonism: A Review," *Arch. Int. Pharmacodyn. Ther.*, 216: 246-262.
Benedetti, S. et al., 1994, "The Anticonvulsant FCE 26743 is a Delective and Short-Acting MAO-B Inhibitor Devoid of Inducing Properties Towards Cytochrone P450-dependent Testosterone Hydroxylation in Mice and Rats," *J. Pharm. Pharmacol.* 46:814-819.
Chase, Thomas, 1998, "The Significance of Continuous Dopaminergic Stimulation in the Treatment of Parkinson's Disease, " *Drugs*, 55 (Suppl. 1): 1-9.
Chazot, P., 2001, "Salfinamide, Newron Pharmaceuticals," *Current Opinion in Invest. Drugs*, 2(6): 809-813.
Facca, A, et al., 2003, "Differential Diagnosis of Parkinsonism," *Adv. Neurol*, 91:383-396.
Heikkila, R. et al, 1984, "Protection Against the Dopaminergic Neurotoxicity of 1-Methyl-4-Phenyl-1,2,5,6-Tetrahydropyridine by Monoamine Oxidase Inhibitors," *Nature* 311: 467-469.
Mann et al., 1971, "Amantadine for Parkinson's Disease, " *Neurology*, 21: 958-962.
Marjama-Lyons, J. et al., 2001, "Parkinson's Disease: Update in Daignosis and Symptom Management," *Geriatrics* Aug; 56(8):24-25, 29-30, and 33-35.
Marsden et al; 1997, "Success and Problems of Long-Term Levodopa Therapy in Parkinson's Disease," *Lancet* Feb. 12, 1997: 345-349.
Meldrum, B., 1994, "The Role of Glutamate in Epilepsy and Other CNS Disorders," *Neurology*, 44 (Supp. 8) 814-823.
Mytilineou, C. et al., 1997, "L-Deprenyl Protects Mesencephalic Dopamine Neurons from Glutamate Receptor-Mediated Toxicity In Vitro," *J. Neurochem.* 68: 33-39.
Parkes , J. D, et al., 1971, Treatment of Parkinson's Disease with Amantadine and Levodopa,: *Lancet*, 21: 1083-1086.
Poewe, W., 1993, "Clinical Features, Diagnosis, and Imaging of Parkinsonian Syndromes," *Curr Opin Neurol Neurosurg*, Jun, 6(3):333-338.
Remington's Pharmaceutical Sciences 15th Edition, pp. 1035-1038 and 1570-1580.

(Continued)

*Primary Examiner* — Sreeni Padmanabhan
*Assistant Examiner* — Sahar Javanmard
(74) *Attorney, Agent, or Firm* — Dechert LLP

(57) **ABSTRACT**

New uses of safinamide, safinamide derivatives and MAO-B inhibitors in novel types of treatment for Parkinson's Disease are described. More specifically, the invention relates to methods for treating Parkinson's Disease through the administration of safinamide, a safinamide derivative, or a MAO-B inhibitor, in combination with other Parkinson's Disease agents or treatments, such as levodopa/PDI or dopamine agonists.

**10 Claims, No Drawings**

**US 8,283,380 B2**

Page 2

OTHER PUBLICATIONS

Salvati, P. et al., 1999, "Biochemical and Electrophysiological Studies on the Mechanism of Action of PNU-151774E, A Novel Antiepileptic Compound," *Pharmacol. Exp. Ther.* 288:1151-1159.

Siderowf, A., 2001, "Parkinson's Disease: Clinical Features, Epidemiology, and Genetics," *Movement Disorders*, Aug, 19(3):565-578.

Sulkava, R. 2003, "Differential Diagnosis between Early Parkinson's Disease and Dementia with Lewy Bodies," *Adv. Neurol*, 91 :411-413.

Youdim, B. H. et al., 1991, "New Directions in Monoamine Oxidase A and B Selective Inhibitors and Substrates," *Biochem. Pharmacol.* 41(2): 155-162.

Anonymous: "Newron Releases Positive Preliminary Phase II Data for Salfinamide in Parkinson's Disease" Press Release of Jan. 9, 2003, Retrieved from the Internet: <URL: http://www.newron.com/uploads/SafinamidePhaseIIdataFinal090103.pdf retrieved on Feb. 18, 2009.

Communication for European Patent Application 04 726 590.5-2123 mailed Dec. 5, 2006.

International Preliminary Examination Report and Written Opinion of PCT/IB2004/001408.

International Search Report of PCT/IB2004/001408.

Letter regarding Oral Proceedings for European Patent Application 04 726 590.5-2123 dated Oct. 19, 2007.

Minutes of Oral Hearing (Jan. 25, 2008) for EP 04 726 590.5-2123.

Reply to Examination Report for European Patent Application 04 726 590.5-2123 dated Aug. 9, 2006.

Reply to Examination Report for European Patent Application 04 726 590.5-2123 dated Apr. 6, 2007.

Stocchi, F. et al., 2006, Symptom Relief in Parkin6son Disease by Safinamide: Biochemical and Clinical Evidence of Efficacy beyond MAO-B Inhibition; Neurology 67(7)SUPPL2:S24-S29.

Stocchi F. et al, 2004, "Improvement of Motor Function in Early Parkinson Disease by Safinamide," Neurology 63(4):746-748.

Summons to Attend Oral Hearings for European Patent Application 04 726 590.5-2123 dated Jul. 2, 2007.

Andringa, G. et al., "TCH346 prevents motor symptoms and loss of striatal FDOPA uptake in bilaterally MPTP-treated primates," *Neurobiol. Dis.* 14:205-217 (2003) (Exhibit 72).

Benedetti, M. S. et al., 1994, "The Anticonvulsant FCE 26743 is a Delective and Short-Acting MAO-B Inhibitor Devoid of Inducing Properties Towards Cytochrome P450-dependent Testosterone Hydroxylation in Mice and Rats," *J. Pharm. Pharmacol.* 46:814-819 (Exhibit 74).

Calne, D. B. et al., "Manganism and Idiopathic Parkinsonism, Similarities and Differences," *Neurology* 44:1583-1586 (1994) (Exhibit 66).

Chaudhuri, K. R. et al., "International multicenter pilot study of the first comprehensive self-completed nonmotor symptoms questionnaire for Parkinson's disease: The NMSQuest study," *Movement Disorders* 21:916-923 (2006) (Exhibit 47).

Chauduri, K. R. et al., "The metric properties of a novel non-motor symptoms scale for Parkinson's disease: results from an international pilot study," *Movement Disorders* 22:1901-1911 (2007) (Exhibit 45).

Cho, C. et al., "A model-based approach for assessing Parkinsonian gait and effects of levodopa and deep-brain stimulation," *IEEE Engineering in Medicine and Biology Society Conference Proceedings*, 1228-1231 (2006) (Exhibit 48).

*Curriculum Vitae* of C. Warren Olanow, M.D., FRCPC (Exhibit 69).

Dubois, B. et al., "Diagnostic Procedures for Parkinson's disease dementia: Recommendations from the Movement Disorder Society Task Force," *Movement Disorders* 22:2314-2324 (2007) (Exhibit 44).

Emre, M. et al., "Clinical diagnostic criteria for dementia associated with Parkinson's disease," *Movement Disorders* 22:1689-1707 (2007) (Exhibit 43).

Fahn, S., Parkinson Study Group, "Levodopa and the progression of Parkinson disease," *N. Eng. J. Med.* 351: 2498-2508 (2004) (Exhibit 2).

Freeman, T. B. et al., "Use of placebo surgery in a controlled trial of a cellular-based therapy for Parkinson's disease," *N. Engl. J. Med.* 341:988-992 (1999) (Exhibit 32).

Freeman, T. B. et al., "Bilateral fetal nigral transplantation into the postcommissural putamen in Parkinson's Disease," *Ann. Neurol.* 38:379-388 (1995) (Exhibit 39).

Germano, I. M. et al., "Unilateral stimulation of the subthalamic nucleus in Parkinson's disease: a double blind 12-month study," *J. Neurosurgery* 101:36-42 (2004) (Exhibit 26).

Goetz C. G. et al., "Movement disorder society-sponsored revision of the Unified Parkinson Disease Rating Scale (MDS-UPDRS): Process, format and clinimetric testing plan," *Movement Disorders* 22:41-47 (2007) (Exhibit 46).

Goetz, C. G. et al., "Sarizotan as a treatment for dyskinesias in Parkinson's disease: a double-blind placebo-controlled trial," *Movement Disorders* 22:179-186 (2007) (Exhibit 18).

Goetz, C. G. et al., "Movement Disorder Society-sponsored revision of the Unified Parkinson's Disease Rating Scale (MDS-UPDRS): scale presentation and clinimetric testing results," *Movement Disorders* 23:2129-2170 (2008) (Exhibit 41).

Good, P. F. et al., "Neuromelanin-containing neurons of the substantia nigra accumulate iron and aluminum in Parkinson's disease: A LAMMA study," *Brain Res.* 593:343-346 (1992) (Exhibit 62).

Huang, C. et al., "Progression after chronic manganese exposure," *Neurology* 43:1479-1483 (1993) (Exhibit 64).

Hauser, R. A. et al., "Long-term evaluation of bilateral fetal nigral transplantation in Parkinson disease," *Arch. Neurol.* 56(2):179-87 (1999) (Exhibit 31).

Hauser, R. A. et al., "Blood manganese correlates with brain magnetic resonance imaging changes in patients with liver disease," *Can. J. Neurol. Sci.* 23:95-98 (1996) (Exhibit 59).

Jenner, P. et al., "Oxidative stress and the pathogenesis of Parkinson's disease," *Neurology* 47 (suppl 3):161-170 (1996) (Exhibit 58).

Koller, W. et al., "High frequency unilateral thalamic stimulation in the treatment of essential and Parkinsonian tremor," *Ann. Neurol.* 42:292-299 (1997) (Exhibit 24).

Kordower, J. H. et al., "Dopaminergic transplants in patients with Parkinson's disease: neuroanatomical correlates of clinical recovery," *Exp. Neurology* 144:41-46 (1997) (Exhibit 35).

Kordower, J. H. et al., "Fetal grafting for Parkinson's disease: expression of immune markers in two patients with functional fetal nigral implants," *Cell. Transp.* 6: 213-219 (1997) (Exhibit 34).

Kordower, J. H. et al., "Neuropathologic evidence of graft survival and striatal reinnervation after the transplantation of fetal mesencephalic tissue in a patient with Parkinson's disease," *N. Engl. J Med.* 332:1118-1124 (1995) (Exhibit 38).

Kordower, J. H. et al., "Functional fetal nigral grafts in a patient with Parkinson's disease: chemoanatomic, quantitative, ultrastructural, and metabolic studies," *J Comparative Neurol.* 370:203-230 (1996) (Exhibit 37).

Kordower, J. H. et al., "Fetal nigral grafts survive and mediate clinical benefit in a patient with Parkinson's disease," *Movement Disorders* 13(3):383-93 (1998) (Exhibit 33).

Kordower, J. H. et al., "Transplanted dopaminergic neurons develop PD pathology: a second case report," *Movement Disorders* 23:2303-2306 (2008) (Exhibit 28).

Kordower, J. H. et al., "Lewy body-like pathology in long-term embryonic nigral transplants in Parkinson's disease," *Nature Med.* 14:504-506 (2008) (Exhibit 29).

Lieberman, A. et al., "A multi-center trial of ropinirole as adjunct treatment for Parkinson's disease," *Neurology* 51:1057-1062 (1998) (Exhibit 8).

Marks, W. J. et al., "Safety and tolerability of intraputaminal delivery of CERE-120 (adeno-associated virus serotype 2—neurturin) to patients with idiopathic Parkinson's disease: an open-label, phase I trial," *Lancet Neurol.* 7:400-408 (2008) (Exhibit 40).

Martinez-Martin, P. et al., "Prevalence of nonmotor symptoms in Parkinson's disease in an international setting: study using nonmotor symptoms questionnaire in 545 patients," *Movement Disorders* 22:1623-1629 (2007) (Exhibit 42).

McNaught, K. et al., "Proteasomal dysfunction in sporadic Parkinson's disease," *Neurology* 66(10 Suppl 4):S37-49 (2006) (Exhibit 49).

McNaught, K. et al., "Impairment of the ubiquitin-proteasome system causes dopaminergic cell death and inclusion body formation in ventral mesencephalic cultures," *J. Neurochem* 81: 301-306 (2002) (Exhibit 52).

McNaught, K. et al., "Proteasomal inhibition causes nigral degeneration with inclusion bodies in rats," *NeuroReport* 13:1437-1441 (2002) (Exhibit 53).

McNaught, K. et al., "Systemic exposure to proteasome inhibitors causes a progressive model of Parkinson's disease," *Ann. Neurol.* 56:149-162 (2004) (Exhibit 56).

McNaught, K. et al., "Failure of the ubiquitin-proteasome system in Parkinson's disease," *Nature Reviews Neuroscience* 2: 589-594 (2001) (Exhibit 54).

McNaught, K. et al., "Proteasome inhibitor-induced model of Parkinson's disease," *Ann. Neurol.* 60:243-247 (2006) (Exhibit 55).

Morrison, C. E. et al., "A program for neuropsychological investigation of deep brain stimulation (PNIDBS) in movement disorder patients: development, feasibility, and preliminary data," *Neuropsychiatry, Neuropsychol. Behav. Neurol.* 13:204-219 (Exhibit 23).

Mytilineou, C. et al., "L-(–)-desmethylselegiline, a metabolite of selegiline [L-(–)-deprenyl], protects mesencephalic dopamine neurons from excitotoxicity in vitro," *J. Neurochem.* 68:434-436 (1997) (Exhibit 76).

Mytilineou, C. et al., "Inhibition of Proteasome Activity Sensitizes Dopamine Neurons to Protein Alterations and Oxidative Stress," *J. Neural Transmission* 111:1237-1251 (2004) (Exhibit 51).

Nair, V. D. et al., "P53 mediates non-transcriptional cell death in dopaminergic cells in response to proteasome inhibitors," *J. Biol. Chem.* 281:39550-39560 (2006) (Exhibit 50).

Olanow, C.W. et al., "Free Radicals and Neurodegeneration," *Trends Neurosci.* 17: 193-194 (1994) (Exhibit 65).

Olanow, C.W. et al., "A double-blind controlled trial of bilateral fetal nigral transplantation in Parkinson's disease," *Ann Neurol.* 54(3):403-14 (2003) (Exhibit 30).

Olanow, C.W. et al., "The role of deep brain stimulation as a surgical treatment for Parkinson's disease," *Neurology* 55 (suppl. 6):60-66 (2000) (Exhibit 25).

Olanow, C.W. et al., "Clinical pattern and risk factors for dyskinesias following fetal nigral transplantation in Parkinson's disease: a double-blind video-based analysis," *Movement Disorders* 24:336-343 (2009) (Exhibit 27).

Olanow, C.W. et al., "Fetal nigral transplantation as a therapy for Parkinson's disease," *Trends. Neurosci.* 19:102-109 (1996) (Exhibit 36).

Olanow, C.W. et al., "An open multi-center trial of Sinemet CR in levodopa naïve Parkinson's disease patients," *Clin. Neuropharm.* 14:235-240 (1991) (Exhibit 3).

Olanow, C.W. et al., "Double-blind controlled study of pergolide mesylate as an adjunct to Sinemet in the treatment of Parkinson's disease," *Adv. in Neurol.* 45:555-560 (1987) (Exhibit 4).

Olanow, C.W. et al., "Double-blind controlled study of pergolide mesylate in the treatment of Parkinson's disease," *Clinical Neuropharm.* 10:178-185 (1987) (Exhibit 5).

Olanow, C.W. et al., "A multi-center, double-blind, placebo-controlled trial of pergolide as an adjunct to Sinemet in Parkinson's disease," *Movement Disorders* 9: 40-47 (1994) (Exhibit 77).

Olanow, C.W. et al., "The effect of deprenyl and levodopa on the progression of Parkinson's disease," *Ann. Neurol* 38: 771-777 (1995) (Exhibit 78).

Olanow, C.W., (for the Tasmar advisory board), "Tolcapone and hepatotoxic effects," *Arch. Neurol.* 57:263-267 (2000) (Exhibit 9).

Olanow, C.W. et al., "Tolcapone: An Efficacy and Safety Review (2007)," *J. Clin. Neuropharm* 30:287-294 (2007) (Exhibit 10).

Olanow, C.W. et at , "Double-blind, placebo-controlled study of entacapone in levodopa-treated patients with stable Parkinson's disease," *Arch. Neurol.* 61:1563-1568 (2004) (Exhibit 11).

Olanow, C.W. et al., "A randomized, double-blind, placebo-controlled, delayed start study to assess rasagiline as a disease modifying therapy in Parkinson's disease (the ADAGIO study): rationale, design, and baseline characteristics," *Movement Disorders* 23:2194-2201 (2008) (Exhibit 13).

Parkinsons Study Group, Olanow, C.W., Steering Committee, "Effects of tocopherol and deprenyl on the progression of disability in early Parkinson's disease," *N. Eng. J. Med.* 328:176-183 (1993) (Exhibit 75).

Olanow, C. W., "An Introduction to the Free Radical Hypothesis in Parkinson's Disease," *Ann. Neurol* 32:2-9 (1992) (Exhibit 61).

Olanow, C. W. et al., "CV205-502: Safety, tolerance to, and efficacy of increasing doses in patients with Parkinson's disease in a double-blind placebo crossover study," *Clinical Neuropharm.* 12:490-497 (1989) (Exhibit 15).

Olanow, C. W. et al., "TCH346 as a neuroprotective drug in Parkinson's disease: a double-blind, randomised, controlled trial," *Lancet Neurol.* 5:1013-1020 (2006) (Exhibits 16 and 73).

Olanow, C. W. et al., "Multicenter, open-label, trial of Sarizotan in Parkinson disease patients with levodopa-induced dyskinesias (the SPLENDID study)," *Clin. Neuropharm.* 27:58-62 (2004) (Exhibit 17).

Oestreicher, E. et al., "Degeneration of nigrostriatal dopaminergic neurons increases iron within the substantia nigra: a histochemical and neurochemical study," *Brain Res.* 660: 8-18 (1994) (Exhibit 60).

Parkinson Study Group (C.W. Olanow, Steering Committee), "Safety and efficacy of pramipexole in early Parkinson's disease: a randomized dose-ranging study," *JAMA* 278:125-130 (1997) (Exhibit 7).

Parkinson Study Group (C.W. Olanow, Steering Committee), "Effect of Deprenyl on the progression of disability in early Parkinson's disease," *N. Engl. J. Med.* 321:1364-1371 (1989) (Exhibit 6).

Parkinson Study Group (Olanow CW, Steering Committee), "A controlled clinical trial of lazabemide (Ro 19-6327) in untreated Parkinson's disease," *Ann. Neurol.* 33:350-356 (1993) (Exhibit 19).

Parkinson Study Group (Olanow CW, Steering Committee), "A controlled trial of lazabemide (Ro 19-6327) in levodopa treated Parkinson's disease," *Arch. Neurol.* 51:342-347 (1994) (Exhibit 20).

Parkinson Study Group (Olanow CW, Steering Committee), "Effect of lazabemide on the progression of disability in early Parkinson's disease," *Ann. Neurol.* 40:99-107 (Exhibit 21).

Schwartz, A. M. et al., "Double-blind controlled study of MK-486," *Transactions of the Amer. Neurol. Ass'n.* 98:301-303 (1973) (Exhibit 1).

Sengstock, G. J. et al., "Infusion of iron into the rat substantia nigra: nigral pathology and dose-dependent loss of striatal dopaminergic markers," *J Neurosci Res.* 35:67-82 (1993) (Exhibit 63).

Sengstock, G. J. et al., "Intranigral iron infusion in the rat. Acute elevations in nigral lipid peroxidation and striatal dopaminergic markers with ensuing nigral degeneration," *Biol. Trace Elem. Res.* 58:177-195 (1997) (Exhibit 57).

Sengstock, G. J. et al., "Progressive changes in striatal dopaminergic markers, nigral volume, and rotational behavior following iron infusion into the rat substantia nigra," *Exp. Neurol.* 130:82-94 (1994) (Exhibit 68).

Shinotoh, H. et al., "MRI and PET studies of manganese-intoxicated monkeys," *Neurology* 45:1199-1204 (1995) (Exhibit 67).

Smith, L. A. et al., "Multiple small doses of levodopa plus entacapone produce continuous dopaminergic stimulation and reduce dyskinesia induction in MPTP-treated drug-naïve primates," *Movement Disorders* 20:306-314 (2005) (Exhibit 71).

Stern, M. B. et al., "A double-blind, randomized controlled trial of rasagiline as monotherapy in early Parkinson's disease patients," *Movement Disorders* 19:916-923 (2004) (Exhibit 12).

Stocchi, F. et al., "Prospective randomized trial of lisuride infusion versus oral levodopa in patients with Parkinson's Disease," *Brain* 125:2058-2066 (2002) (Exhibit 14).

The Deep Brain Stimulation for PD Study Group (Obeso and Olanow, corresponding authors), "Deep brain stimulation of the subthalamic nucleus of the globus pallidus pars interna in Parkinson's disease," *New Engl. J. Med.* 345:956-963 (2001) (Exhibit 22).

Maj, R. et al., 1999, "PNU-141774E, A Combined MAO-B and Glutamate Release Inhibitor, is Effective in Animal Models of Parkinson's Disease," Society for Neuroscience, vol. 25, p. 1599 (Exhibit 70).

Maj, R. et al., 1999, "PNU-141774E, A Combined MAO-B and Glutamate Release Inhibitor, is Effective in Animal Models of Parkinson's Disease," Society for Neuroscience, vol. 25, p. 1599.

US 8,283,380 B2

Page 4

Newron Pharmaceuticals S.p.A. Announces Data of Phase I Clinical Trials of Its Anti-epileptic and Anti-Parkinson Compound NW-1015, Press Release of Mar. 14, 2000, Retrieved from the Internet: <URL: http://www.newron.com/uploads/AnnouncesdataofphaseIclinical trials.pdf; retrieved on Feb. 18, 2009.

Archer, T. et al., 2002, "Restorative Effects of Glumate Antagonists in Experimental Parkinsonism," Amino Acids, 23:71-85.

Clarke, C. E., 2002, "Medical Management of Parkinson's Disease," J Neurol Neurosurg Psychiatry 72 (Suppl. 1) i22-i27.

Fariello et al., 1998, "Preclinical Evaluation of PNU-151774E as a Novel Anticonvulsant," J. Pharmacol. Exp. Ther. 285: 397-403.

Olanow et al., "The scientific and clinical basis for the treatment of Parkinson disease (2009)," Neurology, vol. 72 (Supple 4), pp. S1-S136 (2009). (Exhibit A to Second Declaration of C. Warren Olanow Under 37 C.F.R. § 1.132).

Olanow et al., "Modeling Parkinson's Disease," Annals of Neurology, vol. 66, No. 4, pp. 432-436 (2009). (Exhibit B to Second Declaration of C. Warren Olanow Under 37 C.F.R. § 1.132).

Olanow et al., "An algorithm (decision tree) for the management of Parkinson's disease (2001): Treatment Guidelines," American Academy of Neurology, vol. 56, pp. S1-S88 (2001). (Exhibit C to Second Declaration of C. Warren Olanow Under 37 C.F.R. § 1.132).

McCall et al., "Sumanirole, a Highly Dopamine D$_2$-Selective Receptor Agonist: In Vitrol and in Vivo Pharmacological Characterization and Efficacy in Animal Models of Parkinson's Disease," The Journal of Pharmacology and Experimental Therapeutics, vol. 314, No. 3, pp. 1248-1256 (2005). (Exhibit D to Second Declaration of C. Warren Olanow Under 37 C.F.R. § 1.132).

Caccia et al., "Safinamide: from molecular targets to a new anti-Parkinson drug," Neurology 67 (suppl. 2):S18-S23 (2006).

Meshram et al., "Safinamide as add-on to levodopa improves motor function without worsening dyskinesia in patients with mid-late Parkinson's disease," Poster 359, Movement Disorder Society 14th International Congress, Buenos Aires, Argentina, Jun. 13-17, 2010.

Rascol et al., "A 2-year, multicenter, placebo-controlled, double-blind, parallel group study of the effect of riluzole on Parkinson's disease progression," Movement Disorders, 17 (Suppl. 5), S29 (2002).

Borgohain et al., "Effect of safinamide on depressive symptoms in patients with mid-late stage Parkinson's disease," Poster 324, Movement Disorder Society 14th International Congress, Buenos Aires, Argentina, Jun. 13-17, 2010 ("Borgohain").

Macleod et al., "Monoamine oxidase B inhibitors for early Parkinson's disease (review)," Cochrane Database of Systematic Reviews 2005, Issue 3, Art. No. CD004898. (Exhibit A to 3rd Declaration of C. Warren Olanow).

Stocchi et al., "Initiating Levodopa/Carbidopa Therapy With and Without Entacapone in Early Parkinson Disease: The STRIDE-PD Study," Ann. Neurol. 68:18-27 (2010). (Exhibit B to 3rd Declaration of C. Warren Olanow).

Olanow, "Levodopa/Dopamine Replacement Strategies in Parkinson's Disease—Future Directions," Mov. Disord. 23(Suppl. 3): S613-S622 (2008). (Exhibit C to 3rd Declaration of C. Warren Olanow).

Olanow et al., "Continuous dopamine-receptor treatment of Parkinson's disease: scientific rationale and clinical implications," Lancet Neurology 5:677-687 (2006). (Exhibit D to 3rd Declaration of C. Warren Olanow).

Lang et al., "Progress in Clinical Neurosciences: A Forum on the Early Management of Parkinson's Disease," Canadian J Neurol. Sci. 32:277-286 (2005). (Exhibit E to 3rd Declaration of C. Warren Olanow).

Newron Pharmaceuticals SpA, "Safinamide: Study 018 Top-Line Results," Investor and Analyst Call Presentation, Nov. 4, 2010 (available online at http://www.newron.com) ("Study 018 Presentation"). (Exhibit F to 3rd Declaration of C. Warren Olanow).

Olanow et al., "Parkinson's Disease and Other Movement in Harrison's Principles of Internal Medicine, 18th ed. Disorders," Chapter 372, (in press) (manuscript). (Exhibit G to 3rd Declaration of C. Warren Olanow).

Hely et al., "The Sydney Multicenter Study of Parkinson's disease: The Inevitability of Dementia at 20 years," Mov. Disord. 6:837-844 (2008). (Exhibit H to 3rd Declaration of C. Warren Olanow).

* cited by examiner

US 8,283,380 B2

**1**

# METHODS FOR TREATMENT OF PARKINSON'S DISEASE

## REFERENCE TO RELATED APPLICATIONS

This application claims benefit under 35 U.S.C. §371 to PCT Application No. PCT/IB2004/001408, filed on Apr. 8, 2004, which claims priority to U.S. Provisional Patent Application Ser. No. 60/462,205, filed on Apr. 11, 2003, which is incorporated herein by reference.

## FIELD OF THE INVENTION

The invention relates to a new compositions and methods of treating Parkinson's disease. More specifically, the invention relates to methods for treating Parkinson's Disease through the administration of safinamide, safinamide derivative or a MAO-B inhibitor in combination with other Parkinson's Disease agents or treatments, such as dopamine agonists or levodopa.

## BACKGROUND OF THE INVENTION

Parkinson's Disease (PD) currently affects about 10 million people world-wide. PD is a highly specific degeneration of dopamine-containing cells of the substantia nigra of the midbrain. Degeneration of the substantia nigra in Parkinson's disease causes a dopamine deficiency in the striatum. Effective management of a patient with PD is possible in the first 5-7 years of treatment, after which time a series of often debilitating complications, together referred to as Late Motor Fluctuations (LMF) occur (Marsden and Parkes, Lancet II: 345-349, 1997). It is believed that treatment with levodopa, or L-dopa, the most effective antiparkinson drug, may facilitate or even promote the appearance of LMF. Dopamine agonists are employed as a treatment alternative, but they do not offer the same degree of symptomatic relief to patients as L-dopa does (Chase, Drugs, 55 (suppl. 1): 1-9, 1998).

Symptomatic therapies improve signs and symptoms without affecting the underlying disease state. Levodopa ((−)-L-alpha-amino-beta-(3,4-dihydroxybenzene) propanoic acid) increases dopamine concentration in the striatum, especially when its peripheral metabolism is inhibited by a peripheral decarboxylase inhibitor (PDI). Levodopa/PDI therapy is widely used for symptomatic therapy for Parkinson's disease, such as combinations with Ilevodopa, with carbidopa ((−)-L-alpha-hydrazino-alpha-methyl-beta-(3,4-dihydroxybenzene) propanoic acid monohydrate), such as SINEMET®; levodopa and controlled release carbidopa (SINEMET-CR®), levodopa and benserazide (MADOPAR®, Prolopa), levodopa plus controlled release benserazide (2-Amino-3-hydroxy-propionic acid N'-(2,3,4-trihydroxy-benzyl)-hydrazide), MADOPAR-HBS.

COMT (catechol-O-methyltransferase) inhibitors enhance levodopa treatment as they inhibit levodopa's metabolism, enhancing its bioavailability and thereby making more of the drug available in the synaptic cleft for a longer period of time. Examples of COMT inhibitors include tolcapone (3,4-dihydroxy-4'-methyl-5-nitrobenzophenone) and entacapone ((E)-2-cyano-3-(3,4-dihydroxy-5-nitrophenyl)-N,N-diethyl-2-propenamide).

Dopamine agonists provide symptomatic benefit by directly stimulating post-synaptic striatal dopamine receptors. Examples include bromocriptine ((5α)-2-Bromo-12'-hydroxy-2'-(1-methylethyl)-5'-(2-methylpropyl)ergotaman-3',6',18-trione), pergolide (8B-[(Methylthio)methyl]-6-propylergoline), ropinirole (4-[2-(Dipropylamino)ethyl]-1,

**2**

3-dihydro-2H-indol-2-one), pramipexole ((S)-4,5,6,7-Tetrahydro-N⁶-propyl-2,6-benzothiazolediamine), lisuride (N'-[(8α)-9,10-didehydro-6-methylergolin-8-yl]-N,N-diethylurea), cabergoline ((8β)-N-[3-(Dimethylamino)propyl]-N-[(ethylamino)carbonyl]-6-(2-propenyl)ergoline-8-carboxamide), apomorphine ((6aR)-5,6,6a,7-Tetrahydro-6-methyl-4H-dibenzo[de,g]quinoline-10,11-diol), sumanirole (5-(methylamino)-5,6-dihydro-4H-imidazo{4,5,1-ij}quinolin-2(1H)-one), rotigotine ((−)(S)-5,6,7,8-tetrahydro-6-[propyl[2-(2-thienyl)ethyl]amino]-1-naphthol), talipexole (5,6,7,8-Tetrahydro-6-(2-propenyl)-4H-thiazolo[4,5-d]azepin-2-amine), and dihydroergocriptine (ergotaman-3',6',18-trione,9,10-dihydro-12'-hydroxy-2'-methyl-5'-(phenylmethyl) (5'α)). Dopamine agonists are effective as monotherapy early in the course of Parkinson's disease and as an adjunct to levodopa in more advanced stages. Unlike levodopa, dopamine agonists directly stimulate post-synaptic dopamine receptors. They do not undergo oxidative metabolism and are not thought to accelerate the disease process. In fact, animals fed a diet including pergolide were found to experience less age-related loss of dopamine neurons.

Amantadine (1-Aminotricyclo (3,3,1,1³,⁷)decane) is an antiviral agent that was discovered by chance to have antiparkinsonian activity. Its mechanism of action in PD has not been established, but it was originally believed to work by increasing dopamine release (Bailey et al., Arch. Int. Pharmacodyn. Ther., 216: 246-262, 1975). Patients who receive amantidine either as monotherapy or in combination with levodopa show improvement in akinesia, rigidity and tremor (Mann et al., Neurology, 21: 958-962, 1971; and Parkes et al., Lancet, 21: 1083-1086, 1971).

Other medications used in the treatment of Parkinson's disease include MAO-B inhibitors. Inhibition of L-dopa metabolism through inactivation of the monoamino oxidase type B (MAO-B) is an effective means of enhancing the efficacy of both endogenous residual dopamine and that exogenously derived from its precursor, L-dopa (Youdim and Finberg, Biochem Pharmacol. 41: 155-162, 1991). Selegiline (methyl-(1-methyl-2-phenyl-ethyl)-prop-2-ynyl-amine) is a MAO-B inhibitor. There is evidence that treatment with selegiline may slow down disease progression in PD by blocking the formation of free radicals derived from the oxidative metabolism of dopamine (Heikkila et al., Nature 311: 467-469, 1984; Mytilineou et al., J Neurochem., 68: 33-39, 1997). Another MAO-B inhibitor under development is rasagiline (N-propargyl-1-(R)aminoindan, TEVA Pharmaceutical Industries, Ltd.). Other examples of MAO B inhibitors include lazabemide (N-(2-Aminoethyl)-5-chloro-2-pyridinecarboxamide) and caroxazone (2-Oxo-2H-1,3-benzoxazine-3(4H)-acetamide).

## SUMMARY OF THE INVENTION

The present invention is based, in part, on the unexpected finding that the combination of safinamide, a safinamide derivative, or a MAO-B inhibitor and other Parkinson's Disease agents provides a more effective treatment for Parkinson's Disease (PD) than either component alone. The invention includes methods of using such compounds to treat Parkinson's Disease and pharmaceutical compositions for treating PD which may be used in such methods.

In one embodiment, the invention relates to methods for treating Parkinson's Disease through the administration of safinamide, a safinamide derivative, or a MAO-B inhibitor in combination with other Parkinson's Disease agents or treatments, either alone or in combination, such as levodopa/PDI, COMT inhibitors, amantadine, or dopamine agonists. When

US 8,283,380 B2

**3**

safinamide is used in combination with other types of drugs, an unexpected, synergistic effect is achieved. The improvement of symptoms and the delay of disease progression are more evident in patients treated with the combination of drugs than those treated with a single type of drug alone. When safinamide was administered alone, patients improved only by an average 6.9% whereas when safinamide was added to a stabilized dose of a variety of dopamine agonists, the average improvement reached 27.8%.

In one embodiment, methods of treating Parkinson's Disease are disclosed, wherein safinamide, a safinamide derivative, or a MAO-B inhibitor and a Parkinson's Disease agent are administered to a subject having Parkinson's Disease, such that the Parkinson's Disease is treated or at least partially alleviated. The safinamide, a safinamide derivative, or a MAO-B inhibitor and Parkinson's Disease agent may be administered as part of a pharmaceutical composition, or as part of a combination therapy. The amount of safinamide, safinamide derivative, or a MAO-B inhibitor and a Parkinson's Disease agent is typically effective to reduce symptoms and to enable an observation of a reduction in symptoms.

Safinamide, or safinamide derivative, may be administered at a dosage of generally between about 0.1 and about 10 mg/kg/day, more preferably from about 0.5 to about 1, 2, 3, 4 or 5 mg/kg/day.

MAO-B inhibitors may be administered at a dosage of generally between about 0.1 mg/day and about 50 mg/day, more preferably from about 1 mg/day to about 10 mg/day.

Safinamide is an anti-PD agent with multiple mechanisms of action. One mechanism of safinamide may be as a MAO-B inhibitor. Other MAO-B inhibitors which may be used in the invention, in place of safinamide, include, but are not limited to, selegiline, rasagiline, lazabemide, and caroxazone, pharmaceutically acceptable salts and esters thereof, and combinations thereof.

Parkinson's Disease agents which may be used with safinamide, a safinamide derivative, or a MAO-B inhibitor in the pharmaceutical compositions, methods and combination therapies of the invention include one or more of levodopa/PDIs, dopamine agonists, amantidine and catechol-O-methyltransferase (COMT) inhibitors.

Levodopa/PDIs include, but are not limited to, levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), and levodopa plus controlled release benserazide (MADOPAR-HBS).

Dopamine agonists include, but are not limited to, bromocriptine, pergolide, ropinirole, pramipexole, lisuride, cabergoline, apomorphine, sumanirole, rotigotine, talipexole and dihydroergocriptine.

COMT inhibitors include, but are not limited to, tolcapone and entacapone.

Combinations of safinamide, a safinamide derivative or MAO-B inhibitor and levodopa/PDI may also include additional Parkinson's Disease agents such as COMT inhibitors, amantidine and/or dopamine agonists. One combination which can be used in the pharmaceutical compositions, methods and combination therapies of the invention includes safinamide, a safinamide derivative or MAO-B inhibitor and levodopa/PDI. Another combination which can be used in the pharmaceutical compositions, methods and combination therapies of the invention includes safinamide or MAO-B inhibitor, levodopa/PDI, and a COMT inhibitor. Another combination which can be used in the pharmaceutical compositions, methods and combination therapies of the invention includes safinamide, a safinamide derivative, or MAO-B inhibitor, levodopa/PDI, and a dopamine agonist. Another

**4**

combination which can be used in the pharmaceutical compositions, methods and combination therapies of the invention includes safinamide, a safinamide derivative or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, and a dopamine agonist. Yet another combination which can be used in the pharmaceutical compositions, methods and combination therapies of the invention includes safinamide, a safinamide derivative or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, a dopamine agonist, and amantidine.

In one aspect, a combination therapy for PD includes safinamide, a safinamide derivative (or a safinamide derivative) and a dopamine agonist. In one embodiment, a combination therapy for PD includes safinamide (or a safinamide derivative) and one or more of bromocriptine, cabergoline, lisuride, pergolide, ropinirole, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, and pramipexole, for treating a patient in need of PD treatment.

In another aspect, a combination therapy for PD includes safinamide (or a safinamide derivative) and levodopa/PDI. In one embodiment a combination therapy for PD includes safinamide (or a safinamide derivative) and one or more of levodopa/PDIs such as levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), and levodopa plus controlled release benserazide (MADOPAR-HBS) for treating a patient in need of PD treatment.

In another aspect, a combination therapy for PD includes safinamide (or a safinamide derivative), levodopa/PDI, and a COMT inhibitor. In an embodiment, a combination therapy for PD includes safinamide (or a safinamide derivative), one or more of levodopa/PDIs such as levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS) and one or more of entacapone and tolcapone, for treating a patient in need of PD treatment.

In an aspect, a combination therapy for PD includes safinamide (or a safinamide derivative), levodopa/PDI, a COMT inhibitor, and a dopamine agonist for treating a patient in need of PD treatment. In an embodiment, a combination therapy for PD includes safinamide (or a safinamide derivative), one or more of levodopa/PDIs such as levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS), one or more of entacapone and tolcapone, and one or more of bromocriptine, cabergoline, lisuride, pergolide, ropinirole, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, and pramipexole, for treating a patient in need of PD treatment.

In an aspect, a combination therapy for PD includes safinamide (or a safinamide derivative), levodopa/PDI a COMT inhibitor, a dopamine agonist and amantidine for treating a patient in need of PD treatment. In an embodiment, a combination therapy for PD includes safinamide, amantidine, one or more of levodopa/PDIs such as levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS), and one or more of entacapone and tolcapone, one or more of bromocriptine, cabergoline, lisuride, pergolide, ropinirole, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, and pramipexole, for treating a patient in need of PD treatment.

In one aspect, a combination therapy for PD includes one or more MAO-B inhibitors and a dopamine agonist. In one

US 8,283,380 B2

**5**

embodiment, a combination therapy for PD includes one or more of selegiline, rasagiline, lazabemide, and caroxazone and one or more of bromocriptine, cabergoline, lisuride, pergolide, ropinirole, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, and pramipexole, for treating a patient in need of PD treatment.

In another aspect, a combination therapy for PD includes one or more MAO-B inhibitors and levodopa/PDI. In one embodiment, a combination therapy for PD includes one or more of selegiline, rasagiline, lazabemide, and caroxazone and one or more of levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS).

In another aspect, a combination therapy for PD includes one or more MAO-B inhibitors, levodopa/PDI and a COMT inhibitor. In an embodiment, a combination therapy for PD includes one or more of selegiline, rasagiline, lazabemide, and caroxazone, one or more of levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS), and one or more of entacapone and tolcapone for treating a patient in need of PD treatment.

In an aspect, a combination therapy for PD includes one or more MAO-B inhibitors, levodopa/PDI a COMT inhibitor and a dopamine agonist for treating a patient in need of PD treatment. In an embodiment, a combination therapy for PD includes one or more of selegiline, rasagiline, lazabemide, and caroxazone, one or more of levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS), one or more of entacapone and tolcapone, and one or more of bromocriptine, cabergoline, lisuride, pergolide, ropinirole, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, and pramipexole, for treating a patient in need of PD treatment.

In an aspect, a combination therapy for PD includes one or more MAO-B inhibitors, levodopa/PDI, a COMT inhibitor, a dopamine agonist, and amantidine for treating a patient in need of PD treatment. In an embodiment, a combination therapy for PD includes one or more of selegiline, rasagiline, lazabemide, and caroxazone, amantidine, one or more of levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS), one or more of entacapone and tolcapone, and one or more of bromocriptine, cabergoline, lisuride, pergolide, ropinirole, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, and pramipexole, for treating a patient in need of PD treatment.

Administration of the therapies and combination therapies of the invention may be orally, topically, subcutaneously, intramuscularly, or intravenously.

The invention further relates to kits for treating patients having Parkinson's Disease. Such kits include a therapeutically effective dose of an agent for treating or at least partially alleviating the symptoms of Parkinson's Disease (e.g., levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS), bromocriptine, pergolide, ropinirole, pramipexole, lisuride, cabergoline, apomorphine, sumanirole, rotigotine, talipexole, dihydroergocriptine, entacapone, tolcapone, amantidine) and safinamide (or a safinamide derivative), or a MAO-B inhibitor such as selegiline, rasagiline, lazabemide, or caroxazone, either in the same or separate packaging, and instructions for its use.

**6**

Pharmaceutical compositions including safinamide, a safinamide derivative or a MAO-B inhibitor and a Parkinson's Disease agent, in an effective amount(s) to treat Parkinson's Disease, are also included in the invention.

DETAILED DESCRIPTION OF THE INVENTION

The features and other details of the invention will now be more particularly described and pointed out in the claims. It will be understood that particular embodiments described herein are shown by way of illustration and not as limitations of the invention. The principal features of this invention can be employed in various embodiments without departing from the scope of the invention.

Safinamide, (+)-(S)-2-[[p-[(m-fluorobenzyl)oxy]-benzyl] amino]propionamide, (NW-1015, FCE26743 or PNU151774E), is an α-aminoamide, a chemical class of compounds with a favorable pharmacological and safety profile. Safinamide and its analogs or derivatives are thought to be multi-mechanism drugs which potentially exert biological activity via a variety of mechanisms, including sodium and a calcium channel blockade and dopamine re-uptake inhibition (Fariello et al., J. Pharmacol. Exp. Ther. 285: 397-403, 1998; Salvati et al, J. Pharmacol. Exp. Ther. 288:1151-1159, 1999; U.S. Pat. Nos. 5,236,957; 5,391,577; 5,502,079; 5,502,658; 5,945,454; 6,306,903, and PCT publications WO 90/14334; WO 97/05102 WO 99/35125. Safinamide is also a potent, reversible inhibitor of MAO-B activity (Strolin Benedetti et al., J. Pharm. Pharmacol. 46:814-819, 1994). Safinamide has been shown to be an anticonvulsant and neuroprotectant and it is under clinical development by oral route as anticonvulsant and anti-Parkinson agent.

Other N-substituted α-amino carboxamide derivatives have favorable pharmacological properties, for example, the treatment and prophylaxis of such diseases as coronary artery disease and atherosclerosis; moreover they are useful in the treatment of inflammatory conditions such as rheumatoid arthritis. British patent No. 1140748. Further substituted amino acid derivatives are known as enkephalinase inhibitors, analgesics and hypotensives. EP-A-0038758. Still other substituted glycine and alanine derivatives are disclosed by U.S. Pat. No. 4,049,663. The compounds according to this document have utility as oral analgesics.

Certain N-phenylalkyl substituted a-amino carboxamide derivatives, including safinamide, are described as active as anti-epileptic, anti-Parkinson, neuroprotective, antidepressant, antispastic, and/or hypnotic agents. See, e.g., U.S. Pat. Nos. 5,236,957; 5,391,577; 5,502,079; and PCT Publication WO 90/14334.

Thus, the use of such N-phenylalkyl substituted α-amino carboxamide compounds, e.g., safinamide derivatives, in the methods and compositions of the invention is contemplated.

Safinamide derivatives include those described by Formula I:

Formula I



Where:

R is $C_1$-$C_8$ alkyl; a $C_3$-$C_8$ cycloalkyl, furyl, thienyl or pyridyl ring; or a phenyl ring unsubstituted or substituted by

7

1 to 4 substituents independently chosen from halogen, $C_1$-$C_6$ alkyl, $C_1$-$C_6$ alkoxy and trifluoromethyl;

A is a —$(CH_2)_m$— or —$(CH_2)_p$—X—$(CH_2)_q$— group, wherein m is an integer of 1 to 4, one of p and q is zero and the other is zero or an integer of 1 to 4, and X is —O—, —S— or —NR$_4$— in which R$_4$ is hydrogen or $C_1$-$C_4$ alkyl; n is zero or 1;

each of R$_1$ and R$_2$, independently, is hydrogen or $C_1$-$C_4$ alkyl;

R$_3$ is hydrogen, $C_1$-$C_4$ alkyl unsubstituted or substituted by hydroxy or by a phenyl ring optionally substituted by 1 to 4 substituents independently chosen from halogen, $C_1$-$C_6$ alkyl, $C_1$-$C_6$ alkoxy and trifluoromethyl;

R$_3'$ is hydrogen; or R$_3$ and R$_3'$ taken together with the adjacent carbon atom form a $C_3$-$C_6$ cycloalkyl ring;

each of R$_5$ and R$_6$, independently, is hydrogen or $C_1$-$C_6$ alkyl; and wherein when R is $C_1$-$C_8$ alkyl, then A is a —$(CH_2)_p$—X—$(CH_2)_q$— group in which p and q are both zero and X is as defined above.

The present invention includes all the possible optical isomers of the compounds of formula (I) and their mixtures, as well as the metabolites of the compounds of formula (I). The present invention also includes within its scope pharmaceutically acceptable bioprecursors and prodrugs of the compounds of formula (I), i.e. compounds, which have a formula different from formula (I), but which nevertheless are directly or indirectly converted in vivo into a compound of formula (I) upon administration to a human being.

Pharmaceutically acceptable salts of the compounds of formula (I) include acid addition salts with inorganic acids, e.g. nitric, hydrochloric, hydrobromic, sulphuric, perchloric, and phosphoric acid, or organic acids, e.g. acetic, propionic, glycolic, lactic, oxalic, malonic, malic, tartaric, citric, benzoic, cinnamic, mandelic, methanesulfonic and salicylic acids.

The alkyl, alkylamino, alkylthio and alkoxy groups may be branched or straight chain groups. When R$_5$ and R$_6$ are both alkyl groups, the alkyl group for R$_5$ may be same as or different from the alkyl group for R$_6$.

A halogen atom is preferably fluorine, chlorine or bromine, in particular fluorine or chlorine.

A $C_1$-$C_8$ alkyl group is preferably a $C_1$-$C_6$ alkyl group. A $C_1$-$C_6$ alkyl group is preferably a $C_1$-$C_4$ alkyl group. A $C_1$-$C_4$ alkyl group is e.g. methyl, ethyl, propyl, isopropyl, butyl or tert.butyl, preferably it is methyl or ethyl. A $C_1$-$C_6$ alkoxy group is e.g. methoxy, ethoxy, propoxy, isopropoxy, butoxy or tert.butoxy, preferably it is methoxy or ethoxy. A $C_3$-$C_8$ cycloalkyl group is preferably a cyclopentyl, cyclohexyl or cycloheptyl group. A $C_3$-$C_6$ cycloalkyl ring is preferably a cyclopropyl or cyclopentyl ring.

A thienyl ring is for instance a 2- or 3-thienyl ring. A pyridyl ring is for instance a 2-, 3- or 4, in particular a 3-pyridyl ring. A furyl ring is for instance a 2- or 3-furyl ring.

A substituted phenyl ring is preferably substituted by one or two substituents chosen independently from halogen, $C_1$-$C_4$ alkyl and trifluoromethyl.

When in a —$(CH_2)_m$— or —$(CH_2)_p$—X—$(CH_2)_q$— group, m, p and/or q is greater than 1, then such group may be a branched or straight alkylene chain. A —$(CH_2)_m$— group is for instance a —CH(R$_{14}$)— group in which R$_{14}$ is hydrogen or $C_1$-$C_3$ alkyl, or it is a —CH$_2$CH$_2$— or —CH$_2$CH$_2$CH$_2$— group.

A $C_1$-$C_4$ alkyl group substituted by hydroxy is preferably a hydroxymethyl or 1-hydroxyethyl group. A $C_1$-$C_4$ alkyl group substituted by a phenyl ring is preferably a benzyl or phenethyl group, and m is preferably 1 or 2. Each of p and q, being an integer of 1 to 4, it is preferably 1 or 2.

8

Preferred compounds of the invention are the compounds of formula (I), wherein R is a phenyl ring unsubstituted or substituted by one or two substituents independently chosen from halogen, $C_1$-$C_4$ alkyl and trifluoromethyl; A is a —$(CH_2)_m$— or —$(CH_2)_p$—X—$(CH_2)_q$— group, wherein m is 1 or 2, one of p and q is zero and the other is zero, 1 or 2, and X is —O—, —S— or —NH—; n is zero or 1; each of R$_1$ and R$_2$, independently, is hydrogen or $C_1$-$C_4$ alkyl; R$_3$ is hydrogen or $C_1$-$C_4$ alkyl optionally substituted by hydroxy; R$_3'$ is hydrogen; each of R$_5$ and R$_6$ is independently hydrogen or $C_1$-$C_4$ alkyl; and the pharmaceutically acceptable salts thereof.

More preferred compounds of the invention are the compounds of formula (I), wherein R is phenyl ring unsubstituted or substituted by halogen; A is a —$(CH_2)_m$— or —$(CH_2)_p$—X—$(CH_2)_q$— group, wherein m is 1 or 2; one of p and q is zero and the other is zero or 1 and X is —O—, —S— or —NH—; n is zero; R$_1$ is hydrogen; R$_2$ is hydrogen or $C_1$-$C_4$ alkyl; R$_3$ is hydrogen or $C_1$-$C_2$ alkyl optionally substituted by hydroxy; R$_3'$ is hydrogen; each of R$_5$ and R$_6$ independently is hydrogen or $C_1$-$C_4$ alkyl; and the pharmaceutically acceptable salts thereof.

Examples of particularly preferred compounds of the invention include the following: (S)-2-(4-Benzyloxy-benzylamino)-propionamide;    2-[4-(3-Chloro-benzyloxy)-phenethyl]-amino-acetamide;    2-{[4-(3-Chloro-benzyloxy)-benzyl]-methylamino}-acetamide;    2-(4-(3-Chloro-benzyloxy)-benzylamino)-acetamide;    (S)-(+)-2-[4-(2-Fluoro-benzyloxy)-benzylamino]-propanamide;    (S)-(+)-2-[4-(4-Fluoro-benzyloxy)benzylamino]-propanamide;    (S)-(+)-2-[4-(3-Chloro-benzyloxy)-benzylamino]-propanamide;    (R)-(–)-2-[4-(3-Chloro-benzyloxy)-benzylamino]-3-hydroxy-propanamide;    (S)-(+)-2-{4-[2-(3-Fluorophenyl)-ethyl]-oxybenzyl}-amino-propanamide;    2-[4-(3-Fluoro-benzyloxy)-benzylamino]-2-methyl-propanamide; and 2-[4-(3-Bromo-benzyloxy)-benzylamino]-2-methyl-propanamide.

These compounds and their salts are referred to herein as "safinamide derivatives".

For convenience, certain terms used in the specification, examples, and appended claims are collected here.

"MAO-B inhibitors" include molecules capable of acting as inhibitors of MAO-B, and pharmaceutically acceptable salts and esters thereof. Members of the MAO-B inhibitor family include both naturally occurring and synthetic molecules. MAO-B inhibitors can be e.g., selegiline, rasagiline, lazabemide or caroxazone. Safinamide can also be considered a potent and selective (reversible) MAO-B inhibitor, but one which possesses additional mechanisms of action such as dopamine re-uptake inhibition and sodium and calcium channel blockade.

A "specific MAO-B inhibitor" or "selective MAO-B inhibitor" is one which inhibits MAO-B more strongly than it inhibits MAO-A. A selective MAO-B inhibitor should inhibit MAO-B at least 10 times more strongly than it inhibits MAO-A. Preferably, the selective MAO-B inhibitor inhibits MAO-B, 100, 1000, 2500, 5000, or 10,000 times more strongly than it inhibits MAO-A.

An "derivative" of a particular compound is one that differs structurally from that original (parent) compound by five or fewer substitutions, or by modification of five or fewer chemical bonds, while retaining the desired activity of the parent compound. Thus, "safinamide derivatives" include molecules whose structures differ from that of safinamide by 5 or fewer substitutions or by modification of five or fewer chemical bonds.

US 8,283,380 B2

9

"Combination therapy" (or "co-therapy") includes the administration of safinamide or MAO-B inhibitor and at least a Parkinson's Disease agent as part of a specific treatment regimen intended to provide the beneficial effect from the co-action of these therapeutic agents. The beneficial effect of the combination includes, but is not limited to, pharmacokinetic or pharmacodynamic co-action resulting from the combination of therapeutic agents. Administration of these therapeutic agents in combination typically is carried out over a defined time period (usually minutes, hours, days or weeks depending upon the combination selected). An example of combination therapy for treating Parkinson's Disease with nicotinamide adenine dinucleotide and another PD agent is disclosed in U.S. Pat. No. 4,970,200, specifically incorporated herein by reference.

"Combination therapy" may, but generally is not, intended to encompass the administration of two or more of these therapeutic agents as part of separate monotherapy regimens that incidentally and arbitrarily result in the combinations of the present invention. "Combination therapy" is intended to embrace administration of these therapeutic agents in a sequential manner, that is, wherein each therapeutic agent is administered at a different time, as well as administration of these therapeutic agents, or at least two of the therapeutic agents, in a substantially simultaneous manner. Substantially simultaneous administration can be accomplished, for example, by administering to the subject a single capsule having a fixed ratio of each therapeutic agent or in multiple, single capsules for each of the therapeutic agents. Sequential or substantially simultaneous administration of each therapeutic agent can be effected by any appropriate route including, but not limited to, oral routes, intravenous routes, intramuscular routes, and direct absorption through mucous membrane tissues. The therapeutic agents can be administered by the same route or by different routes. For example, a first therapeutic agent of the combination selected may be administered by intravenous injection while the other therapeutic agents of the combination may be administered orally.

Alternatively, for example, all therapeutic agents may be administered orally or all therapeutic agents may be administered by intravenous injection. The sequence in which the therapeutic agents are administered is not narrowly critical. "Combination therapy" also embraces the administration of the therapeutic agents as described above in further combination with other biologically active ingredients and non-drug therapies (e.g., surgery). Where the combination therapy further comprises a non-drug treatment, the non-drug treatment may be conducted at any suitable time so long as a beneficial effect from the co-action of the combination of the therapeutic agents and non-drug treatment is achieved. For example, in appropriate cases, the beneficial effect is still achieved when the non-drug treatment is temporally removed from the administration of the therapeutic agents, perhaps by days or even weeks. A combination therapy for PD may include levodopa/PDI (with or without amantidine, COMT inhibitors and/or dopamine agonists) and safinamide (or a safinamide derivative). Alternatively, or in addition, combination therapy for PD may include levodopa/PDI (with or without amantidine, COMT inhibitors and/or dopamine agonists) and a MAO-B inhibitor.

"Parkinson's Disease agents" include levodopa/PDIs such as levodopa plus carbidopa (SINEMET®), levodopa plus controlled release carbidopa (SINEMET-CR®), levodopa plus benserazide (MADOPAR®), levodopa plus controlled release benserazide (MADOPAR-HBS); COMT (catechol-O-methyltransferase) inhibitors such as tolcapone and entacapone; dopamine agonists, such as bromocriptine, per-

10

golide, ropinirole, pramipexole, lisuride, cabergoline, apomorphine, sumanirole, rotigotine, talipexole and dihydro-ergocriptine; and adamantidine.

Combination therapy includes the administration of safinamide (or a safinamide derivative) or MAO-B inhibitor and one or more dopamine agonists and/or levodopa/PDIs, with or without COMT inhibitors and amantidine. One combination therapy of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor and levodopa/PDI. Another combination therapy of the invention includes safinamide or MAO-B inhibitor, levodopa/PDI, and a COMT inhibitor. Another combination therapy of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI and a dopamine agonist. Another combination therapy of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, and a dopamine agonist. Yet another combination therapy of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, amantidine and a dopamine agonist.

The present invention provides a more effective method of treatment for Parkinson's Disease, and pharmaceutical compositions for treating PD which may be used in such methods. The methods and pharmaceutical compositions of the invention are used to treat symptoms associated with PD. Further, the methods and pharmaceutical compositions of the invention are used to slow the progression of PD.

"Parkinson's Disease symptoms," includes the commonly observed symptoms of Parkinson's Disease, such as those described in: Sulkava, Adv Neurol, 91:411-413, 2003; Facca and Koller, Adv Neurol, 91:383-396, 2003; Marjama-Lyons and Koller, Geriatrics August; 56(8):24-25, 29-30, and 33-35, 2001; Siderowf, Neurol Clin August; 19(3):565-578, 2001; and Poewe, Curr Opin Neurol Neurosurg June; 6(3):333-338, 1993.

Some symptoms of PD include bradykinesia, or slowness in voluntary movement, which produces difficulty initiating movement as well as difficulty completing movement once it is in progress. The delayed transmission of signals from the brain to the skeletal muscles, due to diminished dopamine, produces bradykinesia. Other symptoms include tremors in the hands, fingers, forearm, or foot, which tend to occur when the limb is at rest but not when performing tasks. Tremor may occur in the mouth and chin as well. Other symptoms of PD include rigidity, or stiff muscles, which may produce muscle pain and an expressionless, mask-like face. Rigidity tends to increase during movement. Other indications of PD include poor balance, due to the impairment or loss of the reflexes that adjust posture in order to maintain balance. Falls are common in people with Parkinson's.

Parkinsonian gait is the distinctive unsteady walk associated with Parkinson's disease. There is a tendency to lean unnaturally backward or forward, and to develop a stooped, head-down, shoulders-drooped stance. Arm swing is diminished or absent and people with Parkinson's tend to take small shuffling steps (called festination). Someone with Parkinson's may have trouble starting to walk, appear to be falling forward as they walk, freeze in mid-stride, and have difficulty making a turn.

The progressive loss of voluntary and involuntary muscle control produces a number of secondary symptoms associated with Parkinson's. Most patients do not experience all of them, and symptoms vary in intensity from person to person. Some secondary symptoms of Parkinson's disease include: bradyphrenia (slow response to questions); constipation; dementia (loss of intellectual capacity)—late in the disease; dysphagia (difficulty swallowing)—saliva and food that col-

US 8,283,380 B2

**11**

lects in the mouth or back of the throat may cause choking, coughing, or drooling; hyperhidrosis (excessive sweating); hypersalivation (excessive salivation); hypophonia (soft, whispery voice); incontinence (loss of bladder and/or bowel control); micrographia (small, cramped handwriting); and psychosocial symptom such as: anxiety, depression, isolation; and seborrhea (scaling, dry skin on the face and scalp).

To evaluate whether a patient is benefiting from the PD treatment, one would examine the patient's symptoms in a quantitative way. In a successful treatment, the patient status will have improved (i.e., the symptoms will have decreased), or the progression will have been retarded (e.g., the patient's condition will have stabilized). The patient's neurons are also evaluated, and a benefited patient will exhibit neuronal protection from oxidative damage (e.g., by magnetic resonance imaging (MRI) behavior in frequent, serial MRI studies and compare the patient's status measurement before and after treatment), SPECT or PET imaging techniques demonstrating sparing of pre- or postsynaptic dopaminergic terminals.

There are a number of standard rating scales for the quantitation of extra-pyramidal neurological deficits. The most complete and validated scale is the Unified Parkinson's Disease Rating Scale (UPDRS). It is subdivided into 6 sections. Part III corresponds to the outcome of a physical examination of motor function and is based on the old "Columbia Scale".

The symptoms of Parkinson's Disease also include changes in the substantia nigra of the brain.

In an embodiment, the invention relates to methods for treating Parkinson's Disease through the administration of safinamide, a safinamide derivative, or a MAO-B inhibitor in combination with other Parkinson's Disease agents or treatments. The inventors have discovered that when safinamide is used in combination with other types of drugs, an unexpected, synergistic effect is achieved. The improvement of symptoms and possibly the delay of disease progression is more evident in patients treated with the combination of drugs than those treated with a single type of drug alone. The unexpected synergistic effect of treatment with safinamide in combination with other PD agents provides a scientific rationale for the use of these co-therapies as novel PD therapy.

In one embodiment, methods of treating Parkinson's Disease are disclosed, wherein safinamide (or a safinamide derivative) or a MAO-B inhibitor and a Parkinson's Disease agent(s) are administered to a subject having Parkinson's Disease, such that the symptoms of Parkinson's Disease are treated or at least partially alleviated. Safinamide (or a safinamide derivative) or a MAO-B inhibitor and Parkinson's Disease agent may be administered as part of a pharmaceutical composition, or as part of a combination therapy. In another embodiment, a patient is diagnosed, e.g., to determine if treatment is necessary, whereupon a combination therapy in accordance with the invention is administered to treat the patient. The amount of safinamide (or a safinamide derivative) or a MAO-B inhibitor and Parkinson's Disease agent(s) is typically effective to reduce symptoms and to enable an observation of a reduction in symptoms.

The methods of treating Parkinson's Disease disclosed, herein include administration of safinamide (or a safinamide derivative) or a MAO-B inhibitor and a dopamine agonist and/or levodopa/PDI and/or COMT inhibitors, and/or amantidine such that the symptoms of Parkinson's Disease are treated or at least partially alleviated. One combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor and levodopa/PDI. Another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, and a COMT

**12**

inhibitor. Another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) MAO-B inhibitor, levodopa/PDI, and a dopamine agonist. Another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, and a dopamine agonist. Yet another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, a dopamine agonist and amantidine.

Administration the treatment according to the methods of the invention is made to a subject having Parkinson's Disease, such that the symptoms of Parkinson's Disease are treated or at least partially alleviated. The safinamide (or a safinamide derivative) or MAO-B inhibitor and PD agent may be administered as part of a pharmaceutical composition, or as part of a combination therapy. In another embodiment, a patient is diagnosed, e.g., to determine if treatment is necessary, whereupon a combination therapy in accordance with the invention is administered to treat the patient. The amount of safinamide (or a safinamide derivative) or MAO-B inhibitor and PD agent(s) is typically effective to reduce symptoms and to enable an observation of a reduction in symptoms.

In one embodiment, methods of treating Parkinson's Disease are disclosed, wherein safinamide (or a safinamide derivative) or a MAO-B inhibitor and a Parkinson's Disease agent are administered to a subject having Parkinson's Disease, such that the progression of Parkinson's Disease is at least partially slowed. The safinamide (or a safinamide derivative) or a MAO-B inhibitor and Parkinson's Disease agent(s) may be administered as part of a pharmaceutical composition, or as part of a combination therapy. The amount of safinamide (or a safinamide derivative) or a MAO-B inhibitor and Parkinson's Disease agent(s) is typically effective to retard the progression of PD or to enable an observation of a stabilization in symptoms.

The methods of treating Parkinson's Disease disclosed, herein include administration of safinamide (or a safinamide derivative) or a MAO-B inhibitor and a dopamine agonist and/or levodopa/PDI and/or COMT inhibitors and/or amantidine to a subject having Parkinson's Disease, such that the progression of Parkinson's Disease is at least partially retarded. The safinamide (or a safinamide derivative) or MAO-B inhibitor and PD agent(s) may be administered as part of a pharmaceutical composition, or as part of a combination therapy. The amount of safinamide (or a safinamide derivative) or MAO-B inhibitor and PD agent(s) is typically effective to retard progression of PD and to enable an observation of a stabilization in symptoms. One combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor and levodopa/PDI. Another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI and a COMT inhibitor. Another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI and a dopamine agonist. Another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, and a dopamine agonist. Yet another combination which can be used in the methods of the invention includes safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, a dopamine agonist and amantidine.

US 8,283,380 B2

**13**

Administration the treatment according to the methods of the invention is made to a subject having Parkinson's Disease, such that the symptoms of Parkinson's Disease are treated or at least partially alleviated. The safinamide (or a safinamide derivative) or MAO-B inhibitor and PD agent(s) may be administered as part of a pharmaceutical composition, or as part of a combination therapy. In another embodiment, a patient is diagnosed, e.g., to determine if treatment is necessary, whereupon a combination therapy in accordance with the invention is administered to treat the patient. The amount of safinamide (or a safinamide derivative) or a MAO-B inhibitor and Parkinson's Disease agent(s) is typically effective to retard the progression of PD or to enable an observation of a stabilization in symptoms.

Safinamide (or a safinamide derivative) may be administered at a dosage of generally between about 1 and about 700 mg/day, advantageously from about 10 to about 300 mg per day, more preferably from about 10 to about 70 or 80 or 150 or 200 or 300 mg/day. For example, safinamide (or a safinamide derivative) may be administered at a dosage of generally between about 0.1 and about 5 mg/kg/day, more preferably from about 0.5 to about 1, 2, 3, 4 or 5 mg/kg/day. Bromocriptine may be administered from 0.5 to 80 mg/day patient: cabergoline from 0.1 to 50 mg/day patient, dihydroergocriptine from 1 to 120 mg/day patient; lisuride from 0.01 to 20 mg/day patient; pergolide from 0.1 to 20 mg/day/patient; apomorphine from 1 to 200 mg/day/patient; pramipexole from 0.1 to 20 mg/day/patient; ropinirole from 0.1 to 50 mg/day/patient; tolcapone from 10 to 600 mg/day/patient; entacapone from 10 to 600 mg/day/patient; levodopa plus carbidopa (SINEMET®) from 20 to 2000 mg/day/patient and from 10 to 300 mg/day/patient respectively; levodopa plus carbidopa retard (SINEMET-CR®) from 40 to 2400 mg/day and from 10 to 200 mg/day/patient respectively; levodopa plus benserazide (MADOPAR®) from 50 to 1500 mg/day and from 10 to 200 mg/day patient respectively; levodopa plus benserazide retard (MADOPAR-HBS) from 50 to 1500 mg/day and from 10 to 200 mg/day/patient respectively; L-dopa methyl chloridate from 200 to 800 mg; selegiline from 0.1 to 50 mg/day/patient; rasagiline from 0.1 to 10 mg/day/patient, other MAO-B inhibitors may be administered at a dosage of generally between about 0.1 mg/day and about 50 mg/day, more preferably from about 1 mg/day to about 10 mg/day; amantidine from 1 to 2000 mg/day/patient.

As for every drug, the dosage is an important part of the success of the treatment and the health of the patient. The degree of efficacy as a PD treatment depends on the particular drug combination. In every case, in the specified range, the physician has to determine the best dosage for a given patient, according to his sex, age, weight, pathological state and other parameters. Depending on the chosen combination, the amount given to the subject must be appropriate, particularly effective to specifically treat symptoms associated with PD, to slow progression of the disease, to stabilize the observed symptoms, or to produce the desired neuroprotective effects.

Administration may be, e.g., intralesional, intraperitoneal, intramuscular or intravenous injection; infusion; or topical, transdermal, transcutaneous, nasal, oral, ocular or otic delivery. A particularly convenient frequency for the administration of the combination is once a day.

As noted above, combination therapies are part of the invention. The combination therapies of the invention may be administered in any suitable fashion to obtain the desired treatment of PD in the patient. One way in which this may be achieved is to prescribe a regimen of safinamide (or a safinamide derivative) or MAO-B inhibitor so as to "pre-treat" the patient to obtain the effects of safinamide (or a safinamide

**14**

derivative) then follow with the PD agent as part of a specific treatment regimen, e.g., a standard administration of levodopa/PDI (with or without a COMT inhibitor and/or amantidine) and/or a dopamine agonist, to provide the benefit of the co-action of the therapeutic agents.

Combination therapies of the invention include this sequential administration, as well as administration of these therapeutic agents, or at least two of the therapeutic agents, in a substantially simultaneous manner. Substantially simultaneous administration can be accomplished, for example, by administering to the subject a single capsule, pill, or injection having a fixed ratio of safinamide (or a safinamide derivative) and, e.g., a dopamine agonist, or in multiple, single capsules or injections. The components of the combination therapies, as noted above, can be administered by the same route or by different routes. For example, safinamide may be administered by orally, while the other PD agent may be administered intramuscularly or subcutaneously; or all therapeutic agents may be administered orally or all therapeutic agents may be administered by intravenous injection. The sequence in which the therapeutic agents are administered is not believed to be critical.

Administration of the therapies and combination therapies of the invention may be administered (both or individually) orally, topically, subcutaneously, intramuscularly, or intravenously.

The invention further relates to kits for treating patients having PD, comprising a therapeutically effective dose of an agent for treating or at least partially alleviating the symptoms of PD (e.g., levodopa/PDI, a COMT-inhibitor, a dopamine agonist, amantidine and safinamide (or a safinamide derivative) or a MAO-B inhibitor) either in the same or separate packaging, and instructions for its use.

In one aspect, a kit includes therapeutic doses of one or more PD agent(s) and safinamide (or a safinamide derivative) or a MAO-B inhibitor, for treating a patient in need of PD treatment, and instructions for use. In another embodiment, a kit includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and one or more dopamine agonists for treating a patient in need of PD treatment, and instructions for use. In another embodiment, a kit includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and one or more levodopa/PDI for treating a patient in need of PD treatment, and instructions for use. In another embodiment, a kit includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and one or more levodopa/PDI and/or COMT inhibitors for treating a patient in need of PD treatment, and instructions for use. In another embodiment, a kit includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and one or more levodopa/PDI and/or COMT inhibitors and/or amantidine for treating a patient in need of PD treatment, and instructions for use. In another embodiment, a kit includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and one or more levodopa/PDI and/or COMT inhibitors and/or amantidine and/or dopamine agonists for treating a patient in need of PD treatment, and instructions for use.

Pharmaceutical compositions comprising safinamide (or a safinamide derivative) or a MAO-B inhibitor and a Parkinson's Disease agent(s), in an effective amount(s) to treat Parkinson's Disease, are also included in the invention.

In one embodiment, a pharmaceutical composition includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and/or levodopa/PDI and/or dopamine agonists may include additional Parkinson's Disease agents such as COMT inhibitors and/or amantidine for

US 8,283,380 B2

**15**

treating a patient in need of PD treatment. One combination which can be used in the pharmaceutical compositions of the invention includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor and levodopa/PDI for treating a patient in need of PD treatment. Another combination which can be used in the pharmaceutical compositions of the invention includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, and a COMT inhibitor for treating a patient in need of PD treatment. Another combination which can be used in the pharmaceutical compositions of the invention includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, and a dopamine agonist for treating a patient in need of PD treatment. Another combination which can be used in the pharmaceutical compositions of the invention includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor and a dopamine agonist for treating a patient in need of PD treatment. Yet another combination which can be used in the pharmaceutical compositions of the invention includes therapeutic doses of safinamide (or a safinamide derivative) or MAO-B inhibitor, levodopa/PDI, a COMT inhibitor, a dopamine agonist, and amantidine for treating a patient in need of PD treatment.

Preferably, treatment should continue as long as Parkinson's Disease symptoms are suspected or observed.

The preparation of pharmaceutical or pharmacological compositions will be known to those of skill in the art in light of the present disclosure. Typically, such compositions may be prepared as injectables, either as liquid solutions or suspensions; solid forms suitable for solution in, or suspension in, liquid prior to injection; as tablets or other solids for oral administration; as time release capsules; liposome formulations; or in any other form currently used, including suppositories, creams, lotions, mouthwashes, inhalants and the like.

The compositions and combination therapies of the invention may be administered in combination with a variety of pharmaceutical excipients, including stabilizing agents, carriers and/or encapsulation formulations as described herein. Compositions of the invention may be administered to a PD patient as pharmaceutically acceptable salts and/or in a pharmaceutically acceptable carrier. "Pharmaceutically" or "pharmacologically acceptable" include molecular entities and compositions that do not produce an adverse, allergic or other untoward reaction when administered to an animal, or a human, as appropriate. "Pharmaceutically acceptable carrier" includes any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents and the like.

The subject treated by the methods described herein is a mammal, more preferably a human. The following properties or applications of these methods will essentially be described for humans although they may also be applied to non-human mammals, e.g., apes, monkeys, dogs, mice, etc. For human administration, preparations should meet sterility, pyrogenicity, general safety and purity standards as required by FDA Office of Biologics standards.

Pharmaceutically acceptable carriers include any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents and the like. The use of such media and agents for pharmaceutically active substances is well known in the art. Except insofar as any conventional media or agent is incompatible with the active ingredient, its use in the therapeutic compositions is contemplated. Supplementary active ingredients can also be incorporated into the compositions.

**16**

Pharmaceutically acceptable salts include acid addition salts and which are formed with inorganic acids such as, for example, hydrochloric or phosphoric acids, or such organic acids as acetic, oxalic, tartaric, mandelic, and the like. Salts formed with the free carboxyl groups can also be derived from inorganic bases such as, for example, sodium, potassium, ammonium, calcium, or ferric hydroxides, and such organic bases as isopropylamine, trimethylamine, histidine, procaine and the like.

Therapeutic or pharmacological compositions of the present invention will generally comprise an effective amount of the component(s) of the combination therapy, dissolved or dispersed in a pharmaceutically acceptable medium. Pharmaceutically acceptable media or carriers include any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents and the like. The use of such media and agents for pharmaceutical active substances is well known in the art. Supplementary active ingredients can also be incorporated into the therapeutic compositions of the present invention.

In certain embodiments, active compounds may be administered orally. Such compounds are contemplated to include chemically designed or modified agents and liposomal formulations in time release capsules to avoid degradation.

Oral formulations include such normally employed excipients as, for example, pharmaceutical grades of mannitol, lactose, starch, magnesium stearate, sodium saccharine, cellulose, magnesium carbonate and the like. These compositions take the form of solutions, suspensions, tablets, pills, capsules, sustained release formulations or powders.

In certain defined embodiments, oral pharmaceutical compositions will comprise an inert diluent or assimilable edible carrier, or they may be enclosed in hard or soft shell gelatin capsule, or they may be compressed into tablets, or they may be incorporated directly with the food of the diet. For oral therapeutic administration, the active compounds may be incorporated with excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. Such compositions and preparations should contain at least 0.1% of active compound. The percentage of the compositions and preparations may, of course, be varied and may conveniently be between about 2 to about 75% of the weight of the unit, or preferably between 25-60%. The amount of active compounds in such therapeutically useful compositions is such that a suitable dosage will be obtained.

The tablets, troches, pills, capsules and the like may also contain the following: a binder, as gum tragacanth, acacia, cornstarch, or gelatin; excipients, such as dicalcium phosphate; a disintegrating agent, such as corn starch, potato starch, alginic acid and the like; a lubricant, such as magnesium stearate; and a sweetening agent, such as sucrose, lactose or saccharin may be added or a flavoring agent, such as peppermint, oil of wintergreen, or cherry flavoring. When the dosage unit form is a capsule, it may contain, in addition to materials of the above type, a liquid carrier. Various other materials may be present as coatings or to otherwise modify the physical form of the dosage unit. For instance, tablets, pills, or capsules may be coated with shellac, sugar or both. A syrup of elixir may contain the active compounds sucrose as a sweetening agent methyl and propylparabens as preservatives, a dye and flavoring, such as cherry or orange flavor.

The compositions and combination therapies of the invention can be formulated for parenteral administration, e.g., formulated for injection via the intravenous, intramuscular, subcutaneous, intralesional, or even intraperitoneal routes. The preparation of an aqueous composition that contains a

**17**

composition of the invention or an active component or ingredient will be known to those of skill in the art in light of the present disclosure. Typically, such compositions can be prepared as injectables, either as liquid solutions or suspensions; solid forms suitable for using to prepare solutions or suspensions upon the addition of a liquid prior to injection can also be prepared; and the preparations can also be emulsified.

The pharmaceutical forms suitable for injectable use include sterile aqueous solutions or dispersions; formulations including sesame oil, peanut oil or aqueous propylene glycol; and sterile powders for the extemporaneous preparation of sterile injectable solutions or dispersions. In all cases the form must be sterile and must be fluid to the extent that easy syringability exists. It must be stable under the conditions of manufacture and storage and must be preserved against the contaminating action of microorganisms, such as bacteria and fungi.

For parenteral administration in an aqueous solution, for example, the solution should be suitably buffered if necessary and the liquid diluent first rendered isotonic with sufficient saline or glucose. These particular aqueous solutions are especially suitable for intravenous, intramuscular, subcutaneous and intraperitoneal administration. In this connection, sterile aqueous media which can be employed will be known to those of skill in the art in light of the present disclosure. Solutions of active compounds as free base or pharmacologically acceptable salts can be prepared in water suitably mixed with a surfactant, such as hydroxypropylcellulose. Dispersions can also be prepared in glycerol, liquid polyethylene glycols, and mixtures thereof and in oils. Under ordinary conditions of storage and use, these preparations contain a preservative to prevent the growth of microorganisms.

Suitable preservatives for use in such a solution include benzalkonium chloride, benzethonium chloride, chlorobutanol, thimerosal and the like. Suitable buffers include boric acid, sodium and potassium bicarbonate, sodium and potassium borates, sodium and potassium carbonate, sodium acetate, sodium biphosphate and the like, in amounts sufficient to maintain the pH at between about pH 6 and pH 8, and preferably, between about pH 7 and pH 7.5. Suitable tonicity agents are dextran 40, dextran 70, dextrose, glycerin, potassium chloride, propylene glycol, sodium chloride, and the like, such that the sodium chloride equivalent of the ophthalmic solution is in the range 0.9 plus or minus 0.2%. Suitable antioxidants and stabilizers include sodium bisulfite, sodium metabisulfite, sodium thiosulfite, thiourea and the like. Suitable wetting and clarifying agents include polysorbate 80, polysorbate 20, poloxamer 282 and tyloxapol. Suitable viscosity-increasing agents include dextran 40, dextran 70, gelatin, glycerin, hydroxyethylcellulose, hydroxmethylpropylcellulose, lanolin, methylcellulose, petrolatum, polyethylene glycol, polyvinyl alcohol, polyvinylpyrrolidone, carboxymethylcellulose and the like.

Additional formulations suitable for other modes of administration include suppositories. For suppositories, traditional binders and carriers may include, for example, polyalkylene glycols or triglycerides; such suppositories may be formed from mixtures containing the active ingredient in the range of 0.5% to 10%, preferably 1%-2%.

Upon formulation, therapeutics will be administered in a manner compatible with the dosage formulation, and in such amount as is pharmacologically effective. The formulations are easily administered in a variety of dosage forms, such as the type of injectable solutions described above, but drug release capsules and the like can also be employed.

In this context, the quantity of active ingredient and volume of composition to be administered depends on the host animal

**18**

to be treated. Precise amounts of active compound required for administration depend on the judgment of the practitioner and are peculiar to each individual.

A minimal volume of a composition required to disperse the active compounds is typically utilized. Suitable regimes for administration are also variable, but would be typified by initially administering the compound and monitoring the results and then giving further controlled doses at further intervals. For example, for parenteral administration, a suitably buffered, and if necessary, isotonic aqueous solution would be prepared and used for intravenous, intramuscular, subcutaneous or even intraperitoneal administration. One dosage could be dissolved in 1 ml of isotonic NaCl solution and either added to 1000 ml of hypodermolysis fluid or injected at the proposed site of infusion, (see for example, *Remington's Pharmaceutical Sciences* 15th Edition, pages 1035-1038 and 1570-1580).

The carrier can also be a solvent or dispersion medium containing, for example, water, ethanol, polyol (for example, glycerol, propylene glycol, and liquid polyethylene glycol, and the like), suitable mixtures thereof, and vegetable oils. The proper fluidity can be maintained, for example, by the use of a coating, such as lecithin, by the maintenance of the required particle size in the case of dispersion and by the use of surfactants. The prevention of the action of microorganisms can be brought about by various antibacterial and antifungal agents, for example, parabens, chlorobutanol, phenol, sorbic acid, thimerosal, and the like. In many cases, it will be preferable to include isotonic agents, for example, sugars or sodium chloride. Prolonged absorption of the injectable compositions can be brought about by the use in the compositions of agents delaying absorption, for example, aluminum monostearate and gelatin.

The pharmaceutical compositions of the present invention can be formulated for, oral administration, inhalation devices, depot, intra-adipose, intravenously, sublingually, perilingually, subcutaneously, rectally, or transdermally, or by any other medically-acceptable means, but preferably orally by mixing each of the above compounds with a pharmacologically acceptable carrier or excipient. The amount of active ingredient(s) that may be combined with desired carrier material(s) to produce single or multiple dosage forms will vary depending upon the host in need thereof and the respective mode of administration. For example, a formulation intended for oral administration of humans may contain from 0.01 mg to 500 mg of active agent(s) compounded with an appropriate convenient amount of carrier material which may vary in composition from about 1 to 99 percent of total composition. Before orally administered drugs enter the general circulation of the human body, they are absorbed into the capillaries of the upper gastrointestinal tract and are transported by the portal vein to the liver. The enzymatic activities, the pH found in gastrointestinal fluids or tissues, the concurrent intake of food and consequent agitation may inactivate the drug or cause the drug to dissolve poorly and consequently decrease compliance, increase the risk of side effects and substantially reduce the efficacy of the drug. Varying dosage unit forms of the present invention comprise safinamide (or a safinamide derivative) or a MAO-B inhibitor in combination with a Parkinson's Disease agent as active ingredients and have surprisingly shown an increase in the efficacy and for inhibiting the progression of PD.

The pharmaceutical compositions of the present invention for inhibiting the progression of PD and/or for treating the disease, comprise safinamide (or a safinamide derivative) or a MAO-B inhibitor in combination with a Parkinson's Disease agent as active ingredients in dosage unit form(s). In cases

19

where the biological half-life of safinamide (or a safinamide derivative) or a MAO-B inhibitor is different than that of a Parkinson's Disease agent, it may be advantageous to administer the drugs in separate or admixed compositions and a controlled release composition may be used for the active compound(s) with the shortest biological half-life. Alternatively, a tablet composition may be used that allows for fast release of the compound(s) with the longest duration and delayed release of the compound(s) with the shortest duration of activity. See, e.g., U.S. Pat. No. 6,500,867, herein incorporated by reference.

The dosage unit forms will generally contain between from about 0.1, 0.5, 1.0, 3.0, 5.0, 10.0, 15.0, to about 200 mg/kg/day of safinamide (or a safinamide derivative) or of a MAO-B inhibitor and from about 0.1 mg to 2000 mg of Parkinson's Disease agent.

The pharmaceutical composition for treating or preventing PD of the present invention can be provided, for example, in the alternative forms prepared by the following procedures:

(1) the above compounds are mixed optionally with a pharmaceutically acceptable excipient or the like by procedures known in the art to provide one dosage form, (2) the respective compounds are independently processed, optionally together with a pharmaceutically acceptable excipient or the like, to use in combination with independent dosage forms, or (3) the respective compounds are independently processed, optionally together with a pharmaceutically acceptable excipient or the like, to provide independently prepared dosage forms as a set.

If the respective compounds are independently processed to provide independently prepared dosage forms, each compound of the pharmaceutical composition of the present invention may be administered to one patient or a prospective patent concurrently or consecutively, and the quantity and period of dosing of the respective compounds need not be the same.

The pharmaceutical composition of the present invention for treating and/or preventing PD can be provided in any and all dosage forms that can be administered to patients by the oral route, such as tablets, fine granules, capsules, and granules, and others. Preferred forms are tablets.

The pharmaceutical composition of the present invention may be manufactured using an excipient, binder, disintegrator, lubricant, and/or other formulation additives. The composition may be provided in sustained release dosage forms. The dosage forms may be manufactured by coating the tablets, granules, fine granules, capsules, etc. with oleaginous substances including, but not limited to, triglycerides, polyglycerol fatty acid esters and hydroxypropylcellulose.

EXAMPLES

Safinamide

Pre-clinical studies of safinamide, including general and specific pharmacology studies on the mechanism of action, toxicology, pharmacokinetics and metabolism, proved that safinamide has a broad spectrum of anticonvulsant activity, with a potency comparable or superior to most classical antiepileptic drugs, without evidence of proconvulsant effect and with a very large safety index (Chazot, Current Opinion in Invest. Drugs, 2(6): 809-813, 2001).

In rodents, administration of safinamide prevented neostriatal dopamine depletion when given prior to the administration of the Parkinson-genic xenobiotic methyl-4-phenyl-1,2, 3,6-tetrahydropyridine (MPTP). Moreover, in the same model when given 4 h after the toxin administration, at a time when all the conversion of MPTP to MPP$^+$ (1-methyl-4-

20

phenylpyridine) has occurred, safinamide is capable of preventing nigral neuronal death. In an animal model of wearing off, safinamide restores the efficacy and duration of the motor effect in response to L-dopa, which had diminished after 28 days continuous treatment. In toxicological studies in primates after 12 week daily administration of safinamide, a significant increase of neostriatal dopamine with increased turnover was seen (Chazot, Current Opinion in Invest. Drugs, 2(6): 809-813, 2001).

Phase I clinical studies in 71 healthy volunteers revealed that single doses of 10 mg/kg or 7 days of repeated doses of 5 mg/kg/day did not produce any clinically relevant side effect. Overall, the drug was very well tolerated, without objective signs of toxicity and only minor subjective complaints. A tyramine pressure test was performed in 8 healthy volunteers. To raise BP by 30 mm Hg, an equal or greater amount of i.v. tyramine was required after safinamide 2.0 mg/kg compared to placebo, demonstrating lack of "cheese effect," a dangerous hypertensive reaction caused by neural uptake of tyramine from tyramine-containing foods like aged cheeses, certain wines, yeast, beans, chicken liver and herring (Chazot P L, Current Opinion in Invest. Drugs, 2(6): 809-813, 2001). Safinamide Phase II

A phase II dose finding, double-blind, placebo controlled study to investigate the efficacy and safety of safinamide, a MAO-B inhibitor, in patients affected by idiopathic early Parkinson's disease was performed. The objective of the study was to evaluate the efficacy and safety of orally administered safinamide at two different doses (0.5 mg/kg and 1.0 mg/kg) in parkinsonian patients de-novo or treated with one single dopamine agonist at stable dose. This was a dose finding, double-blind, placebo-controlled, randomized, multicenter, multinational, 12-week trial, comparing two doses of safinamide (0.50 and 1.00 mg/kg) versus placebo as monotherapy or as adjunct therapy to one single dopamine agonist.

Number of patients planned was 150 patients (50 patients per group); number of patients screened was 196 patients; number of patients randomized was: 172 patients; number of patients receiving placebo: 58 patients; number of patients receiving safinamide 0.5 mg/kg: 57 patients; number of patients receiving safinamide 1.0 mg/kg: 57 patients. Analyzed Safety cohort: 168 patients; Placebo: 56 patients; Safinamide 0.5 mg/kg: 56 patients; Safinamide 1.0 mg/kg: 56 patients; ITT cohort: 167 patients; Placebo: 56 patients; Safinamide 0.5 mg/kg: 55 patients; Safinamide 1.0 mg/kg: 56 patients; PP cohort: 156 patients; Placebo: 51 patients; Safinamide 0.5 mg/kg: 54 patients; Safinamide 1.0 mg/kg: 51 patients;

Patients selected were Caucasian male or female outpatients; 30 to 72 years of age; non-smokers; affected by idiopathic Parkinson's disease since at most five years, Hoehn and Yahr stages I-II; de-novo patients responding to L-dopa or apomorphine, defined as patients never treated with any parkinsonian drug or treated with levodopa (+a decarboxylase inhibitor) or one single dopamine agonist for less than four weeks prior to screening visit; patients already treated with one single dopamine agonist at stable doses for at least four weeks prior to the screening visit; written informed consent provided.

Mode of administration was oral, once daily; and duration of treatment was 12 weeks. The primary efficacy variable in this study was the proportion of patients considered to have achieved a response defined as an improvement of at least 30% in the unified Parkinson's disease ratings scale (UP-DRS) section III score between baseline (Visit 2) and the end of the study (Visit 9 or early study termination).

US 8,283,380 B2

21

Secondary criteria included percentage of patients with an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and Visit 5 and Visit 7; changes in the UPDRS sections II and III scores between baseline (Visit 2) and Visit 5, Visit 7 and the end of the study (Visit 9 or early study termination); clinical global impression (CGI) by the investigator during the course of the study; change in Hamilton rating scale for depression (HAMD) between screening (Visit 1) and the end of the study (Visit 9 or early study termination).

Safety was monitored by adverse events, vital signs, 12-lead ECG and clinical laboratory variables.

Statistical Methods:

Intent-to-Treat Cohort

The intent-to-treat (ITT) cohort was defined as all randomized patients who received at least one dose of study medication and for whom at least one UPDRS section III assessment after treatment was available.

The analysis based on the ITT Cohort was considered a primary analysis and was performed for all parameters except safety parameters.

Per-Protocol Cohort

The per-protocol (PP) cohort was defined as all patients who completed the study without major protocol violations. Minor violations not leading to exclusion from the PP cohort were defined during a blind review meeting after data cleaning. Drop-outs due to lack of efficacy and due to adverse events were not excluded from the PP cohort.

The PP analysis was performed for the primary efficacy parameter, demographic data and most important baseline characteristics which were defined in the analysis plan.

Safety Cohort

The safety (S) cohort was defined as all patients who received one dose of study medication and have at least one safety assessment after treatment. Patients were assigned to the study treatment group as randomized.

The analyses based on the safety cohort were performed for the safety parameters, demographic data and the most important baseline characteristics which were defined in the analysis plan.

22

ine agonist alone, single dopamine agonists with a prior Parkinson's disease treatment) and the country. In case of a statistically significant result (p<0.05), additional pairwise comparisons between treatment groups were performed using the same statistical model.

Secondary efficacy variables were the percentage of patients with an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and Visit 5 and Visit 7, changes in UPDRS section II and III scores between baseline (Visit 2) and Visit 5, Visit 7 and the end of the study (Visit 9 or early study termination), the CGI during the course of the study and the change in HAMD scores between screening (Visit 1) and the end of the study (Visit 9 or early study termination).

The percentage of patients with an improvement of at least 30% in the UPDRS section III score at Visits 5 and 7 was analyzed using the same methods as for the primary efficacy variable.

Changes in the UPDRS sections II and III scores between baseline (Visit 2) and further visits as well as the change in HAMD score between baseline (Visit 2) and the final visit (Visit 9 or early study termination) were assessed for between-group differences using the Kruskal-Wallis procedure. The normality of the data distribution for the changes in UPDRS and HAMD scores during the study was assessed using the Shapiro-Wilk test.

Treatment differences for the CGI during the conduct of the study were assessed using the Fisher's exact test.

Incidences of adverse events were calculated overall, by body system and by preferred term. Vital sign measurements at baseline (Visit 2) were compared to further visits using the Kruskal-Wallis test. All other safety variables were analysed descriptively.

Efficacy Results:

The percentage of patients with an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and the end of the study (Visit 9 or early study termination) and results from the statistical analysis of the primary efficacy variable are displayed in Table 1.

TABLE 1

| Responder[1] rate at final visit[2] (ITT cohort, N = 167) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Placebo (N = 56) | | Safinamide 0.5 mg/kg (N = 55) | | Safinamide 1.0 mg/kg 2.0 (N = 56) | | Safinamide 0.5 mg/kg versus placebo | Safinamide 1.0 mg/kg 2.0 versus placebo |
| | N | % | N | % | N | % | Overall p-value | (logistic regression) |
| Responders[1] | 12 | 21.4 | 17 | 30.9 | 21 | 37.5 | 0.132 | 0.016 |

[1]A responder was defined as a patient with an improvement of at least 30% in UPDRS section III from baseline to the final visit;
[2]Visit 9 or early study termination

Demographic data (age, sex, race, etc.), baseline patient characteristics, past medical history and concomitant illnesses were summarized by treatment groups to assess differences between treatment groups and between study cohorts and to characterize the study population as a whole.

The primary efficacy variable was the percentage of patients with an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and the end of the study (Visit 9 or early study termination). Comparison between the treatment groups was performed in the ITT analysis cohort (primary analysis) using a logistic regression model taking into account UPDRS section III score at baseline, the patient's treatment history (de-novo, single dopam-

At the final visit the responder rate was higher in the safinamide groups than in the placebo group. Within the safinamide groups the higher dose resulted in a higher responder rate than in the lower dose.

A statistically significant difference was observed between the safinamide 1.0 mg/kg group and the placebo group for the percentage of patients with an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and the final visit (Visit 9 or early study termination). Thus, the superiority of safinamide 1.0 mg/kg to placebo was shown by the analysis of the primary efficacy variable in this study. The observed difference in the primary efficacy variable between

US 8,283,380 B2

<table>
<tr><td>23</td><td>24</td></tr>
</table>

safinamide 0.5 mg/kg and placebo was not statistically significant. The results of the PP cohort were consistent with the ITT analysis.

For the secondary efficacy variables, a difference (p=0.049, Fisher's exact test) was seen between the three treatment groups with regard to changes in CGI part I between baseline (Visit 2) and Visit 6 due to the better outcome in the safinamide 0.5 mg/kg group. A first three-subgroup analysis by the patient's treatment history (de-novo, single dopamine agonist alone, and single dopamine agonist and a prior Parkinson's disease treatment) showed that there was no difference in the responder rate, defined as an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and the final visit (Visit 9 or early study termination), between the treatment groups within the subgroup of de-novo patients (placebo: 22.7%, 0.5 mg safinamide: 22.7%, 1.0 mg safinamide: 22.7%) at the final visit. Among patients who received a single dopamine agonist alone (placebo: 25.0%, 0.5 mg safinamide: 33.3%, 1.0 mg safinamide: 50.0%) or a dopamine agonist with a prior Parkinson's disease treatment (placebo: 14.3%, 0.5 mg safinamide: 40.0%, 1.0 mg safinamide: 43.8%) the responder rate tended to be higher in the safinamide groups than in the placebo group. In patients treated with a single dopamine agonist the higher safinamide dose resulted in a higher responder rate compared to the lower safinamide dose. At the earlier visits the responder rate tended to be higher in the safinamide groups than in the placebo group. The logistic regression model including all treatment groups did not show a difference in the responder rate between the three treatment groups at the final visit (p≧0.05, logistic regression). However, the study was not powered for this kind of subgroup analysis due to the small number of patients in the study treatment groups in the subgroups. There were no differences between the treatment groups with regard to changes in UPDRS section III scores between baseline (Visit 2) and Visits 5, 7 and the final visit in any of the subgroups (p≧0.05, Kruskal-Wallis test).

A further two-subgroup analysis by the patient's treatment history (de-novo versus single dopamine agonist) generally yielded similar results to those of the first subgroup analysis. However, in the second subgroup analysis, the logistic regression model including all treatment groups showed a statistically significant difference between safinamide 1.0 mg/kg and placebo for the responder rates at the final visit in the subgroup of single dopamine agonist patients (p=0.024). There were no relevant differences in the responder rates between safinamide 0.5 mg/kg and placebo in the single dopamine agonist subgroup or between the three treatment groups in the de-novo subgroup. In essence, while in the de novo patients (i.e. patients who were taking either placebo or Safinamide alone) there was no difference in the rate of responders in the 3 study arms; patients under stable dopamine agonist treatment had a rate of responders of 20.6% in the placebo group; of 36.4% in the Safinamide 0.5 mg/kg group and more than double the placebo (47.1%) in the safinamide 1.0 mg/kg.

TABLE 2

| | Placebo (N = 56) | | Safinamide 0.5 mg/kg (N = 55) | | Safinamide 1.0 mg/kg (N = 56) | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| De Novo (N = 66) | | | | | | |
| Responders | 5 | 22.7 | 5 | 22.7 | 5 | 22.7 |
| Non Responders | 17 | 77.3 | 17 | 77.3 | 17 | 77.3 |

TABLE 2-continued

| | Placebo (N = 56) | | Safinamide 0.5 mg/kg (N = 55) | | Safinamide 1.0 mg/kg (N = 56) | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Single DA (N = 101) | | | | | | |
| Responders | 7 | 20.6 | 12 | 36.4 | 16 | 47.1 |
| Non Responders | 27 | 79.4 | 21 | 63.6 | 18 | 52.9 |

P = 0.024

Safety Results:

Differences between the treatment groups were seen for the percentage of patients with adverse events, which was higher in the placebo group (50.0% of patients) than in the safinamide 0.5 mg/kg (37.5% of patients) and 1.0 mg/kg (32.1% of patients) groups. Patients most often experienced nervous system disorders in the placebo group (dizziness: 5.4% of patients) and in the safinamide 0.5 mg/kg group (tremor aggravated: 3.6% of patients), whereas in the safinamide 1.0 mg/kg group gastrointestinal system disorders (nausea: 3.6% of patients) were those most frequently reported. Most adverse events were of mild intensity. More related adverse events were reported for the placebo group (25.0% of patients) compared to the safinamide 0.5 mg/kg (12.5% of patients) group and safinamide 1.0 mg/kg (10.7% of patients) group. No deaths were reported in this study. Two patients in the safinamide 0.5 mg/kg group (atrial fibrillation, pregnancy) and one patient in the safinamide 1.0 mg/kg group (myasthenia gravis) experienced serious adverse events.

All these serious adverse events were assessed as unlikely related (atrial fibrillation) or not related (pregnancy, myasthenia gravis) to the study medication. Two patients were withdrawn due to serious adverse events (atrial fibrillation, myasthenia gravis). A further two patients in the placebo group (abdominal pain, dizziness/confusion) and three patients in the safinamide 0.5 g/kg (hallucination/polynocturia, dizziness, tremor aggravated) withdrew from the study due to non-serious adverse events. Differences were seen between the treatment groups with regard to changes in heart rate between baseline (Visit 2) and Visit 6 (p=0.020) as well as between baseline (Visit 2) and the final visit (p=0.037, Kruskal-Wallis test). In the safinamide 1.0 mg/kg group, mean heart rate increased from baseline to the final visit, while a decrease was observed in the other treatment groups. Overall, no pronounced differences were observed between the treatment groups for other vital signs, ECG recordings and laboratory parameters. Thus, no safety concerns were raised during this study.

In this study, superiority of safinamide 1.0 mg/kg to placebo was demonstrated for the percentage of patients with an improvement of at least 30% in the UPDRS section III score between baseline (Visit 2) and the final visit (Visit 9 or early study termination), the primary is efficacy parameter. The improvement in responder rates seen in the overall population appeared to be due to an add-on effect of safinamide in the subgroup of patients treated with a single dopamine agonist. The rate of patients with adverse events was lower in the safinamide groups than in the placebo group. There were no safety concerns associated with the results of laboratory parameters, vital signs and ECG recordings measured during the study.

US 8,283,380 B2

25

26

What is claimed is:

1. In a method of treating idiopathic Parkinson's disease in a patient receiving a stable dose of levodopa, the improvement comprising:

concurrently administering safinamide, or a pharmaceutically acceptable salt thereof, on an oral dosage schedule of about 0.5 mg/kg/day to about 5 mg/kg/day,

while maintaining the patient on a stable dose of levodopa.

2. A method of treating idiopathic Parkinson's Disease, comprising:

administering a therapeutically effective stable dose of levodopa; and

concurrently administering safinamide, or a pharmaceutically acceptable salt thereof, on an oral dosage schedule of about 0.5 mg/kg/day to about 5 mg/kg/day.

3. The method of claim 1 or claim 2, wherein safinamide, or pharmaceutically acceptable salt thereof, is administered on a daily dosage schedule of no more than about 5 mg/kg/day.

4. The method of claim 1 or claim 2, wherein safinamide, or pharmaceutically acceptable salt thereof, is administered on a daily dosage schedule of no more than 200 mg/day.

5. The method of claim 1 or claim 2, wherein safinamide, or pharmaceutically acceptable salt thereof, is administered for at least 12 weeks.

6. The method of claim 1 or claim 2, wherein safinamide, or pharmaceutically acceptable salt thereof, is administered once daily.

7. The method of claim 1 or claim 2, wherein safinamide is administered as the methanesulfonate salt.

8. The method of claim 1 or claim 2, wherein levodopa is administered with a peripheral decarboxylase inhibitor selected from carbidopa and benserazide.

9. The method of claim 1 or claim 2, further comprising administering a catechol-O-methyltransferase inhibitor.

10. The method of claim 9, wherein said catechol-O-methyltransferase inhibitor is tolcapone or entacapone.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,283,380 B2                                              Page 1 of 1
APPLICATION NO.  : 10/559982
DATED                   : October 9, 2012
INVENTOR(S)       : Fariello et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b)
by 1325 days.

Signed and Sealed this
First Day of August, 2017

*Joseph Matal*

Joseph Matal
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

(12)                   CERTIFICATE EXTENDING PATENT TERM
                            UNDER 35 U.S.C. 156

| | | | |
|---|---|---|---|
| (68) | PATENT NO. | : | 8,283,380 |
| (45) | ISSUED | : | October 9, 2012 |
| (75) | INVENTOR | : | Ruggero Fariello et al. |
| (73) | PATENT OWNER | : | Newron Pharmaceuticals S.p.A. |
| (95) | PRODUCT | : | XADAGO® (safinamide mesylate) |

This is to certify that an application under 35 U.S.C. 156 has been filed in the United States Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 8,283,380 based upon the regulatory review of the product XADAGO® (safinamide mesylate) by the Food and Drug Administration. According to United States Patent and Trademark Office records, the original expiration date of the patent as of the date of issuance of this certificate is November 24, 2027. Because it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

(94)                                      1,213 days

subject to the payment of maintenance fees as provided by law, with all rights pertaining thereto as provided by 35 U.S.C. 156.

I have caused the seal of the United States Patent and Trademark Office to be affixed this 21st day of May 2021.

Drew Hirshfeld
Commissioner for Patents, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office