

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**Gregory R. Booker**
Principal
booker@fr.com
+1 302 652 5070  direct

**BY CM/ECF**

October 5, 2022

The Honorable Gregory B. Williams
United States District Court
For the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   ***Newron Pharmaceuticals S.p.A. et al. v. Aurobindo Pharma Limited et al.,***
      **C.A. No. 21-843-GBW**

Dear Judge Williams:

Pursuant to Your Honor's September 22, 2022 Oral Order (D.I. 164) regarding the Amended
Joint Claim Construction Chart, the parties jointly submit this letter.

On October 3, 2022, the following counsel met and conferred via telephone conference for
approximately 15 minutes regarding the Amended Joint Claim Construction Chart for the
disputed claim terms.

Gregory R. Booker, Elizabeth M. Flanagan, and Sarah E. Jack of Fish & Richardson P.C.
participated on behalf of Plaintiffs.

Timothy H. Kratz, George J. Barry III and R Touhey Myer of Kratz & Barry LLP participated on
behalf of Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA Inc.

Gurpreet Singh Walia, Gongjun "Gary" Ji and Carl D. Neff of FisherBroyles, LLP participated
on behalf of Defendant MSN Laboratories Private Limited.

Brent Batzer and Yixin Tang of Upadhye Tang LLP and Richard C. Weinblatt of Stamoulis &
Weinblatt LLC participated on behalf of Defendant Prinston Pharmaceutical, Inc.

Timothy H. Kratz and George J. Barry III of Kratz & Barry LLP and Cortlan S. Hitch of Morris
James LLP participated on behalf of Defendant RK Pharma Inc.

Dmitry V. Shelhoff and Kenneth Canfield of Pergament & Cepeda LLP and Renee Mosley
Delcollo of Greenberg Traurig, LLP participated on behalf of Defendant Zenara Pharma Private
Limited.



The Honorable Gregory B. Williams
October 5, 2022

As reflected in the Amended Joint Claim Construction Chart, the parties reached agreement on the construction of "an effective amount" found in claim 40 of the asserted '515 patent during briefing. The parties further agreed as a result of the October 3 meet and confer to adopt "plain and ordinary" meaning constructions for three terms found in claim 44 of the '515 patent ("classified as"; "are known to interact with"; and "are known to have HERG channel blocking properties"), with an understanding that Defendants may argue that the terms are indefinite in the factual context of an infringement analysis.

The parties further agreed to the following proposal for the order of arguments at the claim construction hearing, subject to the Court's approval. The parties propose that the '380 patent terms ("stable dose of levodopa"; "maintaining"; and "a therapeutically effective stable dose of levodopa") be argued together, with Plaintiffs going first followed by Defendants' response, and Plaintiffs' rebuttal. Then the "high purity" terms from the '485 and '515 patents be argued together, with Plaintiffs going first followed by Defendants' response, and Plaintiffs' rebuttal.

Respectfully submitted,

*/s/ Gregory R. Booker*

Gregory R. Booker (No. 4784)

cc:      Counsel of Record – by CM/ECF and e-mail

2